UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2   A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS, <br><br> Plaintiffs, <br><br> vs. <br><br> PLEASANT BAY GROUP, INC., d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB <br><br> Defendant. | C.A. NO. 03-_____ <br><br> NOTICE OF APPEARANCE OF DONALD L. GIBSON, ESQUIRE <br><br> 04- 11168 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Please enter my appearance as attorney of record for Plaintiffs Stephen Gascoigne And Kelly Gascoigne, Individually, And As Mother And Next Friend Of Ad.G. And Ab.G, Both Minors in the above-captioned case.

Respectfully submitted,

*[signature]*

Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115

Dated: June 1, 2004