UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GASCOIGNE and
KELLY GASCOIGNE INDIVIDUALLY,
and as Mother and Next Friend of
AD.G and AB.G., Both minors,
      Plaintiffs,

v.           C.A. NO. 04 CV 11168 - MLW

PLEASANT BAY GROUP, INC., d/b/a
THE WEQUASSETT INN RESORT
AND GOLF CLUB,
      Defendant.

## ANSWER AND JURY CLAIM

### I. JURISDICTION AND VENUE

1. The Defendant admits the allegations contained in this Paragraph.
2. The Defendant denies the allegations contained in this Paragraph.
3. The Defendant admits the allegations contained in this Paragraph.
4. The Defendant is without knowledge or information sufficient to admit or deny the allegations contained in the first sentence of this Paragraph and calls upon the Plaintiffs to prove same. The Defendant denies the remaining allegations contained in the first sentence of this Paragraph.
5. The Defendant admits the allegations contained in the second sentence of this Paragraph.

### II. THE PARTIES

6. The Defendant is without knowledge or information sufficient to admit or deny the allegations contained in this Paragraph and calls upon the Plaintiffs to prove same.
7. The Defendant is without knowledge or information sufficient to admit or deny the allegations contained in this Paragraph and calls upon the Plaintiffs to prove same.

8. The Defendant is without knowledge or information sufficient to admit or deny the allegations contained in this Paragraph and calls upon the Plaintiffs to prove same.
9. The Defendant is without knowledge or information sufficient to admit or deny the allegations contained in this Paragraph and calls upon the Plaintiffs to prove same.
10. The Defendant is without knowledge or information sufficient to admit or deny the allegations contained in this Paragraph and calls upon the Plaintiffs to prove same.
11. The Defendant is without knowledge or information sufficient to admit or deny the allegations contained in this Paragraph and calls upon the Plaintiffs to prove same.
12. The Defendant admits the allegations contained in this Paragraph.

### III. GENERAL FACTUAL ALLEGATIONS

13. The Defendant admits the Massachusetts Department of Public Health and the Harwich Board of Health investigated the incident and that each has prepared reports that include certain data, findings, assumptions and conclusions.

### IV. FIRST CAUSE OF ACTION

14. The Defendant repeats and reavers its answers to Paragraphs 1-13 as if specifically set forth herein.
15. The Defendant denies the allegations contained in this Paragraph.
16. The Defendant answers that the statute speaks for itself and admits that it sold and served for value food and drink to the plaintiffs and their guests.
17. The Defendant denies the allegations contained in this Paragraph.
18. The Defendant denies the allegations contained in this Paragraph.
19. The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Plaintiffs should take nothing and that the Defendant be awarded its costs and fees.

### V. SECOND CAUSE OF ACTION

20. The Defendant repeats and reavers its answers to Paragraphs 1-19 is if specifically set forth herein.
21. The Defendant admits the allegations contained in this Paragraph.
22. The Defendant admits the allegations contained in this Paragraph.
23. The Defendant admits the allegations contained in this Paragraph.

24. The Defendant admits the allegations contained in this Paragraph.
25. The Defendant admits it owed the Plaintiffs a duty to use reasonable care to observe, monitor, and supervise its employees, servants, agents, workers and officers with respect to their compliance with methods, procedures and policies it had adopted.
26. The Defendant admits it owed the Plaintiffs a duty to use reasonable care to observe, monitor and supervise its employees, servants, agents, workers and officers with respect to their health and the possible tainting, adulteration or contamination of food and beverage products served, offered or sold at the Inn.
27. The Defendant admits the allegations contained in this Paragraph.
28. The Defendant denies the allegations contained in this Paragraph.
29. The Defendant denies the allegations contained in this Paragraph.
30. The Defendant denies the allegations contained in this Paragraph.
31. The Defendant denies the allegations contained in this Paragraph.
32. The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Plaintiffs should take nothing and that the Defendant be awarded its costs and fees.

## VI. THIRD CAUSE OF ACTION

33. The Defendant repeats and reavers its answers to Paragraphs 1-32 is if specifically set forth herein.
34. The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Plaintiffs should take nothing and that the Defendant be awarded its costs and fees.

## VII. FOURTH CAUSE OF ACTION

35. The Defendant repeats and reavers its answers to Paragraphs 1-34 is if specifically set forth herein.
36. The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Plaintiffs should take nothing and that the Defendant be awarded its costs and fees.

## VIII. FIFTH CAUSE OF ACTION

37. The Defendant repeats and reavers its answers to Paragraphs 1-36 is if specifically set forth herein.
38. The Defendant denies the allegations contained in this Paragraph.

Wherefore, the Defendant states that the Plaintiffs should take nothing and that the Defendant be awarded its costs and fees.

## JURY CLAIM

The Defendant demands a trial by jury as to all issues raised by the Complaint, this answer thereto and any further responsive pleadings.

The Defendant,
By its Attorneys,

*[signature]*

Scott J. Tucker,
BBO# 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

*[signature]*