UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS,<br><br>Plaintiffs,<br><br>vs.<br><br>PLEASANT BAY GROUP, INC., d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br>Defendant. | C.A. NO. 04 CV 11168 MLW |

## PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

The Plaintiffs Stephen Gascoigne and Kelly Gascoigne, individually and as mother and next friend of AD.G. and AB.G. (hereinafter "Plaintiffs"), pursuant to Fed. R. Civ. P. 15, and respectfully request this Court to enter an Order allowing Plaintiffs to amend the Complaint to assert claims for violations of the Massachusetts Consumer Protection Act (Mass.G.L. c.93A), and to file and serve Plaintiffs' Amended Complaint in the form attached hereto.

In support of this Motion, Plaintiffs incorporate herein and rely upon the facts and law set for in the legal memorandum submitted herewith.

*[signature]*

Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
Stephen Gascoigne And Kelly Gascoigne,
 Individually, And As Mother And Next
 Friend Of Ad.G. And Ab.G, Both Minors

Dated: July 21, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Donald L. Gibson, Esquire, hereby certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue contained in this motion, as required by LR 7.1(A)(2), D.Mass.

*[signature]*

Donald L. Gibson, Esquire

## CERTIFICATE OF SERVICE

I, Donald L. Gibson, Esquire, hereby certify that I have this 21st day of July, 2004, made service of the within PLAINTIFFS' MOTION TO AMEND THE COMPLAINT upon counsel of record, in accordance with the provisions of Fed. R. Civ. P. 5, by first class, postage prepaid mail, addressed as follows:

Scott J. Tucker, Esquire
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

*[signature]*

Donald L. Gibson, Esquire

2