UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GASCOIGNE and
KELLY GASCOIGNE INDIVIDUALLY,
and as Mother and Next Friend of
AD.G and AB.G., Both minors,

          Plaintiffs,

v.                                         C.A. NO. 04 CV 11168 - MLW

PLEASANT BAY GROUP, INC., d/b/a
THE WEQUASSETT INN RESORT
AND GOLF CLUB,

          Defendant.

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment.

                                              The Defendant,
                                              By its Attorneys,

                                              Scott J. Tucker,
                                              BBO# 503940
                                              Tucker, Heifetz & Saltzman, LLP
                                              Three School Street
                                              Boston, MA 02108
                                              (617) 557-9696

**CERTIFICATE OF SERVICE**
I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

Scott Tucker   9-22-04