UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT -7 A 11: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS,<br><br>Plaintiffs,<br><br>vs.<br><br>PLEASANT BAY GROUP, INC., d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br>Defendant. | C.A. NO. 04 CV 11168 MLW |

**PLAINTIFFS' CONSENT TO JURISDICTION BY MAGISTRATE JUDGE JOYCE LONDON ALEXANDER, PURSUANT TO 28 U.S.C. §636(C)(1) AND (3), WITH RESERVATION OF PLAINTIFFS' RIGHT TO JURY TRIAL**

The Plaintiffs Stephen Gascoigne and Kelly Gascoigne Individually, and as Mother and Next Friend of A.D.G. and AB.G., both minors, hereby voluntarily assent to the reassignment of the above-captioned case from Judge Mark L. Wolf to Magistrate Judge Joyce London Alexander, pursuant to 28 U.S.C. §636 (c)(1) and (3), for purposes of all pretrial issues, the scheduling of a firm trial date, to preside over the trial of this case, and to enter judgment upon the jury's verdict, with any appeal thereof to be taken directly to the Court of Appeals for the First Circuit. The Plaintiffs continue to insist, however, upon their right to a trial by jury of all issues triable as a matter of right by jury.

*[signature]*

Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
Stephen Gascoigne And Kelly Gascoigne,
Individually, And As Mother And Next
Friend Of Ad.G. And Ab.G, Both Minors

Date: October 6, 2004

## CERTIFICATE OF SERVICE

I, Donald L. Gibson, Esquire, hereby certify that I have this 6th day of October, 2004, made service of the within Plaintiffs' Consent To Jurisdiction By Magistrate Judge Joyce London Alexander, Pursuant to 28 U.S.C. §636(c)(1) and (3), With Reservation Of Plaintiffs' Right To Jury Trial upon counsel of record, in accordance with the provisions of Fed. R. Civ. P. 5, by overnight delivery, addressed as follows:

Scott J. Tucker, Esquire
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

*[signature]*

Donald L. Gibson, Esquire