UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GASCOIGNE and
KELLY GASCOIGNE INDIVIDUALLY,
and as Mother and Next Friend of
AD.G and AB.G., Both minors,
                    Plaintiffs,

v.                               C.A. NO. 04 CV 11168 - MLW

PLEASANT BAY GROUP, INC., d/b/a
THE WEQUASSETT INN RESORT
and GOLF CLUB,
                    Defendant.

### DEFENDANT'S DISCLOSURE PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the Defendant, Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Resort and Golf Club, hereby discloses that it is a member of the limited liability company, Wequassett Inn, LLC. and that other limited members are Mark Novota and James McClennen.

The Defendant,
By its Attorneys,

/s/ Scott J. Tucker
Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

10-25-04 /s/ Scott J. Tucker