```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


STEPHEN GASCOIGNE, et al,         )
     Plaintiff(s),                )
                                  )
     v.                           )   C.A. No. 04-11168-MLW
                                  )
PLEASANT BAY GROUP, INC., d/b/a THE
WEQUASSETT INN RESORT AND GOLF CLUB
     Defendant(s)                 )
```

ORDER

WOLF, D.J.                                          October 25, 2004

The parties in this case were issued an Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Alexander, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. All parties have informed the court of their consent. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Alexander for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT COURT