UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GASCOIGNE and
KELLY GASCOIGNE INDIVIDUALLY,
and as Mother and Next Friend of
AD.G and AB.G., Both minors,

                Plaintiffs,

v.                               C.A. NO. 04 CV 11168 – JLA

PLEASANT BAY GROUP, INC., d/b/a
THE WEQUASSETT INN RESORT
and GOLF CLUB,

                Defendant.

## CERTIFICATION

I, Scott J. Tucker, hereby certify that I have conferred with Nancy Bradford of Acadia Insurance and I:

1) have established a budget for costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

2) have considered the resolution of this litigation through the use of alternative dispute resolution programs.

                                              The Defendant,
                                              By its Attorneys,

                                              */s/ Scott J. Tucker*
                                              Scott J. Tucker - BBO#503940
                                              Tucker, Heifetz & Saltzman, LLP
                                              Three School Street
                                              Boston, Massachusetts 02108
                                              (617) 557-9696

*/s/ Nancy Bradford*
Nancy Bradford
For Acadia Insurance

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

11/24/04 */s/ Scott Tucker*