UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GASCOIGNE AND KELLY )
GASCOIGNE, INDIVIDUALLY, AND )        C.A. NO. 04 CV 11168 JLA
AS MOTHER AND NEXT FRIEND OF )
AD.G. AND AB.G., BOTH MINORS, )
                                             )
     Plaintiffs, )

vs. )

PLEASANT BAY GROUP, INC., d/b/a )
THE WEQUASSETT INN RESORT )
AND GOLF CLUB )
                                             )
     Defendant. )

**ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now comes the Defendant and moves to continue the scheduling conference presently to be conducted on November 30, 2004, at 3:00 p.m. As grounds for the Motion, counsel for the Defendant submits that that he will be attending a funeral service beginning at 2:00 p.m. that day for the father of a close friend of his 17 year old daughter. The Defendant asks that the scheduling conference be conducted as soon in December, 2004, as the Court's calendar permits.

The Motion is assented to by counsel for the Plaintiffs.

                                                                       The Defendant,
                                                                       By its Attorneys,

                                                                       /s/ Scott J. Tucker
                                                                       Scott J. Tucker, Esquire
                                                                       BBO No. 503940
                                                                       Tucker, Heifetz & Saltzman, LLP
                                                                       Three School Street
                                                                       Boston, MA 02108
                                                                       (617) 557-9696

Assented to by:

*/s/ Donald L. Gibson*

Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
Stephen Gascoigne And Kelly Gascoigne,
Individually, And As Mother And Next
Friend Of Ad.G. And Ab.G, Both Minors

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

*/s/ Scott Tucker* – 10/29/04