UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS, <br><br>Plaintiffs,<br><br>vs.<br><br>PLEASANT BAY GROUP, INC., d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br>Defendant. | C.A. NO. 04 CV 11168 MLW |

## CERTIFICATION

I, Donald L. Gibson, hereby certify that I have conferred with Stephen Gascoigne and Kelly Gascoigne, Individually and as Mother and Next Friend of AD.G. and AB.G.:

(1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of the litigation; and

(2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
  Stephen Gascoigne And Kelly Gascoigne,
  Individually, And As Mother And Next
  Friend Of Ad.G. And Ab.G, Both Minors

_____
Stephen Gascoigne

## CERTIFICATE OF SERVICE

I, Donald L. Gibson, Esquire, hereby certify that I have this 2nd day of December, 2004, made service of the within CERTIFICATION upon counsel of record, in accordance with the provisions of Fed. R. Civ. P. 5, by first class, postage prepaid mail, addressed as follows:

Scott J. Tucker, Esquire
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

_____
Donald L. Gibson, Esquire