UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS,<br><br>Plaintiffs,<br><br>vs.<br><br>PLEASANT BAY GROUP, INC., d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br>Defendant. | C.A. NO. 04 CV 11168 JLA |

## JOINT PROPOSED DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties have conferred regarding proposed discovery dates. The parties respectfully submit the following proposed discovery plan.

(1)  Rule 26 Disclosure.

The Plaintiffs and the Defendants will make their initial disclosures under Rule 26(a)(1) on January 4, 2005.

(2)  Initial written discovery.

The parties' first sets of interrogatories, first sets of requests for production of documents, and first requests for admission will be served by January 14, 2005. Responses to these initial discovery responses will be served by March 11, 2005. The parties' final sets of interrogatories (if any), final requests for production of documents (if any), and final requests for admission (if any)

will be served by July 18, 2005. All responses thereto, as well as all supplemental responses to the parties' initial written discovery, will be served by September 12, 2005.

(3)     Depositions.

Fact depositions will be completed by June 30, 2005. [This depends, however, upon the extent of any and all stipulations and/or admissions among the parties regarding authenticity of documents, liability, causation, and damages. Additional time to complete these depositions may be necessary in the event that certain stipulations or admissions are not forthcoming.]

(4)     Experts.

Plaintiffs' trial experts will be designated and Plaintiffs' disclosure of information contemplated by Fed. R. Civ. P. 26 will be provided no later than August 1, 2005, and said expert witness designation and Rule 26 disclosure will be made by the Defendants no later than September 15, 2005.

(5)     Alternative Dispute Resolution.

ADR will be completed on or before September 30, 2005.

(6)     Expert depositions.

All expert depositions shall be completed on or before November 21, 2005. Plaintiffs' experts will be deposed first, followed within 21 days thereafter by the depositions of the Defendants' experts.

(7)     Dispositive motions.

All motions for summary judgment or other dispositive motions and all supporting affidavits shall be filed by December 19, 2005. All oppositions and opposing affidavits thereto shall be filed no later than January 17, 2006.

(8)    Trial date.

Trial shall be scheduled on or after March 6, 2006.

/s/ Donald L. Gibson

Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
    Stephen Gascoigne And Kelly Gascoigne,
    Individually, And As Mother And Next
    Friend Of Ad.G. And Ab.G, Both Minors

Dated: December 14, 2004

/s/ Scott J. Tucker

Scott J. Tucker, Esquire
BBO No. 503940
TUCKER, HEIFETZ & SALTZMAN
Three School Street
Boston, MA 02108
617-557-9696
Attorneys for the Defendants,
    Pleasant Bay Group, Inc. d/b/a
    Wequassett Inn Resort and Golf Club

Dated: December 14, 2004