UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS, <br><br>Plaintiffs,<br><br>vs.<br><br>PLEASANT BAY GROUP, INC., d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br>Defendant. | C.A. NO. 04 CV 11168 JLA |

### PLAINTIFFS' ASSENTED TO SECOND MOTION TO AMEND THE COMPLAINT

The Plaintiffs Stephen Gascoigne and Kelly Gascoigne, individually and as mother and next friend of AD.G. and AB.G. (hereinafter "Plaintiffs"), pursuant to Fed. R. Civ. P. 15, and respectfully request this Court to enter an Order allowing Plaintiffs to amend the Complaint to properly name the parties responsible as the owners and operators of the Wequassett Inn Resort and Golf Club, and to file and serve Plaintiffs' Second Amended Complaint in the form attached hereto.[1]

In support of this Motion, Plaintiffs incorporate herein and rely upon the facts and law set for in the legal memorandum submitted herewith. In addition, Defendant Pleasant Bay Group, Inc., has assented to Plaintiffs' motion.

---

[1] On or about July 21, 2004, Plaintiffs' filed a Motion to Amend the Complaint, upon which the Court has not ruled as yet. The Second Amended Complaint incorporates the changes proposed in the First Amended Complaint, as well as the additional proposed changes.

*[signature]*

Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
Stephen Gascoigne And Kelly Gascoigne,
 Individually, And As Mother And Next
 Friend Of Ad.G. And Ab.G, Both Minors

Dated: December 14, 2004

Assented to:

*[signature]*

Scott J. Tucker, Esquire
BBO No. 503940
TUCKER, HEIFETZ & SALTZMAN
Three School Street
Boston, MA 02108
617-557-9696
Attorneys for the Defendants,
 Pleasant Bay Group, Inc. d/b/a
 Wequassett Inn Resort and Golf Club

Dated: December 14, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Donald L. Gibson, Esquire, hereby certify that I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue contained in this motion, as required by LR 7.1(A)(2), D.Mass.

_____
Donald L. Gibson, Esquire

## CERTIFICATE OF SERVICE

I, Donald L. Gibson, Esquire, hereby certify that I have this 14th day of December, 2004, made service of the within PLAINTIFFS' ASSENTED TO SECOND MOTION TO AMEND THE COMPLAINT upon counsel of record, in accordance with the provisions of Fed. R. Civ. P. 5, by first class, postage prepaid mail, addressed as follows:

Scott J. Tucker, Esquire
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

_____
Donald L. Gibson, Esquire