UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS,<br><br>Plaintiffs,<br><br>vs.<br><br>PLEASANT BAY GROUP, INC., d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br>Defendant. | C.A. NO. 04 CV 11168 JLA |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' ASSENTED TO SECOND MOTION TO AMEND THE COMPLAINT

### I. INTRODUCTION

The Plaintiffs seek to amend the Complaint a second time in order to properly name the parties responsible as the owners and operators of the Wequassett Inn Resort and Golf Club, and to file and serve Plaintiffs' Second Amended Complaint in the form attached hereto[1]. Specifically, the Plaintiffs have learned that at all times material to this action, Wequassett Inn LLP was the business entity doing business as the Wequassett Inn Resort and Golf Club.

Wequassett Inn LLP is a Massachusetts registered domestic limited liability partnership with its principal place of business at the Wequassett Inn Resort and Golf Club on Pleasant Bay, Harwich [Chatham], Barnstable County, Massachusetts. The partners in Wequassett Inn LLP are:

---

[1] On or about July 21, 2004, Plaintiffs' filed a Motion to Amend the Complaint, upon which the Court has not ruled as yet. The Second Amended Complaint incorporates the changes proposed in the First Amended Complaint, as well as the additional proposed changes.

(1) Mark Novota, a Massachusetts resident; (2) James C.A. McClennen, a Massachusetts resident; and (3) Pleasant Bay Group, Inc., a Massachusetts corporation.

## II. ABBREVIATED STATEMENT OF FACTS

This case arises from a food poisoning incident that took place on July 6, 2001, at the Wequassett Inn Resort and Golf Club in connection with the wedding of Scott Dien and Rebecca Dupont of La Canada, California. The Massachusetts Department of Public Health (hereinafter "The MDPH") conducted an investigation, which included a statistical analysis of stool samples obtained from and questionnaires completed by a large number of the wedding guests and participants, and determined that incident involved an outbreak of Salmonella enteritidis. The MDPH concluded that a béarnaise sauce that was prepared on July 6, 2001, was made wholly or in part with unpasteurized eggs contaminated with Salmonella enteritidis. An alternative explanation suggested by the MDPH was that at least three of the food handlers at the event were already infected with Salmonella enteritidis bacteria and that they contaminated the food, including the béarnaise sauce, as it was being prepared or served.

As a result of his exposure to the Salmonella enteritidis bacteria, Plaintiff Stephen Gascoigne first experienced violent diarrhea, abdominal cramping, and a rising fever. Within days thereafter, Plaintiff Stephen Gascoigne developed bloody diarrhea, recurrent abdominal cramping, fever, and overall gastrointestinal upset. In addition, stiffness and swelling appeared in his hands, and he began to suffer pain and discomfort in his wrists, left elbow, and mid back. Subsequently, Plaintiff Stephen Gascoigne was diagnosed with inflammatory or reactive arthritis (Reiter's type), which was caused by the Salmonella enteritidis bacteria.

### III. ARGUMENT

Although Plaintiffs may only amend the Complaint by leave of court, Fed. R. Civ. P. 15(a) provides that such leave, "shall be freely given when justice so requires." Plaintiffs respectfully contend that, under the circumstances, justice requires that they be allowed to amend their Complaint to properly name the parties responsible as the owners and operators of the Wequassett Inn Resort and Golf Club. Furthermore, Plaintiffs contend that Defendant will not suffer any prejudice if the amendment is permitted. All of the individual partners forming Wequassett Inn LLP received notice of the Plaintiffs' claims at the time of filing of the original Complaint. James McClennan and Mark Novota are both corporate officers of Pleasant Bay Group, Inc., the original named defendant in this litigation. The Waiver of Summons in this matter was signed by James McClennan. Likewise, Mark Novota answered interrogatories on behalf of Pleasant Bay Group, Inc. in related litigation filed in Massachusetts state court.[2] A copy of one such set of interrogatory answers is attached hereto as Exhibit 1.

### III. CONCLUSION

For the above-mentioned reasons, Plaintiffs Stephen Gascoigne and Kelly Gascoigne, individually and as mother and next friend of AD.G. and AB.G., respectfully request that the Court enter an Order allowing Plaintiffs to amend the Complaint to properly name the parties responsible as the owners and operators of the Wequassett Inn Resort and Golf Club, and to file and serve Plaintiffs' Second Amended Complaint in the form attached hereto.

---

[2] Several other Complaints have been filed in Massachusetts state courts by persons who also attended the wedding of Scott Dien and Rebecca Dupont at the Wequassett Inn Resort and Golf Club on July 6, 2001 and became ill as a result of exposure to the Salmonella enteritidis bacteria.

3

_[signature]_
Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
Stephen Gascoigne And Kelly Gascoigne,
   Individually, And As Mother And Next
   Friend Of Ad.G. And Ab.G, Both Minors

Dated: December 14, 2004

## CERTIFICATE OF SERVICE

I, Donald L. Gibson, Esquire, hereby certify that I have this 14th day of December, 2004, made service of the within MEMORANDUM IN SUPPORT OF PLAINTIFFS' ASSENTED TO SECOND MOTION TO AMEND THE COMPLAINT upon counsel of record, in accordance with the provisions of Fed. R. Civ. P. 5, by first class, postage prepaid mail, addressed as follows:

    Scott J. Tucker, Esquire
    Tucker, Heifetz & Saltzman, LLP
    Three School Street
    Boston, MA 02108

_[signature]_
Donald L. Gibson, Esquire