COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.                                                SUPERIOR COURT
                                                               C.A. NO. 04-352-A

SCOTT DIEN and REBECCA DUPONT,
                              Plaintiffs,

v.

PLEASANT BAY GROUP, INC., d/b/a
THE WEQUASSETT INN RESORT AND
GOLF CLUB,
                              Defendant.

# DEFENDANT'S ANSWERS TO THE FIRST SET OF INTERROGATORIES OF THE PLAINTIFF, SCOTT DIEN

## INTERROGATORY NO. 1

Please identify yourself, giving your full name, age, resident, business address occupation, and office you hold with the Defendant PBG.

## ANSWER NO. 1

| | |
|---|---|
| Name: | Mark J. Novota |
| Residence: | 16 Harcourt Street, Apt. 9F, Boston, MA |
| Business address: | Wequassett Inn Resort & Golf Club |
| | Route 28 on Pleasant Bay, Chatham, MA |
| Title: | Managing Member |

## INTERROGATORY NO. 2

Please describe in as much detail as possible the extent to which the Defendant PBG participated in the ownership, management, operation, and staffing of the Wequassett Inn from January 1, 1994, up to and including the present.

## ANSWER NO. 2

Pleasant Bay Group, Inc was the legal owner and manager of the Wequassett Inn for the period January 1, 1994 through November 25, 1997. On that date, all assets and management were transferred to Wequassett Inn LLP. Pleasant Bay Group, Inc. did retain 10% ownership in Wequassett Inn LLC, but ceased to have any role in the management of the Wequassett Inn Resort & Golf Club.

## INTERROGATORY NO. 3

Please describe in as much detail as possible the role played by any other company or commercial entity with respect to the ownership, management, operation, and staffing of the Wequassett Inn from January 1, 1994, up to and including the present.

## ANSWER NO. 3

The legal owner and manager of the Wequassett Inn Resort & Golf Club as of November 25, 1997 became Wequassett Inn LLP. As of this date Wequassett Inn LLP continues to be the legal owner and manager. From January 1, 1994 through present, no other company, besides Pleasant Bay Group, Inc., has had any ownership or management interest in the Wequassett Inn Resort & Golf Club.

## INTERROGATORY NO. 4

Please identify by name, address, and title each and every person at the Wequassett Inn who spoke or communicated n any way, written or oral, with the Plaintiffs Scott Dien and/or Rebecca Dupont prior to July 6, 2001, concerning:

    (a)    their wedding;

    (b)    their wedding reception and dinner;

    (c)    the cost of their wedding;

    (d)    the cost of their wedding reception and dinner;

    (e)    the various food items to be served at their wedding reception and dinner;

    (f)    the cost of the various food items to be served at their wedding reception and dinner; and

    (g)    the quality and wholesomeness of the various food items to be served at their wedding reception and dinner.

## ANSWER NO. 4

Those persons who spoke or communicated in any way with Scott Dien and/or Rebecca Dupont prior to July 6, 2001 concerning a) their wedding, b) their wedding reception and dinner, c) the cost of their wedding, d) the cost of their wedding reception and dinner, e) the various food items to be served, f) the cost of the various food items, and g) the quality and wholesomeness of the various food items are as follows:

a)    -Robert Messersmith, P. O. Box 157, South Chatham, MA
        Assistant Food & Beverage Director

    -Amy Farrell, 27 White Oak Trail, Brewster, MA
     Director of Catering

    -Gillian Richmond, P. O. Box 411, Harwich, MA

b)  -Robert Messersmith, P. O. Box 157, South Chatham, MA
    Assistant Food & Beverage Director

    -Amy Farrell, 27 White Oak Trail, Brewster, MA
    Director of Catering

    -Gillian Richmond, P. O. Box 411, Harwich, MA
    Catering Service Manager

c)  -Robert Messersmith, P. O. Box 157, South Chatham, MA
    Assistant Food & Beverage Director

