UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEVEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS, | ) ) ) ) ) | C.A. NO. 04-CV 11168 JLA |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| PLEASANT BAY GROUP, INC., d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB | ) ) ) ) | |
| Defendant. | ) ) | |

PLAINTIFFS' INITIAL DISCLOSURE IN ACCORDANCE WITH FED. R. CIV. P. 26(a)(1) AND LR, D.Mass. 26.2(A)

In accordance with Fed. R. Civ. P. 26(a)(1) and LR, D.Mass. 26.2(A), Plaintiffs hereby make the following initial disclosures:

A. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT PLAINTIFFS' MAY USE TO SUPPORT THEIR CLAIMS**

(i)    The Contractual and Financial Arrangements Regarding the Wedding of Scott Dien and Rebecca Dupont and the Dinner/Reception that followed at The Wequassett Inn

1.    Scott Dien
       4352 Vista Place
       La Canada, CA 91011
       (818)248-8890

2.    Rebecca Dupont
       4352 Vista Place
       La Canada, CA 91011
       (818)248-8890

3.  Mark J. Novota
    Managing Partner
    Wequassett Inn
    Route 28 Pleasant Bay
    Chatham, MA 02633
    (508)432-5400

    Residential Address:
    16 Harcourt Street
    Apartment 9F
    Boston, MA

4.  Robert Messersmith
    Assistant Food and Beverage Manager
    Wequassett Inn
    Route 28 Pleasant Bay
    Chatham, MA 02633
    (508)432-5400

    Residential Address:
    P.O. Box 157
    South Chatham, MA

5.  Amy McGorry Farrell
    Director of Catering
    Wequassett Inn
    Route 28 Pleasant Bay
    Chatham, MA 02633
    (508)432-5400

    Residential Address:
    27 White Oak Trail
    Brewster, MA

6.  Gillian J. Richmond
    Assistant Catering Sales Manager
    Wequassett Inn
    Route 28 Pleasant Bay
    Chatham, MA 02633
    (508)432-5400

    Residential Address:
    P.O. Box 411
    Harwich, MA

2

(ii)    The Corporate Organization, Ownership, and Management of The Wequassett Inn as of July 2001 and All Other Times Material To This Action

      1.    Mark J. Novota
Managing Partner
Wequassett Inn
[for business and home address, see Section A(i)(3)]

      2.    James C.A. McClennan
35 Sears Road
Chatham, MA

(iii)    The Food Preparation and Food Handling Practices of The Wequassett Inn as of July 6-7, 2001

      1.    William Brodsky
61 Atwood Circle
Brewster, MA 02631
(Executive Chef)

      2.    L. James Levine
83 Alder Drive
Brewster, MA 02631
(Subsequent HACCP Safety Manager)
(508) 896-4948

          and

          900 NE Spanish River Boulevard, 1-G
Boca Raton, FL 33431
(561) 338-0590

      3.    Mark J. Novota
Managing Partner
Wequassett Inn
Route 28 Pleasant Bay
Chatham, MA 02633

          Residential Address:
16 Harcourt Street
Apartment 9F
Boston, MA

      4.    Anthony "Tony" Guthrie
Director of Operations
Wequassett Inn

Route 28
Pleasant Bay
Chatham, MA 02633

(iv)    The Salmonella Outbreak of July 6-7, 2001 Involving The Members of the Dien/Dupont
Wedding Party, Their Invited Guests, and Family Members

