## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

STEVEN GASCOIGNE ET AL.,
        **Plaintiffs,**                  **C.A. NO. 04CV 11168JLA**

**v.**

WEQUASSETT INN LLP,
        **Defendant.**

### DEFENDANT'S AUTOMATIC DISCLOSURE STATEMENT
### PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LR 26.2(A)

A.      PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION

In addition to the persons listed by the Plaintiffs, the Defendant state that the followings persons are likely to have discoverable information supporting the defense.

Mark J. Novota               Managing member of Wequassett, Inn, Inc.
c/o Tucker, Heifetz & Saltzman   (hereinafter "Inn")

Mr. Novota is knowledgeable concerning the operations of the Inn and the post-July 7, 2001 steps taken by the Inn both in dealing with the investigation of the claims against the Inn and post-incident changes implemented by the Inn.

Tony Guthrie                  Assistant General Manager
c/o Tucker, Heifetz & Saltzman

Mr. Guthrie forwarded a chart of food product served to the five weekend events to health department officials.

Robert Messersmith, P. O. Box 157, South Chatham, MA
Assistant Food & Beverage Director

Amy Farrell, 27 White Oak Trail, Brewster, MA
Director of Catering

Gillian Richmond, P. O. Box 411, Harwich, MA
Catering Service Manager

Mr. Messersmith, Ms. Farrell and Ms. Richmond were involved in the planning of the event as follows:

Initial contact was with Bob Messersmith, Assistant Director of Food & Beverage in the winter of 2002 who toured the property with the Plaintiffs, discussed the event, help plan out timeline and issued a contract on March 2, 2002. The Plaintiffs were given a

catering kit outlining the various menu options available, to be decided at a later date. Rebecca Dupont sent back the signed contract with first deposit of $3,000 on March 20, 2002 to confirm the date.  Amy Farrell took over the account when she returned to work that spring.  Correspondence from the Plaintiffs continued through the year as other arrangements were confirmed such as musicians, photographer, etc. with Bob Messersmith filling in for Amy when she transferred to the conference sales department that fall.  In the spring of 2001 Gillian Richmond took over the account from Bob and planned the remaining details with the Plaintiffs for their wedding, wedding reception including final menu selections and cost.  Gillian was present the entire day of their event.

In addition, information concerning all employees of the Inn who were involved in various stages of food purchase, storage, preparation or service are listed on the attached Exhibits "A" and "B" which also contain references to their particular involvement in those activities.

The following persons attended the wedding and the other event scheduled that weekend and claimed they suffered symptoms related to food poisoning:

**Dupont/Dien Wedding · 7/6/2001**

| | | |
|---|---|---|
| Rebecca Dupont/Scott Dien | 4352 Vista Place, La Canada, CA  91011 | 818-248-8890 |
| Andre Dupont | One Haverstock Road, Hampstead, Quebec, Canada H3X 1P1 | 514-489-8924 |
| Lou Ann & Rudolph Dien | 5010 Hill Street, La Canada, CA  91011 | 818-790-6612 |
| Stephen Dien & Family | 9930 France Avenue, Tujunga, CA  91042 | |
| Steve & Kelly Gascoigne | 450 Hanson Lane, Whitefish, MT  59937 | |
| Jeffrey J. & Ashley O. Gish & Son | 4633 Encinas Drive, LaCanada, CA  91011 | |
| Griffin Gmelich | 152 South Roxbury, Beverly Hills, CA  90212 | |
| John T. Gmelich/Dolores Rose | 54725 Invernes Way, La Quinta, CA  92253 | |
| Justin & Victoria Gmelich | 166 Bingham Avenue, Rumson, NJ  07760 | |
| Greg M/ & Karen A. Hallinan | 4801 Neblina Drive, Carlsbad, CA  92008 | |
| Roberta D. Hallinan | 531 Hollyburne Lane, Thousand Oaks, CA  91360 | |
| Brett Hartin & Daughter | 3147 West 134th Street, Broomfield, CO  80020 | |
| Stacy Huntoon | 238 East 33rd Street, #4, New York, NY  10016 | |
| Charles Merriam | P. O. Box 5614, Incline Village, NV  89450 | |
| Christopher Meyer | 2205 Brandywine Parkway, Guiderland, NY  12084 | |
| Helen Wehden | 5900 Av. Durocher, Montreal, Quebec, Canada H2V 3Y4 | |

