UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS,<br><br>Plaintiffs,<br><br>vs.<br><br>WEQUASSETT INN LLP (a registered limited liability partnership, by and through its individual partners), d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br>Defendant. | C.A. NO. 04 CV 11168 JLA |

**NOTICE OF FILING WITH THE CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

(1) Plaintiffs' Motion To Extend The Time For The Filing And Service Of Motions For Summary Judgment;

(2) Plaintiffs' Motion For Partial Summary Judgment On The Plaintiffs' First And Second Causes Of Action And On The Issue Of Causation;

(3) Plaintiffs' Brief In Support Of Plaintiffs' Motion For Partial Summary Judgment On The Plaintiffs' First And Second Causes Of Action And On The Issue Of Causation;

(4) Plaintiffs' Concise Statement Of Undisputed Material Facts As To Which There Is No Genuine Issues To Be Tried;

(5) Plaintiffs' Statement Of Undisputed Principles And Elements Of Massachusetts Substantive Law And Facts Applied To Massachusetts Substantive Law; and

(6) Affidavit Of Donald L. Gibson, Esquire.

The original documents are maintained in the case file in the Clerk's Office.

    Respectfully submitted,

    _/s/  Donald L. Gibson, Esquire_____
    Donald L. Gibson, Esquire
    BBO No. 191030
    DRISCOLL & GIBSON
    1000 Plain Street
    Marshfield, MA 02050
    781-837-6115
    Attorneys for the Plaintiffs,
    Stephen Gascoigne And Kelly Gascoigne,
        Individually, And As Mother And Next
        Friend Of Ad.G. And Ab.G, Both Minors

Dated:  January 9, 2006