UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS, <br><br> Plaintiffs, <br><br> vs. <br><br> WEQUASSETT INN LLP (a registered limited liability partnership, by and through its individual partners), d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB <br><br> Defendant. | C.A. NO. 04 CV 11168 JLA |

**PLAINTIFFS' MOTION TO EXTEND THE TIME FOR THE FILING AND SERVICE OF MOTIONS FOR SUMMARY JUDGMENT**

The Plaintiffs, Stephen Gascoigne and Kelly Gascoigne, individually and as mother and next friend of Ad.G. and Ab.G., both minors, hereby request that the period of time for the service and filing of motions for summary judgment be extended from December 19, 2005, up to and including January 25, 2006.  Pursuant to the electronic order entered by Judge Joyce London Alexander dated December 16, 2004, the service and filing of motions for summary judgment was to be accomplished by December 19, 2005.  In support of this motion, the Plaintiffs would state that the discovery completed and the records assembled in the above-captioned case conclusively

demonstrate that the Plaintiffs are entitled to summary judgment of their first and second causes of action and on the issue of causation.

As grounds therefore, the Plaintiffs would also state the following:

1.  There are no genuine issues of material fact that the would prevent the entry of summary judgment on the Plaintiffs' first and second causes of action and on the issue of causation.  The Plaintiffs are clearly entitled to summary judgment on those issues as a matter of law.

2.  The entry of summary judgment on the issues of liability and causation will obviate the need for trial on those matters and will significantly reduce the amount of time this case will require of the Court's calendar and judicial resources.

3.  No prejudice will occur to the defense if the required extension of time is granted.  The defense will have more than adequate time to respond to the Plaintiffs' dispositive motion.

4.  In anticipation that an extension of time will be granted by the Court, the Plaintiffs have already prepared and furnished to defense counsel, along with this motion to extend time, copies the following pleadings:

- (a) Plaintiffs' Motion For Partial Summary Judgment On The Plaintiffs' First And Second Causes Of Action And On The Issue of Causation;
- (b) Plaintiff's Concise Statement of Undisputed Material Facts As To Which There Is No Genuine Issue To Be Tried;
- (c) Plaintiffs' Statement Of Undisputed Principles And Elements Of Massachusetts Substantive Law And Facts Applied To Massachusetts Substantive Law;
- (d) Plaintiffs' Brief In Support Of Plaintiffs' Motion For Partial Summary Judgment On The Plaintiffs' First And Second Causes Of Action And On The Issue Of Causation; and
- (e) Affidavit of Donald L. Gibson, Esquire, to which are attached the various exhibits, deposition excerpts, discovery materials, and affidavits upon which the Plaintiffs rely in support of their summary judgment motion.

5. No continuance is being requested with respect to the trial date of June 6, 2006.

WHEREFORE, the Plaintiffs, Stephen Gascoigne and Kelly Gascoigne, individually and as mother and next friend of Ad.G. and Ab.G., both minors, hereby request that the period of time for the service and filing of motions for summary judgment be extended from December 19, 2005, up to and including January 25, 2006.

        Respectfully submitted,

_____
Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
Stephen Gascoigne And Kelly Gascoigne,
   Individually, And As Mother And Next
   Friend Of Ad.G. And Ab.G, Both Minors

Dated: January 9, 2006

## CERTIFICATE OF SERVICE

I, Donald L. Gibson, Esquire, hereby certify that I have this 9th day of January, 2006, made service of the within PLAINTIFFS' MOTION TO EXTEND THE TIME FOR THE FILING AND SERVICE OF MOTIONS FOR SUMMARY JUDGMENT upon counsel of record, in accordance with the provisions of Fed. R. Civ. P. 5, by first class, postage prepaid mail, addressed as follows:

    Scott J. Tucker, Esquire
    Tucker, Heifetz & Saltzman, LLP
    Three School Street
    Boston, MA 02108

_____
Donald L. Gibson, Esquire