UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS, | ) ) ) ) ) ) | C.A. NO. 04 CV 11168 JLA |
| Plaintiffs, | ) ) ) ) | AFFIDAVIT OF DONALD L. GIBSON, ESQUIRE |
| vs. | ) ) | |
| WEQUASSETT INN LLP (a registered limited liability partnership, by and through its individual partners), d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

The affiant hereby deposes and states the following:

1.      My name is Donald L. Gibson, Esquire;

2.      I am an attorney and partner at the law firm of Driscoll and Gibson, 1000 Plain Street, Marshfield, MA;

3.      I represent the Plaintiffs Stephen Gascoigne and Kelly Gascoigne, individually and as mother and next friend of Ad.G. and Ab.G., both minors, in this litigation;

4.      I am also counsel for the Plaintiffs in the case of Scott Dien and Rebecca Dupont vs. Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Resort and Golf Club, Barnstable (MA) Superior Court, Civil Action No. 04-352-A;

5.      I am also counsel for the Plaintiffs in the case of  Andre Dupont and Claire Dupont

vs. Pleasant Bay Group, Inc., d/b/a The Wequassett Inn Resort And Golf Club, Barnstable

Superior Court, Civil Action No. 04-00381-A;

6.      I am also counsel for the Plaintiffs in the case of  Rudolph Dien and Lou Ann Dien

vs. Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Resort and Golf Club, Barnstable (MA)

Superior Court, Civil Action No. 04-00379-A;

7.      I am also counsel for the Plaintiffs in the case of  John Gmelich and Dolores Rose

vs. Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Resort and Golf Club, Barnstable (MA)

Superior Court, Civil Action No. 04-00384-A;

8.      I make this affidavit based upon personal knowledge for the sole purpose of

identifying and calling to the Court's attention various documents, position excerpts, pleadings,

and other discovery materials;

9.      Attached as Exhibit 1 hereto is a true and accurate copy of Plaintiff's Answers To

Defendant's First Set of Interrogatories;

10.     Attached as Exhibit 2 hereto is a true and accurate copy of the deposition transcript

of the Plaintiff Stephen W. Gascoigne;

11.     Attached as Exhibit 3 hereto is a true and accurate copy of the Report of

Massachusetts Department of Public Health dated October 1, 2001;

12.     Attached as Exhibit 4 hereto is a true and accurate copy of the December 5, 2001

Memorandum of Johnson G. Nsubuga;

13.     Attached as Exhibit 5 hereto is a true and accurate copy of medical records of

Bernadette Van Belois, M.D., at Tamarack Medical Clinic, 1280 Burns Way, Kalispell, Montana;

2

14.     Attached as Exhibit 6 hereto is a true and accurate copy of medical records of

Medical Records of Dr. Robert Kowalewski of University of Washington Medical Center

Department of Rheumatology;

15.     Attached as Exhibit 7 hereto is a true and accurate copy of medical records of Dr.

Rodney Bluestone;

16.     Attached as Exhibit 8 hereto is a true and accurate copy of the Affidavit of Dr.

Rodney Bluestone;

17.     Attached as Exhibit 9 hereto is a true and accurate copy of the report of Dr. Robert

Kalish dated August 20, 2004;

18.     Attached as Exhibit 10 hereto is a true and accurate copy of Defendant's Response

to Plaintiff's Request For The Admission Of Facts And Genuineness Of Documents;

19.     Attached as Exhibit 11 hereto is a true and accurate copy of the Plaintiff's Second

Amended Complaint and Jury Claim;

20.     Attached as Exhibit 12 hereto is a true and accurate copy of Defendant's Answer

To Plaintiff's Second Amended Complaint and Jury Claim;

21.     Attached as Exhibit 13 hereto is a true and accurate copy of the deposition

transcript of William Brodsky;

22.     Attached as Exhibit 14 hereto is a true and accurate copy of the deposition

transcript of Mark Novota in Scott Dien and Rebecca Dupont vs. Pleasant Bay Group, Inc., d/b/a

The Wequassett Inn Resort and Golf Club, Barnstable (MA) Superior Court, Civil Action No. 04-

352-A;

23.     Attached as Exhibit 15 hereto is a true and accurate copy of Defendant's Answers

to Plaintiff's Interrogatories;

24.    Attached as Exhibit 16 hereto is a true and accurate copy of Defendant's Answers to Interrogatories of the Plaintiff Scott Dien in <u>Scott Dien and Rebecca Dupont</u> vs. <u>Pleasant Bay Group, Inc., d/b/a The Wequassett Inn Resort and Golf Club</u>, Barnstable (MA) Superior Court, Civil Action No. 04-352-A;

25.    Attached as Exhibit 17 hereto is a true and accurate copy of the deposition transcript of Andre Dupont in <u>Andre Dupont and Claire Dupont</u> vs. <u>Pleasant Bay Group, Inc., d/b/a The Wequassett Inn Resort And Golf Club</u>, Barnstable Superior Court, Civil Action No. 04-00381-A;

26.    Attached as Exhibit 18 hereto is a true and accurate copy of the deposition transcript of Lou Ann Dien in <u>Rudolph Dien and Lou Ann Dien</u> vs. <u>Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Resort and Golf Club</u>, Barnstable (MA) Superior Court, Civil Action No. 04-00379-A;

27.    Attached as Exhibit 19 hereto is a true and accurate copy of the deposition transcript of Rudolph Dien in <u>Rudolph Dien and Lou Ann Dien</u> vs. <u>Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Resort and Golf Club</u>, Barnstable (MA) Superior Court, Civil Action No. 04-00379-A;

28.    Attached as Exhibit 20 hereto is a true and accurate copy of the deposition transcript of John T. Gmelich in <u>John Gmelich and Dolores Rose</u> vs. <u>Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Resort and Golf Club</u>, Barnstable (MA) Superior Court, Civil Action No. 04-00384-A; and

29.    Attached as Exhibit 21 hereto is a true and accurate copy of the deposition transcript of Dolores Rose in <u>John Gmelich and Dolores Rose</u> vs. <u>Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Resort and Golf Club</u>, Barnstable (MA) Superior Court, Civil Action No. 04-00384-A.

5

Signed under the pains and penalties of perjury this 9th day of January, 2006.

   _/s/ Donald L. Gibson_____

Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorneys for the Plaintiffs,
Stephen Gascoigne And Kelly Gascoigne,
    Individually, And As Mother And Next
      Friend Of Ad.G. And Ab.G, Both Minors