Vol. 1 - 25
Dien, Lou Ann

1    roughly 145 pounds?
2    A.  I'm going to say it was probably six months
3        later.
4    Q.  Okay.  All right.  Are you allegic to any
5        medications?
6    A.  Iodine.
7    Q.  Any other medications?
8    A.  No.
9    Q.  When did you learn that you were allergic to
10       iodine?
11   A.  About ten years ago.
12   Q.  Okay.  How did that come about?
13   A.  I was having a scan, and they gave dye, and
14       then my whole body itched, and they told me to
15       be sure and tell people, Just don't give me
16       the dye.
17   Q.  Okay.  What was the scan for?
18   A.  I was having problems with my stomach hurting
19       (indicating) on the upper, and they were
20       trying to find out why.  And I don't have a
21       date on that.
22   Q.  I think you indicated that it was roughly ten
23       years ago that you learned of the iodine

Vol. 1 - 26
Dien, Lou Ann

1        allergy.  Would that have been around the same
2        time?
3    A.  Yes.  It was like -- you know, it was -- it
4        just came on so fast.  That's what they told
5        me:  It was probably the iodine, so don't have
6        iodine when you have anything like this.
7    Q.  Okay.  And I just wanted to make sure I
8        understand.  The scan itself, was the scan for
9        some sort of stomach complaint?
10   A.  It was to see what was wrong, yeah, and they
11       couldn't determine at that time.
12   Q.  All right.
13           THE WITNESS:  Could I speak to my
14       lawyer?
15           MR. McGOVERN:  Sure.
16           (Whereupon a brief recess was
17       taken.)
18           (Question and answer read.)
19   Q.  Okay.  Was your stomach complaint ever
20       diagnosed?
21   A.  I have something to add to the previous
22       question.
23   Q.  Okay.  Go ahead.

Vol. 1 - 27
Dien, Lou Ann

1    A.  You had asked when this happened, and I said
2        roughly ten years ago.
3    Q.  Um-hmn.
4    A.  Thinking about it, it happened prior to 1991,
5        1990, I'll say, and it was a CT scan with dye,
6        and it was to find out why I had a pain in the
7        stomach area -- above the stomach.  Now,
8        you've just asked me --
9    Q.  And I can repeat that question.
10   A.  Please.
11   Q.  Was your stomach problem ever diagnosed?
12   A.  Yes.
13   Q.  What was the diagnosis?
14   A.  I had cysts on the top of the stomach wall.
15   Q.  Did you receive that diagnosis roughly around
16       the same time as the scan?
17   A.  No.
18   Q.  When did you receive that diagnosis?
19   A.  December 23rd, I had severe pain, went to the
20       emergency, and the next day they decided it
21       was appendix.  While they were taking my
22       appendix out, they found the cysts on the
23       peritoneum wall and removed them.

Vol. 1 - 28
Dien, Lou Ann

1    Q.  December 23rd of what year?
2    A.  1991.
3    Q.  All right.  Where did you go to the emergency
4        room?
5    A.  Huntington Memorial Hospital, Pasadena,
6        California.
7    Q.  Okay.  And they removed your appendix at that
8        time and also removed the cysts?
9    A.  Correct.
10   Q.  Okay.  How long before that time had you been
11       experiencing stomach problems?
12   A.  About three years.
13   Q.  And before you went to the emergency room, had
14       those stomach problems been diagnosed?
15   A.  No.
16   Q.  Did you seek medical treatment during that
17       roughly three-year period for your stomach
18       problems?
19   A.  Yes.
20   Q.  With whom did you seek medical treatment?
21   A.  The reason I'm hesitating is because Dr. Thrun
22       became my doctor at that time.  And our
23       previous doctor was Dr. Melvin Purdy,

Vol. 1 - 29
Dien, Lou Ann

1    P-U-R-D-Y, LaCanada, California.

2    Q.  All right.  Did you have treatment with any

3        other doctor other than Dr. Thrun and Dr.

4        Melvin Purdy for those stomach problems?

5    A.  No.

6    Q.  Okay.  I may have this information already,

7        but do you know Dr. Thrun's office address?

8            MR. GIBSON:  We furnished that

9        to you.

10           MR. McGOVERN:  Okay.  All right.

11   Q.  What about Dr. Melvin Purdy; did he operate

12       out of a different office than Dr. Thrun?

