Vol. 1 - 57
Dien, Lou Ann

1 Q. Okay. When you returned home, did you eat
2     anything that night?
3 A. No.
4 Q. Okay. Did you drink anything after you
5     returned home?
6 A. No.
7 Q. What time did you go to sleep that night?
8 A. Immediately after we went home.
9 Q. All right. So maybe roughly 11:30?
10 A. Twelve, more likely.
11 Q. All right. The following morning was the
12     morning of the 7th; is that correct?
13 A. Correct.
14 Q. What time did you wake up that morning?
15 A. I don't recall.
16 Q. When did you first experience any symptoms
17     from the food that you ate at the wedding?
18 A. After lunch on that Saturday while we were on
19     Nantucket Island.
20 Q. Okay.
21 A. I just got a headache and just didn't feel
22     right, but it was -- the sun was coming down,
23     so I thought it was from the sun.

Vol. 1 - 58
Dien, Lou Ann

1 Q. Okay. And I'm going to ask you a few more
2     details about that in a moment. So it would
3     have been after lunch time on that day, on the
4     7th?
5 A. Um-hmn.
6        MR. GIBSON: Is that a "yes"?
7 A. Yes. I'm sorry.
8 Q. That's all right. You've been great so far
9     about that. Haven't had to remind you yet
10     about that.
11        Did you eat breakfast that morning?
12 A. I don't recall, but, knowing my habits, I
13     would say I had my orange juice for sure.
14 Q. What was your plan for that day?
15 A. We were to get up as a family group and go to
16     Nantucket. I think it was a ten o'clock
17     sailing, 10 a.m., and we all met on the dock
18     and sailed over to Nantucket, and our plan was
19     to spend the day on Nantucket Island and have
20     dinner there and come home and leave -- pack
21     to leave the next morning because we had to be
22     out by noon or so.
23 Q. Okay. Who was going with you to Nantucket?

Vol. 1 - 59
Dien, Lou Ann

1 A. My sister-in-law, Sue; my brother-in-law,
2     Larry Bartman; my mother, and my husband, and
3     some of our children were going to go.
4 Q. Okay.
5 A. And my brother Gary and his wife, Mary Lou.
6 Q. All right. You say that you met at the dock.
7     Where was the dock located?
8 A. I don't recall. I didn't drive.
9 Q. All right. Who did drive?
10 A. My husband may have driven.
11 Q. Do you recall how far away the dock was from
12     your home?
13 A. Maybe fifteen minutes, twenty at the most.
14 Q. Did you get on the boat at 10 a.m.?
15 A. I recall it was close to ten.
16 Q. Okay. Around what time did you arrive on the
17     island?
18 A. I don't recall.
19 Q. Did you eat lunch that day?
20 A. We ate on the island. I don't recall what I
21     had.
22 Q. Did you eat at a restaurant?
23 A. Yes -- I don't recall that.

Vol. 1 - 60
Dien, Lou Ann

1 Q. I need to clarify that. Did you eat at a
2     restaurant, or did you bring food with you?
3 A. No. We did not bring food with us.
4 Q. Okay.
5 A. And I don't recall where we ate there.
6 Q. Okay.
7 A. I know I had an ice cream cone.
8 Q. All right. And you may have just answered
9     this. Do you recall eating anything other
10     than the ice cream cone on Nantucket?
11 A. No, I don't recall what I ate there.
12 Q. I'm just a little confused. Do you recall
13     that you did have lunch, other than the ice
14     cream cone, but you just don't recall what you
15     ate, or --
16 A. I'm sorry. I cannot recall eating because we
17     said, Well, let's get dinner, but by that time
18     my headache was getting so bad. It was about
19     three o'clock, and I was feeling really bad
20     about three and not wanting anything. And my
21     mother insisted we eat lunch. I had them get
22     me a sandwich too. I said, I'll take whatever
23     everybody else has. Then they came back, and

Vol. 1 - 61
Dien, Lou Ann

1      I was sitting under the tree, and I didn't
2      want to -- you have to understand that if I
3      let on like something was wrong with me, my
4      mother would be very upset, so I didn't talk
5      about it. They went and got sandwiches and
6      came back to the tree, and I told him, my
7      husband, that I didn't feel well. So
8      everybody ate and had a good time, so,
9      therefore, I don't remember. I did not eat
10     that sandwich. I didn't eat the sandwich, so
11     basically I said, Oh, that's all right,
12     Mother. I'm not hungry. I'm going to take it
13     home. And I didn't eat that sandwich.
14   Q. Okay.
15   A. So basically when I got there -- I can't
16     remember where we went, first off, to grab
17     something to eat.
18   Q. Okay.
19   A. But I do remember the last part where I told
20     you -- okay.
21   Q. Okay. All right. So I think I understand,
22     but let me ask this follow-up question: Did
23     your group make two stops to eat lunch, one

