Vol. 1 - 85
Dien, Lou Ann

1  A. No. Very restless sleeping. Very -- the pain
2     was getting real bad then.
3  Q. Okay.
4  A. And it was just -- the pain was excruciating.
5  Q. And to be specific, are you talking about
6     stomach pain?
7  A. Oh, yes, the stomach pain.
8  Q. Did you take any medication that day? This is
9     the day of the 8th, now.
10 A. No, not that I know of.
11 Q. Did you eat anything or drink anything that
12    day?
13 A. My son, who came in, thinking we had the flu,
14    said we should be drinking and eating. So he
15    brought apples and Gatorade. He may have
16    brought juices. I don't remember. I went
17    right to bed and basically stayed in bed, so
18    we had a little Gatorade. I did not eat the
19    fruit.
20 Q. The following morning, did you -- did you
21    leave the AmeraSuites the following day, which
22    was now the 9th, I believe?
23 A. No.

Vol. 1 - 86
Dien, Lou Ann

1  Q. You stayed in the room the entire day?
2  A. In bed the entire day.
3  Q. Did the frequency of the diarrhea change at
4     all that day?
5  A. It wasn't -- the first night I was there, it
6     was worse, and that day it just kind of was
7     like an hour, hour and a half maybe, and I
8     would try to sleep in between.
9  Q. And did the frequency of the vomiting change
10    at all on that day?
11 A. Less. It was the same time, an hour, hour and
12    a half, two hours. It would, you know,
13    just -- it wasn't a pattern. Like if I was
14    sleeping for two or three hours and then I
15    would get up and go, Oh, my gosh, here we go
16    again. So it wasn't a pattern of an hour, an
17    hour and a half.
18 Q. I understand. I'm just trying to get some
19    idea of the general frequency. I understand
20    it's not --
21 A. A clockwork --
22 Q. Maybe not like clockwork, correct.
23             Did you leave the room on that day,

Vol. 1 - 87
Dien, Lou Ann

1     which is now the 9th?
2  A. One of the days that we were in the hotel
3     there was -- a fire alarm went off. And my
4     husband would know the date. It went off, and
5     we had to leave our room, and it could have
6     been the next day after that. It could have
7     been the 10th, but I wouldn't know. And we
8     had to leave our room and go down to the
9     lobby. And it was a false alarm, and they
10    told us after a few minutes, You can all go
11    back to your room. That's when I left the
12    room.
13 Q. All right. Was that during the day, or was
14    that at night?
15 A. During the day.
16 Q. How many days total did you stay at that
17    hotel?
18 A. So we were there Sunday night, Monday night --
19    I think we were there for three days.
20 Q. All right. At one point while you were
21    staying at the AmeraSuites, did you go to the
22    hospital to seek any treatment?
23 A. Yes.

Vol. 1 - 88
Dien, Lou Ann

1  Q. Do you recall what day that was?
2  A. So we had two hospital visits. That first day
3     that I went to the hospital was on the 10th.
4  Q. How did you get to the hospital?
5  A. My son took us.
6  Q. Did he take both you and your husband?
7  A. Yes.
8  Q. Where was the hospital located?
9  A. A few miles away.
10 Q. And were you taken to the emergency room?
11 A. Yes.
12 Q. Presumably you saw a doctor at the hospital;
13    is that correct?
14 A. Yes.
15 Q. What did the doctor tell you about your
16    condition?
17 A. As I recall, they told me it was like
18    gastroenteritis or -- I was kind of hazy on
19    everything they were telling us.
20 Q. Okay.
21 A. My husband and I both went into the same room.
22 Q. Okay.
23 A. They were talking to both of us at the same

Vol. 1 - 89
Dien, Lou Ann

```
 1     time.  That's all.
 2  Q. All right.  Did they give you any medication
 3     at the hospital?
 4  A. Yes.  They gave us -- they gave me I.V., and
 5     they just kept adding another one and another
 6     one.
 7  Q. Okay.
 8  A. And then I started feeling very good after
 9     about the second I.V.
10  Q. All right.  Did they give you any
11     prescriptions at the emergency room?
12  A. Yes, they did.  They gave us a prescription,
13     and since we had no car, we talked to them
14     about that, and they got us a taxi to go get
15     the prescriptions.
16  Q. Okay.  And did you take the taxi from the
17     emergency room directly to a pharmacy?
18  A. Yes.  And we went in and asked how long it
19     would take, and they told us, and we told the
20     taxi driver to leave, because it was going to
21     take 25 to 35 minutes.
22  Q. For them to fill the prescription?
23  A. (Nodded head up and down.)
```

Vol. 1 - 90
Dien, Lou Ann

```
 1  Q. All right.  And did you wait at the
 2     pharmacy --
 3  A. Yes.
 4  Q. -- for the prescription to be filled?
 5  A. (Nodded head up and down.)  Yes.
 6  Q. Okay.  How long did it take for them to fill
 7     the prescription?
 8  A. Approximately 45 minutes.
 9  Q. All right.  What happened then?
10  A. I sat on the chair, very sick.  We didn't do
11     anything.  After they filled the pre-
12     scriptions --
13  Q. Right.
14  A. -- we said to the pharmacist, We are staying
15     at the AmeraSuites.  And he says, Oh, it's
16     down the road; you could walk, because we
17     asked if we could get a taxi to take us to our
18     hotel.
19  Q. Okay.
20  A. Then they said, Look out and see, and you'll
21     see your hotel.  And we looked and saw the
22     hotel was there.  We said okay.  We paid for
23     our prescription and walked out the door.
```

