Vol. 1 - 97
Dien, Lou Ann

1  A. We did the next day.
2  Q. Okay.
3  A. The first day we were supposed to go, we
4     didn't make it. We went on to the hospital.
5     They said they did not recommend us to go on
6     the bus trip but the situation was -- am I
7     ahead of myself?
8           MR. GIBSON: Just recall the events
9     as best you can.
10 A. And then they told us -- when I went to the
11    hospital that day, when we were going to go to
12    Cooperstown, and I got out of the hospital,
13    she recommended not going on the bus trip.
14    The next day, as far as I remember, my
15    sister-in-law insisted that we go on the bus
16    trip, that she would make sure that I was
17    fine, and I was walking around and physically
18    doing much better that way, and I would sit
19    in the front seat of the bus so that if
20    anything happened, I could get off the bus; if
21    I didn't feel well, I was right in the front.
22 Q. All right.
23 A. So we went along. Not to spoil the other

Vol. 1 - 98
Dien, Lou Ann

1     group's plans, we went along on the bus trip.
2  Q. All right. Now, when was it that you went to
3     the hospital in New York?
4  A. The day before the bus trip.
5  Q. That would have been the second day at the
6     campground?
7  A. Yes. We got there the first day, and then
8     stayed overnight, and it was the second day.
9  Q. All right.
10 A. Then we went on the bus trip to New York,
11    stayed overnight, and left the next morning.
12 Q. How long did the bus trip to New York take?
13 A. I don't recall.
14 Q. Who went on the bus trip?
15 A. My husband, Rudy; my mother; my sister-in-law;
16    my brother-in-law; and myself.
17 Q. And you mentioned that you sat in the front of
18    the bus in case --
19 A. -- I got sick.
20 Q. Right.
21 A. And I also took a lot of extra clothes because
22    I didn't know if I had an accident. As it
23    was, I didn't have an accident, and I did not

Vol. 1 - 99
Dien, Lou Ann

1     get sick. I just did not feel real good.
2  Q. When you got to New York City, did you get out
3     of the bus to do any walking around or
4     anything like that?
5  A. In the middle of the tour, they took you all
6     on the bus. They told us to go down to the
7     financial district. You go with wherever you
8     want for lunch. Well, I didn't feel like
9     going anywhere, so we walked down a road
10    towards the water, and we found a little
11    restaurant that had a table, and I said, You
12    can just leave me here, because they had fresh
13    fruit, and I got my food and I just sat there.
14    And they looked around, and came back there
15    and went back to the bus and got on.
16 Q. Did you wait there by yourself, or was anyone
17    else with you?
18 A. No. My husband stayed with me the whole time.
19 Q. Now, you have told me about one incident in
20    which you had an accident, and you were --
21    well, were there other incidents in which you
22    had an accident, or was that the only one?
23 A. Just the first day and then driving from the

Vol. 1 - 100
Dien, Lou Ann

1     Cape, after we had gotten cleaned up and
2     looked at the glass shop, and then I didn't
3     have any accidents after we were in New York,
4     no.
5  Q. So --
6  A. Just those --
7  Q. Two accidents in total?
8  A. In my clothes.
9  Q. Right.
10 A. Yes.
11 Q. After you returned to the campground from the
12    bus trip, did you stay over another night in
13    the campground?
14 A. Yes.
15 Q. One more night?
16 A. Yes. Just that one night after.
17 Q. Where did you go the following day?
18 A. We left for another area, and I think it was
19    in New York. I'm not too sure on that. And
20    we just stayed in the motor home. We ended up
21    camping in the motor home from then on. I
22    didn't get another room because that little
23    cabin had no restrooms, so I had to walk over

Vol. 1 - 101
Dien, Lou Ann

1  to the restroom area to the office, so we
2  decided just to stay in the motor home with
3  them, so five of us slept in the motor home
4  from then on.
5  Q.  How many nights did you stay in the motor
6  home?
7  A.  Possibly three nights.
8  Q.  All right.  Did you ever drive the motor home?
9  A.  No.
10  Q.  Did your husband ever drive the motor home?
11  A.  No, not that I know of.
12  Q.  Did you return to the airport on schedule?
13  A.  Yes.  We were there on time.
14  Q.  That was, as I recall, on the 13th?
15  A.  I don't recall the date.
16  Q.  By the time you had returned to the airport,
17  how were you feeling?
18  A.  Much better.
19  Q.  At that time were you still experiencing
20  diarrhea?
21  A.  No.
22  Q.  Were you still vomiting at that time?
23  A.  No.

Vol. 1 - 102
Dien, Lou Ann

1  Q.  To the best of your recollection, when did the
2  diarrhea finally stop?
3  A.  After the second hospital visit, I was much
4  better.  I would say it was -- another day
5  after that I was doing much better.
6  Q.  And when did the vomiting stop?
7  A.  At the same time, at the same time, the next
8  day, after that hospital visit.
9  Q.  By the time you had got back to the airport,
10  were you experiencing any symptoms?
11  A.  I was very weak.
12  Q.  Okay.
13  A.  I just didn't feel like myself.  I just
14  couldn't push like I used to push.
15  Q.  Explain what you mean by "push."
16  A.  I just couldn't walk fast, carry all the bags,
17  you know, make sure Mother was with us.  It
18  was just like -- I was just not myself, but I
19  was fine with the diarrhea and the vomiting.
20  Q.  Were you still experiencing headaches at that
21  time?
22  A.  No.
23  Q.  Were you experiencing any dizziness at that

