Vol. 1 - 109
Dien, Lou Ann

1   A.  I felt as -- I was very feverish.
2   Q.  You also have checked "headache," which you've
3       discussed.  You've also checked "chills."
4       When did you first start experiencing chills?
5   A.  I had the chills in the hotel when we were at
6       the AmeraSuites, and I would just curl up in
7       the bed and was chilled, but it wasn't cold.
8       I was just chilled.  I had the chills there.
9       And I know it was -- the first night was very
10      uncomfortable, but after that I don't remember
11      having chills, but It was that first night.
12  Q.  The next symptom you checked was "fatigue."
13      And when did you first start experiencing
14      fatigue?
15  A.  Fatigue, in my eyes, is if I can't do what I
16      used to do.  And when I was -- after I was
17      over the initial worse what we thought was the flu
18      and went to the hospital the second time, and
19      I didn't have the diarrhea as much and the
20      vomiting, I didn't feel like I could help do
21      anything.  I couldn't do what I usually do.  I
22      was fatigued going home, and that first week
23      at home I was very tired.

Vol. 1 - 110
Dien, Lou Ann

1   Q.  Okay.  You also have checked "burning
2       sensation in mouth."  When did you first
3       experience that?  You've written beside it
4       "cotton mouth."  Would you describe that
5       symptom and when it first appeared?
6   A.  That was the first night in AmeraSuites, and I
7       had cotton mouth.  And after that, I realized
8       I was very dehydrated.  That was that -- we
9       had gone to the AmeraSuites, and it was the
10      next day, so that's when that -- that's how I
11      felt then.
12  Q.  You have also checked "vomiting," and you've
13      discussed that.
14  A.  Yes.
15  Q.  You've checked "abdominal cramps"?
16  A.  Yes.
17  Q.  When did those first start appearing?
18  A.  They were getting worse as we drove to Boston,
19      but they were very bad in the hotel that
20      night, the first night in AmeraSuites.  And
21      the next day and the next night, very bad, the
22      cramps, and then they let up.
23  Q.  Okay.  Now, you have left blank "bloody

Vol. 1 - 111
Dien, Lou Ann

1       stool."  Do you see that?
2   A.  Yes.
3   Q.  Did you at any point following the wedding and
4       the wedding reception have bloody stools
5       during the period of time you remained in
6       Massachusetts and New York?
7   A.  No.
8   Q.  Okay.  You have -- the next symptom you have
9       checked is "muscle aches."  You've checked
10      that you had muscle aches.  When did you first
11      start experiencing muscle aches?
12  A.  I had that at -- the last night at the house
13      when I went up and went to bed.
14  Q.  This would be the night that you had come back
15      from Nantucket?
16  A.  Yes, but it was early, early in the morning I
17      started getting that.
18  Q.  Can you describe these muscle aches for us,
19      please?
20  A.  It's like the same ache on both sides of your
21      body where your body just aches.  It didn't --
22      it wasn't one side of the body.  It was
23      just -- I just felt like I hurt all over.

Vol. 1 - 112
Dien, Lou Ann

1   Q.  All right.  You've also checked "loss of
2       appetite," and you've discussed that, to some
3       extent.
4           And you've checked "dizziness."  Do
5       you see that?
6   A.  Yes.
7   Q.  And I would like you to look up just above
8       those --
9   A.  Um-hmn.
10  Q.  -- and you say "first known cause of
11      symptoms," and you put date and time.  What
12      did you write there?
13          MR. McGOVERN:  Objection.  You can
14      answer the question.
15  Q.  What did you write?  You can answer the
16      question.
17  A.  Date and time, 7-7-01 at 3:30 p.m.
18  Q.  And what did you mean to indicate by that
19      entry?
20  A.  That's when I started feeling nauseous, and
21      that doesn't say -- the headaches started
22      coming like in the afternoon about 1:00, 1:30,
23      but that's when I started getting the nauseous

Vol. 1 - 113
Dien, Lou Ann

1    feeling, and then I started feeling bad then.
2    Q.  All right.  Now, this form that you filled
3         out --
4    A.  Yes.
5    Q.  -- did you have it in Massachusetts, or did
6         you receive this form when you were in
7         California?
8    A.  When we were in California.  It was home when
9         we got home.
10   Q.  All righ.t  Now, I call your attention to the
11        next entry, which says "duration of symptoms."
12        What did you write there?
13   A.  It says "still have."
14   Q.  What did you mean by that entry?
15   A.  Just -- I didn't feel good.  I didn't mean I
16        had all these symptoms.  I mean I just didn't
17        feel good.  It was just tired and didn't feel
18        good.
19   Q.  Looking at the list of symptoms that you have
20        there, are you able to tell us what symptoms
21        you still had once you returned to California?
22              MR. McGOVERN:  Objection.  You can
23        answer.

