**17**

```
 1              THE WITNESS:  Yes.
 2              MR. McGOVERN:  I will make a copy
 3     of that when we take a break, so if you
 4     could leave that on the table, we won't
 5     forget it.
 6  Q. Did you lose any weight as a result of this
 7     incident related to your son's wedding?
 8  A. I am sure I did, but I never -- I don't
 9     weigh myself a lot, so I don't know any
10     figures.
11  Q. Do you know approximately how much you
12     weighed at the time of his wedding?
13  A. Probably about 220.
14  Q. Do you know how much you weigh now?
15  A. That's about the same.
16  Q. Are you allergic to any medications?
17  A. No.
18  Q. As a result of this incident, have you
19     experienced any change in your sense of
20     smell?
21  A. No.
22  Q. Have you experienced any change in your
23     sense of taste?
24  A. No.
```

**18**

```
 1  Q. What I am going to do next is to ask you
 2     about the days before your son's wedding and
 3     then the day of his wedding and then the
 4     days afterwards, as I did with your wife.
 5  A. Um-hum.
 6  Q. First I am going to ask you -- I am going to
 7     begin on July 4, 2001.  Do you recall what
 8     you ate on that day?
 9  A. No, I don't.
10  Q. Do you recall what you drank on that day?
11  A. No, I don't.
12  Q. At that period of time, was it your habit to
13     eat breakfast in the morning when you got
14     up?
15  A. Yes.
16  Q. Your wife testified that in the few days
17     before the wedding that she recalled eating
18     food that was in the house at Cape Cod.
19  A. Um-hum, yes.
20  Q. Is that also your memory?
21  A. Yes.
22  Q. Do you recall eating anywhere other than the
23     house before the wedding on either July 4th
24     or July 5th?
```

**19**

```
 1  A. Not that I recall.  Could I say one more
 2     thing?
 3  Q. Absolutely.
 4  A. Somewhere in that week we ate out at a donut
 5     shop one morning.  I guess it was a coffee
 6     house.  I don't know what you would call it.
 7     It had a bakery, and we had breakfast there
 8     with somebody, but I'm not sure when.
 9  Q. The food that you had at the house, do you
10     recall where that was purchased?
11  A. The one market she described, I remember we
12     bought food there, and then there was a
13     little, small amount of food bought at
14     another -- like a little, small convenience
15     store.  The one market that she described on
16     the coast was a very large market, and the
17     other one was just like a 7-Eleven or a
18     small store that we stopped in to just pick
19     up items.
20  Q. Do you recall the name of the large market?
21  A. No, I don't.
22  Q. Your wife testified about a rehearsal dinner
23     that was held, I understand, on -- I don't
24     recall.  Do you recall what day the
```

**20**

```
 1     rehearsal dinner was held?
 2  A. I believe it was the 5th.
 3  Q. That was held at the house, at the Cape Cod
 4     house; correct?
 5  A. Right.
 6  Q. Do you recall what you ate, if anything, at
 7     the rehearsal dinner?
 8  A. The only thing I can remember, I think they
 9     had a macaroni salad, and there was cheeses
10     on a dish, and there was vegetables, carrots
11     and celery and that.  Other than that, I
12     can't remember particularly.
13  Q. Did you eat each one of those foods that you
14     told me about?
15  A. Yes.
16  Q. Did you drink anything during the rehearsal
17     dinner?
18  A. Yes.  I may have had a beer.  I don't
19     normally drink alcohol, but I think -- it
20     was my son's wedding.  I think I may have
21     had one or two.  Other than that, that would
22     have been it.  Other than that, it would
23     have been soft drinks.
24  Q. Figures the guy that works for
```

**Page 21**

1   Anheuser-Busch doesn't drink; right?  I
2   won't ask you if you were drinking an
3   Anheuser-Busch product.  Do you recall,
4   other than maybe a beer or two, what else
5   you had to drink during the rehearsal
6   dinner?
7   A.  No.  But if I did, it would have been water
8   or soda.
9   Q.  Jumping around a little bit -- what I am
10  trying to do is not reask a lot of the
11  questions that I asked of your wife.
12          Did you have a primary care doctor
13  around the time of your son's wedding?
14  A.  Yes.
15  Q.  Who was that?
16  A.  I can't recall exactly when I changed,
17  but it could have either been Dr. Olah or
18  Dr. Thrun.  At one point I changed to
19  Dr. Thrun, and I'm not sure if it was before
20  that date or after that date.
21  Q.  Can you spell the name of -- I know how to
22  spell Dr. Thrun's name.  Can you spell the
23  name of the other doctor?
24  A.  O-l-a-h, I think.

