**Page 1**

```
Pages: 1-82
Exhibits: 1-3

COMMONWEALTH OF MASSACHUSETTS
BARNSTABLE, SS.        SUPERIOR COURT
                       C.A.#: 04-379-A

* * * * * * * * * * * * * *
RUDOLPH S. DIEN and LOU ANN DIEN,
        Plaintiffs
   VS.
PLEASANT BAY GROUP, INC., d/b/a
THE WEQUASSETT INN RESORT AND GOLF CLUB,
        Defendant
* * * * * * * * * * * * * *
```

DEPOSITION OF RUDOLPH DIEN, a witness called by and on behalf of the Defendant, pursuant to the provisions of the Massachusetts Rules of Civil Procedure, before Joan Applegate, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Tucker, Heifetz & Saltzman, 3 School Street, Boston, Massachusetts, on Wednesday, November 10, 2004 commencing at 2:25 p.m.

```
         Neal A. Salloway
         Court Reporters
         5 Cardigan Road
       West Peabody MA 01960
   (978) 535-0313; (781) 581-3393
         Fax (978) 536-0142
```

**Page 2**

APPEARANCES:

William P. McGovern, Jr., Esq.
Tucker, Heifetz & Saltzman, LLP
3 School Street
Boston MA 02108
   On behalf of the Defendant;

Donald L. Gibson, Esq.
Driscoll & Gibson
1000 Plain Street
Marshfield MA 02050
   On behalf of the Plaintiffs.

ALSO PRESENT:
Lou Ann Dien, Plaintiff

**Page 3**

INDEX

DEPONENT
   Rudolph Dien

| EXAMINATION | PAGE |
|---|---|
| (By Mr. McGovern) | 4, 78 |
| (By Mr. Gibson) | 61 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Business Card with List of Medications on Back | 24 |
| 2 | Health Department Questionnaire | 24 |
| 3 | Budweiser Documents | 75 |

**Page 4**

PROCEEDINGS

(Stenographer inquires of stipulations.)

MR. GIBSON: All objections, except as to form of the question, and all motions to strike, reserved until time of trial.

The witness will read and sign the deposition under the pains and penalties of perjury. Waive the notarization. We will have 30 days from the date that I receive my copy of the transcript in which to do that.

RUDOLPH DIEN, having duly affirmed that his testimony would be the truth, the whole truth, and nothing but the truth, testified as follows in answer to direct interrogatories:

BY MR. McGOVERN:

Q. Good afternoon, Mr. Dien. You were present for your wife's deposition earlier today. Just to inform you that the same instructions that I gave to her would apply to you, and in the event that you don't answer with words as opposed to gestures, we will try to remind you to do so.

### Page 5

1  A.  I have a tendency to nod.
2  Q.  I think we all do.
3      MR. GIBSON: Can I also point
4      something out? Not to embarrass Mr. Dien,
5      but he does wear a hearing-aid.
6  Q.  If you don't understand or hear one of my
7      questions, let me know.
8  A.  So far I have been able to hear most
9      everything.
10 Q.  Please state your full name for the record.
11 A.  Rudolph Stephen Dien.
12 Q.  Is that Stephen with a v or a p-h?
13 A.  P-h, and it's D-i-e-n.
14 Q.  What's your date of birth?
15 A.  6-15-40.
16 Q.  Your Social Security number?
17 A.  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.
18 Q.  Are you presently employed?
19 A.  Part-time.
20 Q.  Who's your employer?
21 A.  Anheuser-Busch.
22 Q.  What's your present position with
23      Anheuser-Busch?
24 A.  It's a weekend operating engineer.

### Page 6

1  Q.  Describe what it is you do as a weekend
2      operating engineer.
3  A.  Well, monitor the powerhouse, mainly.
4  Q.  How many hours per week do you work?
5  A.  It's very slight. I only work maybe about
6      three months of the year that I work 40
7      hours. I can only work 40 hours in a month,
8      and so -- and it only involves about three
9      months, so it's about 120 hours a year.
10 Q.  Why is it only three months per year?
11 A.  Well, I have retired, so they call us back
12      to fill in a little here and there. And
13      the union requires no more than 40 in a
14      month.
15 Q.  No more than 120 in a year?
16 A.  No. You can work every month of the year,
17      but basically there's the three months;
18      that is when they have the demand.
19 Q.  Which three months do you work?
20 A.  Well, let's see. It's October and November,
21      and then around April. Actually, could be
22      more than that. Sometimes January, too.
23      Also entails a testing of valves for them,
24      so it depends on when those reports come in

