**41**

1        the time you got to where your sister was
2        waiting for you -- well, strike that.  How
3        long did it take you to get from the house
4        to where your sister was waiting for you?
5  A.  I am not sure, but I would imagine it's
6        probably, I don't know, 45 minutes to an
7        hour drive, somewhere in that vicinity.
8  Q.  Do you recall what the traffic was on that
9        trip?
10 A.  It wasn't heavy.  It was light, I would say.
11 Q.  Did you make any stops on that trip?
12 A.  I think we pulled off the highway to try
13       and contact them.  At one point they said
14       something about they were going to stop at
15       a Christmas shop or something like that,
16       and they -- and we saw it and we pulled off
17       and tried to contact them, and they weren't
18       there and we went on.
19 Q.  Did you use a bathroom at that stop at the
20       Christmas shop?
21 A.  No.
22 Q.  Did your wife use a bathroom at that stop?
23 A.  I don't think so, no.  It was just a pull
24       off, make a call, and get back on and go.

**42**

1  Q.  Were you experiencing diarrhea at that time?
2  A.  Well, I had been, but I was able to go that
3       long in between.
4  Q.  That kind of leads to my next question.
5       Did you make any other stops other than
6       the one stop to call your sister?
7  A.  No, I don't think so.  After I called her,
8       that was it.
9  Q.  When you did -- or strike that.  You did
10      meet up with them at the rotary; is that
11      correct?
12 A.  What's that?
13 Q.  You did meet up with your sister's group, if
14      you will, at the rotary?
15 A.  Yes, but it was just them and my
16      mother-in-law, as I remember.  I'm not sure.
17      My mother-in-law might have been with my
18      brother-in-law, but I'm not sure on that.
19 Q.  At that time you told me about your
20      experiencing fever and chills?
21 A.  Yes.
22 Q.  What other symptoms, if any, did you have at
23      that time?
24 A.  I think that was it.  I don't remember

**43**

1       having diarrhea or anything until we got
2       to the hotel.  Mainly the fever and chills
3       and aching all over.
4  Q.  Did you use a bathroom at that time?
5  A.  Yes.  In the motor home, yes.
6  Q.  On the -- strike that.  From the time that
7       you got on the motor home until the time you
8       got to the hotel, how long a period of time
9       was that?
10 A.  I don't recollect, but I would imagine it
11      was a little over an hour, an hour and a
12      half.  I was laying down, so I wasn't really
13      paying attention to time.
14 Q.  You weren't driving at that point?
15 A.  No, laying on the couch.
16 Q.  Did you make any stops from the time that
17      you got on the motor home until the time you
18      got to the hotel?
19 A.  Not that I recall, no.  I think we went
20      directly there.
21 Q.  At the time you checked in at the hotel, how
22      were you feeling then?
23 A.  I don't recall, but I know we weren't
24      feeling good, but I don't recall exactly.

**44**

1       I don't even remember it really, to tell you
2       one way or another.
3  Q.  Do you know what time it was when you
4       checked in at the hotel?
5  A.  No.  It must have been late afternoon.
6  Q.  Did you bring your luggage up to the room?
7  A.  I don't think so.  I think it was taken up
8       for us.
9  Q.  What did you do once you got into your room?
10 A.  Got into bed.
11 Q.  Did your wife do that also?
12 A.  Yes.
13 Q.  Were you able to sleep at that time?
14 A.  Some.  It was intermittent.  From the
15      bathroom to the bed, the bathroom to
16      the bed.
17 Q.  How frequently were you going to the
18      bathroom at that point?
19 A.  Probably at least every hour or less.
20 Q.  How long did you remain in that hotel room?
21 A.  We didn't get out of that room for two days.
22 Q.  During that time period, from the time you
23      checked into the hotel until -- well, strike
24      that.  After that two-day period, if you

**Page 45**

1         will, did you go to a hospital?
2 A. Yes.
3 Q. That's the end of the two days that you
4         described for me or --
5 A. Yes. And as I remember that morning when
6         I woke up, I had soiled the bed and didn't
7         even realize it. While we were gone to
8         the hospital, I think they cleaned that up.
9         And we were supposed to have been out of
10        there that day, so we had to -- when we got
11        back from the hospital had to try and get
12        them to leave us in that room because they
13        had already had somebody's reservation for
14        the room, and we were receiving calls for
15        that person that would have had the room,
16        but I told them, "We are too sick to move."
17 Q. So you stayed at that hotel one extra night?
18 A. Yes, that's what I am getting at.
19 Q. Did you take any medications between the
20        time you checked into the hotel and the time
21        that you went to the hospital?
22 A. Not that I can recall, no.
23 Q. Were you able to eat anything during that
24        time period?

