**Page 61**

1  Q. When was it that you regained your appetite?
2  A. When we got to Pennsylvania was when I felt
3     that I could eat and not have it go right
4     through me, and that would have been --
5     let's see -- either the 13th or the 14th, I
6     think.
7  Q. By that time was your appetite completely
8     back to normal?
9  A. No, but I could stand some normal food.
10 Q. When was it that your appetite was
11    completely back to normal?
12 A. I would say it had to be a week or two after
13    we were home.
14          MR. McGOVERN: Those are all the
15    questions that I have for now. Thank you
16    for your time.
17          MR. GIBSON: I just have a couple
18    of follow-up questions.
19          E X A M I N A T I O N
20 BY MR. GIBSON:
21 Q. Looking, Mr. Dien, at the Exhibit No. 2,
22    which is the questionnaire, you, or your
23    wife with your assistance, checked off a
24    number of symptoms that are over on the

**Page 62**

1     right-hand side that you experienced.
2  A. Um-hum.
3  Q. Do you see that?
4  A. Um-hum.
5  Q. You need to answer yes or no. Do you see
6     that?
7  A. Yes, I see that.
8  Q. You have talked about the diarrhea. You
9     have talked about the fever. You also had
10    her check off, though, Headaches. When did
11    you first start experiencing headaches?
12 A. Probably in the car in the Cape when we were
13    trying to get to the motor home.
14 Q. So this would have been the day that you
15    were departing the rental?
16 A. Yes.
17 Q. And that was the same day that you had gone
18    to the glass shop?
19 A. Yes.
20 Q. You have also had her check Chills and you
21    have told us about that?
22 A. Yes.
23 Q. But also checked is Fatigue. When did you
24    first start experiencing fatigue?

**Page 63**

1  A. Probably be also in the car on the way to
2     catch up with the motor home, between the
3     Cape house and the end of the peninsula
4     there.
5  Q. And you have told us that you didn't have
6     any vomiting, but you have had her check
7     Abdominal Cramping. When did you experience
8     abdominal cramping?
9  A. I think it was very bad when I got to the
10    hotel, and then in bed. I had the cramps
11    when we got to the hotel in -- I can't
12    remember the name of the town. It's just
13    north of here.
14 Q. That's the Amerisuites Hotel that you're
15    referring to?
16 A. Yes, yes.
17 Q. How long did your abdominal cramping last?
18 A. Probably those first two days at the
19    Amerisuites.
20 Q. As far as Bloody Stool, that is left blank.
21    Did you ever have a bloody stool during that
22    time?
23 A. No.
24 Q. You had her check Muscle Aches. When did

**Page 64**

1     you first start experiencing that?
2  A. In the car between the Cape and the end of
3     the peninsula where we met up with my
4     sister.
5  Q. How long did they last?
6  A. They lasted quite a while. I just had that
7     achy feeling.
8  Q. Did you still have that feeling when you
9     returned to California?
10 A. No, but I think I had it up until we were
11    almost ready to leave.
12 Q. You have described your loss of appetite and
13    you have had checked Dizziness here. How
14    long did your dizziness last?
15 A. The bad dizziness was at the hotel, and
16    that -- and I had little, occasional
17    dizziness, you know, maybe for another two
18    or three days.
19 Q. Now let me ask you with respect to your
20    plans, you indicated that you had planned
21    to go to the Amerisuites Hotel?
22 A. Yes.
23 Q. If this illness hadn't happened, you would
24    have stayed there two nights?

**65**

1  A. Yes.
2  Q. But you ended up having to stay three?
3  A. Right.
4  Q. Now did you have any difficulty with the
5     hotel in arranging for a third night in that
6     room?
7  A. Yes.
8  Q. Could you explain that?
9  A. A lady -- I'm not sure who it was -- had
10    already made reservations for that room, and
11    I don't know how it worked out, but she was
12    already getting phone calls there and mail
13    slipped under the door, so they were very
14    reluctant to let us stay there in that room.
15    But I just insisted, because I said,
16    "We're -- we can't move. We're not feeling
17    up to moving."
18 Q. At that point did you have to explain the
19    nature of your illness and your wife's
20    illness to the hotel management?
21 A. Somewhat, yes. I think they may have
22    realized it after they had to change the
23    bed, I don't know. But it was discussed,
24    yes.

