| | | |
|---|---|---|
| 1 | | the items that you recall eating at the |
| 2 | | reception? |
| 3 | A | Yes. |
| 4 | Q | I think you indicated you may have eaten some |
| 5 | | more items that were not checked, you just |
| 6 | | don't recall now. |
| 7 | A | I don't recall now and I didn't recall then. |
| 8 | Q | Okay. What time did you leave the wedding |
| 9 | | reception? |
| 10 | A | Approximately an hour and a half after the |
| 11 | | sit-down dinner started. |
| 12 | Q | Do you recall around what time that was? |
| 13 | A | Not specifically, no. |
| 14 | Q | Was it still light out? |
| 15 | A | That's the question I've been going over in my |
| 16 | | mind and nighttime comes late in the Cape, so I |
| 17 | | think it must have been, at the most, dusk. |
| 18 | Q | Where did you go from the reception? |
| 19 | A | Back to, quote, "the beach house." |
| 20 | Q | How did you get back to the beach house? |
| 21 | A | Oh, I -- it was my car that went to the |
| 22 | | reception. I remember driving with Victoria |
| 23 | | and Dee Dee, and I remember parking the car |

| | | |
|---|---|---|
| 1 | | because I left them off because we were running |
| 2 | | a little late and they wanted to see the bride |
| 3 | | come down the stairs. |
| 4 | Q | This is on the way to the wedding? |
| 5 | A | Right. |
| 6 | Q | Okay. |
| 7 | A | And I don't remember who drove home. |
| 8 | Q | Do you recall who else was -- strike that. |
| 9 | | Did you take the car home from the |
| 10 | | wedding? |
| 11 | A | Yes. |
| 12 | Q | Do you recall who else was in the car besides |
| 13 | | you? |
| 14 | A | Dolores Rose. |
| 15 | Q | And was anybody else in the car? |
| 16 | A | No, Dolores, Victoria -- and I'm not certain |
| 17 | | Victoria returned with us either. So -- |
| 18 | Q | Did you have anything to eat after leaving the |
| 19 | | wedding reception on that day? |
| 20 | A | No. Not that I recall. |
| 21 | Q | Did you -- strike that. |
| 22 | | I understand you went back to the beach |
| 23 | | house. Did you go anywhere else that day? |

Vol. 1 - 47
Vol. 1 - 48

| | | |
|---|---|---|
| 1 | A | No. I would presume you mean after the |
| 2 | | wedding. |
| 3 | Q | Yes. |
| 4 | A | No, I did not go anywhere after the wedding but |
| 5 | | back to the beach house. |
| 6 | Q | What time did you go to sleep? |
| 7 | A | Probably an hour, after performing some |
| 8 | | necessary functions. |
| 9 | Q | By the time you went to sleep that night, had |
| 10 | | you experienced any symptoms from anything you |
| 11 | | ate? |
| 12 | A | No. |
| 13 | Q | When was it that you first experienced any kind |
| 14 | | of symptoms that you attribute to the |
| 15 | | salmonella? |
| 16 | A | I think it was on the 8th of July. This |
| 17 | | conflicts with the date I put down on this |
| 18 | | form. The form -- the date on the form was |
| 19 | | 7/9. The date that I believe it happened was |
| 20 | | the 7th or the 8th. |
| 21 | | My explanation is, is most weddings occur |
| 22 | | on Saturday, not on a Friday. And I knew I was |
| 23 | | all right going home in order to drive from |

