```
 1       that I could find I used.
 2              I did have the fever and the chills, you
 3       would sweat through the bedclothes and
 4       hopefully find some new ones, headache. Yup.
 5              It's not knowing -- one could never pass
 6       any gas without fear of losing sphincter
 7       control. Of course you weren't hungry, no
 8       thought about food. No thought about food. It
 9       was a horrible experience.
10   Q   How long did you remain in bed?
11   A   I think three or four days.
12   Q   Did Justin and his family return to Rumson
13       during that time period?
14   A   In three or four days?
15   Q   Yeah.
16   A   Well, I know on the Sunday that Justin called
17       for help, and I was unable to go up to help
18       him. Griffin went up and helped him. Victoria
19       was hospitalized and Justin needed help with
20       Teddy to get back to New Jersey.
21              He returned from Connecticut; I didn't get
22       to see -- I don't know exactly when. I was
23       upstairs in my exclusive -- upstairs in my
```

```
 1       hibernation.
 2   Q   Let me try to clarify something. You said
 3       Justin called you?
 4   A   Called looking for help.
 5   Q   On the telephone?
 6   A   Um-hum.
 7   Q   Okay.
 8   A   No, he called looking for help, but I -- yeah,
 9       it was on the telephone.
10   Q   Where did he call from?
11   A   Connecticut.
12   Q   Was that at -- was he at the hospital when he
13       called?
14   A   I don't know whether he was at the hospital or
15       the hotel or the motel or what. I was in no
16       shape to do anything.
17   Q   Do you recall when Justin returned to Rumson?
18   A   It was either Sunday or Monday or Tuesday.
19       Those were lost days.
20   Q   Was your wife also confined to bed for three or
21       four days?
22   A   I don't know. I mean, she was in bed so much I
23       thought she was part of it except for her
```

Vol. 1 - 59
Vol. 1 - 60

```
 1       little trips to the bathroom.
 2   Q   Do you know if she was in bed for a longer
 3       period of time or a shorter period of time than
 4       you were?
 5   A   I think she was in a longer period of time
 6       than I.
 7   Q   During that three or four-day period, were you
 8       able to sleep at all?
 9   A   I think I slept in between diarrhea episodes.
10   Q   Were you able to eat anything during that three
11       or four-day time period?
12   A   I specifically do not recall eating anything
13       during those days, no.
14   Q   Did you take any medication during that time
15       period?
16   A   I got Lomotil, an antidiarrhertic. Wasn't very
17       effective.
18   Q   Had you improved any by the end of the three or
19       four-day period?
20   A   I improved enough that I, after consulting with
21       the -- my infectious disease colleagues from
22       Huntington that I went and got stool cultures
23       on Friday because of the fact that if you wait
```

```
 1       too long, all of the salmonella that are
 2       recoverable by culture are gone, and I wanted
 3       to prove that the stool cultures were positive.
 4   Q   All right. Did you -- where did you go to get
 5       the stool cultures?
 6   A   Monmouth Hospital, Monmouth, New Jersey, about,
 7       I don't know, maybe 10 miles away, 7 miles
 8       away.
 9   Q   How did you get to the hospital?
10   A   Drove in a car.
11   Q   Did anyone go with you?
12   A   Dolores Rose.
13            MR. GIBSON: Do you have these documents?
14       I'm sure we've given them to you before but
15       those are the two stool samples.
16            MR. MCGOVERN: Yes.
17   Q   Okay. Let me show you these two documents and
18       ask if you can identify those.
19   A   These are referral cultures from Mammoth to the
20       New Jersey State Department of Health.
21            MR. MCGOVERN: Okay. Let me have those
22       marked for identification.
23            (Documents marked as Exhibits No. 3 and
```

1          No. 4 for identification.)
2   Q   The document that's been marked as Exhibit
3       No. 3, does that refer to the culture you have
4       been speaking about?
5   A   Yes.
6   Q   Does that give the date on which that culture
7       was given?
8   A   The collection date is dated as
9       July 13th, 2001.
10  Q   Generally speaking, what is the purpose of a
11      culture?
12          MR. GIBSON:  You mean a stool culture?
13          MR. MCGOVERN:  Yes.
14  A   To identify the cause of the agent that results
15      in diarrhea and gastric -- and gastroenteritis.
16  Q   Does Exhibit 3 give a result of the culture?
17  A   Yes, it does.
18  Q   And what is the result?
19  A   Salmonella.
20          MR. GIBSON:  Do you want to give the
21      serotype?
22  A   No.
23  Q   On Exhibit No. 4, can you identify that exhibit