    -Amy Farrell, 27 White Oak Trail, Brewster, MA
    Director of Catering

    -Gillian Richmond, P. O. Box 411, Harwich, MA
    Catering Service Manager

d)  -Robert Messersmith, P. O. Box 157, South Chatham, MA
    Assistant Food & Beverage Director

    -Amy Farrell, 27 White Oak Trail, Brewster, MA
    Director of Catering

    - Gillian Richmond, P. O. Box 411, Harwich, MA
    Catering Service Manager

e)  -Amy Farrell, 27 White Oak Trail, Brewster, MA
    Director of Catering

    - Gillian Richmond, P. O. Box 411, Harwich, MA
    Catering Service Manager

f)  -Amy Farrell, 27 White Oak Trail, Brewster, MA
    Director of Catering

    -Gillian Richmond, P. O. Box 411, Harwich, MA
    Catering Service Manager

g)  -Amy Farrell, 27 White Oak Trail, Brewster, MA
    Director of Catering

    -Gillian Richmond, P. O. Box 411, Harwich, MA
    Catering Service Manager

## INTERROGATORY NO. 5

Please recite in complete detail and in chronological fashion the content or substance of all discussions, communications, and negotiations between the Plaintiffs Scott Dien and Rebecca Dupont and representatives of the Wequassett Inn concerning the subjects set forth in subparts (a) – (g) of Interrogatory No. 4.

## ANSWER NO. 5

Initial contact was with Bob Messersmith, Assistant Director of Food & Beverage in the winter of 2002 who toured the property with the Plaintiffs, discussed the event, help plan out timeline and issued a contract on March 2, 2002. The Plaintiffs were given a catering kit outlining the various menu options available, to be decided at a later date. Rebecca Dupont sent back the signed contract with first deposit of $3,000 on March 20, 2002 to confirm the date. Amy Farrell took over the account when she returned to work that spring. Correspondence from the Plaintiffs continued through the year as other arrangements were confirmed such as musicians, photographer, etc. with Bob Messersmith filling in for Amy when she transferred to the conference sales department that fall. In the spring of 2001 Gillian Richmond took over the account from Bob and planned the remaining details with the Plaintiffs for their wedding, wedding reception including final menu selections and cost. Gillian was present the entire day of their event.

## INTERROGATORY NO. 6

Please recite in complete detail and in chronological fashion the content of all written or oral agreements which were reached between the Plaintiffs Scott Dien and Rebecca Dupont and representatives of the Wequassett Inn concerning their wedding, their wedding reception and dinner, and the various food items to be served at their weding reception and dinner.

## ANSWER NO. 6

March 2, 2000 – Contract issued for Dupont/Dien Wedding Reception on July 6, 2001. Ceremony between 6:00-6:30 p.m., cocktail reception between 6:30-7:30 p.m., dinner and dancing between 7:30-11:30 p.m. all for approximately 110 people at the cost of $125 per person plus 5% tax and 18% service charge.

March 20, 2000 – Ms. Dupont returned the contract signed noting a change in the time of the wedding ceremony from 6:00-6:30 p.m. to 5:30-6:30 p.m. and enclosed the first deposit of $3,000.

January 6, 2001 – Ms. Dupont sent second deposit in the amount of $3,000.

May 18, 2001 – Ms. Dupont and Mr. Dien met with Gillian to finalize menu selections. After the meeting Gillian sent the two copies of their Banquet Event Orders which outlined all details discussed for their final approval.

June 4, 2001 – Ms. Dupont sent back signed Banquet Event Orders noting one change to the menu (added steamed vegetables in lieu of soup) along with the final deposit in the amount of $6,000.

July 6, 2001 – Wedding Day.

## INTERROGATORY NO. 7

Please describe in complete detail all food products and food items which were served to the Plaintiffs Scott Dien and Rebecca Dupont, their wedding arty, and their invited guests at their wedding reception and dinner at the Wequassett Inn on July 6, 2001

## ANSWER NO. 7

All food products and items served at the Dupont/Dien Wedding reception and dinner are as follows:

Fish/Shellfish – Cocktail Shrimp, Raw Oysters, Raw Clams, Lobster Cocktail, Bacon Wrapped Scallops, Potato and Smoked Salmon, Clam Chowder, Lobster-Crab Cakes, Steamed Mussels and Clams.