1.    Scott Dien
[for residential address, see Section A (i)(1)]

2.    Rebecca Dupont
[for residential address, see Section A (i)(1)]

3.    Rudolph S. Dien
5010 Hill Street
La Canada, CA  91011
(818)790-6612

4.    LouAnn Dien
5010 Hill Street
La Canada, CA  91011
(818)790-6612

5.    Stephen Dien
9930 France Avenue
Tujunga, CA  91042
(818)352-0167

6.    Michelle Dien
9930 France Avenue
Tujunga, CA  91042
(818)352-0167

7.    Steven Gascoigne
450 Hanson Lane
Whitefish, MT  59937

8.    Kelly Gascoigne
450 Hanson Lane
Whitefish, MT  59937

9.    Jeffrey Jerome Gish
4828 Vineta Avenue
La Canada, CA  91011-2621
(818)790-1175

4

10.  Ashley Olsen Gish
     4828 Vineta Avenue
     La Canada, CA  91011-2621
     (818)790-1175

11.  Justin Gmelich
     166 Bingham Avenue
     Rumson, New Jersey 07760
     (732)936-9202

12.  Victoria Gmelich
     166 Bingham Avenue
     Rumson, New Jersey 07760
     (732)936-9202

13.  Roberta O. Hallinan
     531 Hollyburne Lane
     Thousand Oaks, CA  91360
     (805)495-3232

14.  Brett Hartin
     3147 West 134th Street
     Broomfield, CO  80020
     (303)635-0970

15.  Erin Hartin
     3147 West 134th Street
     Broomfield, CO  80020
     (303)635-0970

16.  Charles Merriam
     612 Mary Street
     Carson City, NV 89703-4915
     (775)841-0401

17.  Trudi Merriam
     612 Mary Street
     Carson City, NV 89703-4915
     (775)841-0401

18.  Christopher Meyer
     2205 Brandywine Parkway
     Guilderland, NY  12084
     (518)452-5432

19. Dr. Andre Dupont
1 Haverstock Road
Hampstead, Quebec, H3X1P1
Canada
(514)489-8924

20. Dr. Claire Dupont
1 Haverstock Road
Hampstead, Quebec, H3X1P1
Canada
(514)489-8924

21. Greg M. Hallinan
4801 Neblina Drive
Carlsbad, CA 92008

22. Karen A. Hallinan
4801 Neblina Drive
Carlsbad, CA 92008

23. Stacy Huntoon
238 East 33rd Street
Apartment 4
New York, NY 10016

24. Helen Wehden
5900 Avenue Durocher
Montreal, Quebec
Canada H2V 3Y4

25. Griffin Gmelich
152 South Roxbury
Beverly Hills, CA 90212
(818)977-8105

26. Dr. John Gmelich
54725 Inverness Way
La Quinta, CA  92253
(760)771-5614

27. Dolores Rose
54725 Inverness Way
La Quinta, CA  92253
(760)771-5614

(v)   The Investigation Conducted by the Harwich Board of Health and the Massachusetts
      Department of Public Health into the July 6-7, 2001, Salmonella Outbreak at The
      Wequassett Inn

1.   Paula J. Champagne
     Director of Harwich Board of Health
     732 Main Street
     Harwich, MA 02645
     (508)430-7509

2.   Lisa Gordan
     Senior Health Inspector
     Harwich Board of Health
     732 Main Street
     Harwich, MA 02645
     (508)430-7509

3.   Alfred DeMaria, Jr., M.D.
     Assistant Commissioner
     Director of Bureau of Communicable Disease Control
     Massachusetts State Epidemiologist

4.   Ralph Timperi, M.P.H.
     Assistant Commissioner
     Director of Massachusetts State Public Health Laboratories

5.   Harvey George, Ph.D.
     Director of Massachusetts State Clinical Laboratories

6.   Nancy Ridley, M.S.
     Assistant Commissioner
     Director of Massachusetts Bureau of Health Quality Management

7.   Johnson Nsubuga, M.P.H.
     Epidemilogist
     Division of Epidemiology and Immunization

8.   Erica Berl, D.V.M., M.P.H.
     Public Health Veterinarian
     Division of Food and Drugs

9.   Patricia E. Kludt, M.P.H.
     Epidemiology Program Coordinator
     Division of Epidemiology and Immunization

(vi)  Food Handlers at the Wequassett Inn Who Tested Positive For Salmonella Enteritidis (July 7-July 26, 2003)

    1.  Martin A. Jehle
       Apart Garni Kardona 292
       A-6561 Ischgl
       Austria
       (Cook)

    2.  Jessica M. Miller
       6601 Firestone Road
       Spencer, OH 44275
       (Pastry Cook)

    3.  Robert S. Giannini
       200 Route 137
       Harwich, MA 02645
       (Assistant Server)

(vii)  All Employees at Wequassett Inn Who Physically Handled Or Touched in Any Way the Food Products and Food Items or Their Ingredients Served to the Dien/Dupont Wedding Party and Guests

    1.  Richard Amundson
       33 Fagan's Court
       Apartment C
       Wakefield, RI 02879
       (Server)

    2.  Andrea Antinarelli
       70 Clayhole Road
       Brewster, MA 02631
       (Server)

    3.  William Brodsky
       61 Atwood Circle
       Brewster, MA 02631
       (Executive Chef)

    4.  Jonathan Card
       26 Fox Run Circle
       South Dennis, MA 02660
       (Cook)

5.  Martin Dvonc
    Hlauna 20
    95804 Partzanske
    Slovak Republic
    (Cook)

6.  Stephen H. Erwin
    10 Eagles Nest Road
    Harwich, MA 02645
    (Bartender)

7.  Robert Giannini
    200 Route 137
    Harwich, MA 02645
    (Server)

8.  Anilany Gonzalez
    c/Los Cocos #3
    El Copal II
    Santiago, Dominican Republic
    (Assistant Server)

9.  Esperanza Hernandez
    66 Crowell Road #4
    P.O. Box 267
    Chatham, MA 02633
    (Prep Cook)

10. Cesar E. Herrara
    1167 Phinney's Way, #6
    Centerville, MA 02632
    (Server)

11. Florian Hoffmeister
    Forellenweg 20
    Salzberg 5020, Austria
    (Server)

12. Jenna Hollander-Essiq
    12 Pequod Lane
    Eastham, MA 02642
    (Server)

13. Karen Isley
1016 Beaglia Park Drive
Apartment 201
Salisbury, MD 21804
(Pastry Chef)

14. Martin Jehle
Apart Garni Kardona 292
A-6561 Ischgl, Austria
(Cook)

15. Regina Jones
P.O. Box 6344
Delray Beach, FL 33482-6344
(Server)

16. Joseph S. Lento
63 Old Harbor Road
Chatham, MA 02633
(Bartender)

17. Maximo Martinez
AV Duarte #52, 3 Piso Dicey
Santiago, Dominican Republic
(Assistant Server)

18. Michael Martir
47 Captain Lijah's Road
Centerville, MA 02632
(Executive Sous Chef)

19. Mark Mathurin
62 Ash Street
Apartment 3
North Attleboro, MA 02760
(Banquet Sous Chef)

20. Jessica Miller
6601 Firestone Road
Spencer, OH 44275
(Pastry Cook)

21. Regina Miller
4270 Webster Road
Fredonia, NY 14063
(Pastry Cook)

22.     Adam R. Morel
        13 Holiday Avenue
        Derry, NH 03038
        (Cook)

23.     Oliver Olivares
        c/o Boyscout #135
        Hospedage LaJoya
        Santiago, Dominican Republic
        (Assistant Server)