**Invest to Compete Conference · 7/6/2001**

| | | |
|---|---|---|
| Congressman Mike Capuano | 1010 Pennsylvania Avenue, Washington, DC  20003 | 202-225-5111 |
| Congressman Jim Maloney | 15 Wooster Heights, Danbury, CT  06810 | 202-225-3822 |
| Jim Conzelman | 2233 Rayburn, Washington, DC  20515 | 202-225-2676 |
| Barbara Crapa | 2000 Cool Spring Drive, Alexandria, VA  22308 | 202-224-6542 |
| Kirk Fordham | 2816 27th Street NW, Washington, DC  20008 | 202-225-5792 |
| Marwan Burgan | | 703-855-7805 |
| Michael Tovares | 601 Pennsylvania Avenue, Washington, DC | 202-638-4170 |
| Edward & Benita Goldman | | 781-684-4168 |
| Kim Grasso  (Mr. James) | Providence Gas Co., 100 Weybosset St., Providence, RI 02903 | 401-272-5040 |
| Bob & MaryLee Hanley | 19 Colburn Street, Westwood, MA  02090 | 617-560-1573 |
| Sharon Judge | 14011 I Street NW, Washington, DC  20005 | 202-296-9410 |
| Anne Sullivan | 391 Pedham Street, Newton, MA  02158 | 617-348-4300 |
| Sandy Woleben | 7901 Westpark Drive, McLean, VA  22102 | 847-803-4000 |

 

In addition, the names of public officials who were involved in the investigation are:

Paula Champagne – Director of Harwich Health Department;
Lisa Gordon – Assistant to Paula Champagne; and
Johnson Nsubuga – Massachusetts Department of Public Health.

The Defendants reserve the right to supplement this list in accordance with Fed. R. Civ. P. 26(e).

B.    DESCRIPTION AND LOCATION OF DOCUMENTS

In addition to those documents listed in the plaintiffs' initial disclosures the following materials may be relevant to the issues presented by the Complaint:

All such documents were previously produced to Plaintiffs' counsel in his capacity as counsel for the Plaintiffs, Scott Dien and Rebecca Dupont, in the case captioned *Scott Dien and Rebecca Dupont v. Pleasant Bay Group. Inc.*, Barnstable Superior Court C. A. No. 04 -352-A.

If the Plaintiffs or the Court require an individual listing of the voluminous documents, one will be prepared. However, in the interests of promoting the intent of the Local Rule to reduce litigation expense, the Defendants seek to comply with their obligations by incorporating that production by reference.

The Defendants reserve the right to supplement this list in accordance with Fed. R. Civ. P. 26(e).

C.    DAMAGES

The Defendant does not allege a counterclaim in this action.

D.    INSURANCE AGREEMENT

Acadia Insurance - $1M primary and $25M excess liability policy. Some payments have been made to claimants that would reduce the total coverage but those payments do not exceed $250,000.

The Defendant,
By its Attorneys,

Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, Massachusetts 02108
(617) 557-9696

CERTIFICATE OF SERVICE
I hereby certify that I made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.

1-11-05

4

EXHIBIT A

Request No. 18

Persons at Wequassett Inn involved in the purchase, storage, preparation, washing, cooking, decoration, and service of all food products and food served to the Plaintiffs and their wedding party and guests.

| Last Name, First Name | Title | Date of Birth | Street Address | City/State/Zip/Country |
|---|---|---|---|---|
| Brodsky, William | Executive Chef | 05/20/1973 | 61 Atwood Circle | Brewster, MA 02631 |
| Card, Jonathan | Cook | 01/30/1973 | 26 Fox Run Circle | S. Dennis, MA 02660 |
| Dvonc, Martin | Cook | 07/16/1975 | Hlauna 20 | 95804 Partzanske, Slovak Republic |
| Hernandez, Esperanza | Prep Cook | 08/14/1966 | 66 Crowell Rd. #4, PO Box 267 | Chatham, MA 02633 |
| Isley, Karen | Pastry Chef | 06/25/1974 | 1016 Beaglia Park Drive;  Apt. 201 | Salisbury, MD 21804 |
| Johle, Martin | Cook | 07/17/1980 | Apart Garni Kardona 292 | A-6561 Ischgl; Austria |
| Martir, Michael | Executive Sous Chef | 09/04/1971 | 47 Capri' Lijah's Road | Centerville, MA 02632 |
| Mathurin, Mark | Banquet Sous Chef | 12/17/1974 | 62 Ash St., Apt. 3 | N. Attleboro, MA  02760 |
| Miller, Jessica | Pastry Cook | 07/30/1979 | 6601 Firestone Road | Spencer, OH 44275 |
| Miller, Regina | Pastry Cook | 06/07/1977 | 4270 Webster Road | Fredonia, NY 14063 |
| Morel, Adam R. | Cook | 07/18/1975 | 13 Holiday Avenue | Derry, NH  03038 |
| Orgill, George | Pantry Cook | 11/26/1966 | Norwich District, Norwich PA | Portland, Jamaica |
| Zangerl, Patrick | Cook | 03/26/1979 | Garni Mirabell 255 | 6561 Ischgl, Austria |
| Zimmerman, Daniel | Cook | 03/09/1973 | St. Johannes Str. 25 | Egenhausen Germany 97440 |