13   A.  Yes.

14   Q.  Do you know what his address is or was?

15   A.  No.  It was Foothill Boulevard in LaCanada,

16       and he was a little country-doctor-type M.D.

17   Q.  Did he work out of a medical office under a

18       different name or --

19   A.  Oh.

20   Q.  In other words, did --

21   A.  I don't recall.

22   Q.  Okay.  All right.  Was Dr. Purdy your primary

23       care doctor before Dr. Thrun?

---

Vol. 1 - 30
Dien, Lou Ann

1    A.  Yes.

2    Q.  How long was Dr. Purdy your primary care

3        doctor?

4    A.  Off and on since 1962.

5    Q.  Why did you switch to Dr. Thrun?

6    A.  Dr. Purdy was retiring.

7    Q.  I see.  All right.  Did you experience any

8        change in your sense of smell as a result of

9        the salmonella incident?

10   A.  No.

11   Q.  Okay.  Did you experience any change in your

12       sense of taste as a result of the salmonella

13       incident?

14   A.  No.

15   Q.  Did your stomach complaints -- back in roughly

16       the early '90s or late '80s, did they resolve

17       after the cysts were removed?

18   A.  Yes.

19   Q.  Had you had any stomach complaints from that

20       time until the time of the July 2001 wedding?

21   A.  No.

22   Q.  Okay.  You told me about the emergency room

23       visit in which your appendix were removed and

---

Vol. 1 - 31
Dien, Lou Ann

1    the stomach cysts were removed.  Before this

2    July 2001 incident, had you been hospitalized

3    for any reason?

4    A.  Yes.  I had a hysterectomy in March 1995, and

5    I had my gallbladder removed at Christmas

6    2002.

7        THE WITNESS:  Could I correct that?

8        MR. McGOVERN:  Sure.

9        MR. GIBSON:  If you're not certain

10   about the date, you can just tell him you're

11   not certain.  You're not required to guess.

12   Q.  I don't want you to guess.  If you have some

13       idea, you can tell me that.  Again, you know,

14       I'm not holding you to these dates; I'm just

15       trying to get some information so that,

16       basically, if I need to or decide to, I can

17       maybe attempt to get those records, and they

18       may be able to tell me some more information.

19   A.  It was 2003.

20   Q.  Okay.  That was the removal of your

21       gallbladder?

22   A.  Yes.

23   Q.  Other than the incidents you've told me about,

---

Vol. 1 - 32
Dien, Lou Ann

1    have you been hospitalized for any reason?

2        MR. GIBSON:  How far back are you

3    asking her to go?

4    Q.  Well, let me ask a couple of questions then.

5    From the time of your emergency room visit for

6    the appendix removal until the time of the

7    July 2001 wedding, you told me about two

8    additional incidents in which you've been

9    hospitalized.  Were there any other

10   hospitalizations during that time period?

11   A.  Not that I recall.

12   Q.  Let me back up a little bit.  For

13       approximately ten years before your appendix

14       was removed, had you been hospitalized during

15       that period?

16   A.  No.

17   Q.  Okay.  Other than the surgeries you've told me

18       about, have you had any other surgeries in

19       your lifetime?

20   A.  I had my tonsils out when I was 18.

21   Q.  Okay.  All right.

22   A.  I would like to add something.

23   Q.  Sure.

Vol. 1 - 33
Dien, Lou Ann

1  A.  I had my left thyroid removed.
2  Q.  When was that?
3  A.  I can't recall the exact date.  The year was
4     about '87.
5  Q.  Okay.  What facility was the hysterectomy
6     performed at?
7  A.  Verdugo Hills, V-E-R-D-U-G-O, two words,
8     H-I-L-L-S, Hospital, LaCanada, California --
9     the address may be Glendale, California.
10 Q.  Okay.  And what about the gallbladder removal;
11    where was that done?
12 A.  Huntington Memorial Hospital.
13 Q.  What about the removal of the left thyroid?
14 A.  Huntington Memorial Hospital.
15 Q.  All right.  Okay.  Let's take the period from
16    the time of your appendix removal until the
17    present.  Have you treated with any physicians
18    on a regular basis other than with Dr. Thrun
19    and with Dr. Purdy?
20 A.  No.  I did have a gynecologist until I started
21    going to Dr. Thrun for all those kinds of
22    mammograms and the normal physical that you
23    have to have each year.