Vol. 1 - 62
Dien, Lou Ann

1      when you first got to the island and one later
2      on?
3   A. When we first got there, we went in somewhere.
4     I don't recall what that was about. Then we
5     took the bus trip around the island. We went
6     in the museums, and we didn't eat anything in
7     that part of the time. Then came the time
8     that the sandwich came up, and that's when I
9     said that I just couldn't eat it.
10   Q. Was that the first lunch stop?
11   A. That I don't really -- I don't remember it.
12   Q. Okay. Do you remember whether or not you ate
13     anything at the first lunch stop?
14   A. No. I don't remember, don't recall.
15   Q. Fair enough. Where were you specifically when
16     you first started experiencing discomfort?
17   A. I was walking around an open area and shops.
18     Everybody was going in and out of the shops.
19     I just had to go and sit down, and I said, I
20     don't -- I have a headache coming; I think
21     it's the sun, because I had no hat on, and I
22     sat down there. I didn't make a big deal. I
23     sat down next to my brother, because he

Vol. 1 - 63
Dien, Lou Ann

1      doesn't shop, and then I just sat there. That
2     was about 1:00 or 1:30. Okay. And then
3     things -- we did a lot of things, and it was
4     about 3:00 or 3:30, coming up to there. We
5     had gone through a museum, and then we came
6     out, and they all wanted to make this sandwich
7     stop. I even remember going in the sandwich
8     place and coming out and saying, I just can't
9     eat. There was something wrong. But not
10     knowing this is what was going to happen, I
11     just said, I don't feel that I can eat. So I
12     didn't eat.
13   Q. Okay.
14   A. Can I clarify something previous?
15   Q. Sure.
16   A. When I say I get up and have breakfast and I
17     have orange juice and a roll, I had the fresh
18     fruit. I had bananas and fresh fruit, so
19     during the morning hours, I'll eat a banana,
20     so that's in the vegetable bowl -- I mean the
21     fruit bowl.
22   Q. And that would have been true for the few days
23     before the wedding as well?

Vol. 1 - 64
Dien, Lou Ann

1   A. And as I was remembering this trip to go to
2     Nantucket, I remembered I grabbed that banana,
3     so that was when I left.
4      So if you want to know what I ate
5     previous on days, it was like fruit.
6   Q. So is it fair to say that in addition to what
7     you told me previously, you may have also had
8     a banana on the mornings leading up to the
9     wedding?
10   A. Oh, yes, on those days. But that's like when
11     you're walking through, you take a banana.
12   Q. I understand. Did you have any other fruit on
13     those days?
14   A. I'm going to say it was banana or fresh
15     strawberries sitting in the bowl.
16   Q. Okay. Thank you.
17      Now, you've told me your first
18     discomfort was with a headache; is that
19     correct?
20   A. Yes. That was like (indicating) -- yes, the
21     type that just starts and you don't want to
22     open your eyes when it's sunny.
23   Q. And that would have been around 1:00 or 1:30

Vol. 1 - 65
Dien, Lou Ann

1　　　in the afternoon?
2　A.　Yes.
3　Q.　At around 3:00 or 3:30 you felt you had to sit
4　　　down?
5　A.　Yes. That's when they were wanting -- talking
6　　　about getting a -- which would you rather
7　　　have, a sandwich or something else?
8　Q.　And they had decided on the sandwich?
9　A.　Yes.
10　Q.　Then you actually went to the sandwich place;
11　　　is that correct?
12　A.　Yes.
13　Q.　Then you left. And did you go outside to sit
14　　　down?
15　A.　Yes. I went under a tree. They went up and
16　　　ordered their food, and I sat there with my
17　　　mother.
18　Q.　At that time, were you experiencing headaches?
19　A.　Yes.
20　Q.　Were you experiencing any other discomfort at
21　　　that time?
22　A.　A little dizziness but not anything -- it was
23　　　a little dizziness.