Vol. 1 - 91
Dien, Lou Ann

```
 1  Q. And did you walk from the pharmacy to your
 2     hotel?
 3  A. No.
 4  Q. How did you get there?
 5  A. We started to walk, and my husband was very
 6     wobbly.  Do you want me to tell you that part?
 7     MR. GIBSON:  Go ahead.
 8  A. We walked out the door, and he got real wobbly
 9     outside, and there was a policeman across the
10     way, and I was holding onto my husband, and my
11     husband was holding onto me.  He started
12     wobbling and said, You know, that policeman is
13     going to think I'm drunk; I can't walk across
14     the street.  And I said, Oh, well.  I don't
15     know what I said, but we'll get there.  We
16     kept walking across the street, and we sat
17     down, and as I know my phone rang.  It was my
18     son, and he says, Where are you?  And I said,
19     We came out of the pharmacy, and we're on a
20     bench or a park bench right there.  And he
21     says, Okay, I can see you.  He was across at
22     the AmeraSuites.  I said, We can't move any
23     further; your dad can't walk at all.
```

Vol. 1 - 92
Dien, Lou Ann

```
 1     So at this point he said, You wait
 2     right there, and I'll come and get you.  So he
 3     let his family out because they were all in
 4     the car.
 5  Q. Okay.
 6  A. Because previously when he left us at the
 7     hospital, they were leaving for Maine with his
 8     whole family packed in the car.  As he left us
 9     in the hospital in the morning, he said, I
10     don't feel comfortable leaving them here.  So
11     they stayed somewhere at the hotel, so he let
12     his children and his wife out at the hotel,
13     and he drove on your one-way streets, and came
14     over and picked us up and brought us to the
15     hotel, and we went back in.
16  Q. All right.  Did you check out of the hotel on
17     that day, or did you stay over another night?
18  A. No.  We --
19  Q. How many nights after you went to the
20     emergency room did you stay at that hotel?
21  A. One more night.
22  Q. When you checked out, were you feeling any
23     better than you had when you checked in?
```

Vol. 1 - 93
Dien, Lou Ann

```
 1  A.  No.  I wasn't -- I was -- yes.  I was feeling
 2      a little bit better.
 3  Q.  Okay.
 4  A.  But I wasn't feeling well.
 5  Q.  Were you still experiencing diarrhea at that
 6      time when you checked out?
 7  A.  Yes, but not frequently.
 8  Q.  All right.  Were you still experiencing
 9      vomiting at the time you checked out?
10  A.  Yes.
11  Q.  Where did you go after you checked out?
12  A.  My sister-in-law and brother-in-law came back
13      with their motor home and my mother and came
14      and got Rudy and I, and we left for New York.
15  Q.  And you were in the motor home, correct?
16  A.  We were in the motor home.  I laid on the bed
17      in the back, and they drove, so I didn't
18      really see where we went.
19  Q.  The day that you checked out of the hotel,
20      were you driving in the motor home for the
21      remainder of that day, or did you stop and get
22      up?
23  A.  I didn't get out of the motor home.  We got to
```

Vol. 1 - 94
Dien, Lou Ann

```
 1      the campground, as far as I recall.
 2  Q.  Okay.
 3  A.  And she had a cabin for us, as I recall.
 4  Q.  All right.
 5  A.  And then she parked in a parking place away
 6      from our cabin.
 7  Q.  Okay.
 8  A.  So it was my mother and my husband and I in
 9      the cabin.
10  Q.  All right.  Now, was staying in that
11      campground part of your original plan?
12  A.  Oh, yes, it was.
13  Q.  It was part of your original plan to stay in
14      that particular campground?
15  A.  Yes.
16  Q.  All right.  As of the first night in that
17      campground, were you still experiencing
18      diarrhea?
19  A.  Yes.
20  Q.  And vomiting?
21  A.  Yes, but it was less frequent.  Now we're up
22      to hours between, a few hours between.
23  Q.  Were you able to sleep that night?
```

Vol. 1 - 95
Dien, Lou Ann

```
 1  A.  Yes.
 2  Q.  Okay.  During that day were you able to eat
 3      anything?
 4  A.  I had been given a diet of applesauce and rice
 5      and bananas, so I had applesauce and rice.
 6  Q.  How many nights did you stay at that
 7      campground?
 8  A.  As I remember, three nights.
 9  Q.  All right.  Was that part of your original
10      plan, to stay at that campground for three
11      nights?
12  A.  As I recall, it was our original plan to stay
13      there for two nights.
14  Q.  Okay.
15  A.  But as I recall, the first thing we had to do
16      was the next morning go into New York on a bus
17      trip.  That's why we picked that campground.
18      They give you a bus ticket to New York.
19  Q.  New York City?
20  A.  Yes.
21  Q.  Did you go on the bus trip to New York City?
22  A.  No.  I could not even hold my head up to go.
23  Q.  Why did you end up staying there three nights,
```

Vol. 1 - 96
Dien, Lou Ann

```
 1      as opposed to two?
 2  A.  Because we had to -- I think this is the way
 3      it was -- is we had to change the bus trip to
 4      another day, so the day we were going to go on
 5      the bus trip, my sister-in-law said, Well --
 6      she thought we were all fine enough to go to
 7      Cooperstown, take a drive to Cooperstown, so
 8      we drove up there.  And on the way I was
 9      vomiting so much that I knew I couldn't make
10      it to Cooperstown, so we passed up a few
11      cities, and I said, It's -- I can't stop
12      vomiting.  And this was in the car going to
13      Cooperstown.
14  Q.  All right.  How did you --
15  A.  It was like a dry heave, getting to be a dry
16      heave.
17  Q.  Were you in a car to get from the campground
18      to Cooperstown?
19  A.  Yes.
20  Q.  You weren't in the motor home?
21  A.  No.
22  Q.  I'm a little confused.  Did you go on the bus
23      trip to New York City or not?
```