Vol. 1 - 103
Dien, Lou Ann

1  time?
2  A.  No.
3  Q.  On your return flight to California, did you
4  experience any nausea during the flight?
5  A.  I wasn't real comfortable, but I only had to
6  use the restroom a couple of times.  We made
7  sure that I was close to the restroom so I
8  could go in if I had to, but I was able to
9  control it.
10  Q.  All right.  Are you currently experiencing any
11  physical effects from this incident?
12  A.  No.
13  Q.  Did you lose any money from the day-care
14  business as a result of this incident?
15  A.  Yes.
16  Q.  Why don't you explain to me, I guess, how much
17  it is that you lost and how that was
18  calculated.
19  A.  The year before when I had my day care I was
20  very busy in August.
21  Q.  Okay.
22  A.  And I felt that when I came home, I wasn't as
23  strong as I was to take on the children, so I

Vol. 1 - 104
Dien, Lou Ann

1  cut back.  I didn't take the extra people that
2  would call, and I cut back.  The exact amount
3  I don't recall, but it was a certain amount.
4  Q.  And the reason is that you weren't feeling as
5  strong as you had before the wedding?
6  A.  Yes.  I didn't feel like I should take on the
7  children and get myself tired and get run
8  down, so I took on less children.
9  Q.  You indicated that you didn't take extra
10  people?
11  A.  Extra children.
12  Q.  Now, does that mean that you continued to care
13  for, I guess, the regular children that would
14  come in?
15  A.  Yes.  I had a few children coming in.
16  Q.  Okay.
17  A.  And it happened to be during the summer, so I
18  didn't have the teacher's children, which made
19  it easier.  By September I was fine.  I took
20  on a full load.
21  Q.  You're anticipating my next question.  By
22  September you were back to full strength?
23  A.  Yes, and they all came back.

Vol. 1 - 105
Dien, Lou Ann

1  Q. Can you estimate how many, I guess, extra
2     children that you would have taken in August
3     that you didn't take because you were not
4     feeling strong?
5  A. It's hard for me to estimate.  I just
6     didn't -- when people would call, I would just
7     say no; I would just keep the children that
8     were there, which were a couple of children a
9     day -- could have been three or four -- but I
10    didn't take extras when they would call and
11    say, Can you do this?  And that wasn't like
12    me.  Usually I would say, Bring them on; I
13    want to see them too.  But I just would say
14    no.  I didn't feel up to it this time.
15 Q. When you said it could have been three or
16    four, is that three or four of the regular
17    children that you were taking care of?
18 A. Um-hmn.
19       MR. GIBSON:  Was that "yes"?
20 A. Yes.  Sorry.
21 Q. Did you keep any records that would show how
22    many people you turned down?
23 A. No.  I have no record of that.

Vol. 1 - 106
Dien, Lou Ann

1  Q. Other than the two emergency room visits that
2     you've told me about, did you obtain any other
3     medical treatment as a result of this
4     incident?
5  A. I didn't have medical treatment.  I did go to
6     my doctor and have the stool samples, because
7     they told me that I couldn't open my day care
8     if I had salmonella, so I had to go and get
9     the okay.  And my doctor checked and found out
10    I didn't have salmonella because the
11    antibiotics I had taken had killed it off
12    or -- and so I was able to do my day care
13    after awhile.
14 Q. And that was with --
15 A. -- Dr. Carol Thrun.
16 Q. -- Dr. Thrun.  After you had returned to
17    California?
18 A. Correct.
19 Q. During the time that you were in
20    Massachusetts, was someone else running the
21    day care?
22 A. My assistant had taken the children to her
23    home.

Vol. 1 - 107
Dien, Lou Ann

1  Q. And was that the worker you told me about
2     before --
3  A. Yes.
4  Q. -- who was usually part time?
5  A. Yes.
6  Q. As part of the complaint that's been filed in
7     this suit, there's a claim for what's called
8     "loss of consortium."  I have to ask you about
9     this.  Did this incident have any effect on
10    your intimacy with your husband?
11 A. During the time I was sick it did.
12 Q. Okay.
13 A. We were looking forward to a nice trip to
14    Boston in a very nice hotel, but since then it
15    hasn't.
16       MR. McGOVERN:  Okay.  I think those
17    are all the questions that I have.
18       MR. GIBSON:  I just have some
19    follow-up questions, please.
20
21    CROSS-EXAMINATION:
22 Q. (By Mr. Gibson) Mrs. Dien, there are certain
23    aspects of your testimony that I would just

Vol. 1 - 108
Dien, Lou Ann

1     like to go back and discuss with you.
2          Looking at what's been marked as
3     Exhibit 1, on the right side of the document,
4     there is a list of symptoms that you have
5     checked.  Do you see those?
6  A. Yes.
7  Q. Okay.  And you have checked that you had
8     diarrhea.
9  A. Yes.
10 Q. You checked that you had nausea.
11 A. Yeah.
12 Q. You've also checked that you had fever.  When
13    did you first start experiencing fever?
14 A. The fever -- I didn't take my temperature, but
15    it was at -- the first time I went to the
16    hospital, I felt very, very warm, so --
17 Q. The hospital in Massachusetts or the hospital
18    in New York?
19 A. Massachusetts.
20 Q. Okay.
21 A. And I didn't ask them if I had a fever.  They
22    did take my temperature.
23 Q. But you felt as if you had a fever?