Vol. 1 - 114
Dien, Lou Ann

1    A.  Fatigue.  That's the only one.  That would be
2         the only one, because I didn't have anything
3         else.
4    Q.  All right.  Now, when you returned to
5         California, you would have returned during the
6         month of July, correct?
7    A.  Correct.
8    Q.  All right.  Was it your intention, had you not
9         gotten ill, to immediately resume your day
10        care activities?
11   A.  Yes.  My people were coming back --
12   Q.  All right.
13   A.  -- when I came back home to California.
14   Q.  Okay.  Now, was there a period of time where
15        you didn't do anything as far as day care?
16   A.  Yes, that first week, because they told me --
17        the state said that -- I'm -- I would like to
18        correct that.  I found out -- from who I don't
19        know -- that you can't have a day care -- a
20        child in your day care if you have salmonella,
21        so I had to contact my doctor and take care of
22        that.
23   Q.  All right.  My question is, having acquired

Vol. 1 - 115
Dien, Lou Ann

1         that knowledge, was there a period of time
2         where you personally didn't engage in any day
3         care activities?
4    A.  Yes.
5    Q.  All right.  And was that period of time in
6         July, or did that period of time continue on
7         into August?
8    A.  July.
9    Q.  And how long a period of time was that?
10   A.  I don't recall how many days.  It possibly was
11        a week.
12   Q.  Okay.
13   A.  I would have to check.
14   Q.  All right.  During the period of time, however
15        long it was, who took care of the kids?
16   A.  My assistant had them, all the children.
17   Q.  Now, how was your assistant compensated?
18   A.  At that point in our relationship, she took
19        full payment from the children that came to
20        her.  I did not get paid.
21   Q.  All right.  So during the period of time that
22        you could not engage in day care activity at
23        all, is it your testimony that she would have

Vol. 1 - 116
Dien, Lou Ann

1         received directly the money that the families
2         would have paid for the day care of the
3         children she attended to?
4    A.  Yes.
5    Q.  All right.  Now, had you not gotten ill, would
6         that have been money you would have received?
7    A.  Yes.
8    Q.  Okay.  And at this point you don't have a
9         concrete figure or estimate as to how much
10        money you lost in that regard?
11   A.  Correct.  I do not have --
12   Q.  All right.
13   A.  -- knowledge at this point.
14   Q.  You would have to check your records?
15   A.  Yes, I would.
16   Q.  Okay.  Now, when you returned to California --
17        and I want to talk about the period July
18        through August -- was there a period of time
19        during that period in which your appetite
20        still remained different from what it had been
21        before you left for Massachusetts?  Do you
22        understand my question?  It wasn't very
23        artfully phrased.

1   A.  Yes.  I did notice that, especially when I was

2       trying to think of a doctor that I had had and

3       a couple of things I was going --

4           MR. GIBSON:  All right.  I don't

5       have anything further.

6           MR. McGOVERN:  I have a few

7       follow-up questions.

8

9   REDIRECT EXAMINATION:

10  Q.  (By Mr. McGovern)  The trip to Ventura, when

11      had you planned to go on that trip?

12  A.  Our anniversary is February 18th.  Our

13      children gave us the whole trip, the whole

14      thing.  They gave it to us in February, so we

15      were going to go to Boston for the wedding,

16      and we said, What a wonderful weekend we can

17      have when we come home, to be able to go to

18      Ventura.

19  Q.  But did you have a reservation at Ventura --

20  A.  Yes, we did.

21  Q.  -- in July?

22  A.  Oh, yes.  We had them in February.  They gave

23      them to us.  And I booked the time just a

1       result of this incident, from your doctor in

2       California?

3   A.  No.

4   Q.  And you indicated that your day-care operation

5       was, I guess, stopped for a week or so because

6       your doctor had to determine whether or not

7       you had salmonella.  Do I understand that

8       correctly?

9   A.  Correct.

10  Q.  Was there a period of time from the time you

11      returned to California until your business was

12      stopped that you were caring for children?

13  A.  No.

14  Q.  So you knew by the time you got back to

15      California that you would have to be tested

16      for salmonella?

17  A.  No.  I didn't know that I would have to be

18      tested at that time.

19  Q.  Okay.

20  A.  But sometime during that time, after talking

21      to friends -- because all our -- a group that

22      I have are day care providers.  They said, You

23      have to contact somebody.  They all said,

1       month or so after that for the vacation in

2       July, and then when I called and told her, she

3       said, We cannot give you back your money

4       unless we get a reservation to fill it, and

5       they got a reservation to fill it, so they

6       gave us back our money, but we kept the

7       reservations open to go back when we both felt

8       up to it.

9   Q.  When you returned to California, were you

10      taking any medication at that point?

11  A.  Yeah, I was, but I can't recall which ones

12      they were.

13  Q.  Were those the same --

14  A.  I had stopped the suppositories, but the other

15      medication I was to take until it was gone,

16      and I don't recall if it was gone or not.

17  Q.  To be clear, that was the medication and

18      prescriptions that you had received at the

19      hospital in New York?

20  A.  That was the medication that I received in New

21      York, yes, because when I got to New York,

22      they gave me new prescriptions.

23  Q.  Were you ever given a prescription, as a

1       Something has to be done.  So I said, Well,

2       don't bring the kids back, then, until I find

3       out if I can have a day care.