**Page 22**

1   Q.  What is his or her first name?
2   A.  I can't recall it.
3   Q.  Is that a man or a woman?
4   A.  It's a man.
5   Q.  Was Dr. Olah just a general practitioner?
6   A.  Yes.
7   Q.  Did you see any other doctors on a regular
8   basis for your heart?
9   A.  Yes, Dr. Heger, Dr. Joel Heger, and I think
10  the information is on that card if you need
11  it.  I don't know if that is current.
12  Q.  During that time period, July of 2001, did
13  you see any other doctors other than the
14  ones you told me about on a regular basis?
15  A.  No.
16  Q.  Go back to July 5, 2001.  Do you recall
17  what time you went to sleep that night?
18  A.  No.
19  Q.  Do you recall what time you woke up on the
20  morning of the 6th?
21  A.  No, not the exact, but it would be early
22  morning, I would say.
23  Q.  Did you eat breakfast that morning?
24  A.  Not that I recall.  What we had, no.  I am

**Page 23**

1   sure we had something.
2   Q.  Did you drink anything that morning?
3   A.  I can't recall the exact.  I drink a lot of
4   ice tea, so probably ice tea if I had
5   something.
6   Q.  The wedding and reception was later on that
7   day; correct, on the 6th?
8   A.  Yes.
9   Q.  Do you recall eating anything before going
10  to the wedding on the 6th?
11  A.  Not that I can recall, but we did have
12  donuts and rolls and stuff like that at the
13  house.
14  Q.  Were those items purchased at one of the
15  markets you told me about?
16  A.  Yes.
17  Q.  At the Wequassett Inn, what did you have to
18  eat on the day of your son's wedding?
19  A.  This here is accurate, so I had the shrimp
20  cocktail, the bacon-wrapped scallops, the
21  teriyaki beef, the beef tenderloin, the
22  fried artichoke hearts with parmesan,
23  steamed vegetables, and assorted fruit tray
24  and cheeses and wedding cake.

**Page 24**

1   Q.  The document -- describe the document you're
2   referring to.
3   A.  This is the health department document that
4   we received at home.
5       MR. McGOVERN:  Can we -- let me put
6   this on the record so I don't forget.  What
7   I am going to do is mark the card that the
8   witness has handed me as Exhibit No. 1 for
9   identification, and as Exhibit No. 2 I am
10  going to mark the document that he has just
11  described.
12      MR GIBSON:  Are you going to mark
13  as an exhibit a copy of the card?
14      MR. McGOVERN:  Yes.
15      (Exhibit 1, Business Card with List
16  of Medications on Back, so marked.)
17      (Exhibit 2, Health Department
18  Questionnaire, so marked.)
19  Q.  Mr. Dien, the document that has been marked
20  as Exhibit No. 2, you said you received
21  that, I believe, in California; is that
22  correct?
23  A.  Yes.
24  Q.  Do you know when you received that?

**25**

1  A.  Not for sure, but I believe it was there
2      when we arrived home or shortly thereafter.
3      It was -- because we didn't go through all
4      the mail immediately.
5  Q.  What day did you arrive home?
6  A.  I can't recollect the date for sure.  I'm
7      not good at that.
8  Q.  I take it that -- was this form blank when
9      you first saw it?
10 A.  Yes.
11 Q.  When did you fill it out?
12 A.  Well, my wife filled it out, but we did it
13     jointly.  My handwriting is not that good.
14 Q.  Mine isn't, either.  There's a fax notation
15     at the top of this sheet.  It says July 13,
16     2001.  Do you see where I am referring to?
17 A.  Yeah.
18 Q.  It's says Harwich True Value?
19 A.  Yeah.
20 Q.  Do you know what Harwich True Value is?
21 A.  No.  I would imagine that the health
22     department faxed or -- copied it or faxed it
23     from there.
24 Q.  How did you receive this, through the mail