### Page 7

1      that they need it tested. It could vary,
2      but that's the general time.
3  Q.  Are you a union member?
4  A.  Yes.
5  Q.  What's the name of the union?
6  A.  Operating Engineers.
7  Q.  How long have you been a union member?
8  A.  12 years. Also I was a member of the
9      Plumber's Union before that.
10 Q.  You mentioned that you are retired, despite
11      the fact that you still work on occasion.
12      When did you retire?
13 A.  I think it was May of 2003, I think.
14 Q.  At the time of your retirement, were you
15      working at Anheuser-Busch?
16 A.  Yes.
17 Q.  What was your position at that time?
18 A.  Operating engineer, maintenance department.
19      Maintenance engineer.
20 Q.  What were your job duties at that time?
21 A.  Just general maintenance of the whole plant.
22      Anything that broke, you kind of -- but they
23      had different divisions that worked there.
24      But I was in the shop, so we mainly did

### Page 8

1      anything mechanical or that broke. They
2      had other guys that were machinists or
3      electricians or that, but I was more of a
4      general maintenance man.
5  Q.  Where is the plant located?
6  A.  Los Angeles, and Van Nuys to be specific.
7  Q.  I think I may know the answer to this
8      question, but what does this plant do?
9  A.  Produce beer.
10 Q.  Any particular brands or all the brands in
11      the Anheuser-Busch family?
12 A.  All in the Anheuser-Busch, but they did
13      subcontract some other brands like Kierand
14      and a few others. That's all I can think of
15      right at the moment.
16 Q.  So they actually brew the beer right there
17      in this plant?
18 A.  Um-hum.
19 Q.  You have to say yes.
20 A.  Yes, sorry.
21 Q.  Before your retirement, were you working
22      full-time?
23 A.  Yes.
24 Q.  How many hours per week were you working at

**Page 9**

1 that time?
2 A. Oh, it varied, but probably between 40 and
3    50 hours.
4 Q. Were you paid on a salary or were you paid
5    an hourly wage?
6 A. Hourly.
7 Q. At the time of your retirement, how much
8    were you making per hour?
9 A. I'm not sure of the exact figures. It's
10   25 dollars and some cents.
11 Q. Were you paid overtime also?
12 A. Yes.
13 Q. Time and a half?
14 A. Yes, time and a half, double time on
15   Sundays. Time and a half Saturday,
16   double Sunday, and triple on holidays.
17 Q. How many years did you work at
18   Anheuser-Busch?
19 A. 12 years something. Yeah, it was 12 years,
20   I think, and a few months. I started in
21   March, but it will be a little short,
22   actually, of 12 years, I think.
23 Q. Let me ask you a better question. When
24   did you start working at Anheuser-Busch?

**Page 10**

1 A. In March of 1991. I believe it was the 13th
2    of March.
3 Q. When you started there, what was your hourly
4    wage?
5 A. I can't recall. Somewhere probably a dollar
6    or less or maybe a dollar and a half, I'm
7    not sure.
8 Q. When you started there, were you a union
9    member?
10 A. Not in the Operating Engineers. I had to
11   join that union.
12 Q. How long had you worked there before you
13   joined that union?
14 A. Probably less than six months.
15 Q. During the time that you worked at
16   Anheuser-Busch, did your job title change
17   at all?
18 A. No.
19 Q. Were you doing essentially the same job from
20   March 1991 to the time of your retirement?
21 A. Yes, the same job title, but the job varied
22   day-to-day depending on what they had to
23   have fixed.
24 Q. I understand. As you are aware, we're here

**Page 11**

1    today to ask you about an incident at your
2    son's July 2001 wedding.
3 A. Um-hum.
4 Q. Did your retirement in 2003 have anything to
5    do with the incident at your son's wedding?
6 A. No.
7 Q. Was that retirement planned in advance?
8 A. No, it wasn't. What happened is they
9    changed their rules on whether you were
10   eligible for medical, and they were changing
11   the rule from having 10 years to get your
12   medical after you're retired to 15 years --
13   and my wife was not real clear on that,
14   but -- so it meant if I retired then, I
15   wouldn't be eligible for medical until I was
16   65. If I waited for the other five years, I
17   would be over 65 anyway, so it didn't make
18   sense to continue working, you know, other
19   than, you know -- so I just -- that was what
20   made my decision.
21 Q. That was as of 2003 they made that rule
22   change?
23 A. Yes. It came in effect the 1st of June,
24   so we had to retire before the end of May