**Page 46**

1 A. I think I might have eaten a banana, and my
2         son brought a lot of Gatorade and other
3         fluids, and I drank a lot of Gatorade trying
4         to force it on myself to keep -- figuring I
5         needed fluids.
6 Q. From the time that you checked into the
7         hotel until the time that you went to the
8         hospital, did your symptoms change at all?
9 A. I think the diarrhea might have slowed down
10        a little towards the second day, but like I
11        say, I did soil the bed that morning, and I
12        didn't even realize it till I woke up. I
13        got out of bed and was very surprised.
14 Q. Other than the diarrhea, were you
15        experiencing any other symptoms during your
16        time at the hotel?
17 A. Well, I had the chills and the fever, and I
18        didn't vomit. I'm not prone to vomiting for
19        some reason. I don't know what the
20        difference is, but when a lot of people get
21        the flu, they will have the flu and
22        vomiting, and I will have the flu and
23        diarrhea. So it's just, I guess, my
24        metabolism or something.

**Page 47**

1 Q. Did you ever vomit after this incident?
2 A. No, not that I can remember.
3 Q. Whose decision was it to go to the hospital?
4 A. I think it was basically my son Stephen's.
5         They came -- they kept coming to the room
6         checking on us, and we weren't really doing
7         that much better, and after two days they
8         said, "You better go to the doctor." At
9         that point we thought we had a bad case
10        of the flu.
11 Q. Your son, was he also staying in that hotel?
12 A. Yes, across the hall. We had three
13        rooms, not adjoining, but I think my
14        brother-in-law, sister-in-law and
15        mother-in-law were across the hall, and my
16        son and his wife and children were across
17        the hall.
18        MR. GIBSON: Can we take a five-
19        minute break here, just real quick?
20        (Whereupon there is a brief
21        recess.)
22 A. Can I amend something I just said?
23 Q. Yes, sir.
24 A. I also remember that we did leave the room

**Page 48**

1         at one time during those two days at the
2         hotel, and that was when there was a fire
3         drill, not a fire drill, a fire alarm.
4         Somebody set off the fire alarm. It was on
5         the second day, I believe, we were there,
6         and we had to evacuate the room. When we
7         got down to the lobby, they told us, "False
8         alarm," so we went back to the room, and
9         when we got there, realized we had not taken
10        the key, so had to go -- my wife stayed
11        there, because she was worse than I, and I
12        went back down, and they gave me a key, and
13        I returned and got to open the door. When I
14        got there, she was sitting in the -- she
15        couldn't stand. She was sitting in the
16        hall, and that's what I forgot to mention,
17        that we did actually leave that one time.
18 Q. You told me about an accident, if you will,
19        in the bed at the hotel --
20 A. Yes.
21 Q. -- that you had? Did you have any other
22        accidents of that nature in the aftermath of
23        the wedding?
24 A. No, no. I was able to control it normally.

Page 49

```
 1     But somewhere during that night it happened,
 2     and I didn't even realize it till I was up.
 3     And I got thinking about it, and it had to
 4     be that morning that we went to the hospital
 5     because we notified them, but when we came
 6     back it was all cleaned up, and I was rather
 7     happy that I wasn't there to be embarrassed.
 8     So it had to be while we were at the
 9     hospital.
10  Q. You recall you weren't there when they
11     cleaned it up?
12  A. Yeah, and that was the only time we weren't
13     in the room other than that fire alarm, and
14     it wasn't enough time then to clean it up.
15  Q. What did the doctor tell you at the
16     emergency room?
17  A. He said that we had -- I guess it was
18     gastritis, is what they described it as, and
19     my wife was much more severe than I was
20     because she was severely dehydrated, and I
21     think because I drank the Gatorade, a lot of
22     it, I think I wasn't as severe as she was.
23  Q. Did you get an IV at the hospital?
24  A. No, I didn't.
```

Page 50

```
 1  Q. Were you given any medication at the
 2     hospital?
 3  A. Yes. Well, they -- I think they may have
 4     given us some pills there, but then they
 5     gave us prescriptions to go fill.
 6  Q. How long were you at the emergency room for?
 7  A. That's kind of hard to say. I imagine it
 8     was three or four hours, maybe more. I
 9     don't know exactly because she had to get
10     three or four IVs, so that took time, and
11     they kind of let me go out in the waiting
12     room because I wasn't as bad, and she had to
13     stay till that was done.
14  Q. At that time, at the time you were in the
15     emergency room, were you still experiencing
16     diarrhea?
17  A. I didn't have any problem there, but I had
18     diarrhea after that, so I guess, yes.
19  Q. Did you use the bathroom at all at the
20     hospital?
21  A. I can't recall that.
22  Q. How did you get -- strike that. Your wife
23     described going to a pharmacy directly from
24     the hospital?
```