**66**

1  Q. Did that prove to be a source of any
2     embarrassment to you?
3  A. Well, that's the first time I have ever
4     had -- yes, it was, because, you know, you
5     soil your pants, it's something you can
6     change it, nobody knows. But when you have
7     to call somebody up to change the bed for
8     you, that was -- I was glad I wasn't there
9     when they showed up.
10 Q. Having to explain to the hotel management
11    the nature of your illness or your wife's
12    illness, did that cause any embarrassment to
13    you?
14 A. No, because I was like, people get sick. I
15    just have never been that sick that I had
16    an accident in the bed.
17 Q. Right. Just so that I understand it, had
18    your original plans been once you had
19    completed the two-day stay at the
20    Amerisuites, you and your wife were going
21    to go your separate way and the Bartmans
22    go somewhere else?
23 A. No.
24 Q. What was your intention? In other words, if

**67**

1     this illness hadn't come upon you and your
2     wife, what was your intention as far as the
3     vacation?
4  A. The next thing that I wanted to do was take
5     them to the brewery because that was a place
6     that I had a contact. A man that worked in
7     the L.A. Brewery was transferred to the
8     Merrimack, and made assistant manager,
9     whatever, he was pretty high up, so I had
10    told them we would be there for a vacation
11    and could he get us like a VIP tour, and he
12    said yes. So we had all the information,
13    and I thought it would have been great to
14    take my brother and sister-in-law and my
15    sister and brother and mother-in-law and my
16    kids, Stephen and Michelle, and their kids
17    to this and see it. Because at the L.A.
18    Brewery it's very hard to get your kids
19    in because my kids were all adults, so
20    they had many things for kids, but they
21    were not for young adults. So I thought
22    this was a great time, and I was going to
23    include Mrs. Hallinan and her friend that
24    she brought to the wedding, and I'm not sure

**68**

1     of her name.
2  Q. As a result of your illness, did you have to
3     contact your colleague at the brewery there
4     in Merrimack to let him know you're not
5     coming?
6  A. No, I don't think so. He just gave me a
7     number and said, "When you're here, call.
8     It's no problem to come on over," so I
9     didn't have to call him and cancel.
10 Q. Now you indicated that your intention or
11    your preference would have been that you go
12    onto Maine?
13 A. Yes.
14 Q. What did you intend to do there?
15 A. Well, we'd never been on the East Coast
16    before, so we were trying to take in as
17    much as we could in the time.
18 Q. Had you made any particular plans as to
19    where in Maine you wanted to go or what you
20    had wanted to do?
21 A. No, just that it was something that I have
22    always heard about and we wanted to see.
23 Q. You indicated that when you arrived at
24    Amerisuites, you had plans to do something

69

1       in Boston?
2  A.   Yes. We were going to go on that Duck Tour,
3       the amphibious --
4  Q.   You're talking about the Duck boats?
5  A.   I guess it is. I said, "This is an
6       amphibious deal where they take you through
7       the harbor." The rest of the group was able
8       to do that, we weren't.
9  Q.   Were you able to do any sight-seeing of any
10      kind in Boston, you and your wife?
11 A.   No.
12 Q.   Had that been something you had intended to
13      do?
14 A.   Yes.
15 Q.   Were there any other things around the
16      Greater Boston area that you can recall
17      that you were unable to do because of your
18      illness?
19 A.   Well, as everybody else took the walk where
20      you walk around and see --
21 Q.   The Freedom Trail?
22 A.   Yes, I guess that is what it called.
23 Q.   Were you able to do that?
24 A.   No.