| | | |
|---|---|---|
| 1 | | Cape Cod down to New Jersey. I wasn't ill |
| 2 | | until I reached New Jersey. So I must have |
| 3 | | miscalculated as to what the date was. |
| 4 | Q | So where were you when you first started |
| 5 | | experiencing any kind of symptom? |
| 6 | A | In Rumson, New Jersey, at my son Justin's |
| 7 | | house. |
| 8 | Q | Now that is, you now recall, on the 8th? |
| 9 | A | I recall it on the 8th, right, which was a |
| 10 | | Sunday, I believe. |
| 11 | Q | What did you first experience? |
| 12 | A | Well, if I can date it as to 1400, meaning |
| 13 | | 2:00 p.m., it must have been explosive |
| 14 | | diarrhea. |
| 15 | Q | Before having the explosive diarrhea, did you |
| 16 | | experience any nausea or dizziness or any other |
| 17 | | kind of symptom? |
| 18 | A | I may have some malaise, M-A-L-A-I-S-E. I |
| 19 | | don't recall. One somewhat forgets the less |
| 20 | | striking symptoms if one has explosive |
| 21 | | diarrhea. |
| 22 | Q | I understand. What I'm trying to find out is |
| 23 | | if you experienced any other symptoms before |

```
1       you had the diarrhea?
2   A   I don't recall.
3   Q   I'm going to back up a little bit. On the day
4       after -- strike that.
5           When did you leave the beach house?
6   A   On the 7th in the morning.
7   Q   That was the day after the wedding?
8   A   It was the morning after the wedding, yes.
9   Q   Do you recall eating anything on the 7th?
10  A   No.
11  Q   Do you recall what, if anything, you had to
12      drink on the 7th?
13  A   Specifically, no.
14  Q   Where did you go after leaving the beach house?
15  A   Back to New Jersey, via turnpike, I guess.
16  Q   You were driving your rental car?
17  A   I was driving the rental car.
18  Q   Who else was in the car?
19  A   Dolores Rose.
20  Q   Just the two of you?
21  A   I believe just the two of us.
22  Q   Did you make any stops along the way?
23  A   Probably for sure for gas.
```

```
1   Q   Did you stay overnight along the way?
2   A   No.
3   Q   Did you stop anywhere to eat on that trip?
4   A   I don't recall.
5   Q   Did you bring any food with you in the car?
6   A   I don't think so.
7   Q   Is it your son Justin that lives in Rumson?
8   A   That's correct.
9   Q   Had he returned to Rumson already?
10  A   No.
11  Q   Was he traveling at the same time that you and
12      your wife were?
13  A   I think he started off later than us and he
14      never made it home because his wife was being
15      hospitalized at Norwalk Hospital,
16      N-O-R-W-A-L-K.
17  Q   And his wife is Victoria?
18  A   That's correct.
19  Q   Had you planned to arrive at the Rumson house
20      before Justin?
21  A   We're like two independent entities. I don't
22      know if there was any contingency who was going
23      to be there first.
```

```
1   Q   I'm just trying to get an idea as to what the
2       plan was that day. I understand you and your
3       wife were going back to the Rumson house,
4       correct?
5   A   That's right.
6   Q   Was -- strike that.
7           Did you have a key to get back in?
8   A   No, but I'm pretty certain -- they have
9       servants.
10  Q   Other than Justin and his family, was anyone
11      else going back to the Rumson house?
12  A   I don't recall.
13  Q   Do you recall what time you left the beach
14      house at the Cape?
15  A   In the mid-morning.
16  Q   What time did you arrive at the Rumson house?
17  A   I don't recall.
18  Q   It was on the same day, though, correct?
19  A   That's correct.
20  Q   Did you sleep at the Rumson house that night?
21  A   Yes.
22  Q   You indicated that Justin and his family never
23      made it back to the Rumson house that night,
```

```
1       correct?
2   A   That's correct.
3   Q   Did you find out some time during that day that
4       Victoria had to be hospitalized?
5   A   I think it was in the evening of the 8th that
6       we found that they had to stop because of
7       gastrointestinal problems.
8   Q   Had you expected them to come back on the 7th?
9   A   No. I think they were coming back later than
10      we were, but I don't recall that.
11  Q   Did you eat anything once you got back to the
12      house in Rumson?
13  A   I don't recall.
14  Q   Do you recall going out to a restaurant at any
15      time during the day of the 7th?
16  A   No, I do not.
17  Q   What did you do on -- when you got up on the
18      8th?
19  A   Probably went down and saw my -- well, did I
20      see any grandchildren? I don't remember.
21  Q   Were you at the house at the time that you
22      first experienced diarrhea?
23  A   Yes.
```