1       for me, please?
2   A   It's a report from the New Jersey State
3       Department of Health to Monmouth Medical
4       Center.  I'll correct myself: Long Branch, New
5       Jersey, not Monmouth, New Jersey.  It reflects
6       the causative agent as being salmonella from
7       the stool.
8   Q   Exhibit 4 is for your wife, is that correct?
9   A   It's Dolores Rose Gmelich, yes.
10  Q   There's a -- strike that.
11          What's the collection date on Exhibit
12      No. 4?
13  A   The collection date is labeled 7/14 but it was
14      done on, to my knowledge, because we had it
15      done together, on 7/13.
16  Q   Other than having the culture done, did you
17      receive any treatment at Monmouth Hospital?
18  A   No.
19  Q   Did your wife receive any treatment?
20  A   No.
21  Q   Before the 13th, had you received any medical
22      treatment for the --
23  A   We took Lomotil and physiological solutions to

1       replace the fluid being expelled in our -- in
2       our diarrhea episodes.
3   Q   What do you mean by physiological solutions?
4   A   Usually salt solutions with potassium.
5   Q   Had you left the house for any reason before
6       going to the hospital on the 13th?
7   A   I don't think so.
8   Q   As of the 13th, were you still experiencing
9       diarrhea symptoms?
10  A   Yes, but not as frequently.  The first several
11      days it was impossible to go anywhere except in
12      a close proximity to the bathroom because it
13      was uncertain of when an episode of explosive
14      diarrhea would occur.  And I didn't want to
15      embarrass myself any more than the
16      embarrassment that I had suffered already.
17  Q   What was the frequency as of the 13th?
18  A   I don't recall.  Probably had two -- at least
19      two-hour periods of freedom.
20  Q   So roughly every two hours you were still
21      experiencing diarrhea at that time?
22  A   I don't know the answer to that.
23  Q   Do you recall how long you were at the hospital

1       for?
2   A   I think I was there probably for, including the
3       commute back and forth, maybe two to three
4       hours.
5   Q   Did you make any other stops between the house
6       and the hospital?
7   A   No, and we utilized the facilities at the
8       hospital for the stool collection.
9   Q   Some of the documents that I've received from
10      your lawyer indicate that there were occasions
11      in which you soiled your pants during this time
12      period.  How many occasions did you soil your
13      pants?
14  A   Are we talking about long pants or underwear?
15  Q   Well, why don't you tell me both?
16  A   I think I probably lost four or five or six
17      pairs of shorts.  Two to three long pairs of
18      pants, including a good suit.
19  Q   Did all of those -- strike that.
20          Did you also soil bed sheets?
21  A   Yes, I did.
22  Q   How many times did that happen, if you can
23      recall?

| | | |
|---|---|---|
| 1 | Q | Did you have anything to drink at the cocktail |
| 2 | | hour? |
| 3 | A | Glass of red wine, maybe two. |
| 4 | Q | All right. Then there was a sit-down dinner at |
| 5 | | the reception? |
| 6 | A | Yes. |
| 7 | Q | What did you have to eat at the dinner? |
| 8 | A | I believe there was shrimp, clams, like a |
| 9 | | turkey dish and a meat dish. And I -- |
| 10 | | honestly, I filled out a form and I don't |
| 11 | | remember anything else. |
| 12 | Q | Let me show you this. |
| 13 | | (Document handed to the witness.) |
| 14 | Q | I'm showing you a one-page document. If you |
| 15 | | could look at that and I'll ask you some |
| 16 | | questions based on that. |
| 17 | A | Okay. I'm ready. |
| 18 | Q | Can you identify that document? |
| 19 | A | Yes. |
| 20 | Q | What is that? |
| 21 | A | It's a form that was distributed by the Harwich |
| 22 | | Health Department. |
| 23 | Q | Before I get too much further, I'm going to |