Beef/Pork/Chicken – Teriyaki Beef, Roast Turkey, Beef Tenderloin.

Vegetables/Fruits – Lemon, Vegetable Crudités, Fried Artichoke Hearts with Parmesan, Steamed Vegetables, Spinach Salad, Romaine Lettuce, Assorted Fruit.

Dressings – Black Peppercorn, Sherry Vinaigrette, Caesar, Lemon Mayonnaise.

Condiments/Sauces – Cocktail Sauce, Marinara, Cranberry Sauce, Béarnaise.

Dairy – Assorted Chesses, Gorgonzola, Butter.

Breads – Dinner Rolls, Croutons.

Desserts – Wedding Cake.

## INTERROGATORY NO. 8

Please identify by name, last known address, Social Security Number, date of birth and title all persons at the Wequassett Inn involved in any way in the purchase, storage, preparation, washing, cooking, decoration, and service of all food products and food items which were served to the Plaintiffs Scott Dien and Rebecca Dupont, their wedding party, and their invited guests at their wedding reception and dinner at the Wequassett Inn on July 6, 2001.

## ANSWER NO. 8

Please see Response to Request No. 18.

Please identify by name, last known address, Social Security Number, date of birth, and title all employees, workers, cooks, busboys, and wait staff at the Wequassett Inn who physically handled or touched in any way the food products, food items or their ingredients, which were served to the Plaintiffs Scott Dien and Rebecca Dupont, their wedding party, and their invited guests at their wedding reception and dinner at the Wequassett Inn on July 6, 2001.

## ANSWER NO. 9

Please see Response to Request No. 19.

## INTERROGATORY NO. 10

If eggs were used in the preparation, cooking, decoration, presentation or service of any of the food products and food items which were served to the Plaintiffs Scott Dien and Rebecca Dupont, their wedding party, and their invited guests at their wedding reception and dinner at the Wequassett Inn on July 6, 2001, please (a) identify each such food product or food item in which eggs were an ingredient; (b) state whether the eggs were cooked or uncooked; (d) state the length of time the eggs had been on the premises of the Wequassett Inn; and (e) state the method by which the eggs had been stored, refrigerated or kept before their use.

## ANSWER NO. 10

Type of eggs used for food products and items served at the Dupont/Dien Wedding are as follows:

a) eggs were present in the following items: Parmesan Artichoke Hearts, Potato Cakes, Lobster-Crab Cakes, Béarnaise Sauce, Caesar Dressing.

b) eggs were cooked or uncooked as follows: The eggs were cooked in all instances with the exception of the Caesar Dressing.

c) eggs were pasteurized or unpasteurized in the following items: Pasteurized – Béarnaise Sauce, Caesar Dressing. Unpasteurized – Parmesan Artichoke **Hearts**, Potato Cakes, Lobster-Crab Cakes, Wedding Cake.

d) eggs are held on the premises of the Wequassett Inn for not more than one week due to the volume of business and our rotation system.

e) the method for eggs being kept at Wequassett Inn are: they are brought in from refrigerated trucks and placed directly into our dairy cooler on a storage rack where they are separated from any potentially hazardous foods. The coolers are maintained at 35 degrees and below.

## INTERROGATORY NO. 11

Please list all weddings, banquets, seminars, conferences, meetings, workshops, receptions, retreats or other events held at the Wequassett Inn on July 5, July 6, and July 7, 2001, at which food or food items were served. For each such event, please include in your answer the name, address, and telephone number of the company, organization or entity that hosted, sponsored or conducted the event, as well as the contact person for each such company, organization or entity.