24.     George Orgill
        Norwich District
        Norwich PA
        Portland, Jamaica
        (Pantry Cook)

25.     Michael Parent
        P.O. Box 314
        Boca Grande, FL 33921
        (Server)

26.     Ermes Pucci
        Via Nara 3
        Massa 54100, Italy
        (Server)

27.     Christopher C. Reid
        Green Pond Birch Hill
        P.O. Box 1232
        Montego Bay, Jamaica
        (Room Service/Assistant Server)

28.     Gerald Reid
        Birch Hill Cleneron
        No. P.O. Box 1232
        Montego Bay, Jamaica
        (Captain)

29.     Joseph Rohloff
        324 Dennison Avenue
        Shoreview, MN 55126
        (Bartender)

30.   Joseph M. Sadlemire
      P.O. Box 714
      North Chatham, MA 02633
      (Maitre d'Hotel)

31.   Julie A. Summers
      3950 Route 149
      Fort Ann, NY 12827
      (Server)

32.   Patrick Zangerl
      Garni Mirabell 255
      6561 Ischgl, Austria
      (Cook)

33.   Daniel Zimmerman
      St. Johannes Street 25
      Egenhausen Germany 97440
      ( Cook)

(viii)   Persons at Wequassett Inn Involved in the Purchase, Storage, Preparation, Washing,
         Cooking, Decoration, and Service of All Food Products and Food Served to the
         Dien/Dupont Wedding Party and Guests

1.   William Brodsky
     61 Atwood Circle
     Brewster, MA 02631
     (Executive Chef)

2.   Jonathan Card
     26 Fox Run Circle
     South Dennis, MA 02660
     (Cook)

3.   Martin Dvonc
     Hlauna 20
     95804 Partzanske
     Slovak Republic
     (Cook)

4.   Esperanza Hernandez
     66 Crowell Road #4
     P.O. Box 267
     Chatham, MA 02633
     (Prep Cook)

5.    Karen Isley
      1016 Beaglia Park Drive
      Apartment 201
      Salisbury, MD 21804
      (Pastry Chef)

6.    Martin Jehle
      Apart Garni Kardona 292
      A-6561 Ischgl, Austria
      (Cook)

7.    Michael Martir
      47 Captain Lijah's Road
      Centerville, MA 02632
      (Executive Sous Chef)

8.    Mark Mathurin
      62 Ash Street
      Apartment 3
      North Attleboro, MA 02760
      (Banquet Sous Chef)

9.    Jessica Miller
      6601 Firestone Road
      Spencer, OH 44275
      (Pastry Cook)

10.   Regina Miller
      4270 Webster Road
      Fredonia, NY 14063
      (Pastry Cook)

11.   Adam R. Morel
      13 Holiday Avenue
      Derry, NH 03038
      (Cook)

12.   George Orgill
      Norwich District
      Norwich PA
      Portland, Jamaica
      (Pantry Cook)

13.    Patrick Zangerl
       Garni Mirabell 255
       6561 Ischgl, Austria
       (Cook)

14.    Daniel Zimmerman
       St. Johannes Street 25
       Egenhausen Germany 97440
       ( Cook)

(ix)    Persons Who Contracted Salmonella and  Became Ill at the Invest to Compete Alliance
        Conference at Wequassett Inn from July 5-7, 2001

1.    U.S. Congressman Michael Capuano
      1010 Pennsylvania Avenue
      Washington, DC 20003
      (202) 225-5111

2.    U.S. Congressman James Maloney

      Residential Address:
      15 Wooster Heights
      Danbury, CT 06810

3.    James Conzelman
      2233 Rayburn
      Washington, DC 20515
      (202) 225-2676

4.    Ms. Barbara Crapa
      2000 Cool Spring Drive
      Alexandria, VA 22308
      (202) 224-6542

5.    Kirk Fordham
      2816 27th Street NW
      Washington, DC 20008
      (202) 225-5792

6.    Marwan Burgan
      (address presently unknown)
      (703) 855-7805

7.    Sharon Judge
      14011 I Street NW
      Washington, DC 20005
      (202) 296-9410

8.    Anne Sullivan
      391 Pedham Street
      Newton, MA 02158
      (617) 348-4300

9.    Sandra Woleben
      7901 Westpark Drive
      McLean, VA 22102
      (847) 803-4000

10.   Michael Tovares
      601 Pennsylvania Avenue
      Washington, DC
      (202) 638-4170

11.   Edward Goldman
      (address presently unknown)
      (781) 684-4168

12.   Benita Goldman
      (address presently unknown)
      (781) 684-4168

13.   James Grasso
      Providence Gas Co.
      100 Weybosset Street
      Providence, RI 02903
      (401) 272-5040

14.   Kim Grasso
      Providence Gas Co.
      100 Weybosset Street
      Providence, RI 02903
      (401) 272-5040

15.   Robert Hanley
      19 Colburn Street
      Westwood, MA 02090
      (617) 560-1573

16.    Mari Lee Hanley
       19 Colburn Street
       Westwood, MA 02090
       (617) 560-1573

(x)    Persons at Wequassett Inn Involved in the Purchase, Storage, Preparation, Washing,
       Cooking, Decoration, and Service of All Food Products and Food Items Served to the
       <u>Persons Attending the Invest to Compete Alliance Conference</u>