0182

EXHIBIT B

Request No. 19

All employees at Wequassett Inn who physically handled or touched in any way the food products and food items or their ingredients served to the Plaintiffs a wedding party and guests.

| Last Name, First Name | Title | Date of Birth | Street Address | City/State/Zip/Country |
|---|---|---|---|---|
| Amundson, Richard | Server | 09/28/1981 | 33 Fagan's Court; Apt. C | Wakefield, RI 02879 |
| Antinarelli, Andrea | Server | 12/26/1976 | 70 Clayhole Road | Brewster, MA 02631 |
| Brodsky, William | Executive Chef | 05/20/1973 | 61 Atwood Circle | Brewster, MA 02631 |
| Card, Jonathan | Cook | 01/30/1973 | 26 Fox Run Circle | S. Dennis, MA 02660 |
| Dvonc, Martin | Cook | 07/16/1975 | Hlauna 20 | 95804 Partzanske, Slovak Republic |
| Erwin, Stephen H. | Bartender | 09/02/1940 | 10 Eagles Nest Road | Harwich, MA 02645 |
| Giannini, Robert | Server | 02/05/1967 | 200 Route 137 | Harwich, MA 02645 |
| Gonzalez, Anilany | Assistant Server | 04/01/1982 | c/Los Cocos #3, El Copal II | Santiago, Dominican Republic |
| Hernandez, Esperanza | Prep Cook | 08/14/1966 | 66 Crowell Rd. #4, PO Box 267 | Chatham, MA 02633 |
| Herrara, Cesar E. | Server | 09/16/1972 | 1167 Phinney's Way, #6 | Centerville, MA 02632 |
| Hoffmeister, Florian | Server | 04/15/1975 | Forellenweg 20 | Salzberg 5020, Austria |
| Hollander-Essig, Jenna | Server | 01/09/1980 | 12 Pequod Lane | Eastham, MA 02642 |
| Isley, Karen | Pastry Chef | 06/25/1974 | 1016 Beaglia Park Drive; Apt. 201 | Salisbury, MD 21804 |
| Jehle, Martin | Cook | 07/17/1980 | Apart Garni Kardona 292 | A-6561 Ischgl; Austria |
| Jones, Regina | Server | 04/04/1947 | P.O. Box 6344 | Delray Beach, FL 33482-6344 |
| Lento, Joseph S. | Bartender | 12/30/1948 | 63 Old Harbor Road | Chatham, MA 02633 |
| Martinez, Maximo | Assistant Server | 12/29/1982 | AV Duarte #52, 3 Piso Dicey | Santiago, Dominican Republic |
| Martir, Michael | Executive Sous Chef | 09/04/1971 | 47 Capn' Lijah's Road | Centerville, MA 02632 |
| Mathurin, Mark | Banquet Sous Chef | 12/17/1974 | 62 Ash St., Apt. 3 | N. Attleboro, MA 02760 |
| Miller, Jessica | Pastry Cook | 07/30/1979 | 6601 Firestone Road | Spencer, OH 44275 |
| Miller, Regina | Pastry Cook | 06/07/1977 | 4270 Webster Road | Fredonia, NY 14063 |
| Morel, Adam R. | Cook | 07/18/1975 | 13 Holiday Avenue | Derry, NH 03038 |
| Olivares, Oliver | Assistant Server | 03/30/1980 | c/o Boyscout #135, Hospedage LaJoya | Santiago, Dominican Republic |
| Orgill, George | Pantry Cook | 11/26/1966 | Norwich District, Norwich PA | Portland, Jamaica |
| Parent, Michael | Server | 07/25/1962 | PO Box 314 | Boca Grande, FL 33921 |
| Pucci, Ermes | Server | 01/14/1968 | Via Nara 3 | Massa 54100, Italy |
| Reid, Christopher C. | Room Service/Assistant Server | 12/21/1967 | Green Pond Birch Hill, PO Box 1232 | Montego Bay, Jamaica |
| Reid, Gerald | Captain | 04/05/1970 | Birch Hill Cleneron; No. P.O. Box 1232 | Montego Bay, Jamaica |
| Rohloff, Joseph | Bartender | 05/30/1978 | 324 Dennison Avenue | Shoreview MN 55126 |
| Sadlemire, Joseph M. | Maitre d'Hotel | 11/26/1960 | PO Box 714 | North Chatham, MA 02633 |
| Summers, Julie A. | Server | 11/19/1970 | 3950 Route 149 | Fort Ann, NY 12827 |
| Zangerl, Patrick | Cook | 03/26/1979 | Garni Mirabell 255 | 6561 Ischgl, Austria |
| Zimmerman, Daniel | Cook | 03/09/1973 | St. Johannes Str. 25 | Egenhausen Germany 97440 |

0189