Vol. 1 - 35
Dien, Lou Ann

1  Q.  Who decided the location of the wedding?
2  A.  Scott and Rebecca.
3  Q.  What was the date of the wedding?
4  A.  July 6th, 2001.
5  Q.  All right.  What day of the week was that?
6  A.  Saturday.
7        MR. GIBSON:  To correct the record,
8     I think you're going to find it was Friday.
9        THE WITNESS:  Thank you.
10       MR. GIBSON:  No sense having an
11    incorrect record.
12       MR. McGOVERN:  That's fine.
13 Q.  And the wedding took place in Cape Cod,
14    correct?
15 A.  Correct.
16 Q.  What plans had you made to attend the wedding
17    before you got to Massachusetts; in other
18    words, what was your plan for where you were
19    going to stay, how long you were going to be
20    there, and so forth?
21 A.  The year prior Scott and Rebecca asked us to
22    come to Cape Cod to see where they were going
23    to get married.

Vol. 1 - 34
Dien, Lou Ann

1  Q.  Okay.  Did you go to the same gynecologist
2     regularly?
3  A.  Yes.  And then I started with Dr. Thrun.
4  Q.  Who was the gynecologist that you saw before
5     you saw Dr. Thrun?  If you can't remember,
6     that's fine.  We can --
7  A.  I don't recall right now because -- and I can
8     see the name.
9  Q.  That's fine.  If you think of it before the
10    day is over, just let me know.
11 A.  Thank you.  It would be on -- it would be
12    prior to Dr. Thrun.
13 Q.  Okay.  Fair enough.  All right.
14       I'm going to ask you now about the
15    wedding.  Now, it was your son that was
16    getting married in July of 2001; is that
17    correct?
18 A.  That's correct.
19 Q.  Did you have any role in planning the wedding?
20 A.  No.
21 Q.  Did you have any role in planning the
22    reception?
23 A.  No.

Vol. 1 - 36
Dien, Lou Ann

1  Q.  Okay.
2  A.  So we took that trip to see where they were
3     going to get married in July.
4  Q.  That was July of 2000?
5  A.  Correct.
6  Q.  Okay.
7  A.  And then we knew where we were going to be, so
8     we contacted different homeowners to see how
9     our whole family could be together in one
10    home, and we contacted the Cloons, who have a
11    home on the Cape, and made arrangements to
12    rent it, rent their house, their home, and I
13    sent them the deposit and got all of our
14    flights for our whole family, and then I
15    proceeded from there.
16 Q.  Okay.  How did you become aware of the Cloons'
17    property?
18 A.  We went on the internet and found many
19    properties, and theirs just happened to fall
20    into the category we could pay and the
21    location and the size.
22 Q.  Who stayed with you at the Cape?
23 A.  My husband; my mother came with me; she was

1    with us the whole time; Michelle and Steve and

2    their two daughters Amber, and Audrey; and

3    Sarah, our daughter; and her boyfriend, Chris;

4    and Sandra and Brad.  They were not married at

5    the time.  And we also had Rudy's -- my

6    husband's sister and her husband, who drove

7    out from California in their motor home,

8    pulling their car, so the home we got had to

9    accommodate a motor home, and we had to

10   contact the Cloons to have that okayed because

11   we understood most homeowners did not want to

12   have a motor home in their yard.

13   Q.  Okay.

14   A.  So that's another reason we took the Cloons'.

15   Q.  Okay.

16   A.  Then a few days later, my brother Gary and his

17       wife Mary Lou Huntoon came from Texas and

18       stayed with us.

19   Q.  All right.  What period of time did you rent

20       the Cloons' property for?  Did you rent it for

21       a week or two weeks, or --

22   A.  We were there for a week.

23   Q.  How much did they charge you?

1    A.  I don't recall.  I would have to look it up.

2    Q.  I think the records that I saw indicated that

3        you were charged $2,000.  Does that sound

4        correct?

5    A.  I was going to say two to three, but --

6    Q.  Okay.  Fair enough.  How did you pay the

7        Cloons?

8    A.  A check.

9    Q.  And was that your check, or did someone

10       else --

11   A.  Correct.

12   Q.  Do you recall what dates that you had arranged

13       to rent that property?

14   A.  Yes.  The starting date -- I don't recall the

15       exact starting date.  The ending date was July

16       the 8th.