Vol. 1 - 66
Dien, Lou Ann

1　Q.　Okay.
2　A.　And then as that hour went on -- because they
3　　　came back and ate. That's when I started
4　　　feeling a little nauseous but not real bad.
5　Q.　Okay. So the other people in the group got
6　　　sandwiches?
7　A.　Um-hmn.
8　Q.　Did they come back to where you were sitting
9　　　to eat?
10　A.　Yeah. We all ate together.
11　Q.　That's when you started feeling a little
12　　　nauseous?
13　A.　Yes.
14　Q.　And you were given a sandwich, but you didn't
15　　　eat any of it?
16　A.　Yes. I never opened it, thinking I would eat
17　　　it later tonight.
18　Q.　What happened after your group was finished
19　　　eating the sandwiches?
20　A.　We took our time and walked in and out of
21　　　stores. I did have to buy one gift for my
22　　　girlfriend. I went in the store and bought
23　　　it. As I remember, we all said we would meet

Vol. 1 - 67
Dien, Lou Ann

1　　　back at the boat, and I don't recall the time.
2　Q.　Okay. Now, you told me earlier that the
3　　　original plan was to go to the island, eat
4　　　dinner there, and then return back to the
5　　　house that night. After you had the
6　　　sandwiches -- or after your group had
7　　　sandwiches at 3:00 or 3:30, was the plan to
8　　　eat dinner on the island later on and then
9　　　meet at the boat, or was the sandwich going
10　　　to -- was that going to be the dinner, and you
11　　　were going to leave on the boat soon after?
12　A.　As I recall, by the time we got done talking
13　　　about it, it ended up being about 4:30, and we
14　　　ate the sandwiches, and that was our dinner.
15　Q.　And you don't recall what time you were
16　　　supposed to meet to go back to the mainland?
17　A.　No, I don't recall that time.
18　　　　　MR. GIBSON: Can we just go off the
19　　　record a minute?
20　　　　　MR. McGOVERN: Sure.
21　　　　　(Whereupon an off-the-record
22　　　discussion was held.)
23　　　　　MR. McGOVERN: Back on the record.

Vol. 1 - 68
Dien, Lou Ann

1　Q.　From the time that you were walking in and out
2　　　of stores after your group had had the
3　　　sandwiches until the time that you got back to
4　　　the boat --
5　A.　Yes.
6　Q.　-- did you begin to feel worse?
7　A.　Yes, a little nauseous, a little more nauseous
8　　　as time went on.
9　Q.　Did your headaches get any worse?
10　A.　Yes.
11　Q.　And were you continuing to feel dizzy during
12　　　that period of time?
13　A.　Yes.
14　Q.　Was your dizziness worse than it had been
15　　　earlier?
16　A.　Just like before, no. I was still able to
17　　　stand up.
18　Q.　Okay. And I understand at that time you had
19　　　told your husband about how you were feeling;
20　　　is that correct?
21　A.　Yes.
22　Q.　Did you tell anyone else in your group?
23　A.　No.

Vol. 1 - 69
Dien, Lou Ann

1   Q.   Did anyone else in your group tell you that
2        they were feeling bad?
3   A.   No. Everybody was fine.
4   Q.   Okay. All right. Did you get back on the
5        boat?
6   A.   Yes.
7   Q.   All right. How long did it take for the boat
8        to get back to the Cape?
9   A.   I don't recall.
10   Q.   How did you feel on the boat ride? Were you
11        getting worse?
12   A.   I was nauseous, the headache was there, and I
13        sat out on the front where I could get fresh
14        air the whole way. And my mother was inside,
15        very upset that I wasn't getting in the warm
16        cabin, but I said I liked the fresh air, not
17        telling her what was wrong.
18   Q.   Okay. What did you do when you got back?
19   A.   We got back to the cars. As I recall, there
20        were two cars of us.
21   Q.   Okay.
22   A.   We went directly back to the cabin. And the
23        time scheduling, we had to pack, and so I went

Vol. 1 - 70
Dien, Lou Ann

1        into my mother's room, which was a separate
2        room with twin beds. That's where Scott had
3        slept, with her in the other twin bed. I put
4        our suitcase on one end and her suitcase on
5        the other end, and we were starting to pack,
6        and everything had been hung up. As I was
7        packing -- I can remember this very
8        distinctly -- I kept packing and thinking, I'm
9        getting so dizzy, I can't stand up. I'm
10        getting disoriented where I didn't know what
11        was happening. I looked over and saw what
12        Mother was doing. I knew this was going to be
13        a big deal because she folds everything
14        perfect, so I thought, Oh, my gosh, I won't be
15        able to keep up with her. I said, Mother, I
16        have to go in the other room, and so she was
17        busy folding, and she was finishing, I guess,
18        because that's what she was doing when I left.
19        I went in and sat down in a big chair and
20        somebody -- and I don't know -- I don't know
21        if it was my husband or my daughter-in-law.
22        Somebody came in to me and asked if I was
23        okay, and I said, There's something wrong with