4   Q.  So you didn't see any kids from the time you

5       returned to California until after the testing

6       was done; is that correct?

7   A.  Right, because my assistant took them.

8   Q.  All right.

9   A.  I didn't take care of them physically.  My

10      assistant did.

11          MR. McGOVERN:  Okay.  Those are all

12      the questions that I have.  Thanks for your

13      time.

14          MR. GIBSON:  I don't have anything

15      further.

16          (Whereupon an off-the-record

17      conversation was held, a brief recess was

18      taken, and the deposition of Lou Ann Dien was

19      concluded at 1:18 p.m.)

20              - - - - -

21

22

23

```
1              C E R T I F I C A T E

2

3              I, LOU ANN DIEN, do

4    hereby certify that I have read the foregoing

5    transcript of my testimony and further certify

6    that said transcript is a true and accurate

7    record of said testimony and signed under the

8    pains and penalties of perjury.

9

10             Dated this _____

11   day of _____ 2005.

12

13

14

15

16

17             _____
               LOU ANN DIEN
18

19

20

21

22

23
```

```
1              E R R A T A   S H E E T

2    Deponent:   LOU ANN DIEN

3    Date of Deposition:  November 10, 2004

4    Case Name:  ^ CASE NAME
                 04-379A
5
               I, the undersigned, do hereby
6    certify that I have read the foregoing deposition
     transcript and that, to the best of my knowledge,
7    said deposition transcript is true and accurate
     (with the exceptions of the following changes
8    listed below):

9
                            _____
10                          LOU ANN DIEN
                            Dated _____
11

12   Pg. No. ____ Line No. ____ Correction _____

13   Pg. No. ____ Line No. ____ Correction _____

14   Pg. No. ____ Line No. ____ Correction _____

15   Pg. No. ____ Line No. ____ Correction _____

16   Pg. No. ____ Line No. ____ Correction _____

17   Pg. No. ____ Line No. ____ Correction _____

18   Pg. No. ____ Line No. ____ Correction _____

19   Pg. No. ____ Line No. ____ Correction _____

20   Pg. No. ____ Line No. ____ Correction _____

21   Pg. No. ____ Line No. ____ Correction _____

22   Pg. No. ____ Line No. ____ Correction _____

23   Pg. No. ____ Line No. ____ Correction _____
```

```
1              C E R T I F I C A T E

2
               I, Donna C. St-Aubin, R.P.R., and a
3    Notary Public within and for the Commonwealth of
     Massachusetts, duly commissioned, qualified and
4    authorized to administer oaths and to take and
     certify depositions, do hereby certify that
5    heretofore, to wit, on November 10, 2004,
     personally appeared before me LOU ANN DIEN at the
6    offices of Tucker, Heifetz & Saltzman, LLP, Three
     School Street, Boston, Massachusetts, in the
7    aforementioned cause now pending in BARNSTABLE
     County, SUPERIOR COURT, Commonwealth of
8    Massachusetts; that the witness was by me duly
     sworn to testify to the truth, the whole truth, and
9    nothing but the truth; that thereupon and while
     said witness was under oath, the within deposition
10   was taken down by me in shorthand at the time and
     place herein named and was thereafter reduced to
11   computer transcription under my supervision.  I
     further certify that I am not interested in the
12   event of the action.

13             IN WITNESS WHEREOF, I have hereunto
     subscribed my hand and affixed my seal to office
14   this _____ day of _____, 2005.

15

16

17

18             _____
               Donna C. St-Aubin, R.P.R.
19             Notary Public
               My Commission Expires:  12/1/2006

20

21

22
23
```

```
1    Pg. No. ____ Line No. ____ Correction _____
2    Pg. No. ____ Line No. ____ Correction _____
3    Pg. No. ____ Line No. ____ Correction _____
4    Pg. No. ____ Line No. ____ Correction _____
5    Pg. No. ____ Line No. ____ Correction _____
6    Pg. No. ____ Line No. ____ Correction _____
7    Pg. No. ____ Line No. ____ Correction _____
8    Pg. No. ____ Line No. ____ Correction _____
9    Pg. No. ____ Line No. ____ Correction _____
10   Pg. No. ____ Line No. ____ Correction _____
11   Pg. No. ____ Line No. ____ Correction _____
12   Pg. No. ____ Line No. ____ Correction _____
13   Pg. No. ____ Line No. ____ Correction _____
14   Pg. No. ____ Line No. ____ Correction _____
15   Pg. No. ____ Line No. ____ Correction _____
16   Pg. No. ____ Line No. ____ Correction _____
17   Pg. No. ____ Line No. ____ Correction _____
18   Pg. No. ____ Line No. ____ Correction _____
19   Pg. No. ____ Line No. ____ Correction _____
20   Pg. No. ____ Line No. ____ Correction _____
21   Pg. No. ____ Line No. ____ Correction _____
22   Pg. No. ____ Line No. ____ Correction _____
23   Pg. No. ____ Line No. ____ Correction _____
```