**26**

1      or through a fax machine?
2  A.  I'm not sure.  I don't remember, but I know
3      we had it soon after we got home.
4  Q.  Do you have a fax machine at your home?
5  A.  No.  Scott does, but we don't.
6  Q.  Where was Scott living at the time?
7  A.  At our rental house.  But I don't think we
8      got it from Scott because I don't think he
9      was home right away.  I think he was still
10     on the honeymoon.
11 Q.  Does this form, which has been marked as
12     Exhibit No. 2, does that show everything
13     that you ate at the wedding?
14 A.  Yes, it does.
15 Q.  Did you eat anything else that day, other
16     than what is shown on this form, at any time
17     during the day?
18 A.  Yes, probably whatever I had for breakfast
19     or lunch.
20 Q.  Did you eat anything after -- I'm sorry,
21     were you finished with your answer?
22 A.  Yeah.  I'm not sure we ate much that morning
23     because it was a lot of busy -- and we just
24     grabbed something to eat and went.

**27**

1  Q.  Did you eat anything after leaving the
2      reception?
3  A.  No.
4  Q.  What did you have to drink at the wedding?
5  A.  I seem to remember I may have had a non-
6      alcoholic O'Doules or that type of a beer,
7      and I do think we had some of the champagne
8      when they had the toast, and other than
9      that, I probably just had water.
10 Q.  Was that bottled water or tap water?
11 A.  No.  I think it was served to us.  They came
12     and refilled your glass, I think.
13 Q.  How did you find the food at the wedding to
14     taste?
15 A.  Very good.
16 Q.  What time did you leave the wedding
17     reception?
18 A.  It was late.  We were some of the last to
19     leave, so I would imagine it was around
20     11:00 or so.
21 Q.  Did you go directly from the Wequassett Inn
22     to your Cape Cod house?
23 A.  Yes.
24 Q.  Who was with you on that trip?

**28**

1  A.  I'm not sure.  I am sure my wife Lou Ann and
2      I, but I can't remember exactly who all
3      because there were several cars, and people
4      left at different times, so I'm not sure
5      other than that.
6  Q.  Did you drive from the wedding back to the
7      Cape Cod house?
8  A.  I'm not sure on that, either.  I know we
9      went in the rental van, but it could have
10     been one of my son's, my older son Steve
11     could have, but I don't recall.  Either that
12     or it was -- yeah, it would have been them.
13 Q.  What time did you go to bed that night?
14 A.  Oh, I don't know.  We probably talked for an
15     hour or so after, and then maybe midnight or
16     so.
17 Q.  I may have just asked you this, what time do
18     you arrive back at the house?
19 A.  I think it was around 11:00.
20 Q.  When did you first begin to experience any
21     symptoms that you relate to the food that
22     you ate at the wedding?
23 A.  The night of the 7th after we returned from
24     Nantucket?

**29**

1  Q. The wedding was on the 6th. So this is the
2     night of the next day --
3  A. Yes.
4  Q. -- if you will. Around what time do you
5     first -- strike that. What was it that you
6     first experienced?
7  A. I had diarrhea.
8  Q. Around what time did that start?
9  A. It was probably after 10:00, after we went
10    to bed.
11 Q. What did you have to eat on the 7th?
12 A. I think we may have had some donuts in the
13    morning before we left on the boat, and then
14    I think we had an ice-cream at Nantucket,
15    and then I think we had like a submarine or
16    cold cut sandwich there at the sandwich shop
17    in the afternoon.
18 Q. Do you recall the name of the sub shop?
19 A. No, I don't, but it was like a deli or sub
20    shop. They made cold cut sandwiches mainly.
21 Q. Do you recall specifically what kind of
22    sandwich that you had?
23 A. No, other than it was -- it had meats and
24    lettuce and tomatoes and that on it.

**30**

1  Q. Your wife testified earlier today about two
2     stops that your group made at Nantucket to
3     get something to eat. Do you recall that
4     as well?
5  A. As I remember, when we got there there was
6     such a big group of us that we kind of split
7     up, so as I remember it, I think we might
8     have got an ice-cream or something or just a
9     snack, and then later in the afternoon, as
10    the group got back together, we had the
11    sandwiches.
12 Q. Do you personally recall eating anything
13    when you first got to the island?
14 A. No. I do remember having an ice-cream
15    somewhere there, there being so many little
16    stands and stuff. I don't remember eating
17    anything other than the ice-cream and the
18    sandwich, but we could have.
19 Q. At some point during the day when you're at
20    Nantucket did your wife tell you that she
21    wasn't feeling well?
22 A. Yes.
23 Q. When was that?
24 A. It was in the afternoon there when we got to