**Page 12**

1    or we would have to work five more years.
2 Q. I understand. You have been working
3    part-time since that retirement in 2003 --
4 A. Yes.
5 Q. -- is that correct?
6 A. I think it was in November sometime they
7    called and wanted us to come back and help
8    out. I am saying "us" because my partner
9    and I that worked there, you know, kind of
10   worked together on some of the stuff, and
11   they needed us to come back. They tried
12   to get a subcontractor in to do it, and he
13   wasn't able to.
14 Q. Let me ask you a little bit about some
15   background information and specifically
16   about your medical history. Are you
17   allergic to any food?
18 A. No.
19 Q. Do you avoid any food for reasons other than
20   you don't like the taste?
21 A. No.
22 Q. Other than this incident, which we will talk
23   more about in a few moments, had you ever
24   had food poisoning?

**Page 13**

1  A.  Not to the extent we did here. I may have
2      had some discomfort or maybe a little
3      diarrhea, but nothing that I would call, you
4      know, full-blown food poisoning.
5  Q.  Do you recall any other incidents, other
6      than those related to your son's wedding,
7      in which you sought medical treatment as a
8      result of something that you had eaten?
9  A.  No.
10 Q.  As of July 2001 were you taking any
11     medication?
12 A.  Yes.
13 Q.  What medications were you taking at that
14     time?
15 A.  We got a whole list. Let me find it, if I
16     can.
17              (Witness takes a card out of his
18     wallet.)
19 A.  Would it be easier -- do you want me to read
20     it out or hand it to you?
21 Q.  Why don't you hand it to your lawyer first
22     and see if it's all right. It may be
23     easiest for me to just make a copy of it.
24          MR. GIBSON: Why don't you make a

**Page 14**

1      copy of the card, front and back.
2  A.  And there's been a couple changes since
3      Scott's wedding. And I was on Coumadin at
4      the time of Scott's wedding, and I think the
5      blood pressure medicine was Cardura at that
6      time, and I have changed it to another one
7      now, and I'm not sure without looking at it
8      which one of the names it is.
9  Q.  So what you handed me now is your current
10     medication schedule?
11 A.  Yes.
12 Q.  At the time of your son's wedding, can you
13     describe for me which ones are different
14     from the current schedule list?
15 A.  Clonidine has changed, which is the top one,
16     and my Bayer Aspirin has changed. At the
17     time of Scott's wedding I was taking one
18     Children's Aspirin, and now when I quit the
19     Coumadin -- he changed it to just one adult
20     aspirin instead of one baby aspirin.
21 Q.  Okay.
22 A.  And they put me on the potassium chloride
23     since then. And the Furosemide is new, I
24     wasn't on the Furosemide at that time.

**Page 15**

1  Q.  Do you have one doctor that prescribes all
2      these medications?
3  A.  No. Some of those are from Dr. Heger,
4      which is his card, and some are from
5      Dr. Thrun. T-h-r-u-n, I believe.
6  Q.  For what condition do you take the first
7      one? I'm not sure how you pronounce it,
8      Coumadin?
9  A.  This Furosemide, this one down here?
10 Q.  I'm asking about the first one here.
11 A.  That one is blood pressure, I believe.
12     Lipitor --
13 Q.  I know what that is. What do you take
14     Cardizem for?
15 A.  Cardizem is for my heart.
16 Q.  What heart condition do you have for which
17     you require the medication?
18 A.  Well, I had -- I don't know medically how
19     you describe it, but I had a partial
20     blockage in one of my arteries, and they
21     went in and did an angioplasty, and that
22     didn't work. And three months later they
23     did an atherectomy, which is really a --
24     cleaning it out a little. That's basically

**Page 16**

1      what my heart condition is. I have never
2      had any heart damage, but I have had that
3      problem with it starting to block up.
4  Q.  Those are two separate surgical procedures;
5      is that fair to say?
6  A.  Yeah, I guess so. They have to go in
7      through your groin, in through your heart to
8      do both of them.
9  Q.  When did they take place?
10 A.  In '91, both of them.
11 Q.  One of the other medications here is -- it
12     begins with an F. I think it says
13     Furosemide?
14 A.  Yes. That's for retaining too much water.
15     They call it a diuretic, I believe they call
16     it, and the potassium they figure you need
17     when you take a diuretic.
18 Q.  Those go hand-in-hand?
19 A.  Yes. These on the bottom I take just for
20     arthritis. It supposedly helps your joints.
21 Q.  All three of those at the bottom of this
22     list?
23 A.  Yeah, um-hum.
24          MR. GIBSON: Is that yes?