Page 51

```
 1  A. Yes.
 2  Q. Is that your recollection also?
 3  A. Yes, we took a taxi.
 4  Q. Do you recall the name of the pharmacy?
 5  A. Yeah, I think it was -- I can't be exact --
 6     but I think it was one of the CVSs. It was
 7     down the street. It was within about a
 8     block and a half of the hotel.
 9  Q. At that point it was just you and your wife
10     who had gone to the pharmacy; correct?
11  A. Yes. What had happened, my son was at the
12     hospital with us, and she kept insisting,
13     "You guys go on. We'll be fine. Don't
14     worry about us. Go on your vacation."
15     So she convinced him to leave, but after
16     that I think he had second thoughts and he
17     didn't leave, and they returned later, as
18     she testified, that when we left the
19     pharmacy and I started feeling real wheezy,
20     somewhere in there he reappeared and said he
21     could see us and that he would pick us up.
22     Her cell phone rang, I think, and he said,
23     "This is me and I can see you, and I am
24     going to pick you up." So that was -- that
```

Page 52

```
 1     was the first time that I had really felt
 2     that real wheeziness. I don't know, it just
 3     came on suddenly. All of a sudden I
 4     couldn't walk a straight line.
 5  Q. That was when you were walking from the
 6     pharmacy back to the hotel; correct?
 7  A. Right.
 8  Q. So you hadn't experienced any kind of
 9     dizziness at all before then?
10  A. Well, not to that extent. I had felt wheezy
11     and that, but had been able to walk around
12     and get up and go to the bathroom and back
13     and forth, but for some reason there
14     suddenly I just felt like I was totally
15     drunk or something. I just couldn't
16     negotiate.
17  Q. Your wife described that your son, I
18     believe, came and picked you up?
19  A. Um-hum.
20  Q. And then took you back to the hotel room?
21  A. Right.
22  Q. Is that also your memory?
23  A. Yes.
24  Q. By the time you got back to the hotel room,
```

**Page 53**

1 were you still feeling dizzy or wheezy?
2 A. Not that I remember. I think it was
3    subsided.
4 Q. At that point did you stay one more night at
5    the hotel?
6 A. Yes.
7 Q. After the day on which you went to the
8    hospital --
9 A. Yes.
10 Q. -- did you --
11 A. That's my recollection, yes.
12 Q. Did you check out the following day?
13 A. Yes. My sister and them came and brought my
14    mother-in-law, and they came to pick us up,
15    and we left from there to head to New York,
16    which was her plans. But, you know, we
17    had planned to do other things, so we went
18    along with what they wanted to do because
19    she had called ahead and made a reservation
20    at that campground in New York, KOA. They
21    had been there before, so they knew of it
22    and wanted to take us on that trip into the
23    city because they have a bus trip from that.
24 Q. Other than yourself and your wife, did

**Page 54**

1    anyone else in the group staying at the
2    hotel experience any of these symptoms,
3    nausea, vomiting, or diarrhea?
4 A. Yes, my granddaughters. But as I remember,
5    I don't know if it started that early or
6    not. I think it was after they left that
7    hotel because they started on their own trip
8    after that, the morning that we left the
9    hotel. They left and went their own way,
10    and we didn't see them until we got home.
11 Q. Your trip from the hotel to the campground
12    in New York, was that on the motor home?
13 A. Yes.
14 Q. How long did that trip take?
15 A. It seemed like it was most of the day. As
16    I remember, it was in the evening, I think,
17    when we arrived at the campground, early
18    evening, I would think.
19 Q. Did you do any driving on that trip?
20 A. No.
21 Q. During that trip what symptoms, if any, were
22    you experiencing?
23 A. Diarrhea, I think.
24 Q. Had the frequency of your diarrhea changed

**Page 55**

1    at all by that time?
2 A. It was starting to subside some, yes.
3 Q. Can you give me a sense of how frequently
4    you would have to use the bathroom at that
5    stage?
6 A. Maybe every couple of hours. It was
7    controllable, pretty much.
8 Q. Other than the diarrhea, were you
9    experiencing any other symptoms on that
10    trip from the hotel to the campground in
11    New York?
12 A. Just generally not feeling well, a little
13    achy, still the flu-like feeling.
14 Q. At that time were you able to eat at all?
15 A. I think I might have tried to eat some
16    fruit, I'm not sure, but I think I tried to
17    eat. The two days before we had eaten very
18    little. I think I might have eaten one
19    banana in the two days, the first two days
20    at the hotel.
21 Q. How long did your diarrhea symptoms last in
22    all?
23 A. Well, I don't think they completely went
24    away until we were at home, but they