70

1  Q.   Can you think of or recall any other things
2       that you had planned to do that you were
3       unable to do? You will have to answer on
4       your own, you can't look to her for help.
5  A.   I am trying to think. Not that I can think
6       of. That was -- because we were with my
7       sister, a lot of the plans were up in the
8       air as to who was going to get to do what
9       thing. My sister has been out here before
10      and visited, so she had a lot of things she
11      wanted to show us, and that was the tour
12      that we went on in the KOA and the Amish,
13      and she, I guess at that point, felt that
14      we could do those things as maybe opposed to
15      the brewery tour or something. She's very
16      set in her ways. It's my big sister.
17         MR. McGOVERN: They're all like
18      that, I think.
19         THE WITNESS: Try and take over.
20 Q.   Let me ask you this. You indicated that
21      when the plans changed and that you went to
22      the campground in New York -- did you go to
23      more than one campground?
24 A.   Yes, we went to several.

71

1  Q.   Now there was a trip that was supposed to
2       happen -- let me strike that. At at least
3       one of the campgrounds you heard your wife
4       testify that someone had arranged for you to
5       stay at a cabin with no bathrooms?
6  A.   Yes. That was the first place in New York
7       that had the bus tour.
8  Q.   Did you end up staying in that cabin?
9  A.   Yes.
10 Q.   Where was the bathroom in relation to the
11      cabin?
12 A.   It was two or three hundred yards away from
13      the cabin. You had to get up and walk over
14      to the office, which was -- I wasn't as bad
15      as Lou Ann, so it was a little fun to get
16      up in the middle of the night and take a
17      flashlight and wander over to the bathroom
18      when you had diarrhea and wondered if you
19      were going to make it.
20 Q.   Is that something that she had to do, to
21      your knowledge, through the course of the
22      night?
23 A.   I think so. I can't recall, but I think
24      we were both up and down at least once or

72

1       twice. Yes, I do remember that she --
2       before dawn that she went over, and that
3       is what cancelled the bus trip the first
4       morning. I told my sister, "No, we can't
5       make this. We can't go ahead with it,"
6       because she had already made not only the
7       campground reservations, but reservations
8       for the bus the next morning.
9  Q.   This is the bus to take you to New York
10      City?
11 A.   Yes, Manhattan.
12 Q.   So those plans had to be changed?
13 A.   Yes.
14 Q.   You also heard your wife describe an
15      attempted trip to Cooperstown?
16 A.   Yes.
17 Q.   Why were you going there?
18 A.   Well, after the bus trip was cancelled, my
19      sister sort of said, "Well, Cooperstown is
20      not that far away, and we can go on our own
21      time and schedule, and if you don't feel
22      good we will turn around and come back,"
23      and was kind of insisting that we try and
24      do it because they thought it was something

### Page 73

```
 1        that she could do.
 2   Q.   What was it that you were going to see at
 3        Cooperstown?
 4   A.   The Baseball Hall of Fame.
 5   Q.   Did you make it?
 6   A.   No. We only made it as far as that
 7        hospital, which wasn't too far. I don't
 8        know how far in between we were, but it was
 9        on the way. She started dry-heaving. I
10        think it was so bad that we decided we
11        would get her to another hospital.
12   Q.   You say that was the point in time when you
13        first learned from any way associated with
14        the wedding that people were being diagnosed
15        as having salmonella?
16   A.   Yes. That was the first really indication
17        that we had that anybody else in the
18        wedding was sick, other than, I think, maybe
19        Bobbie Hallinan said she wasn't feeling real
20        good. I shouldn't look at her, I'm sorry.
21        But that's the way I remember it.
22   Q.   Now you eventually did take the bus trip
23        into New York City?
24   A.   Yes.
```