| | | |
|---|---|---|
| 1 | Q | And that was, as you recall, around 2:00 in the |
| 2 | | afternoon? |
| 3 | A | I put down the date of 2:00 in the afternoon |
| 4 | | because I'm trying to think of what would stick |
| 5 | | in my memory. I'm sure that explosive diarrhea |
| 6 | | episode would do so. |
| 7 | Q | Now, is that something you're reading from |
| 8 | | Exhibit 1? |
| 9 | A | There's a date and time. And I corrected the |
| 10 | | date, I think the time must be the same. |
| 11 | Q | Okay. Do you recall what, if anything, you had |
| 12 | | to eat on the 8th? |
| 13 | A | No. I do not recall anything I had to eat on |
| 14 | | the 8th. |
| 15 | Q | Do you recall anything you had to drink on that |
| 16 | | day? |
| 17 | A | Specifically, no. |
| 18 | Q | Did your wife experience any symptoms from the |
| 19 | | salmonella before you did? |
| 20 | A | I don't know the relationship. I know exactly |
| 21 | | when I had, I think, an episode. You'd have to |
| 22 | | ask her when she had her episode. |
| 23 | Q | You don't recall if she experienced symptoms |

| | | |
|---|---|---|
| 1 | | before or after you started to? |
| 2 | A | Nope, I don't. I recall the course of the |
| 3 | | illness, but not the onset. |
| 4 | Q | Well, that's where I'm going to next as you |
| 5 | | might expect. At the time you first |
| 6 | | experienced diarrhea on the 8th, what was the |
| 7 | | frequency at that time? |
| 8 | A | We calculated that it was probably every -- it |
| 9 | | seemed, let's say, it seemed like every ten |
| 10 | | minutes or five minutes. |
| 11 | | I don't think that could be physically |
| 12 | | possible, but as soon as one finished the trip |
| 13 | | into the bathroom and then pick up soiled |
| 14 | | material on the floor or change your shorts or |
| 15 | | clean up the bathroom and hopefully not have |
| 16 | | soiled the bedclothes that time. |
| 17 | | It seems like you just got back into bed |
| 18 | | and you had to go back out again, so it was |
| 19 | | frequent. |
| 20 | Q | And I'm talking now about when you first |
| 21 | | started to experience diarrhea; did you |
| 22 | | immediately go to bed after the first episode? |
| 23 | A | Yes. It -- it -- after the first episode, one, |

| | | |
|---|---|---|
| 1 | | you didn't want to feel -- you didn't feel |
| 2 | | good, you did have the muscle aches, you had |
| 3 | | cramping, you had tenesmus, that's spasm of the |
| 4 | | anal sphincter. I think I threw up then. |
| 5 | | I know I had chills and fevers during the |
| 6 | | first day, headache. Just a little bit of |
| 7 | | pounding -- I was tired. The tiredness |
| 8 | | remained, the diarrhea was persistent. It was |
| 9 | | dehumanizing. |
| 10 | | Very fortunate where we were located in |
| 11 | | the house were two commodes; otherwise it would |
| 12 | | have been a disaster. I believe in sharing, |
| 13 | | but that wasn't going to happen. |
| 14 | Q | Had Justin and his family returned by the time |
| 15 | | you first experienced the diarrhea? |
| 16 | A | No. |
| 17 | Q | Who was in the house at that time besides |
| 18 | | yourself and your wife? |
| 19 | A | Well, they have servants that come in and out. |
| 20 | | That's one I don't know. The house is |
| 21 | | relatively large, we were upstairs in our own |
| 22 | | quarters. There's two bedrooms upstairs, the |
| 23 | | other one was not occupied. There was two |

| | | |
|---|---|---|
| 1 | | toilets upstairs and we remained essentially |
| 2 | | upstairs for four days or five. |
| 3 | Q | All right. You indicated that you recall |
| 4 | | vomiting on the 8th? |
| 5 | A | I checked off vomiting as one of my symptoms, |
| 6 | | I'm sure it was probably early in the course. |
| 7 | Q | Are you saying that you recall it being on the |
| 8 | | first day you started experiencing symptoms? |
| 9 | A | I said early in the course, either the first or |
| 10 | | second day. |
| 11 | Q | How frequently were you vomiting? |
| 12 | A | Maybe once or twice. There wasn't very much to |
| 13 | | throw up. It was more like dry heaves. |
| 14 | Q | And do you recall your symptoms getting worse |
| 15 | | as the day went on? |
| 16 | A | Symptoms changed. Cramping started. There's |
| 17 | | other symptoms that are not listed such as it |
| 18 | | was so much diarrhea. |
| 19 | | It was very fortunate that there was |
| 20 | | infants in the house because they had medicated |
| 21 | | wipes. Because everything down in the perineal |
| 22 | | area was sore, inflamed, raw, chafed, very |
| 23 | | uncomfortable. So that all the baby equipment |