| | | |
|---|---|---|
| 1 | | have that marked as an exhibit. |
| 2 | | (Document marked as Exhibit No. 1 for identification.) |
| 3 | | |
| 4 | Q | Is that the form that you recall filling out? |
| 5 | A | Yes. |
| 6 | Q | When did you fill that form out? |
| 7 | A | It's not dated. |
| 8 | Q | Do you recall when you filled that out? |
| 9 | A | Well, there is one date on it which is |
| 10 | | July 15th, 5:36 p.m. which is "effects." |
| 11 | Q | That's at the top of the page, correct? |
| 12 | A | Left-hand top of the page. |
| 13 | Q | Do you know whether or not that is the time and |
| 14 | | date on which you filled out this form? |
| 15 | A | I do not. |
| 16 | Q | Do you recall where you were when you filled |
| 17 | | out this form? |
| 18 | A | I was in La Quinta, California. |
| 19 | Q | You were back in California then? |
| 20 | A | Yes. |
| 21 | Q | Does this form indicate what you ate at the |
| 22 | | wedding reception? |
| 23 | A | It indicates what I remembered I ate. There's |

| | | |
|---|---|---|
| 1 | | a possibility that I didn't -- I had more. |
| 2 | Q | Okay. |
| 3 | | MR. GIBSON: Do you have this document? |
| 4 | | (Document shown to Attorney McGovern.) |
| 5 | | MR. MCGOVERN: Yes, I think I do have |
| 6 | | that. |
| 7 | | MR. GIBSON: It talks about the prompt |
| 8 | | return of the survey today. And it is dated |
| 9 | | July 16th. |
| 10 | Q | Let me show you this. Dr. Gmelich, do you |
| 11 | | recognize this page? |
| 12 | A | Yes. |
| 13 | Q | What do you recognize that to be? |
| 14 | A | It's a thank you note from Miss Paula |
| 15 | | Champagne, Harwich Health Department, thanking |
| 16 | | us for the prompt return of the surveys that |
| 17 | | she sent us. |
| 18 | | MR. MCGOVERN: Let me have that marked as |
| 19 | | an exhibit. |
| 20 | | (Document marked as Exhibit No. 2 for identification.) |
| 21 | | |
| 22 | Q | Do you remember receiving that thank you note? |
| 23 | A | Vaguely, yes. |

| | | |
|---|---|---|
| 1 | Q | Is that your fax number that's indicated in the |
| 2 | | left-hand column? |
| 3 | A | (760)564-4312 is my fax number. |
| 4 | Q | Do you understand the survey that is referenced |
| 5 | | on Exhibit No. 2 to be the form that's been |
| 6 | | marked as Exhibit No. 1? |
| 7 | A | That's correct. |
| 8 | Q | And is Exhibit No. 2 dated? |
| 9 | A | Dated July 16, 7/16. |
| 10 | Q | Is that date consistent with your memory as to |
| 11 | | when you may have sent the survey to |
| 12 | | Miss Champagne? |
| 13 | A | I have no independent recall, but there are two |
| 14 | | dates that would affirm that that's what |
| 15 | | happened. |
| 16 | Q | Do you have any reason to think that it wasn't |
| 17 | | around that time that you filled out the |
| 18 | | survey? |
| 19 | A | No, I do not have any reason to think that it's |
| 20 | | not around the time of the survey. |
| 21 | Q | Okay. Let me ask you some more questions about |
| 22 | | Exhibit No. 1. There are items in the |
| 23 | | left-hand column that are checked. Are those |

| | | |
|---|---|---|
| 1 | | planned to do after you left that house after |
| 2 | | the wedding on the 6th? |
| 3 | A | We had extensive plans to visit friends and |
| 4 | | relatives on the Eastern Seaboard. |
| 5 | Q | Describe for me a little bit more about that. |
| 6 | | How many stops had you planned to make and how |
| 7 | | were you going to get there? |
| 8 | A | Dee Dee's sister lived at that time in |
| 9 | | Virginia. We were going to visit her and her |
| 10 | | husband. And I have two physician friends |
| 11 | | living in Virginia. Dr. Phillip Feldman, |
| 12 | | F-E-L-D-M-A-N, and Dr. Warren Marion, |
| 13 | | M-A-R-I-O-N. They both play golf. |
| 14 | | And that was part of what was -- of the |
| 15 | | visits were for. And to meet, greet, have |
| 16 | | dinner, go out and socialize. |
| 17 | Q | Okay. |
| 18 | | MR. GIBSON: Did you finish your answer? |
| 19 | A | No. I was going to -- Dr. Feldman I have known |
| 20 | | since Yale, since 1965. He's developed |
| 21 | | multiple sclerosis and now cannot play golf. |
| 22 | | And I never did get to play with Dr. Marion. |
| 23 | | And Dee Dee's husband died before I ever |