## ANSWER NO. 11

A list of all the functions held at Wequassett Inn on the dates of July 5, 6, and 7 are as follows:

| Day | Event | Location |
|---|---|---|
| Thursday, July 5th | Pops in the Park Auction | Pavilion |
|  | Invest to Compete Dinner | Garden Terrace |
| Friday, July 6th – | Invest to Compete Breakfast | Main Dining Room |
|  | Invest to Compete Meeting | Pavilion |
|  | Invest to Compete Luncheon | Outer Bar & Grille |
|  | Dupont/Dien Wedding and Reception | Garden Terrace/Pavilion |
|  | Russell Reynolds Dinner | Tavern Room |
|  | Invest to Compete Conference | Main Dining Room |
| Saturday, July 7th - | Invest to Compete Breakfast | Main Dining Room |
|  | Invest to Compete Meeting | Pavilion |
|  | Invest to Compete Luncheon | Tavern Room |
|  | Russell Reynolds Luncheon | Outer Bar & Grille |
|  | Lovering/Letourneau Wedding Recept. | Garden Terrace/Pavilion |
|  | Schwimmer/Snider Wedding Reception | Garden Terrace/Pavilion |
|  | Russell Reynolds Dinner | Tavern Room |
|  | Invest to Compete Dinner | Main Dining Room |

## INTERROGATORY NO. 12

Please list the name, address, and telephone numbers of all persons who claim to have become ill as a result of consuming food or food products prepared, cooked, washed, decorated or served to them at the Wequassett Inn on July 5, July 6, or July 7, 2001.

## ANSWER NO. 12

All persons who claim to have become ill as a result of consuming food served to them at Wequassett Inn on July 5, 6, or 7, 2001 are as follows:

| | | |
|---|---|---|
| Rebecca Dupont/Scott Dien | 4352 Vista Place, La Canada, CA  91011 | 818-248-8890 |
| Andre Dupont | One Haverstock Road, Hampstead, Quebec, Canada H3X 1P1 | 514-489-8924 |
| Lou Ann & Rudolph Dien | 5010 Hill Street, La Canada, CA  91011 | 818-790-6612 |
| Stephen Dien & Family | 9930 France Avenue, Tujunga, CA  91042 | |
| Steve & Kelly Gascoigne | 450 Hanson Lane, Whitefish, MT  59937 | |
| Jeffrey J. & Ashley O. Gish & Son | 4633 Encinas Drive, LaCanada, CA  91011 | |
| Griffin Gmelich | 152 South Roxbury, Beverly Hills, CA  90212 | |
| John T. Gmelich/Dolores Rose | 54725 Invernes Way, La Quinta, CA  92253 | |
| Justin & Victoria Gmelich | 166 Bingham Avenue, Rumson, NJ  07760 | |
| Greg M/ & Karen A. Hallinan | 4801 Neblina Drive, Carlsbad, CA  92008 | |
| Roberta D. Hallinan | 531 Hollyburne Lane, Thousand Oaks, CA  91360 | |
| Brett Hartin & Daughter | 3147 West 134th Street, Broomfield, CO  80020 | |
| Stacy Huntoon | 238 East 33rd Street, #4, New York, NY  10016 | |
| Charles Merriam | P. O. Box 5614, Incline Village, NV  89450 | |
| Christopher Meyer | 2205 Brandywine Parkway, Guiderland, NY  12084 | |
| Helen Wehden | 5900 Av. Durocher, Montreal, Quebec, Canada H2V 3Y4 | |