1.    William Brodsky
      61 Atwood Circle
      Brewster, MA 02631
      (Executive Chef)

2.    Jonathan Card
      26 Fox Run Circle
      South Dennis, MA 02660
      (Cook)

3.    Martin Dvonc
      Hlauna 20
      95804 Partzanske
      Slovak Republic
      (Cook)

4.    Esperanza Hernandez
      66 Crowell Road #4
      P.O. Box 267
      Chatham, MA 02633
      (Prep Cook)

5.    Karen Isley
      1016 Beaglia Park Drive
      Apartment 201
      Salisbury, MD 21804
      (Pastry Chef)

6.    Martin Jehle
      Apart Garni Kardona 292
      A-6561 Ischgl, Austria
      (Cook)

7.    Michael Martir
      47 Captain Lijah's Road
      Centerville, MA 02632
      (Executive Sous Chef)

8.    Mark Mathurin
62 Ash Street
Apartment 3
North Attleboro, MA 02760
(Banquet Sous Chef)

9.    Jessica Miller
6601 Firestone Road
Spencer, OH 44275
(Pastry Cook)

10.    Regina Miller
4270 Webster Road
Fredonia, NY 14063
(Pastry Cook)

11.    Adam R. Morel
13 Holiday Avenue
Derry, NY 03038
(Cook)

12.    George Orgill
Norwich District
Norwich PH
Portland, Jamaica
(Pantry Cook)

13.    Patrick Zangerl
Garni Mirabell 255
6561 Ischgl, Austria
(Cook)

14.    Daniel Zimmerman
St. Johannes Street 25
Egenhausen Germany 97440
( Cook)

(xi)    All Employees at Wequassett Inn Who Physically Handled or Touched in Any Way the Food Products and Food Items and Their Ingredients Served to the Persons Attending the Invest to Compete Alliance Conference

1.    Richard Amundson
33 Fagan's Court
Apartment C
Wakefield, RI 02879
(Server)

2.     Andrea Antinarelli
       70 Clayhole Road
       Brewster, MA 02631
       (Server)

3.     William Brodsky
       61 Atwood Circle
       Brewster, MA 02631
       (Executive Chef)

4.     Jonathan Card
       26 Fox Run Circle
       South Dennis, MA 02660
       (Cook)

5.     Martin Dvonc
       Hlauna 20
       95804 Partzanske
       Slovak Republic
       (Cook)

6.     Stephen H. Erwin
       10 Eagles Nest Road
       Harwich, MA 02645
       (Bartender)

7.     Robert Giannini
       200 Route 137
       Harwich, MA 02645
       (Server)

8.     Anilany Gonzalez
       c/Los Cocos #3
       El Copal II
       Santiago, Dominican Republic
       (Assistant Server)

9.     Esperanza Hernandez
       66 Crowell Road #4
       P.O. Box 267
       Chatham, MA 02633
       (Prep Cook)

10. Cesar E. Herrara
    1167 Phinney's Way, #6
    Centerville, MA 02632
    (Server)

11. Florian Hoffmeister
    Forellenweg 20
    Salzberg 5020, Austria
    (Server)

12. Jenna Hollander-Essiq
    12 Pequod Lane
    Eastham, MA 02642
    (Server)

13. Karen Isley
    1016 Beaglia Park Drive
    Apartment 201
    Salisbury, MD 21804
    (Pastry Chef)

14. Martin Jehle
    Apart Garni Kardona 292
    A-6561 Ischgl, Austria
    (Cook)

15. Regina Jones
    P.O. Box 6344
    Delray Beach, FL 33482-6344
    (Server)

16. Joseph S. Lento
    63 Old Harbor Road
    Chatham, MA 02633
    (Bartender)

17. Maximo Martinez
    AV Duarte #52, 3 Piso Dicey
    Santiago, Dominican Republic
    (Assistant Server)

18. Michael Martir
    47 Captain Lijah's Road
    Centerville, MA 02632
    (Executive Sous Chef)

19. Mark Mathurin
    62 Ash Street
    Apartment 3
    North Attleboro, MA 02760
    (Banquet Sous Chef)

20. Jessica Miller
    6601 Firestone Road
    Spencer, OH 44275
    (Pastry Cook)

21. Regina Miller
    4270 Webster Road
    Fredonia, NY 14063
    (Pastry Cook)

22. Adam R. Morel
    13 Holiday Avenue
    Derry, NH 03038
    (Cook)

23. Oliver Olivares
    c/o Boyscout #135
    Hospedage LaJoya
    Santiago, Dominican Republic
    (Assistant Server)

24. George Orgill
    Norwich District
    Norwich PA
    Portland, Jamaica
    (Pantry Cook)

25. Michael Parent
    P.O. Box 314
    Boca Grande, FL 33921
    (Server)

26. Ermes Pucci
    Via Nara 3
    Massa 54100, Italy
    (Server)

27. Christopher C. Reid
Green Pond Birch Hill
P.O. Box 1232
Montego Bay, Jamaica
(Room Service/Assistant Server)

28. Gerald Reid
Birch Hill Cleneron
No. P.O. Box 1232
Montego Bay, Jamaica
(Captain)

29. Joseph Rohloff
324 Dennison Avenue
Shoreview, MN 55126
(Bartender)

30. Joseph M. Sadlemire
P.O. Box 714
North Chatham, MA 02633
(Maitre d'Hotel)

31. Julie A. Summers
3950 Route 149
Fort Ann, NY 12827
(Server)

32. Patrick Zangerl
Garni Mirabell 255
6561 Ischgl, Austria
(Cook)

33. Daniel Zimmerman
St. Johannes Street 25
Egenhausen Germany 97440
( Cook)

(xi) Coordinators of Invest to Compete Alliance Conference

1. Jeanne M. Campbell and Daniel M.
Crane or another representative of
Campbell-Crane & Associates
1010 Pennsylvania Avenue South East
Washington, D.C. 20003
(202) 546-4991