17   Q.  Would that --

18   A.  It was a Sunday at noon.

19   Q.  Do you recall what day of the week that the

20       starting date was?

21   A.  I don't recall.

22   Q.  Okay.  How did you get to Massachusetts?  Did

23       you fly?

1    A.  We flew.

2    Q.  What airline did you take?

3    A.  I don't recall.

4    Q.  Okay.  Did you fly directly from California,

5        or did you stop anywhere else along the way?

6    A.  No.  We flew directly to the Cape.  We may

7        have had a flight over into maybe Washington

8        D.C.  I'm not -- I don't recall the --

9    Q.  The purpose of my question is, did you stay

10       overnight anywhere else between the time you

11       left California and the time you got to

12       Massachusetts?

13   A.  No.

14   Q.  Did you arrive in Massachusetts on the same

15       day in which you moved in, for lack of a

16       better word, to the Cloons' property?

17   A.  Yes, we did.

18   Q.  What airport did you fly into?

19   A.  Providence.

20   Q.  Who was flying with you in your group?

21   A.  Oh, my husband, Rudolph; my mother, Marie

22       Huntoon.  And that was on that flight.

23   Q.  Okay.

1    A.  I think that was it.

2    Q.  Okay.  How did you get from the Providence

3        airport to the Cloons' property?

4    A.  We rented a van.

5    Q.  Okay.  At the airport?

6    A.  Yes.

7    Q.  Do you recall what company you rented it from?

8    A.  I recall it was Thrifty.

9    Q.  Okay.  I take it your husband and yourself and

10       your mother went from the airport to the Cape

11       in that van.  Did anyone else go with you?

12   A.  In that van, I don't recall.

13   Q.  Okay.  Do you recall waiting for other folks

14       at the airport to give them a ride?

15   A.  I don't recall that part.

16   Q.  I understand the wedding was on Friday, the

17       6th?

18   A.  Yes.  It was Friday, the 6th.

19   Q.  What did you do on the 4th of July, which

20       would have been Wednesday of that week?

21   A.  On Wednesday we did a lot of shopping --

22   Q.  Okay.

23   A.  -- getting ready for -- and getting

Vol. 1 - 41
Dien, Lou Ann

1  last-minute details and food and -- and we

2  thought there would be fireworks, because

3  we're from California, and we were surprised

4  that we really didn't see any activities.

5  Q.  Okay.  Let me ask it this way:  On the 4th,

6  which is -- who at that time was staying with

7  you at the Cloons' property?

8  A.  Everybody I had listed that was staying in the

9  home --

10  Q.  Okay.

11  A.  -- was there by then.

12  Q.  All right.

13  A.  And my sister-in-law was in the driveway with

14  her husband.

15  Q.  So you had, I'm counting, about eleven people

16  staying in the home plus two in the motor

17  home?

18  A.  We had thirteen in the home and two in the

19  motor home.

20  Q.  Okay.

21  A.  May I correct that?

22  Q.  Sure.

23  A.  Scott stayed with us a couple of nights that

Vol. 1 - 42
Dien, Lou Ann

1  week, but I don't know which nights.

2  Q.  All right.  On the morning of the 4th, what

3  time did you get up?

4  A.  Roughly 7 a.m.

5  Q.  Okay.  Did you eat breakfast that morning?

6  MR. GIBSON:  Are you talking about

7  July 4th?

8  MR. McGOVERN:  July 4th.

9  A.  As we had so many people in the house, the

10  breakfast was all continental.  You could eat

11  cereal, or everybody could eat whatever they

12  wanted, and I'm sure -- I can't recall.

13  Q.  What was your habit at the time?  Did you

14  typically eat breakfast?

15  A.  Typically I always had orange juice and toast

16  or a roll.

17  Q.  Do I understand that you just don't recall

18  whether or not you had any breakfast on that

19  morning?

20  A.  No, I don't recall.

21  Q.  Did you eat lunch that day?

22  A.  I'm sure I did, but I don't recall what or

23  where.

Vol. 1 - 43
Dien, Lou Ann

1  Q.  Okay.  And dinner, did you eat dinner that

2  day?

3  A.  Yes, but I don't recall when or where.

4  Q.  Do you recall whether or not at any time

5  during that day, the 4th, you ate out at a

6  restaurant, as opposed to eating in at the

7  house?

8  A.  I'm going to say, no, we didn't that day.  We

9  did not go out to eat because we were busy

10  getting things ready.  I -- I'm almost sure we

11  didn't eat out that day.