Vol. 1 - 71
Dien, Lou Ann

1        me; I can't figure out what I'm supposed to do
2        in the bedroom because -- was I packing or was
3        I -- I couldn't do it.
4   Q.   Okay.
5   A.   So I sat there, and I said, you know, There's
6        something wrong; I don't know what it is. And
7        I said, I think I'd just better go to bed. So
8        I didn't go in to my mother, and I went
9        upstairs, and I laid down, and I went to bed,
10        and it was that night --
11        MR. GIBSON: Do you have some
12        tissue or something?
13        THE WITNESS: I brought my tissue.
14        MR. GIBSON: Okay.
15   A.   But the reason was because I can't tell my
16        mother that I don't feel well, because my
17        mother is 85, and she would be very upset.
18        I'm her baby. So I go to bed, and I'm
19        thinking it could have been 10 p.m., but I
20        don't know --
21   Q.   Okay.
22   A.   -- for sure, but that seems to be what I'm
23        thinking. And so then my husband came to bed,

Vol. 1 - 72
Dien, Lou Ann

1        and we were both up all night, but I didn't
2        know that anything was wrong with him at all.
3        He hadn't said anything to me. So I didn't
4        feel well. So I got up the next morning
5        and --
6        MR. GIBSON: Why don't you wait for
7        the next question. I think he'll ask you
8        another one.
9        THE WITNESS: Oh, yes. Okay.
10   Q.   Were you able to sleep that night?
11   A.   Very little.
12   Q.   What time did your husband go to sleep?
13   A.   I don't recall.
14   Q.   Was there some period of time where you were
15        in bed and he was still up and about?
16   A.   Oh, yes.
17   Q.   Okay. And did you actually finish packing
18        that night?
19   A.   No.
20   Q.   All right. At the time that you laid down,
21        were you still nauseous, still experiencing
22        headaches, and still experiencing dizziness?
23   A.   Yes.

Vol. 1 - 73
Dien, Lou Ann

1  Q. Did you take any medication that night?
2  A. No.
3  Q. And did you try to drink anything that night?
4  A. I don't recall.
5  Q. Did you try to eat anything that night?
6  A. No.
7  Q. All right. The next morning, were you able to
8     get up out of bed when you woke up?
9  A. I got out of bed. I didn't feel like getting
10    out of bed, but I knew my time schedule had to
11    make me get out of bed.
12 Q. And do I understand correctly that you had to
13    leave the house by noontime; is that correct?
14 A. I'm -- we had to leave the house by noon. I
15    think it was twelve that she would like us out
16    of there. They never came to get the key. We
17    left the key on the back light for them.
18 Q. Were you feeling worse that morning than you
19    had the night before?
20 A. Yes.
21 Q. All right. Did you have diarrhea on the day
22    of the 7th or the night before?
23 A. Oh, yes, um-hmn.

Vol. 1 - 74
Dien, Lou Ann

1  Q. When did you first experience diarrhea?
2  A. In the middle of the night.
3  Q. How frequently that night did you experience
4     diarrhea?
5  A. It was early the morning of the 7th. It
6     wasn't the night before. It was early morning
7     of the -- of the 8th.
8  Q. Of the 8th?
9  A. Of the 8th, early morning.
10 Q. Okay.
11 A. And probably it could -- it was about every
12    hour and a half -- hour to hour and a half.
13 Q. Did you experience any vomiting at all at that
14    time?
15 A. (Shook head from side to side.) The vomiting
16    hadn't started that morning, the 8th.
17 Q. When did the vomiting start?
18 A. After we got to the AmeraSuites, the vomiting
19    started.
20 Q. That was later on that day, as I understand
21    it?
22 A. Yes. That afternoon.
23 Q. Were you able to pack your belongings that

Vol. 1 - 75
Dien, Lou Ann

1     morning?
2  A. That morning I did, but I did not do it the
3     way it should have been done. It was -- all I
4     could do was stuff them in the bags, and at
5     that point my mother still didn't know I was
6     ill, so we just kind of pushed everything in
7     and said, Take this bag. And that was how I
8     packed.
9  Q. Okay. What was the plan that day?
10 A. Okay. The plan was to get up early in the
11    morning and have time to go over to this glass
12    shop you have here on the Cape and -- because
13    thirty years ago we broke a piece of cranberry
14    glass that was from a glass company on -- I
15    don't recall the name now. And everybody told
16    us, You've got to see this glass man there,
17    the owner. So we planned to go there on our
18    way to go up to the Boston area, so my husband
19    and I were going to have our separate car,
20    which was my sister-in-law's car that she
21    pulled from California. And we drove over
22    there -- that was our plan -- and then drive
23    up and see them. And my mother left with my