**31**

1     that shop. She said that she couldn't eat.
2     She just didn't feel like eating.
3  Q. That's the sandwich shop you're talking
4     about?
5  A. Yeah, yes.
6  Q. Around what time did you leave Nantucket?
7  A. That was still light, so I would say -- not
8     remembering -- but it must have been -- it
9     was before sundown, so 6:00 somewhere. Must
10    have been about 6:00, 7:00 in the afternoon
11    because it was dark by the time we got home.
12 Q. Is it fair to say that as of that time, you
13    weren't experiencing anything unusual in
14    terms of how you felt personally?
15 A. Not then. No, I didn't, no.
16 Q. Did you eat anything from the time that you
17    got on the boat in Nantucket and the time
18    that you went to bed that night?
19 A. On the trip to Nantucket?
20 Q. No. I'm talking now about from the time
21    that you got on the boat for the return
22    trip, which is around 6:00 or 7:00.
23 A. On the return trip from the island back?
24 Q. From 7:00 p.m. until the time you went to

**32**

1     sleep, did you eat anything?
2  A. No, not that I can recall. I may have had
3     something to drink when we got back to the
4     house, but not on the trip because we sat
5     outside because she wasn't feeling good.
6     We sat out in the air so she could get fresh
7     air.
8  Q. That was on the boat itself?
9  A. Yeah. We sat on the bow on the seat in
10    front of the windshield on the way home.
11 Q. How did you get from where the boat dropped
12    you off back to the house?
13 A. In the rented van. There was a big group,
14    so there was more than one car.
15 Q. Did you drive one of the cars?
16 A. I can't recall.
17 Q. What time did your wife go to bed that
18    night?
19 A. I'm not sure, but it was soon after, you
20    know, maybe a half an hour or 45 minutes
21    after we got back.
22 Q. Do you know what time it was that you got
23    back?
24 A. No, but it must have been 9:30 or 10:00.

**33**

1   It could have been a little later.
2   Summertime, it might have been, seeing how
3   it stays out light later.
4 Q. Do you know what time you went to bed?
5 A. No, not that I can recall the exact time.
6 Q. At the time you went to bed, were you
7   experiencing any symptoms?
8 A. No.
9 Q. How long were you in bed when you first
10   experienced diarrhea?
11 A. I don't know. It wasn't long, and I woke up
12   and had to go to the bathroom, and I was --
13   had diarrhea. Was not -- it was slight in
14   the beginning.
15 Q. Were you able to sleep through the night
16   after you got up?
17 A. I was up and down probably three times or so
18   that night.
19 Q. With diarrhea?
20 A. Yes.
21 Q. Other than the diarrhea that night, were you
22   experiencing any other symptoms?
23 A. No.
24 Q. Were you feeling nauseous at all?

**34**

1 A. No.
2 Q. What time did you wake up the following
3   morning?
4 A. I would say it was early, probably at 6:00.
5   We had to get going and get everything
6   started, so I'm not sure of the exact time,
7   but I know it was early in the morning to
8   start packing and get everything ready to
9   leave.
10 Q. At the time that you got up, how were you
11   feeling then?
12 A. I still felt fine, other than the diarrhea.
13 Q. Did you still have diarrhea at that time?
14 A. Yes. Not, you know -- it was spaced out,
15   not -- it was still controllable, I guess
16   you would call it.
17 Q. Were you able to pack your belongings that
18   morning?
19 A. Yes, but my wife usually does most of it,
20   so I -- even though she was feeling bad, she
21   usually puts on a front that everything is
22   fine.
23 Q. What happened that morning? Did you -- was
24   your wife able to pack her belongings?

**35**

1 A. I think so, yes.
2 Q. Did she pack any of your belongings?
3 A. I can't recall that. I would imagine she
4   might have, yes.
5 Q. What time did you leave the house?
6 A. Boy, must have been, I don't know,
7   10:00 o'clock or so.
8 Q. That's 10:00 a.m.?
9 A. Yes.
10 Q. You were present earlier when your wife
11   described for me what your plan had been
12   for the next week --
13 A. Um-hum.
14 Q. -- following the wedding?
15 A. Yes.
16 Q. Was her description accurate?
17 A. Somewhat.
18 Q. Do you recall any different plans from what
19   your wife described?
20 A. Yes.
21       MR. GIBSON: Plans or what actually
22   happened?
23       MR. McGOVERN: I'm asking now about
24   plans, what their plan was.