**Page 56**

1    gradually tapered off to the point where
2    they were finally gone away, but it wasn't
3    an immediate stop anywhere. As I remember
4    it, it was a long, tapering off period.
5 Q. Your wife described a second emergency room
6    visit to a hospital in New York. Did you
7    also go to the emergency room on that
8    occasion?
9 A. No, not as a patient.
10 Q. Did you go with your wife there?
11 A. Yes.
12 Q. But were you examined there?
13 A. No.
14 Q. Did you receive any medication at that
15    hospital?
16 A. No.
17 Q. Other than the one emergency room visit in
18    Massachusetts, did you receive any other
19    medical treatment as a result of this
20    incident?
21 A. No.
22 Q. You described to me that you recall still
23    experiencing some symptoms of diarrhea by
24    the time you had returned to California.

57

```
 1      Were you still experiencing any other
 2      symptoms that you relate to this incident
 3      by the time you had returned to California?
 4   A. It's kind of hard to explain, but I just
 5      didn't feel totally over the flu or
 6      whatever. I just still had a little bit of
 7      aches and pains and not a normal feeling.
 8      I just seemed like it is a drag out to get
 9      back to normal.
10   Q. Did you eventually get back to normal?
11   A. Yes.
12   Q. Today are you experiencing any symptoms or
13      discomfort that you would relate to this
14      incident?
15   A. No.
16   Q. Can you estimate how long it was after the
17      wedding that you got back to normal?
18   A. Probably a month.
19   Q. Did you miss any time at work as a result of
20      this incident?
21   A. No.
22   Q. What day did you return to your job?
23   A. I'm not sure. I can't recall, but I think
24      it was whenever I was scheduled to be back.
```

58

```
 1   Q. You had taken vacation time to attend this
 2      wedding; is that correct?
 3   A. Yes.
 4   Q. Your wife had also described a trip to
 5      Ventura that had been scheduled --
 6   A. Yes.
 7   Q. -- I think on your return from
 8      Massachusetts; is that correct?
 9   A. Yes.
10   Q. Had you also taken vacation from the job?
11   A. Yes. I think that was included in our
12      vacation time.
13   Q. Is it your recollection that you had planned
14      to go on the Ventura trip --
15   A. Yes.
16   Q. -- after you got back from Massachusetts?
17   A. Yeah. It was something that we had planned,
18      and then we thought it would be kind of a
19      get away after the running around.
20   Q. You had decided by the time you got back to
21      California not to go on the Ventura trip;
22      is that correct?
23   A. Yeah. We didn't feel it was going to be
24      enjoyable, and we weren't feeling that good,
```

59

```
 1      and decided to try and get out of it till we
 2      felt better.
 3   Q. Now did you go back to work at that time, or
 4      did you take those days off?
 5   A. I think I took those days off and returned
 6      when I was scheduled to be back.
 7   Q. Is there anything at your job that you were
 8      unable to do because of your symptoms?
 9   A. No.
10   Q. Do you recall what medications you were
11      given at the Massachusetts hospital?
12   A. No, not that I can recall. I mean, we have
13      a record of it, but I don't recall the names
14      of them, no.
15   Q. Do you recall how long that you took those
16      medications?
17   A. I recall I took them until they ran out, I
18      think. They gave us a certain supply, but
19      I know they changed the answer when she went
20      to the second hospital because of a phone
21      call to my daughter. She told me at that
22      point that I think it was Gish, G-i-s-h, had
23      been tested and they had come up that they
24      had salmonella, so I went in and told the
```

60

```
 1      nurses at the second hospital that I just
 2      had that conversation, and they said, "Oh
 3      good, because we will change your medication
 4      to something much stronger to counteract the
 5      salmonella." So they gave her -- I think it
 6      was an antibiotic that was very strong at
 7      that point, and that was just for her.
 8   Q. That was -- you anticipated my next
 9      question. Did they give you any medication
10      at the New York hospital?
11   A. No.
12   Q. By the time that you got to the New York
13      hospital, were you still taking the
14      medication from the Massachusetts hospital?
15   A. Yes.
16   Q. Do you recall when the Massachusetts
17      medication ran out?
18   A. No, I don't. We took it till whatever the
19      prescribed thing ran out, and I think it was
20      most of the trip. I don't remember it
21      running out while we were there.
22   Q. Do you remember bringing any of that
23      medication back to California?
24   A. I can't recall that.
```