### Page 74

```
 1   Q.   Did any special accommodations have to be
 2        made for you or your wife?
 3   A.   Yes.
 4   Q.   Would you describe those, please?
 5   A.   Yes. When we decided to go, my sister went
 6        and explained to the people that ran the
 7        campground and the bus driver that we had
 8        been very sick, and would it be okay if we
 9        sat in the front seat in case we had to exit
10        in a hurry, or if she were to vomit or
11        anything, at least she would not have to
12        worry about whether she soiled anybody else
13        or something. So they arranged to have us
14        get the front seat, and as I remember it,
15        some people had already sort of reserved it,
16        and they were very upset that they were
17        moved. And when we were sitting in the bus,
18        they made some comments about, "Boy" -- kind
19        of a snide comment, why had they been moved
20        for us, enough that you could hear it.
21   Q.   Did that cause you any embarrassment of any
22        kind?
23   A.   I don't think me as much as my wife. It
24        embarrassed her.
```

### Page 75

```
 1   Q.   When you got home to California, did you
 2        have to provide stool samples?
 3   A.   We went to get them, yes. We decided on our
 4        own to get checked.
 5   Q.   Had you provided any stool samples while you
 6        were still in Massachusetts or New York?
 7   A.   No, not to my knowledge, no.
 8   Q.   Did you provide a stool sample in
 9        California?
10   A.   Yes.
11   Q.   How many samples were you called upon to
12        provide?
13   A.   I think that was just the one.
14   Q.   Let me just show you quickly a document that
15        I would like to be marked as Exhibit No. 3.
16             (Exhibit 3, Budweiser Documents, so
17        marked.)
18   Q.   Mr. Dien, would you look at what has been
19        marked as Exhibit 3, and you have it in
20        front of you? Do you have that in front of
21        you, sir?
22   A.   Yes, I do.
23   Q.   Do you recognize what the first two pages
24        are?
```

### Page 76

```
 1   A.   Um-hum.
 2   Q.   What are they?
 3   A.   These are things that I got off the
 4        internet, or I should say they call it at
 5        work intranet because it's not the internet,
 6        but off the computer at Anheuser-Busch. You
 7        could go in and look up tours, and so I knew
 8        that we were planning this trip, so I took
 9        this off the intranet or whatever at work.
10        And then I got Barron's phone number. He
11        gave me his phone number and said to give
12        him a call when we got there. This is
13        before he left. He was planning to leave,
14        and this was probably a month or maybe two
15        months before the wedding.
16   Q.   So the name of your colleague who then was
17        transferred from the Los Angeles, Van Nuys
18        Brewery to the one in Merrimack was whom?
19   A.   Barron Demarase.
20   Q.   While you were in Massachusetts, were you
21        prescribed medications?
22   A.   Yes, at the first hospital.
23   Q.   At the first hospital. Did you -- not to
24        embarrass you, but did you take any of your
```

**77**

1     wife's medications that she was prescribed
2     at the second hospital --
3 A. No.
4 Q. -- the New York hospital?
5 A. No. That was --
6 Q. Is it your recollection, or do you have a
7     recollection as to whether or not at one of
8     the hospitals suppositories were prescribed
9     for your wife?
10 A. I think so, I think so. I think that was
11     to stop the diarrhea. I'm not sure what it
12     was for, but as I remember, there was a
13     suppository, yes.
14 Q. Going back to Exhibit No. 2, which is the
15     questionnaire, you have or had your wife
16     enter under First Known Onset of Symptoms,
17     you put 7-7-01, 10:00 p.m. Do you see that?
18 A. Oh, yeah, yes.
19 Q. Then the next line it says Duration of
20     Symptoms, and the word Still is written
21     there.
22 A. Um-hum.
23 Q. Is that correct?
24 A. Yes.

**78**

1 Q. Now as of the date that you filled out the
2     questionnaire, were you still having
3     symptoms?
4 A. Yes. I didn't feel normal. That was --
5 Q. You filled out the questionnaire in
6     California?
7 A. Yes. Can I say something else?
8 Q. Yes. Did you want to add something?
9 A. When we got this, it seems to me there was
10    also another paper that said something about
11    there was a timeline, and they wanted this
12    back relatively soon, so -- as I remember
13    it, and so I think we filled it out as soon
14    as possible and sent it back.
15        MR. GIBSON: I don't think I have
16    anything else.
17        MR. McGOVERN: I have a few more
18    questions.
19        THE WITNESS: Okay.
20        E X A M I N A T I O N
21 BY MR. McGOVERN:
22 Q. Regarding this questionnaire, you indicated
23    at the time that this was filled out that
24    you were still experiencing some symptoms?