| | | |
|---|---|---|
| 1 | | got to -- Dee Dee's sister's husband died |
| 2 | | before I ever got a chance to meet him. |
| 3 | Q | When did he die? |
| 4 | A | I don't remember exactly. |
| 5 | Q | You may have told me; what is Dee Dee's |
| 6 | | sister's name? |
| 7 | A | I didn't tell you. Just a minute now. Good |
| 8 | | thing she's not here. I don't remember right |
| 9 | | now. |
| 10 | Q | Other than your wife's sister and your doctor |
| 11 | | friends in Virginia, had you planned to make |
| 12 | | any other visits on that trip? |
| 13 | A | I think we were going to go to Pennsylvania as |
| 14 | | well. |
| 15 | Q | Were you planning to visit someone in |
| 16 | | Pennsylvania? |
| 17 | A | That's where Dee Dee grew up. So I'm sure, |
| 18 | | there's a bunch of people that we would have |
| 19 | | seen there. |
| 20 | Q | Had you made plans to stay over in Pennsylvania |
| 21 | | somewhere? |
| 22 | A | I hadn't made plans, no. |
| 23 | Q | Other than the folks in Virginia that you told |

Vol. 1 - 31

Vol. 1 - 32

| | | |
|---|---|---|
| 1 | | me about and the visit to Pennsylvania, had you |
| 2 | | made any other plans for that vacation? |
| 3 | A | We were going to go back to Long Beach and |
| 4 | | visit with my brother-in-law and I have a beach |
| 5 | | house in Breezy Point, New York, which we were |
| 6 | | never able to visit. |
| 7 | Q | Had you planned to go to your house at Breezy |
| 8 | | Point? |
| 9 | A | Yes, yes. I had friends there. We attended |
| 10 | | the wedding of his son -- I don't remember |
| 11 | | when, but that was up in Rochester, New York, |
| 12 | | so -- |
| 13 | Q | The wedding? |
| 14 | A | The wedding was, yes. But I don't remember |
| 15 | | exactly when it was. It wasn't cold, I know |
| 16 | | that. |
| 17 | Q | I just want to make clear. Going to Breezy |
| 18 | | Point was part of your original plan when you |
| 19 | | came to Massachusetts at that time? |
| 20 | A | Yeah, Breezy Point is not far from Long Beach, |
| 21 | | New York. |
| 22 | Q | Had you planned to stay at Breezy Point? |
| 23 | A | Yes, I have -- my mother-in-law lives in my |

| | | |
|---|---|---|
| 1 | | beach house. |
| 2 | Q | Had you planned to make any other visits other |
| 3 | | than the ones you told me about? |
| 4 | A | No. |
| 5 | Q | Were you planning to drive to Pennsylvania and |
| 6 | | Virginia? |
| 7 | A | Yeah. We had the car for the purpose of |
| 8 | | driving to Virginia. |
| 9 | Q | The car you rented? |
| 10 | A | Yes. |
| 11 | Q | Did you keep that rental car for the entire |
| 12 | | time that you were in -- on the East Coast? |
| 13 | A | Yes. We turned it in four days early, I think, |
| 14 | | or five days early. |
| 15 | Q | I understand that. I'm going to ask you about |
| 16 | | that in a little while. Where did you rent the |
| 17 | | car from? |
| 18 | A | I think it was Avis, but I'm not certain. At |
| 19 | | the Newark Airport. |
| 20 | Q | Did you rent the car under your name? |
| 21 | A | Yes. |
| 22 | Q | What airline did you fly from California to |
| 23 | | Newark? |