**Invest to Compete Conference**

| | | |
|---|---|---|
| Congressman Mike Capuano | 1010 Pennsylvania Avenue, Washington, DC  20003 | 202-225-5111 |
| Congressman Jim Maloney | 15 Wooster Heights, Danbury, CT  06810 | 202-225-3822 |
| Jim Conzelman | 2233 Rayburn, Washington, DC  20515 | 202-225-2676 |
| Barbara Crapa | 2000 Cool Spring Drive, Alexandria, VA  22308 | 202-224-6542 |
| Kirk Fordham | 2816 27th Street NW, Washington, DC  20008 | 202-225-5792 |
| Marwan Burgan | | 703-855-7805 |
| Michael Tovares | 601 Pennsylvania Avenue, Washington, DC | 202-638-4170 |
| Edward & Benita Goldman | | 781-684-4168 |
| Kim Grasso  (Mr. James) | Providence Gas Co., 100 Weybosset St., Providence, RI  02903 | 401-272-5040 |
| Bob & MaryLee Hanley | 19 Colburn Street, Westwood, MA  02090 | 617-560-1573 |
| Sharon Judge | 14011 I Street NW, Washington, DC  20005 | 202-296-9410 |
| Anne Sullivan | 391 Pedham Street, Newton, MA  02158 | 617-348-4300 |
| Sandy Woleben | 7901 Westpark Drive, McLean, VA  22102 | 847-803-4000 |

**Employees**

| | | |
|---|---|---|
| Robert Giannini, Banquet Server | 200 Route 137, Harwich, MA  02645 | 508-430-0645 |

## INTERROGATORY NO. 13

Please describe in as much detail as possible what, if any, food safety system procedures, practices, or policies which were in effect at the Wequassett Inn as of July 5, 6, and 7, 2001, to prevent the transmission of food borne illnesses such as Salmonella enteritidis.

## ANSWER NO. 13

There is an orientation and training program in place that teaches all kitchen and food service handlers on proper food safety systems and personal hygiene.  Constant reminders are present (memos, posters, inspections, as well as daily training by supervisors and management) for critical limit temperatures for potentially hazardous foods, hand washing reminders, descriptive charts for color coded cutting boards, etc.

Please recite in as much detail as possible the content of any and all food safety system procedures, practices, or policies which were in effect at the Wequassett Inn as of July 5, 6 and 7, 2001, to prevent the transmission of food borne illnesses such as Salmonella enteritidis.

## ANSWER NO. 14

The Wequassett Inn Resort and Golf Club food safety program as of July 5, 6, and 7th included the following food safety training materials:

> For the Front of the House Staff, please see Response to Request No. 24 – Training "B"
> For the Culinary Staff, please see Response to Request No. 24 – Training "C"

Both training programs were conducted on a seasonal basis by the Director of Food and Beverage who was certified to train these guidelines. At the conclusion of each training course attendants completed a quiz (see Response to Request No. 24) to test their knowledge.

## INTERROGATORY NO. 15

Please describe in as much detail as possible what, if any, changes, revisions or modifications were made on or after July 8, 2001, up to and including the present, in any existing food safety system procedures, practices or policies at the Wequassett Inn to prevent the transmission of food borne illnesses such as Salmonella enteritidis.

## ANSWER NO. 15

Wequassett Inn Resort and Golf Club made several revisions and modifications to our existing food safety system. These modifications and revisions are reflected in Response to Request No. 25. They include implementing an HACCP food safety plan tailored to the needs of our resort. This plan is validated and verified annually by the NSF and ours is one of three in the whole country registered by the NSF. We have further educated our chefs through NSF certification classes and hired a new HACCP manager position responsible for maintaining the standards for sanitation, which are established in our HACCP plan. We have also purchased various items as noted in Response to Request No. 26 that aid us in our efforts to provide safer food.

## INTERROGATORY NO. 16

Please describe in as much detail as possible any and all new kitchen or refrigeration equipment, fixtures or machines which were purchased, obtained, and installed at the Wequassett Inn on or after July 8, 2001, up to and including the present, to prevent the transmission of food borne illnesses such as Salmonella enteritidis, and state the cost of each such item.