21

2.     Linnsey Workman
       Invest to Compete Alliance
       1010 Pennsylvania Avenue SE
       Washington, D.C. 20003
       (202) 546-4991

(xiii)   Subsequent Remedial Measures Undertaken by Wequassett Inn in Wake of Salmonella
         Outbreak of July, 2001

1.     L. James Levine
       83 Alden Drive
       Brewster, MA 02631
       (HACCP Safety Manager)
       (508) 896-4948

       and

       900 NE Spanish River Boulevard, 1-G
       Boca Raton, FL 33431
       (561) 338-0590

2.     William Brodsky
       61 Atwood Circle
       Brewster, MA 02631
       (Executive Chef)

3.     Mark J. Novota
       Managing Partner
       Wequassett Inn
       Route 28 Pleasant Bay
       Chatham, MA 02633
       (508)432-5400

       Residential Address:
       16 Harcourt Street
       Apartment 9F
       Boston, MA

(xiv)    Media Persons and Organizations Who Contacted the Wequassett Inn for Public Comment
         Concerning The Salmonella Outbreak of July 2001

1.     Allan Pollock
       Cape Cod Chronicle
       60-C Munson Meeting Way
       Chatham, MA 02633
       (508) 945-2220

2.    Jeffrey Hyer
      The Cape Codder

3.    Noelle Barton
      The Cape Cod Times
      319 Main Street
      Hyannis, MA
      (508) 775-1200

4.    Glen Johnson
      The Boston Globe
      P.O. Box 55819
      Boston, MA 02205-5819
      (617) 929-2000

5.    Robin Lord
      The Cape Cod Times
      319 Main Street
      Hyannis, MA
      (508) 775-1200

(xv)    Plaintiff Steven Gascoigne's Salmonella Infection, His Development of Reactive
        Arthritis, Course of Medical Treatment, and Future Prognosis

1.    Bernadette VanBelois, M.D.                [Rheumatology]
      Tamarack Medical Clinic
      1280 Burns Way
      Kalispell, MT 59901
      (406)752-2010

2.    Robert Kowalewski, M.D.                   [Rheumatology]
      2324 Eastlake Avenue East
      Seattle, WA 98102
      (206)543-8606

3.    Michael Richardson, M.D.                  [Diagnostic Radiology]
      2324 Eastlake Avenue East
      Seattle, WA 98102
      (206)543-8606

4.      Rodney Bluestone M.D.                    [Rheumatology]
        436 N. Bedford Drive,
        Suite 303
        Beverly Hills, CA 90210
        (310)657-2222

5.      Keeper of the Records of:

        (a)     Safeway Pharmacy
                6580 Highway 93 South
                Whitefish, MT 59937
                (406)862-2526

        (b)     University of Washington Medical Center
                1959 N.E. Pacific Street
                Seattle, WA 98195
                (206)598-4344

        (c)     N.W. Andrology & Cryobank, Inc.
                2831 Fort Missoula Road
                Missoula, MT 59804
                (800)786-5251

(xvi)   <u>Plaintiffs' Damages, Monetary Losses, and Impaired Earning Capacity</u>

1.      Steve Gascoigne
        450 Hanson Lane
        Whitefish, MT 59937

2.      Kelly Gascoigne
        450 Hanson Lane
        Whitefish, MT 59937

3.      Jerry Brown
        4310 Shepherds Lane
        LaCanada, CA 91011
        (818)790-7230

4.      Frances Barbeau
        375 Spring Praire Road
        Whitefish, MT 59937

5.      Kerry Krost
        23904 Via Rosa Linda
        Valencia, CA 91355

6.    S. Allen
      Training Coordinator
      California Highway Patrol
      Altadena, CA

7.    Michael R. Bordie
      1840 Laurel Bay Drive
      Pasadena, CA 91105

8.    Douglas Goode
      3535 Burrett Way
      LaCrescenta, CA 91214

9.    Jack Scilley
      4826 Fairlawn Drive
      LaCanada, CA 91011

10.   Kenneth and Jackie Gray
      56155 Pebble Beach
      La Quinta, CA 02253

11.   Richard Gonzalez
      16921 East Kirk View
      Hacienda Heights, CA 91745

12.   William and Mary Gascoigne

13.   Phil Duty
      Phil Duty Construction
      P.O. Box 1153
      Whitefish, MT 59937
      (406)862-3363

14.   Robbie Shreve
      Shreve Construction
      645 Northwoods Drive
      Whitefish, MT 59937

15.   Gascoigne's Brother - Calgary Stampede

16.   Scott Dien
      Crestline Construction Company
      4352 Vista Place
      La Canada, CA 91011

(xvii)  The Investigation Conducted by the Harwich Board of Health and the Massachusetts Department of Public Health into the June 14, 2002, Outbreak of Gastrointestinal Illness at The Wequassett Inn

      1.    Paula J. Champagne
            Director of Harwich Board of Health
            732 Main Street
            Harwich, MA 02645
            (508)430-7509