12  Q.  But there was food at the house, correct?

13  A.  Yes.

14  Q.  Where did that food come from?  Did you buy

15  that yourselves?

16  A.  Yes.

17  Q.  Where was that food purchased?

18  A.  There was a market in -- I think it's called

19  Harwich, and it's facing the ocean, and

20  there's a marina in front of it, quite a large

21  market, and I don't have a name of it.

22  Q.  There's been some reference to Stop & Shop

23  Supermarket.  Does that ring a bell?

Vol. 1 - 44
Dien, Lou Ann

1  A.  Stop & Shop?  I know that's not the market I'm

2  speaking of.

3  MR. GIBSON:  Can we take a

4  five-minute break?

5  MR. McGOVERN:  Yes.

6  (Whereupon a brief recess was

7  taken.)

8  (Question and answer read.)

9  Q.  I may have just asked you this, but do you

10  recall what you had for dinner that day, the

11  4th of July, 2001?

12  MR. GIBSON:  That was asked and

13  answered.

14  Q.  Okay.  As I recall, you don't recall what you

15  had?

16  A.  No, I don't recall.

17  But a question previously asked of

18  me was my doctor's name, and it was Dr. Weiss.

19  Dr. Weiss was my gynecologist.

20  Q.  Thank you.  Did you have any alcoholic

21  beverages on the 4th of July 2001?

22  A.  No.

23  Q.  Do you recall whether or not any of the food

Vol. 1 - 45
Dien, Lou Ann

1  you ate on that day was cooked, as opposed to,
2  I guess, not cooked?
3  MR. GIBSON:  You mean, did they
4  prepare it there versus take-out or something?
5  Is that what you're --
6  MR. McGOVERN:  She's answered that
7  question.  I'm trying to find out if they
8  cooked my any meals there, as opposed to just
9  eating sandwiches or something that was not
10  prepared that way.
11  Q.  Do you understand the question?
12  A.  Yes, but I would assume that we had a nice
13  cooked meal.
14  Q.  Do you recall who did the cooking?
15  A.  There were at least five of us there that
16  would be cooking, so we all prepared
17  everything.
18  Q.  Okay.  Did you leave the house that day?
19  A.  Yes.
20  Q.  Where did you go?
21  A.  We -- I went with our son and some of us to
22  pick up tuxedos or -- and we went to a
23  Christmas Shop you have for shopping too.

Vol. 1 - 46
Dien, Lou Ann

1  Q.  Did you go anywhere else on that day?
2  A.  I can't recall.
3  Q.  All right.  What time did you go to sleep that
4  night?
5  A.  I would like to add something to that.
6  Q.  Of course.
7  A.  We did leave the house in the evening, my
8  husband and I, and I'm not sure who else went
9  with us, and we went over to the beach to
10  watch fireworks, thinking you would have
11  fireworks.
12  Q.  Okay.  So --
13  A.  So we sat on the beach for an hour and came
14  home, and I would say that night we went to
15  bed about 12 p.m.
16  Q.  Okay.  All right.  What time did you get up on
17  the following day, which was July 5th?
18  A.  Yes.  The 5th, we got up about 6 a.m.
19  Q.  Okay.
20  A.  The exact time I'm not sure.
21  Q.  Did you eat breakfast that morning?
22  A.  Same as Wednesday, same as the 4th, picked up
23  some rolls and orange juice.

Vol. 1 - 47
Dien, Lou Ann

1  Q.  You say you picked it up.  Is that food that
2  you had at the house?
3  A.  Yes.
4  Q.  Okay.  Did you eat lunch that day?
5  A.  No.
6  Q.  In a general sense, what did you do that day?
7  A.  We had the rehersal at the Wequassett Inn
8  Resort.
9  Q.  The rehearsal for the wedding?
10  A.  Correct.
11  Q.  What time did the rehearsal start?
12  A.  Maybe 3 p.m.
13  Q.  Okay.
14  A.  I don't recall the exact time on that one.
15  Q.  Fair enough.  What do you recall doing earlier
16  that day before you went to the rehearsal?
17  A.  We were at home, ironed the dresses, and got
18  all of our clothes ready, made sure the
19  tuxedoes were all in line, and --
20  Q.  Did you leave the house before you went to the
21  rehearsal on that day?
22  A.  I don't recall.
23  Q.  Okay.  Other than what you've indicated you