Vol. 1 - 76
Dien, Lou Ann

1     brother and sister-in-law in their car and
2     drove with them up to Boston, and we were all
3     going to meet in Boston because we knew we had
4     to make this little stop.
5  Q. All right. So you and your husband were going
6     to drive your sister-in-law's car that had
7     been towed by their trailer, correct?
8  A. Their motor home.
9  Q. You were going to take that to the glass
10    store?
11 A. Yes, just the little car.
12 Q. And meet the rest of your group up in
13    Boston --
14 A. Correct.
15 Q. -- later on that day?
16 A. Correct.
17 Q. What was your plan from there? After you met
18    up in Boston, what had you planned to do?
19 A. We were going to group and do a sightseeing of
20    Boston all afternoon.
21 Q. Okay.
22 A. As I recall, it was the next day we had -- my
23    friend had bought all the tickets for all of

Vol. 1 - 77
Dien, Lou Ann

1  us to go on a duck Tour and do a walking tour,
2  and from then on, we were going to keep
3  planning -- we had other arrangements to go
4  other places.
5  Q. Where did you plan to stay?
6  A. At the AmeraSuites. We had reservations at
7     the AmeraSuite. My son, his wife, two
8     daughters, my mother was with my brother and
9     his wife, and Rudy and I were there. My
10    mother was going to originally stay with us in
11    our room at the AmeraSuites.
12 Q. Okay. I understand. Now, when had you
13    planned to return to California?
14 A. A week later.
15 Q. All right. Were you planning to stay at the
16    AmeraSuites for a full week?
17 A. No; for two days.
18 Q. What was the plan after --
19 A. AmeraSuites?
20 Q. Yes.
21 A. Then we were all going to -- then that's when
22    we separated, and my brother and his wife
23    leave in their car for Maine, and my mother

Vol. 1 - 78
Dien, Lou Ann

1     and my husband and I are going to go with my
2     sister-in-law and brother-in-law in their
3     motor home that they brought, and we were
4     going to go up into Maine and see the coast,
5     and we were going to go to an Anheuser Busch
6     farm to see the Clydesdales, and we were going
7     to see the Amish Country; we were going to go
8     to New York, Pennsylvania, and we wanted to
9     see Connecticut.
10          We had -- my sister-in-law had a
11    route that she was going to take us on, so we
12    were in their motor home with them.
13 Q. All right. And that was going to -- you had
14    planned to do that for the remainder of the
15    week?
16 A. Yes, um-hmn.
17 Q. And then return?
18 A. The way we were doing it was, we would end
19    up our car -- they would take us and drop us
20    at the airport, and they continued across the
21    United States and then went home.
22 Q. I understand. Were they planning to return
23    you to the Providence airport?

Vol. 1 - 79
Dien, Lou Ann

1  A. As I recall, yes.
2  Q. All right. Okay. All right. Now, what time
3     did you leave the Cape Cod house on the 8th?
4  A. As I recall, we left between nine and ten, and
5     we were the last ones to leave it.
6  Q. Did you go directly from the Cape Cod house to
7     the AmeraSuites?
8  A. No.
9  Q. Where did you go first?
10 A. We went, my husband and I, to this glass
11    shop --
12 Q. Okay.
13 A. -- on the Cape, and so we went in -- I did not
14    feel well at this point. I didn't know he
15    didn't feel well. I thought he was fine. We
16    went in and talked to the man, and he came
17    there to see us that day, so we started
18    talking to him, and I had to let my husband
19    take over. I had to turn around and walk away
20    because I was getting worse, and I knew I
21    couldn't wait. And then I prompted him to
22    leave. I said, We've got to go now. And we
23    didn't do anything there. I went back and got