**36**

1       MR. GIBSON: Okay.
2 A. We had planned to go to Boston and planned
3   to go on the Duck Tour and the brewery tour,
4   but we weren't planning to go to New York
5   right from Boston. We had planned to go up
6   into Maine and around, but that changed
7   because we were sick. We just sort of did
8   what we could do or felt we could do.
9       Also, if I can, we had plans and
10   my sister had wanted -- she had plans to try
11   and show us a lot of places, so there was
12   like two sets of plans, you know, what she
13   wanted us to see and what we wanted to see,
14   and we were kind of compromising on who was
15   doing what because we were going to travel
16   with them.
17 Q. Your wife described, I recall, that from the
18   Cape Cod house you and she went to a glass
19   shop; is that correct?
20 A. Yes.
21 Q. Was there anyone else with you going to the
22   glass shop?
23 A. No.
24 Q. What did -- strike that. Did you drive to

**Page 37**

1        the glass shop?
2 A. Yes.
3 Q. Whose car were you driving?
4 A. My sister's, Susan Bartman.
5 Q. How far away from the house was the glass
6        shop?
7 A. Maybe a mile or two.
8 Q. How long did you stay at the glass shop?
9 A. Not too long. Maybe ten minutes at the
10       most.
11 Q. Did you or your wife purchase anything at
12       the glass shop?
13 A. No.
14 Q. Describe for me why it was that you decided
15       to leave.
16 A. Well, she said she wasn't feeling well, and
17       so she said, "We've got to leave," so we
18       left.
19 Q. How were you feeling at that time when you
20       were at the glass shop?
21 A. I was beginning to have some feelings that
22       I was coming down -- I thought I was coming
23       down with the flu. I had maybe felt a
24       little achy or a little discomfort. I

**Page 38**

1        didn't feel normal. The diarrhea was still
2        relatively in control.
3 Q. Where did you go from the glass shop?
4 A. We went back to the house.
5 Q. That wasn't what you had planned to do;
6       correct?
7 A. No, but she told me she needed to go clean
8       up because she had had an accident, soiled
9       herself, and so we went back there, and we
10       both used the bathroom because it was a
11       convenient place to go because we still had
12       -- knew where the key was, and so that was
13       pretty much why we went back, and I think
14       she changed clothes and we got underway.
15 Q. Did you use the bathroom at the glass shop
16       at all?
17 A. No.
18 Q. Did your wife use the bathroom there?
19 A. No, not that I recall.
20 Q. How long did you stay at the house after you
21       came back from the glass shop?
22 A. I would say maybe a half an hour, something
23       like that.
24 Q. Where did you go from there?

**Page 39**

1 A. We started to -- up the Cape, and we were
2        trying to contact my sister because we were
3        driving their car, and they were in the
4        motor home, so we were trying to catch up
5        to them.
6 Q. Where had you planned to meet them?
7 A. Well, we were either on cell phones or
8       radios, and I can't remember exactly, but
9       when we contacted them, they were into the
10       Cape where you come onto the mainland.
11       They were just over the bridge, whereas --
12       I remember it's the one on the coast side
13       and it was a round around, I think you
14       would call it?
15 Q. A rotary?
16 A. Yeah. And they were pulled off to the
17       right, whatever the first exit was to the
18       right, and we went there to find them.
19 Q. They were driving the motor home; correct?
20 A. Yes.
21 Q. Is that where you did meet them, near the
22       rotary?
23 A. Yes, that is where we met them, and I told
24       them at that time I couldn't continue

**Page 40**

1        driving. My sister insisted that everything
2        is fine. They didn't want to bother with
3        hooking the car up. I said, "You don't
4        understand. I can't drive anymore." At
5        that point I was in fever and chills, and I
6        didn't feel safe driving anymore, so I said,
7        "No, you don't understand. I can't drive."
8        So they finally hooked up the car, and we
9        got in the motor home, and that is when I
10       really started with my chills, I guess would
11       be the -- I didn't really have the diarrhea
12       at that time, but I was fever and chills.
13       I got on the couch, and they covered me with
14       a blanket, and I can remember I was sweating
15       one minute and freezing the next. It was
16       back and forth.
17 Q. Let me back up a little bit first. When did
18       you first start experiencing the fever and
19       chills? Was that on the ride from the Cape
20       to where you are meeting your sister at the
21       rotary?
22 A. Yes, coming up the highway there, I started
23       feeling worse the more I went.
24 Q. From the time that you left the house until