**79**

1 A. Yes.
2 Q. Were you experiencing diarrhea at that time?
3 A. No, no, I don't think so. It was more of a
4     last -- excuse me -- lack of appetite and
5     maybe just a little bit of aches and pains
6     still.
7 Q. Were you experiencing any dizziness at that
8     time?
9 A. Not to my knowledge, no.
10 Q. Any abdominal cramps?
11 A. No, not to my -- no.
12 Q. Were you experiencing any headaches at that
13    time?
14 A. I can't remember that, no.
15 Q. Were you experiencing any fever or chills?
16 A. No.
17 Q. Were you experiencing any fatigue at that
18    time?
19 A. Possibly a little fatigue still.
20 Q. The trip in the motor home that you took,
21    did you do any driving on that trip?
22 A. No.
23 Q. Is that because you weren't feeling well, or
24    is that because you hadn't planned to do any

**80**

1     driving anyway?
2 A. Yes, because my brother-in-law did most of
3     the driving anyway. It was their vehicles.
4     Other than borrowing it -- let me think.
5     No, I don't remember driving their cars at
6     all at that point. We did earlier, but not
7     after we met up with them.
8 Q. Just to make sure this is clear in my own
9     mind, from the time that you met them at the
10    rotary a few days afterwards, did you do any
11    driving at all from that point in time till
12    the time that you got to the airport to go
13    back to California?
14 A. No.
15        MR. McGOVERN: Those are all the
16    questions that I have.
17        MR. GIBSON: I don't have anything
18    else.
19        MR. McGOVERN: Thanks for your
20    time.
21        MR. GIBSON: Thanks very much.
22        (Whereupon the deposition was
23    concluded at 4:25 p.m.)
24

```
                                                        81
 1              SIGNATURE PAGE/ERRATA SHEET

 2         RE: DIEN VS. PLEASANT BAY GROUP

 3         (11-10-04) - RUDOLPH S. DIEN

 4

 5              I, Rudolph S. Dien do hereby certify
           that I have read the foregoing transcript of
 6         my testimony and it is a true and correct
           record of my testimony (with the exception
 7         of the corrections, if any, listed below.)

 8         PAGE    LINE    CORRECTION

 9         _____

10         _____

11         _____

12         _____

13         _____

14         _____

15         _____

16         _____

17         _____

18         _____

19

20              Signed under the pains and penalties

21         of perjury this _____ day of _____,

22         2004.

23         _____

24              RUDOLPH S. DIEN
```

```
                                                        82
 1    STATE OF MASSACHUSETTS)

 2    COUNTY OF ESSEX)

 3
           I, Joan Applegate, C.S.R., a notary
 4    public in and for the County of Essex and
      State of Massachusetts, do hereby certify
 5    that Rudolph S. Dien was by me first duly
      sworn, to testify to the truth, the whole
 6    truth, and nothing but the truth, and that
      the above deposition, pages 4 through 80,
 7    inclusive, was recorded stenographically by
      me and reduced to typewriting by me.
 8
           I FURTHER CERTIFY that the foregoing
 9    transcript of the said deposition is a true
      and correct transcript of the testimony
10    given by the said witness at the time and
      place specified hereinbefore.
11
           I FURTHER CERTIFY that I am not a
12    relative or employee or attorney or counsel
      of any of the parties, nor a relative or
13    employee of such attorney or counsel, or
      financially interested directly or
14    indirectly in this action.

15         IN WITNESS WHEREOF, I have hereunto
      set my hand and seal of office at Saugus,
16    Massachusetts, this 6th day of December,
      2004.
17

18                    _____
                              Joan Applegate
19                     Certified Shorthand Reporter
                              Notary Public
20

21
      My notary commission expires:
22    March 29, 2007.

23

24
```