Vol. 1 - 33

| | | |
|---|---|---|
| 1 | A | I believe it was Continental. |
| 2 | Q | Okay. Do you have any food allergies? |
| 3 | A | No. |
| 4 | Q | Do you have any other allergies? |
| 5 | A | No. |
| 6 | Q | Had you experienced any food poisoning |
| 7 | | incidents before July, 2001? |
| 8 | A | Yes. |
| 9 | Q | How many? |
| 10 | A | One. |
| 11 | Q | When was that? |
| 12 | A | 1966, I believe. |
| 13 | Q | Tell me about that incident. |
| 14 | A | Staphylococcal food poisoning. It was |
| 15 | | consequent to tartar sauce left in the sun. |
| 16 | Q | Is that the only other food poisoning incident |
| 17 | | that you experienced before the July, 2001 |
| 18 | | wedding? |
| 19 | A | Yes. |
| 20 | Q | Did you have any medical treatment as a result |
| 21 | | of that prior incident? |
| 22 | A | No. |
| 23 | Q | Have you had any gastrointestinal problems for |

Vol. 1 - 34

| | | |
|---|---|---|
| 1 | | which you received medical treatment before |
| 2 | | July, 2001? |
| 3 | A | I've undergone two colonoscopes as part of my |
| 4 | | routine health care. |
| 5 | Q | Were those for a particular problem that you |
| 6 | | were experiencing or was that just part of the |
| 7 | | routine check-up? |
| 8 | A | One was thought to be a check for anemia; it |
| 9 | | proved to be -- I think the anemia was |
| 10 | | iatrogenic. |
| 11 | Q | I'm sorry, it was -- |
| 12 | A | Iatrogenic. |
| 13 | Q | What do you mean by that? |
| 14 | A | I-A-T-R-O-G-E-N-I-C. I kept donating blood for |
| 15 | | chemical tests and I think that's how I got |
| 16 | | anemia. |
| 17 | Q | Okay. |
| 18 | A | Correction. I have had three scopes, not two |
| 19 | | scopes. |
| 20 | Q | When did those colonoscopes take place? |
| 21 | A | 2004, 1999 and 1994, I think. Every five |
| 22 | | years. |
| 23 | Q | Okay. |

Vol. 1 - 35

| | | |
|---|---|---|
| 1 | A | That's -- I know -- I remember distinctly 2004. |
| 2 | Q | Were you taking any medications as of July, |
| 3 | | 2001? |
| 4 | A | Yes. |
| 5 | Q | What medications were you on at that time? |
| 6 | A | Glipizide, G-L-I-P-I-Z-I-D-E, and Glucotrol, |
| 7 | | all diabetic agents. |
| 8 | Q | Both of those medications are? |
| 9 | A | They are both oral diabetic agents. |
| 10 | Q | Do you have diabetes? |
| 11 | A | Yes. |
| 12 | Q | Do you take insulin for it? |
| 13 | A | No. |
| 14 | Q | Were you taking any other medications as of |
| 15 | | July, 2001? |
| 16 | A | I believe I was taking a beta blocker. |
| 17 | Q | What was that for? |
| 18 | A | It was for my heart disease. |
| 19 | Q | Were you taking any other medications? |
| 20 | A | No. Other than a multivitamin, probably |
| 21 | | increased folate, folic acid. I'd have to |
| 22 | | review my charts. |
| 23 | Q | Had you undergone any surgeries for any reason |