New kitchen or refrigeration equipment purchased at Wequassett Inn after July 8, 2001, up to and including the present, to prevent the transmission of food borne illnesses are as follows:

| | |
|---|---|
| Automatic Hand Sinks – hands-free system to prevent cross contamination | $6,000 |
| Hands-Free Towel Dispensers | $ 150 |
| Blast Chiller – rapidly cools down foods to safe temperatures | $5,500 |
| Thermometers –    3 digital | $ 450 |
| 3 Infrared | $ 400 |
| 40 Probes (annually for all culinary staff) | $ 200 |
| Color Coated Cutting Boards – reduces risk of cross contamination | $ 400 |
| Thermometer Calibration Tool – calibrates thermometers for accuracy | $ 350 |
| Sani-Buckets – buckets hold sanitizer which kill bacteria | $ 250 |
| Rapid Cool Sticks – ice wands to insert into soups/stocks to cool faster | $  80 |
| Fly Lamps – devise to attract and kill flies | $ 400 |
| Sanitizer Dispensers – mixes sanitizing agent w/water to proper concentration | $  50 |
| Sandwich Units – used to refrigerate food products | $9,000 |

## INTERROGATORY NO. 17

Please identify by job title or job description all new personnel positions created at the Wequassett Inn on or after July 8, 2001, up to and including the present, as part of changes, revisions or modifications to its existing food safety system to prevent the transmission of food borne illnesses such as Salmonella enteritidis.

## ANSWER NO. 17

New position created after July 8, 2001 and job description – HACCP Safety Manager Support position to the Executive Chef and Director of Operations encompassing the implementation and verification of the resort's HACCP food safety system. Responsible for all aspects of safe food receiving, storing, handling, and production for the resort's different food and beverage outlets, including proper documentation of system verification. Research new safety trends and certifications to insure we supersede industry standard.

- Generate HACCPS System Book complete with proper data entry into our HACCP HELP software.
- Create and update HACCP Logs including refrigeration, cooking, holding, cooling, and re-heating.
- Insure all points of operation are being properly maintained according to HACCP standards.
- Perform spot checks of operation often.
- Educate staff daily as to how to use HACCP.
- Educate staff when necessary in a formal classroom environment with regards to food safety and HACCP.
- Properly maintain data (logs, etc.) and store in appropriate place determined by Executive Chef.

immediately notify Executive and Directors of Operations of any dealings or people who fail to comply with HACCP regulations.

## INTERROGATORY NO. 18

Please identify by job title, by job description, and by duties and responsibilities all new personnel positions created at the Wequassett Inn on or after July 8, 2001, up to and including the present, as part of any changes, revisions or modifications to its existing food safety system procedures, practices or policies to prevent the transmission of food borne illnesses such as Salmonella enteritidis, and state the name and address of all persons who have held these positions since July 8, 2001.

## ANSWER NO. 18

Same as above. Jim Levine of 83 Alden Drive, Brewster, MA has held this position since its inception.

## INTERROGATORY NO. 19

Please recite in complete detail all the content of written or oral communications between the Massachusetts Department of Public Health and representatives of the Wequassett Inn concerning the Salmonella enteritidis outbreak.

## ANSWER NO. 19

The only direct communication, written or oral, with the Massachusetts Department of Public Health and representatives of Wequassett Inn was to get directions to their lab for sample kit drop offs and to request more kits, which was done by Tony Guthrie, Assistant General Manager, Wequassett Inn Resort and Golf Club following the requests of the Harwich Board of Health.

## INTERROGATORY NO. 20

Please identify and describe in detail all documents, correspondence or other writings exchanged between the Massachusetts Department of Public Health and representatives of the Wequassett Inn concerning the Salmonella enteritidis outbreak.

## ANSWER NO. 20

The only document exchanged between the Massachusetts Department of Public Health and representatives of the Wequassett Inn was an 11-page fax from Johnson Nsubuga, M.P.H., Epidemiologist, Division of Epidemiology and Immunization, Massachusetts Department of Public Health, to Tony Guthrie, Assistant General Manager, Wequassett Inn Resort and Golf Club on October 1, 2001 outlining their findings regarding Wequassett Inn Salmonella Outbreak, Harwich, MA, July 6 and 7, 2001 WGFIC#2001-07-001.

## INTERROGATORY NO. 21

Please recite in complete detail all of the content of written or oral communications between Harwich Board of Health and representatives of the Wequassett Inn concerning the Salmonella enteritidis outbreak.