      2.    Alfred DeMaria, Jr., M.D.
            Assistant Commissioner
            Director of Bureau of Commonwealth Disease Control

      3.    Nancy Ridley, M.S.
            Assistant Commissioner
            Director of Bureau of Health Quality Management

      4.    Ralph Timperi, M.P.H.
            Assistant Commissioner
            Director of Massachusetts State Public Health Laboratories

      5.    Harvey George, Ph.D.
            Director of Massachusetts State Clinical Laboratories

      6.    Gilliam Hamilton, M.P.H.
            Report Coordinator
            Epidemiology Program

      7.    Patricia Kludt, M.P.H.
            Epidemiology Program

      8.    Frauke Argyros, M.S.
            Foodborne Illness Epidemiologist
            Division of Food and Drugs

B.  DESCRIPTION OF DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS IN SUPPORT OF PLAINTIFFS' CLAIMS

(i)     Itemized List of Medical Records for Plaintiff Steven Gascoigne

| Health Care Provider | Date(s) of Service |
|---|---|
| 1. Bernadette Van Belois, M.D.<br>Tamarack Medical Clinic<br>1280 Burns Way<br>Kalispell, MT 59901 | 10/31/01 - 01/02/04<br>[update] |
| 2. Robert Kowalewski, M.D.<br>Department of Rheumatology<br>University of Washington<br> Medical Center<br>1959 N.E. Pacific Street<br>Seattle, WA 98195 | 12/17/02; 01/28/03;<br>04/01/03 |
| 3. Rodney Bluestone M.D.<br>436 N. Bedford Drive, #303<br>Beverly Hills, CA 90210 | 05/20/03; 07/22/03<br>narrative report - May 28, 2003<br>supplemental report - July 23, 2003<br>[update] |

(ii)     Itemized List of Medical Bills for Plaintiff Steven Gascoigne

| Health Care Provider | Date(s) of Service | Amount |
|---|---|---|
| 1. Bernadette Van Belois, M.D.<br>Tamarack Medical Clinic<br>1280 Burns Way<br>Kalispell, MT 59901 | 10/31/01 - 01/02/04<br>[update] | $ 944.84 |
| 2. Safeway Pharmacy<br>6580 Highway 93 South<br>Whitefish, MT 59937 | 11/01/01 - 01/02/04<br>[update] | $ 658.40 |
| 3. University of Washington<br> Medical Center<br>1959 N.E. Pacific Street<br>Seattle, WA 98195 | 12/17/02; 01/28/03;<br>04/01/03 | $ 1,151.50 |
| 4. U.W. Physicians<br> Robert Kowalewski, M.D.<br> Michael Richardson, M.D.<br>2324 Eastlake Avenue E.<br>Seattle, WA 98102 | 12/17/02; 01/28/03;<br>04/01/03 | $ 489.00 |
| 5. Rodney Bluestone M.D.<br>436 N. Bedford Drive, #303<br>Beverly Hills, CA 90210 | 07/22/03 | $ 1,780.00 |

6.   N.W. Andrology & Cryobank, Inc.       10/17/03; 12/08/03;        $      569.00
     2831 Fort Missoula Road               12/15/03; storage
     Missoula, MT  59804

                                           TOTAL:       $      5,592.74

(iii)    Related Expenses for Medical Treatment of Plaintiff Steven Gascoigne

| Transaction Date | Description | Amount |
|---|---|---|
| 04/16/02; 04/17/02 | Alaska Air (transportation) | $ 412.00 |
| 05/19/02 | Alaska Air (transportation) | $ 70.00 |
| 07/16/02 | IL Fornaio (food) | $ 29.43 |
| 07/16/02 | Restaurant Zoe (food) | $ 64.65 |
| 07/16/02 | Bartell Drug (medication) | $ 22.82 |
| 07/18/02 | HMSHOST-Airpt. (transportation) | $ 6.00 |
| 07/18/02 | Alaska Air (transportation) | $ 60.00 |
| 07/22/02 | Mstral Restaurant (food) | $ 138.52 |
| 07/22/02 | Union 76 (food) | $ 25.36 |
| 07/23/02 | Pepe's Mexican Rstr. (food) | $ 25.00 |
| 08/13/02 | Medical Arts | $ 11.52 |
| 08/28/02 | Medical Arts | $ 73.62 |
| 09/24/02 | Kalispell Reg. Medical Center | $ 1,807.08 |
| 09/30/02 | Alaska Air (transportation) | $ 138.50 |
| 10/05/02 | Alaska Air (transportation) | $ 21.00 |
| 10/17/02 | Alaska Air (transportation) | $ 60.00 |
| 10/20/02 | Kalispell Reg. Medical Center | $ 445.62 |
| 11/28/02 | Alaska Air (transportation) | $ 50.00 |
| 12/12/02 | Tamarack Medical Center | $ 437.83 |
| 12/17/02 | Ramada Inn (lodging) | $ 65.30 |
| 12/17/02 | Berkshire Grill (food) | $ 14.89 |
| 12/19/02 | Elliotts Pier 56 (food) | $ 88.39 |
| 12/21/02 | The Pink Door | $ 136.10 |
| 12/23/02 | W. Seattle Hotel (lodging) | $ 328.53 |
| 01/18/03 | Alaska Air (transportation | $ 70.00 |
| 01/23/03 | HMSHOST (transportation) | $ 23.64 |
| 01/28/03 | Sam Malone's Pub (food) | $ 27.50 |
| 01/28/03 | Holiday Inn (lodging) | $ 152.49 |
| 01/28/03 | Ram Big Horn Brewery (food) | $ 16.79 |
| 01/30/03 | Dollar Rent-A-Car (transportation) | $ 127.54 |
| | TOTAL: | $ 4,950.12 |

     Copies of the documents referred to above, including medical records, medical bills, and expert reports are produced herewith.