Vol. 1 - 48
Dien, Lou Ann

1  may have had for breakfast that morning, did
2  you eat anything else before going to the
3  Wequassett Inn on that day?
4  A.  I don't recall.
5  Q.  Okay.  Did you drink anything else, other than
6  what you've indicated, before you went to the
7  Wequassett Inn on that day?
8  A.  Water.
9  Q.  Okay.
10  A.  Possibly, and I -- I drank Diet Coke.
11  Q.  Was the water you drank tap water or bottled
12  water?
13  A.  Bottled water.
14  Q.  You went to the rehearsal at the Wequassett
15  Inn.  After the rehearsal was over, did you
16  stay at the Wequassett Inn for any period of
17  time?
18  A.  No.
19  Q.  What happened after rehearsal was over?
20  A.  We left the rehearsal and came back to our
21  Cape Cod home, because we were having the
22  rehearsal dinner at our Cape Cod home.
23  Q.  Okay.  Did you eat anything when you were at

Vol. 1 - 49
Dien, Lou Ann

1  the Wequassett Inn that day?
2  A.  No.
3  Q.  Did you drink anything when you were there?
4  A.  No.
5  Q.  All right.  Tell me about the rehearsal dinner
6     at your home that night.  First of all, who
7     was invited?  Who was going to be at the
8     dinner?
9  A.  Our family put on the rehearsal dinner for the
10    whole wedding party and their family that were
11    in Cape Cod for the wedding.
12 Q.  Roughly how many people were there?
13 A.  Roughly it could have been seventy people.
14 Q.  Okay.  What kind of food was served at the
15    dinner?
16 A.  We had cold cuts, vegetables, drinks, I would
17    say all canned and all bottled drinks.
18 Q.  Okay.
19 A.  They -- I don't recall if they had any other
20    drinks than canned and bottled drinks.
21 Q.  Okay.
22 A.  That's it.
23 Q.  Okay.  Where did the food come from?

Vol. 1 - 50
Dien, Lou Ann

1  A.  It was purchased at that market that I told
2     you on the highway and across from the marina.
3     I could drive right to it.
4  Q.  Okay.  Who purchased the food?
5  A.  I went with my sister-in-law, and we went and
6     purchased the food.
7  Q.  When did you purchase the food that was served
8     at the rehearsal dinner?
9  A.  The food was ordered three or four days prior
10    and picked up at about maybe five o'clock by
11    my brother and my sister-in-law.
12 Q.  Five o'clock on that day?
13 A.  Correct.
14 Q.  Who paid for that food?
15 A.  I paid for most of it.  My sister-in-law may
16    have put some money in.
17 Q.  Did you pay in cash or with a credit card or
18    with a check?
19 A.  I don't recall.
20 Q.  What did you eat at the rehearsal dinner, you
21    personally?
22 A.  I don't recall.  I was so busy.
23 Q.  Did you eat something?

Vol. 1 - 51
Dien, Lou Ann

1  A.  Yes.
2  Q.  Okay.  And do you recall eating some of the
3     cold cuts that were there?
4  A.  I recall eating the carrots and the celery.
5  Q.  Okay.  Where was the food set up?  Was it
6     inside or outside?
7  A.  Inside in our kitchen, which was a large
8     eat-in kitchen.
9  Q.  All right.  Was the food set up on a table in
10    the kitchen?
11 A.  Yes.
12 Q.  What did you drink at the rehearsal dinner?
13 A.  Water.
14 Q.  Bottled water or from the tap?
15 A.  Bottled water.
16 Q.  Do you recall eating anything else during that
17    day, other than what you've told me already?
18 A.  No, I don't recall.
19 Q.  Do you recall drinking anything else that day,
20    other than what you've told me already?
21 A.  No.
22 Q.  All right.  What time did the rehearsal dinner
23    get over and everyone who wasn't staying with