Vol. 1 - 80
Dien, Lou Ann

1     in the car, and I said, I'm so bad, we have to
2     go back to the house. We went back to the
3     house, because I had an accident there, and
4     cleaned up and then left there. So we went
5     back to the house after we locked it up,
6     because the key was still there on the light,
7     so we went back in, cleaned up, and left for
8     the AmeraSuites.
9  Q. All right. I may have to back up a little
10    bit.
11         Was it just you and your husband
12    that went to the glass shop?
13 A. Yes.
14 Q. Did your husband drive?
15 A. Yes.
16 Q. All right. And was it while you were at the
17    glass shop that you had an accident?
18 A. Yes.
19 Q. And did you soil your pants?
20 A. Yes.
21 Q. At that point you decided that you had to
22    return to the Cape Cod house, correct?
23 A. Yes.

```
                                              Vol. 1 - 81
                                          Dien, Lou Ann
 1   Q.  Did you make any stops between the glass shop
 2       and the Cape Cod house on your return?
 3   A.  No.
 4   Q.  During that morning, were you still
 5       experiencing diarrhea roughly once every hour
 6       to hour and a half?
 7   A.  Yes.
 8   Q.  After you got back to the Cape Cod house, how
 9       long were you there?
10   A.  We were only there less than thirty minutes,
11       maybe twenty minutes to thirty minutes.
12   Q.  All right.  And was it at that time that you
13       learned that your husband was also not feeling
14       well?
15   A.  He said he didn't feel well, as far as I
16       remember, then, but I didn't know how.  And
17       when he was on his way to the glass shop, he
18       may have said that he didn't feel well then --
19   Q.  Okay.
20   A.  -- not knowing it was what I had.
21   Q.  Did your husband drive from the Cape Cod home
22       to the AmeraSuites?
23   A.  Yes.
```

```
                                              Vol. 1 - 82
                                          Dien, Lou Ann
 1   Q.  Did you make any stops on that trip?
 2   A.  No, not that I recall.
 3   Q.  How long did that trip last?
 4   A.  I don't recall.
 5   Q.  Did you check into the AmeraSuites?
 6   A.  Yes.
 7   Q.  All right.  Were the other people in your
 8       group already there?
 9   A.  We did not go directly to the AmeraSuites.
10       When you said, Did we make any stops, we kept
11       cell phones going, and we had to stop at this
12       one area before we got to AmeraSuites so we
13       could meet my sister-in-law and
14       brother-in-law, who had already driven up
15       there.  And they said, Where are you?  Why --
16       you know, anyway, we met them.
17   Q.  Okay.  Where were you meeting them?
18   A.  I don't recall.  I don't recall the little
19       area that we met them.  It was close to
20       Boston.
21   Q.  Okay.  All right.  Was it sort of a rest area
22       near the road or a parking lot or --
23   A.  It was a dirt parking lot across from some gas
```

```
                                              Vol. 1 - 83
                                          Dien, Lou Ann
 1       station on a small highway, and they were
 2       waiting for us, and we pulled in.
 3   Q.  And did you go directly from that spot to the
 4       AmeraSuites?
 5   A.  Yes.
 6   Q.  All right.  Okay.  What happened when you got
 7       to the AmeraSuites?
 8   A.  As I recall, we checked in and everybody went
 9       up to their rooms.  And I said, you know, We
10       have -- I don't recall how I told my mother
11       that we were -- I wasn't feeling well, we
12       weren't feeling well, both of us by then, and
13       that she would have to stay with my brother
14       and his wife in their room.
15   Q.  All right.
16   A.  I don't recall when that happened.
17   Q.  Do you recall what time you checked in?
18   A.  No.  I don't recall.
19   Q.  Was it the afternoon or the evening?
20   A.  Oh, early afternoon.
21   Q.  Okay.  Did you leave the AmeraSuites after you
22       checked in on that day?
23   A.  No.
```

```
                                              Vol. 1 - 84
                                          Dien, Lou Ann
 1   Q.  Okay.  What did you do when you were there?
 2       Did you sleep?
 3   A.  Yes.
 4   Q.  Okay.  And is that also the time when you
 5       began vomiting?
 6   A.  Yes.
 7   Q.  Is it fair to say the first time you
 8       experienced vomiting after the wedding was
 9       after you got to the AmeraSuites?
10   A.  Yes.
11   Q.  Okay.  How frequent was the vomiting at that
12       time?
13   A.  Usually the vomiting and the diarrhea were
14       about the same time.
15   Q.  Okay.
16   A.  And it was pretty frequent, getting pretty
17       frequent then, that evening.
18   Q.  Was it the same frequency as the diarrhea,
19       roughly once every hour?
20   A.  Closer.  It was --
21   Q.  More frequent?
22   A.  Yes, more frequent then.
23   Q.  Were you able to sleep that night?
```