Vol. 1 - 36

| | | |
|---|---|---|
| 1 | | before July, 2001? |
| 2 | | MR. GIBSON: How far back do you want him |
| 3 | | to go? |
| 4 | Q | In your life. |
| 5 | A | My entire life? Tonsils and adenoids. |
| 6 | Q | Okay. |
| 7 | A | I think it was probably '39, but I don't know |
| 8 | | for sure. Fractured ankle, 1956. Left knee, |
| 9 | | arthroscopic surgery, 1988, approximately. |
| 10 | | Nasal septal repair, 1967. Okay. Cataract |
| 11 | | repair, I think 1998 and 1999. Coronary artery |
| 12 | | bypass surgery, 2003. Prostatectomy, 2003. I |
| 13 | | think that's it. |
| 14 | Q | Since 1990, other than for the surgeries that |
| 15 | | you've described for me, have you been |
| 16 | | hospitalized for any reason? |
| 17 | A | Following my prostatic surgery, I went into |
| 18 | | renal failure and was hospitalized for that in |
| 19 | | July of 2003. 1990? No, I don't think so. |
| 20 | Q | All right. On July 4th, 2001, two days |
| 21 | | before the wedding as I understand it, what did |
| 22 | | you have to eat on July 4th, 2001? |
| 23 | A | I don't know. |

```
 1  Q    Do you recall what, if anything, you had to
 2       drink on that date?
 3  A    I don't know.
 4  Q    Do you recall whether or not you ate at a
 5       restaurant that day?
 6  A    I don't know. I don't remember that.
 7  Q    What about the following day on July 5th,
 8       2001? Do you recall what, if anything, you ate
 9       on that day?
10  A    No. I do not recall anything I ate July 5th.
11  Q    Do you recall what, if anything, you drank on
12       that day?
13  A    No. I don't recall anything I drank that day
14       either. I'm sure I had water.
15  Q    And do you recall whether or not you ate at a
16       restaurant as opposed to eating at home?
17  A    No, I don't.
18  Q    All right. On July 6th, which I understand
19       is the date of the wedding --
20  A    Yes.
21  Q    What did you eat on that date?
22       MR. GIBSON: Before he got to the --
23  Q    Let me ask a better question. Before you got
```

```
 1       to the wedding, what, if anything --
 2  A    I don't remember that either.
 3  Q    Let me make sure I get the question in --
 4  A    I don't remember if I had any -- I don't
 5       remember what food I had before the wedding
 6       reception.
 7  Q    Do you recall what, if anything, you had to
 8       drink before the wedding reception?
 9  A    Are you talking about the wedding reception at
10       the sit-down dinner or the cocktail hour?
11       There was a cocktail hour before the wedding
12       sit-down dinner.
13  Q    I'm talking about the -- what I'm trying to
14       find out is what you had to eat on the entire
15       day and I'm trying to break it down a little
16       bit. So let me ask you another question and
17       hopefully it will clear it up.
18  A    Sure.
19  Q    What, if anything, did you have to eat before
20       the wedding reception?
21  A    If you include the cocktail hour before the
22       wedding reception, I don't recall what I ate.
23  Q    What, if anything, did you have to drink before
```

```
 1       the wedding reception?
 2  A    If you include the cocktail hour before,
 3       probably water, but I didn't have anything else
 4       that I can remember.
 5  Q    Okay.
 6  A    Coffee. That's by habit.
 7  Q    The water that you recall you may have drank,
 8       was that at the inn or back at the house you
 9       were staying at?
10  A    Probably both.
11  Q    Was that tap water or a bottled water?
12  A    I'm pretty certain that there was bottled water
13       at the beach house.
14  Q    Okay. What about at the inn? Do you know
15       whether that was tap water or bottled water?
16  A    Came out of the pitcher.
17  Q    What did you have to eat at the wedding
18       reception?
19  A    At the sit-down dinner or the cocktail hour?
20  Q    I thought I already asked you about the
21       cocktail hour.
22  A    No, I've kept excluding everything before the
23       cocktail hour.
```

```
 1  Q    Okay. What, if anything, did you have to eat
 2       at the cocktail hour?
 3  A    I remember the shrimp.
 4  Q    Is that shrimp cocktail?
 5  A    They were fresh shrimps. I'm not too much for
 6       cocktail sauce, but --
 7       MR. GIBSON: Do you have this document?
 8       (Document shown to Attorney McGovern.)
 9       MR. MCGOVERN: I do not have it handy, no.
10       MR. GIBSON: If not, you might want to
11       make yourself a copy of it.
12       MR. MCGOVERN: Okay. Let me ask him if he
13       remembers first then I'll refer to that.
14  Q    Do you recall eating anything else at the
15       cocktail hour other than the shrimp?
16  A    I think there were clams there.
17  Q    Did you eat some of the clams?
18  A    If they were available I probably would have
19       eaten them.
20  Q    Did you -- strike that.
21       Do you recall eating anything other than
22       shrimp or clams at the cocktail?
23  A    No, I do not.
```