## ANSWER NO. 21

Upon being made aware of a possible food borne illness incident in several guests a few days after Dupont/Dien Wedding and the Invest to Compete Conference held on July 6, 2001, contact was made with Paula Champagne, the Director of the Health Department in the Town of Harwich on July 10, 2001. Paula and her assistant Lisa Gordon met with us on July 11 and the process of identifying food products served, employees who worked the events, and any other events that may have been affected began. Various requested documents were faxed back and forth (banquet event orders, contact names, work schedules, etc.) between representatives of Wequassett Inn Resort and Golf Club and Ms. Champagne's office through out the following weeks until the Summary Report from the State was received October 1, 2001.

## INTERROGATORY NO. 22

Please identify and describe in detail all documents, correspondence or other writings exchanged between the Harwich Board of Health and representatives of the Wequassett Inn concerning the Salmonella enteritidis outbreak.

## ANSWER NO. 22

Documents and correspondence exchanged between the Harwich Board of Health and representatives of Wequassett Inn are as follows:

7/12/01 -   HDH < Chef Brodsky
            Banquet event sheets of Dupont/Dien Wedding and Invest to Compete
7/13/01 -   HDH
            Inspection Report of Main Kitchen by Lisa Gordon
7/15/01 -   HDH < Chef Brodsky
            Chart of food product served to the five weekend events
7/16/01 -   HDH < Tony Guthrie
            Contact information of other three weddings held that weekend
7/18/01 -   HDH > Mark Novota
            Request for further information regarding staffing, guest information and list of staff that have been tested to date.
7/19/01 -   HDH < Mark Novota
            Contact information for employee Martin Jehle, Line Cook, requested
7/20/01 -   HDH > Mark Novota
            Notes from 7/19/01 interview with Wequassett Inn staff
7/31/01 -   HDH < Chef Brodsky
            Dining Room diagram and employee addresses requested
10/16/01    HDH < Chef Brodsky

## INTERROGATORY NO. 23

Please identify by date, media person, and media organization all written or oral statements, interviews, briefings, press releases or news conferences in which representatives of the Wequassett Inn participated concerning the Salmonella enteritidis outbreak; the subsequent bodily injury claims which were eventually asserted; and all ensuing state or federal litigation.

## ANSWER NO. 23

The media persons and organizations that contacted us for quotes were:

July 18, 2001 – Alan Pollock of the Cape Cod Chronicle
July 23, 2001 – Jeffrey Hyer of The Cape Coder
July 24, 2001 – Noelle Barton of the Cape Cod Times
July 26, 2001 – CCTV – Channel 3 / Video of Press Conference at Harwich Town Hall w/ Mark Novota and Paula Champagne, Health Director

July 26, 2001 – Noelle Barton of Cape Cod Times
August 2, 2001 – Jeffrey Hyer of The Cape Codder
October 15, 2001 – Jeffrey Hyer of The Cape Codder
October 17, 2001 – Allan Pollock of the Cape Cod Chronicle
May 22, 2002 – Glen Johnson of The Boston Globe

## INTERROGATORY NO. 24

Please recite the content of all written or oral statements, interviews, briefings, press releases or news conferences in which representatives of the Wequassett Inn participated concerning the Salmonella enteritidis outbreak; the subsequent bodily injury claims which were eventually asserted; and all ensuing state or federal litigation.

## ANSWER NO. 24

Oral statements given to the media by Mark Novota, Managing Partner of Wequassett Inn Resort and Golf Club, were:

July 19, 2001 – Alan Pollock/The Cape Cod Chronicle – "We are thoroughly investigating the matter, the Inn's staff have cooperated fully with health officials by providing information about the guest list, menu, and staff members who were on duty during the events. We brought this to the attention of the local authorities shortly after receiving complaints from one of the guests." ~ Mark Novota

July 24, 2001 – Jeffrey Hyer/The Cape Codder – "We have notified all those involved and are getting all the information we need to draw conclusions. We are in good hands with both the state and local health departments." ~ Mark Novota

July 25, 2001 – Noelle Barton/Cape Cod Times – "It can be tough, certainly (having food poisoning)." ~ Mark Novota

July 26, 2001 – see transcript of Mr. Novota's statements in Response to Request No. 33.