## C.1. COMPUTATION OF CATEGORIES OF DAMAGES CLAIMED BY PLAINTIFF STEVEN GASCOIGNE

I.  Tangible Elements Of Damage And Monetary Loss

(i) Vacation Costs and Expenses

1. American Airlines:
Round trip airfare from Calgary, Alberta, Canada to Boston, Massachusetts — $ 827.54

2. Millennium Bostonian:
Accommodations in Boston, Massachusetts — $2,007.35

3. Hertz Rent-a-Car:
Transportation from Boston, Massachusetts to Chatham, Massachusetts — $ 439.58

4. Wequassett Inn:
Accommodations in Chatham, Massachusetts — $2,157.04

5. Meals:

| | |
|---|---|
| Land Ho Restaurant, Orleans, Massachusetts | $ 52.52 |
| Chatham Wayside Inn, Chatham, Massachusetts | $ 61.45 |
| Depot Restaurant, South Harwich, Massachusetts | $ 60.14 |
| The Seafood Shanty, Edgartown, Massachusetts | $ 59.35 |
| The Nature Company, Boston, Massachusetts | $ 41.95 |
| Ristorante Saraceno, Boston, Massachusetts | $ 96.30 |
| Abe & Louie's, Boston, Massachusetts | $ 72.01 |

6. Gasoline and miscellaneous:

| | |
|---|---|
| Texaco, Hyannis, Massachusetts | $ 19.42 |
| Hyannis Harbor Tours, Hyannis, Massachusetts | $ 81.00 |
| Old Town Trolley Tours | $ 65.00 |

Total vacation expenses shared equally by Steven and Kelly Gascoigne and Jerry and Carol Brown — $6,040.65

One-half of total vacation expenses paid by Steven and Kelly Gascoigne — $3,020.32

7. Additional miscellaneous expense:
Prescription medications purchased from Express Scripts — $ 145.53

TOTAL: $3,165.85

(ii)  Medical, Hospital, and Treatment Related Expenses

| | Health Care Provider | Date(s) of Service | Amount |
|---|---|---|---|
| 1. | Bernadette Van Belois, M.D.<br>Tamarack Medical Clinic<br>1280 Burns Way<br>Kalispell, MT  59901 | 10/31/01 - 01/02/04<br>[update] | $    944.84 |
| 2. | Safeway Pharmacy<br>6580 Highway 93 South<br>Whitefish, MT  59937 | 11/01/01 - 01/02/04 | $    658.40 |
| 3. | University of Washington<br>  Medical Center<br>1959 N.E. Pacific Street<br>Seattle, WA  98195 | 12/17/02; 01/28/03;<br>04/01/03 | $ 1,151.50 |
| 4. | U.W. Physicians<br>  Robert Kowalewski, M.D.<br>  Michael Richardson, M.D.<br>2324 Eastlake Avenue E.<br>Seattle, WA  98102 | 12/17/02; 01/28/03;<br>04/01/03 | $    489.00 |
| 5. | Rodney Bluestone M.D.<br>436 N. Bedford Drive, #303<br>Beverly Hills, CA  90210 | 07/22/03<br>[update] | $ 1,780.00 |
| 6. | N.W. Andrology & Cryobank, Inc.<br>2831 Fort Missoula Road<br>Missoula, MT  59804 | 10/17/03 | $    140.00 |

TOTAL:    $ 5,592.74

(iii)  Related Expenses for Medical Treatment for Plaintiff Steven Gascoigne

| Transaction Date | Description | Amount |
|---|---|---|
| 04/16/02; 04/17/02 | Alaska Air (transportation) | $    412.00 |
| 05/19/02 | Alaska Air (transportation) | $    70.00 |
| 07/16/02 | IL Fornaio (food) | $    29.43 |
| 07/16/02 | Restaurant Zoe (food) | $    64.65 |
| 07/16/02 | Bartell Drug (medication) | $    22.82 |
| 07/18/02 | HMSHOST-Airpt. (transportation) | $    6.00 |
| 07/18/02 | Alaska Air (transportation) | $    60.00 |
| 07/22/02 | Mstral Restaurant (food) | $    138.52 |

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07/22/02 | Union 76 (food) | $ | 25.36 |
| 07/23/02 | Pepe's Mexican Rstr. (food) | $ | 25.00 |
| 08/13/02 | Medical Arts | $ | 11.52 |
| 08/28/02 | Medical Arts | $ | 73.62 |
| 09/24/02 | Kalispell Reg. Medical Center | $ | 1,807.08 |
| 09/30/02 | Alaska Air (transportation) | $ | 138.50 |
| 10/05/02 | Alaska Air (transportation) | $ | 21.00 |
| 10/17/02 | Alaska Air (transportation) | $ | 60.00 |
| 10/20/02 | Kalispell Reg. Medical Center | $ | 445.62 |
| 11/28/02 | Alaska Air (transportation) | $ | 50.00 |
| 12/12/02 | Tamarack Medical Center | $ | 437.83 |
| 12/17/02 | Ramada Inn (lodging) | $ | 65.30 |
| 12/17/02 | Berkshire Grill (food) | $ | 14.89 |
| 12/19/02 | Elliotts Pier 56 (food) | $ | 88.39 |
| 12/21/02 | The Pink Door | $ | 136.10 |
| 12/23/02 | W. Seattle Hotel (lodging) | $ | 328.53 |
| 01/18/03 | Alaska Air (transportation | $ | 70.00 |
| 01/23/03 | HMSHOST (transportation) | $ | 23.64 |
| 01/28/03 | Sam Malone's Pub (food) | $ | 27.50 |
| 01/28/03 | Holiday Inn (lodging) | $ | 152.49 |
| 01/28/03 | Ram Big Horn Brewery (food) | $ | 16.79 |
| 01/30/03 | Dollar Rent-A-Car (transportation) | $ | 127.54 |
| | TOTAL: | $ | 4,950.12 |