Vol. 1 - 52
Dien, Lou Ann

1  you leave the house?
2  A.  Most everyone had left by, I would say, dark,
3     or 9:30.  I don't recall the exact time.
4  Q.  What time did you go to sleep that night?
5  A.  About midnight.
6  Q.  Okay.  The next day is Friday, the 6th,
7     correct?
8  A.  (Nodded head up and down.)
9  Q.  What time did you wake up on the day of the
10    6th?
11 A.  About seven.
12 Q.  And did you eat breakfast that morning?
13 A.  Same thing:  rolls and orange juice.
14 Q.  Okay.  What time was the wedding scheduled to
15    start?
16 A.  I don't recall the hour.
17 Q.  Okay.  Was that supposed to be in the morning,
18    afternoon, or evening?
19 A.  No.  It was an afternoon --
20 Q.  What did you do between the time that you got
21    up and the time that you left the Cape Cod
22    house for the wedding?
23 A.  Made sure everybody had their things ready to

Vol. 1 - 53
Dien, Lou Ann

1  go, and I don't recall leaving the house prior
2  to the wedding.  People were coming and going,
3  and that's all I remember.
4  Q.  Do you recall what time you left for the
5  wedding?
6  A.  No.  I don't recall.
7  Q.  All right.  Who went with you from the Cape
8  Cod house to the wedding?
9  A.  Our son Steve drove; my husband was with us,
10  Rudy; my mother, Marie Hartoon; my daughter,
11  Sarah; then her boyfriend, Chris; and I'm
12  trying to recall if Scott came with us.  I
13  don't recall that.
14  Q.  Did you all go in the van that you had rented?
15  A.  Yes.
16  Q.  All right.  And roughly how long did it take
17  you to get from the house to the Wequassett
18  Inn?
19  A.  Twenty, thirty minutes.
20  Q.  Okay.  All right.  What do you recall eating
21  at the Wequassett Inn on the day of the
22  wedding?
23  A.  I listed it here.

Vol. 1 - 54
Dien, Lou Ann

1  Q.  Okay.
2  A.  On your -- I had the cocktail shrimp, and I
3  had the bacon-wrapped scallops, potato, and
4  salmon, and the roast beef, and the turkey,
5  Romaine lettuce, and I didn't have dressing,
6  so I couldn't put that on there because I
7  didn't have that.
8      MR. GIBSON:  Do you want to finish
9  your answer?
10  A.  And I had the fried artichoke hearts
11  parmesean, and I had cranberry sauce, and
12  wedding cake.
13  Q.  All right.  The document you're referring to
14  is what?  Why don't you describe that document
15  for me.
16  A.  This is a personal information document that
17  was sent to me while I was still in Cape Cod,
18  and it was in reference to what I ate at the
19  wedding and how I felt after the wedding.
20  Q.  Okay.
21  A.  It was sent to me by the health department in
22  Harwich.
23  Q.  Do you recall what date you filled this out?

Vol. 1 - 55
Dien, Lou Ann

1  A.  I was trying to think of that.  Approximately
2  the 20th of July or the 21st.
3      MR. McGOVERN:  Okay.  I'm going to
4  have this marked for identification as Exhibit
5  1.
6      (Whereupon the stenographer
7  marked as Exhibit No. 1 -- Health Department
8  document.)
9      MR. McGOVERN:  Thank you.  All
10  right.
11  Q.  I want to make sure I understand.  Did you
12  have any dressing --
13  A.  No.
14  Q.  -- on that day?
15  A.  No.  I had no dressing on the salad.
16  Q.  So is it fair to say that the items that you
17  have circled on the left side of this sheet
18  are all the items that you ate on that day?
19  A.  Yes.
20  Q.  All right.
21  A.  That I can recall.
22  Q.  Okay.  What did you drink at the Wequassett
23  Inn that day?

Vol. 1 - 56
Dien, Lou Ann

1  A.  I had water.
2  Q.  Was that bottled water?
3  A.  They served the water at the Wequassett Inn in
4  a glass.
5  Q.  I'm sorry.  I'm not sure I heard you.
6  A.  They served the water in a glass.
7  Q.  Okay.
8  A.  And you asked what I had to drink, and I don't
9  recall if I did have -- I did have champagne
10  or what they were toasting.  I had a sip,
11  because I don't drink.
12  Q.  Okay.  Other than water and maybe a sip of
13  champagne, did you drink anything else at the
14  Wequassett Inn that day?
15  A.  No.
16  Q.  How did the food taste to you?
17  A.  Wonderful.
18  Q.  Okay.  How long were you at the Wequassett Inn
19  that day?
20  A.  We left the Wequassett Inn about 11 p.m., in
21  the late evening.
22  Q.  Okay.  And where did you go from there?
23  A.  Directly back to the Cloons' home.