July 27, 2001 – Noelle Barton/Cape Cod Times – "We don't believe that's an issue (the use of unpasteurized eggs in the béarnaise sauce)." ~ Mark Novota, Article stating "cases may swell to 170".

July 28, 2001 – Retraction from Cape Cod Times – For the Record: Fewer likely to fall ill from salmonella.

August 3, 2001 – Jeffrey Hyer/The Cape Codder – "During the past 15 years our safety record has been exemplary. This is the first occurrence of its kind at our property." ~ Mark Novota

October 16, 2001 – "Everybody is vulnerable to this possibility (of health inspection violations); we just have to make sure if there is anything that can be done, we will do it. We have worked toward a zero tolerance on any risk that may be involved in food preparation." We did all we could to show our concern and care (to those who got ill and were seeking restitution), and put our best foot forward to right any wrong that occurred." ~ Mark Novota

October 18, 2001 – "We feel confident that we certainly used a béarnaise that was made of pasteurized eggs, so this adds to the mystery a bit." ~ Mark Novota

May 21, 2002 – "It's the first and only incident of this kind in my 15 years at the resort. We have worked with the individuals involved to try to remedy any of the bad will or discomfort that went their way. At this point in time we don't have confirmation for them (Invest to Compete) to return."

### INTERROGATORY NO. 25

Please identify by name, job title, and last known address the three food handlers at the Wequassett Inn referred to by the Massachusetts Department of Public Health in its report of October 1, 2001, a copy of which is attached, whose stool samples tested positive for Salmonella enteriditis.

### ANSWER NO. 25

The names, title and contact information for the three food handlers at Wequassett Inn who tested positive for Salmonella enteritidis are as follows:

    Martin Jehle – Cook
    Apart Garni Kardona 292
    A-6561 Ischgl
    Austria

Jessica M. Miller - Pastry Cook
6601 Firestone Road
Spencer, OH 44275

Robert S. Giannini – Assistant Server
200 Route 137
Harwich, MA 02645

## INTERROGATORY NO. 26

Please state the immigration status as of July 5-8, 2001, of the three food handlers at the Wequassett Inn referred to by the Massachusetts Department of Public Health in its report of October 1, 2001, a copy of which is attached, whose stool samples tested positive for Salmonella enteriditis.

## ANSWER NO. 26

The immigration status as of July 5-8, 2001 for the three food handlers at Wequassett Inn who tested positive for Salmonella enteritidis are as follows:

| | |
|---|---|
| Martin Jehle – Cook<br>Apart Garni Kardona 292<br>A-6561 Ischgl<br>Austria | Alien authorized to work until 2/15/01<br>#20011130730001 |
| Jessica M. Miller – Pastry Cook<br>6601 Firestone Road<br>Spencer, OH 44275 | Citizen of the United States |
| Robert S. Giannini – Assistant Server<br>200 Route 137<br>Harwich, MA 02645 | Citizen of the United States |

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF October, 2004.

_____
Mark J. Novota for
Pleasant Bay Group, Inc., d/b/a
The Wequassett Inn Resort and Golf Club

As to objections:
by its attorney:

_____
Scott J. Tucker -- BBO 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

### CERTIFICATE OF SERVICE

I, Scott J. Tucker, hereby certify that on October 21, 2004, by first class mail, postage prepaid, I served a copy of the within

DEFENDANT'S ANSWERS TO THE FIRST SET OF INTERROGATORIES
OF THE PLAINTIFF, SCOTT DIEN

upon the following counsel of record:

David L. Gibson, Esquire
Driscoll & Gibson
1000 Plain Street
Marshfield, MA 02050

_____
Scott J. Tucker