(iv) Loss Or Impairment Of Earning Capacity

| Tax Year | Return | Wage Amount | Business Income |
|----------|--------|-------------|-----------------|
| 1996 | Steve's individual federal return | $ 45,628.00 | N/A |
| 1997 | Steve's individual federal return | $ 50,665.00 | N/A |
| 1998 | First joint federal return. No occupation is listed for Kelly, who is listed as a student. Steve was the sole income earner. | $ 54,460.00 | N/A |

| | | | | |
|---|---|---|---|---|
| 1999 | Second joint federal return. No occupation is listed for Kelly. All wages are from Steve. Sales of multiple stocks are indicated showing sales of Kelly's short term holdings in the amount of $7,534.74 and Kelly's long term holdings in the amount of $45,718.18. This was done in anticipation of and to finance their move to Montana. Kelly was pregnant with Ad. at the time they relocated to Montana. | $ 61,335.00 | | N/A |
| 2000 | Third joint return. All wages ($17,147.00) are attributed to Steve, who indicates that he and Kelly became non-residents of California on December 31, 1999. His gross receipts for his construction business are $7,960.00 with expenses of $7,998.00, showing a net loss of minus $38.00. Kelly's occupation is listed as "consulting" with gross receipts of $709.00 and a net loss of minus $15.00. | $ 17,147.00 | $ | <53.00> |
| 2001 | Fourth joint return. Here you can fully appreciate the impact of Steve's reactive arthritis on his ability to work as a framer or finish carpenter. His gross income is listed as $5,000.00. His expenses are listed as $3,561.00. His net profit was a meager $1,439.00. Kelly's occupation is listed as "consulting" with a net profit of $4,410.00. The family survived only by liquidating certain stock holdings and investments. | $ 0 | $ | 5,849.00 |
| 2002 | Fifth joint return. With the birth of his second child -- Ab.G. -- the inability to work as a finish carpenter and framer continued to impact Steve's efforts to earn income. The only income the family enjoyed at all were from dividends and sales of certain stock holdings. | $ 0 | $ | 0 |

II. Intangible Elements Of Damage And Monetary Loss
    (i)     Physical, emotional, and mental injuries
    (ii)    Loss of capacity to enjoy life
    (iii)   Physical pain and suffering
    (iv)   Mental anguish
    (v)    Humiliation and embarrassment

32

III. Damages Due To Violations Of Mass. G.L. c.93A
- (i)     double and treble damages
- (ii)    attorney's fees
- (iii)   costs
- (iv)    litigation expenses
- (v)     interest


## C.2.  COMPUTATION AND CATEGORY OF DAMAGES CLAIMED
## BY PLAINTIFF KELLY GASCOIGNE

I. Tangible Elements Of Damage And Monetary Loss
- (i)     Past and future loss of services

II. Intangible Elements Of Damages And Monetary Loss
- (i)     past, present, and future loss of her husband's consortium, society, companionship, comfort, protection, care, guidance, and advice


## C.3.  COMPUTATION AND CATEGORY OF DAMAGES CLAIMED
## BY MINOR PLAINTIFF AD.G.

I. Tangible Elements Of Damage And Monetary Loss
- (i)     Past, present, and future loss of services

II. Intangible Elements Of Damages And Monetary Loss
- (i)     past, present, and future loss of her father's consortium, society, companionship, comfort, protection, care, guidance, and advice

## C.4.  COMPUTATION AND CATEGORY OF DAMAGES CLAIMED
## BY MINOR PLAINTIFF AB.G.

I. Tangible Elements Of Damage And Monetary Loss
- (i)     Past, present, and future loss of services

II. Intangible Elements Of Damages And Monetary Loss
- (i)     past, present, and future loss of her father's consortium, society, companionship, comfort, protection, care, guidance, and advice

_(signature)_

Donald L. Gibson, Esquire
BBO No. 191030
Eric C. Hipp, Esquire
BBO No. 642658
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
    Steven Gascoigne And Kelly Gascoigne,
    Individually, And As Mother And Next
    Friend Of Ad.G. and Ab.G., Both Minors

Dated: January 3, 2005

## CERTIFICATE OF SERVICE

I, Donald L. Gibson, Esquire, hereby certify that I have this 3rd day of January, 2005, made service of the within PLAINTIFFS' INITIAL DISCLOSURE IN ACCORDANCE WITH FED. R. CIV. P. 26(a)(1) AND LR, D.MASS. 26.2(A) upon counsel of record, in accordance with the provisions of Fed. R. Civ. P. 5, by overnight delivery, addressed as follows:

Scott J. Tucker, Esquire
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

_(signature)_

Donald L. Gibson, Esquire

34