1   the items that you recall eating at the
2   reception?
3 A Yes.
4 Q I think you indicated you may have eaten some
5   more items that were not checked, you just
6   don't recall now.
7 A I don't recall now and I didn't recall then.
8 Q Okay. What time did you leave the wedding
9   reception?
10 A Approximately an hour and a half after the
11   sit-down dinner started.
12 Q Do you recall around what time that was?
13 A Not specifically, no.
14 Q Was it still light out?
15 A That's the question I've been going over in my
16   mind and nighttime comes late in the Cape, so I
17   think it must have been, at the most, dusk.
18 Q Where did you go from the reception?
19 A Back to, quote, "the beach house."
20 Q How did you get back to the beach house?
21 A Oh, I -- it was my car that went to the
22   reception. I remember driving with Victoria
23   and Dee Dee, and I remember parking the car

1   because I left them off because we were running
2   a little late and they wanted to see the bride
3   come down the stairs.
4 Q This is on the way to the wedding?
5 A Right.
6 Q Okay.
7 A And I don't remember who drove home.
8 Q Do you recall who else was -- strike that.
9   Did you take the car home from the
10   wedding?
11 A Yes.
12 Q Do you recall who else was in the car besides
13   you?
14 A Dolores Rose.
15 Q And was anybody else in the car?
16 A No, Dolores, Victoria -- and I'm not certain
17   Victoria returned with us either. So --
18 Q Did you have anything to eat after leaving the
19   wedding reception on that day?
20 A No. Not that I recall.
21 Q Did you -- strike that.
22   I understand you went back to the beach
23   house. Did you go anywhere else that day?

1 A No. I would presume you mean after the
2   wedding.
3 Q Yes.
4 A No, I did not go anywhere after the wedding but
5   back to the beach house.
6 Q What time did you go to sleep?
7 A Probably an hour, after performing some
8   necessary functions.
9 Q By the time you went to sleep that night, had
10   you experienced any symptoms from anything you
11   ate?
12 A No.
13 Q When was it that you first experienced any kind
14   of symptoms that you attribute to the
15   salmonella?
16 A I think it was on the 8th of July. This
17   conflicts with the date I put down on this
18   form. The form -- the date on the form was
19   7/9. The date that I believe it happened was
20   the 7th or the 8th.
21   My explanation is, is most weddings occur
22   on Saturday, not on a Friday. And I knew I was
23   all right going home in order to drive from

1   Cape Cod down to New Jersey. I wasn't ill
2   until I reached New Jersey. So I must have
3   miscalculated as to what the date was.
4 Q So where were you when you first started
5   experiencing any kind of symptom?
6 A In Rumson, New Jersey, at my son Justin's
7   house.
8 Q Now that is, you now recall, on the 8th?
9 A I recall it on the 8th, right, which was a
10   Sunday, I believe.
11 Q What did you first experience?
12 A Well, if I can date it as to 1400, meaning
13   2:00 p.m., it must have been explosive
14   diarrhea.
15 Q Before having the explosive diarrhea, did you
16   experience any nausea or dizziness or any other
17   kind of symptom?
18 A I may have some malaise, M-A-L-A-I-S-E. I
19   don't recall. One somewhat forgets the less
20   striking symptoms if one has explosive
21   diarrhea.
22 Q I understand. What I'm trying to find out is
23   if you experienced any other symptoms before

| | | |
|---|---|---|
| 1 | | you had the diarrhea? |
| 2 | A | I don't recall. |
| 3 | Q | I'm going to back up a little bit. On the day |
| 4 | | after -- strike that. |
| 5 | | When did you leave the beach house? |
| 6 | A | On the 7th in the morning. |
| 7 | Q | That was the day after the wedding? |
| 8 | A | It was the morning after the wedding, yes. |
| 9 | Q | Do you recall eating anything on the 7th? |
| 10 | A | No. |
| 11 | Q | Do you recall what, if anything, you had to |
| 12 | | drink on the 7th? |
| 13 | A | Specifically, no. |
| 14 | Q | Where did you go after leaving the beach house? |
| 15 | A | Back to New Jersey, via turnpike, I guess. |
| 16 | Q | You were driving your rental car? |
| 17 | A | I was driving the rental car. |
| 18 | Q | Who else was in the car? |
| 19 | A | Dolores Rose. |
| 20 | Q | Just the two of you? |
| 21 | A | I believe just the two of us. |
| 22 | Q | Did you make any stops along the way? |
| 23 | A | Probably for sure for gas. |

| | | |
|---|---|---|
| 1 | Q | Did you stay overnight along the way? |
| 2 | A | No. |
| 3 | Q | Did you stop anywhere to eat on that trip? |
| 4 | A | I don't recall. |
| 5 | Q | Did you bring any food with you in the car? |
| 6 | A | I don't think so. |
| 7 | Q | Is it your son Justin that lives in Rumson? |
| 8 | A | That's correct. |
| 9 | Q | Had he returned to Rumson already? |
| 10 | A | No. |
| 11 | Q | Was he traveling at the same time that you and |
| 12 | | your wife were? |
| 13 | A | I think he started off later than us and he |
| 14 | | never made it home because his wife was being |
| 15 | | hospitalized at Norwalk Hospital, |
| 16 | | N-O-R-W-A-L-K. |
| 17 | Q | And his wife is Victoria? |
| 18 | A | That's correct. |
| 19 | Q | Had you planned to arrive at the Rumson house |
| 20 | | before Justin? |
| 21 | A | We're like two independent entities. I don't |
| 22 | | know if there was any contingency who was going |
| 23 | | to be there first. |

| | | |
|---|---|---|
| 1 | Q | I'm just trying to get an idea as to what the |
| 2 | | plan was that day. I understand you and your |
| 3 | | wife were going back to the Rumson house, |
| 4 | | correct? |
| 5 | A | That's right. |
| 6 | Q | Was -- strike that. |
| 7 | | Did you have a key to get back in? |
| 8 | A | No, but I'm pretty certain -- they have |
| 9 | | servants. |
| 10 | Q | Other than Justin and his family, was anyone |
| 11 | | else going back to the Rumson house? |
| 12 | A | I don't recall. |
| 13 | Q | Do you recall what time you left the beach |
| 14 | | house at the Cape? |
| 15 | A | In the mid-morning. |
| 16 | Q | What time did you arrive at the Rumson house? |
| 17 | A | I don't recall. |
| 18 | Q | It was on the same day, though, correct? |
| 19 | A | That's correct. |
| 20 | Q | Did you sleep at the Rumson house that night? |
| 21 | A | Yes. |
| 22 | Q | You indicated that Justin and his family never |
| 23 | | made it back to the Rumson house that night, |

| | | |
|---|---|---|
| 1 | | correct? |
| 2 | A | That's correct. |
| 3 | Q | Did you find out some time during that day that |
| 4 | | Victoria had to be hospitalized? |
| 5 | A | I think it was in the evening of the 8th that |
| 6 | | we found that they had to stop because of |
| 7 | | gastrointestinal problems. |
| 8 | Q | Had you expected them to come back on the 7th? |
| 9 | A | No. I think they were coming back later than |
| 10 | | we were, but I don't recall that. |
| 11 | Q | Did you eat anything once you got back to the |
| 12 | | house in Rumson? |
| 13 | A | I don't recall. |
| 14 | Q | Do you recall going out to a restaurant at any |
| 15 | | time during the day of the 7th? |
| 16 | A | No, I do not. |
| 17 | Q | What did you do on -- when you got up on the |
| 18 | | 8th? |
| 19 | A | Probably went down and saw my -- well, did I |
| 20 | | see any grandchildren? I don't remember. |
| 21 | Q | Were you at the house at the time that you |
| 22 | | first experienced diarrhea? |
| 23 | A | Yes. |

1  Q   And that was, as you recall, around 2:00 in the
2      afternoon?
3  A   I put down the date of 2:00 in the afternoon
4      because I'm trying to think of what would stick
5      in my memory. I'm sure that explosive diarrhea
6      episode would do so.
7  Q   Now, is that something you're reading from
8      Exhibit 1?
9  A   There's a date and time. And I corrected the
10     date, I think the time must be the same.
11 Q   Okay. Do you recall what, if anything, you had
12     to eat on the 8th?
13 A   No. I do not recall anything I had to eat on
14     the 8th.
15 Q   Do you recall anything you had to drink on that
16     day?
17 A   Specifically, no.
18 Q   Did your wife experience any symptoms from the
19     salmonella before you did?
20 A   I don't know the relationship. I know exactly
21     when I had, I think, an episode. You'd have to
22     ask her when she had her episode.
23 Q   You don't recall if she experienced symptoms

1      before or after you started to?
2  A   Nope, I don't. I recall the course of the
3      illness, but not the onset.
4  Q   Well, that's where I'm going to next as you
5      might expect. At the time you first
6      experienced diarrhea on the 8th, what was the
7      frequency at that time?
8  A   We calculated that it was probably every -- it
9      seemed, let's say, it seemed like every ten
10     minutes or five minutes.
11         I don't think that could be physically
12     possible, but as soon as one finished the trip
13     into the bathroom and then pick up soiled
14     material on the floor or change your shorts or
15     clean up the bathroom and hopefully not have
16     soiled the bedclothes that time.
17         It seems like you just got back into bed
18     and you had to go back out again, so it was
19     frequent.
20 Q   And I'm talking now about when you first
21     started to experience diarrhea; did you
22     immediately go to bed after the first episode?
23 A   Yes. It -- it -- after the first episode, one,

1      you didn't want to feel -- you didn't feel
2      good, you did have the muscle aches, you had
3      cramping, you had tenesmus, that's spasm of the
4      anal sphincter. I think I threw up then.
5          I know I had chills and fevers during the
6      first day, headache. Just a little bit of
7      pounding -- I was tired. The tiredness
8      remained, the diarrhea was persistent. It was
9      dehumanizing.
10         Very fortunate where we were located in
11     the house were two commodes; otherwise it would
12     have been a disaster. I believe in sharing,
13     but that wasn't going to happen.
14 Q   Had Justin and his family returned by the time
15     you first experienced the diarrhea?
16 A   No.
17 Q   Who was in the house at that time besides
18     yourself and your wife?
19 A   Well, they have servants that come in and out.
20     That's one I don't know. The house is
21     relatively large, we were upstairs in our own
22     quarters. There's two bedrooms upstairs, the
23     other one was not occupied. There was two

1      toilets upstairs and we remained essentially
2      upstairs for four days or five.
3  Q   All right. You indicated that you recall
4      vomiting on the 8th?
5  A   I checked off vomiting as one of my symptoms,
6      I'm sure it was probably early in the course.
7  Q   Are you saying that you recall it being on the
8      first day you started experiencing symptoms?
9  A   I said early in the course, either the first or
10     second day.
11 Q   How frequently were you vomiting?
12 A   Maybe once or twice. There wasn't very much to
13     throw up. It was more like dry heaves.
14 Q   And do you recall your symptoms getting worse
15     as the day went on?
16 A   Symptoms changed. Cramping started. There's
17     other symptoms that are not listed such as it
18     was so much diarrhea.
19         It was very fortunate that there was
20     infants in the house because they had medicated
21     wipes. Because everything down in the perineal
22     area was sore, inflamed, raw, chafed, very
23     uncomfortable. So that all the baby equipment

1    that I could find I used.
2         I did have the fever and the chills, you
3    would sweat through the bedclothes and
4    hopefully find some new ones, headache. Yup.
5         It's not knowing -- one could never pass
6    any gas without fear of losing sphincter
7    control. Of course you weren't hungry, no
8    thought about food. No thought about food. It
9    was a horrible experience.
10 Q  How long did you remain in bed?
11 A  I think three or four days.
12 Q  Did Justin and his family return to Rumson
13    during that time period?
14 A  In three or four days?
15 Q  Yeah.
16 A  Well, I know on the Sunday that Justin called
17    for help, and I was unable to go up to help
18    him. Griffin went up and helped him. Victoria
19    was hospitalized and Justin needed help with
20    Teddy to get back to New Jersey.
21         He returned from Connecticut; I didn't get
22    to see -- I don't know exactly when. I was
23    upstairs in my exclusive -- upstairs in my

1    hibernation.
2 Q  Let me try to clarify something. You said
3    Justin called you?
4 A  Called looking for help.
5 Q  On the telephone?
6 A  Um-hum.
7 Q  Okay.
8 A  No, he called looking for help, but I -- yeah,
9    it was on the telephone.
10 Q  Where did he call from?
11 A  Connecticut.
12 Q  Was that at -- was he at the hospital when he
13    called?
14 A  I don't know whether he was at the hospital or
15    the hotel or the motel or what. I was in no
16    shape to do anything.
17 Q  Do you recall when Justin returned to Rumson?
18 A  It was either Sunday or Monday or Tuesday.
19    Those were lost days.
20 Q  Was your wife also confined to bed for three or
21    four days?
22 A  I don't know. I mean, she was in bed so much I
23    thought she was part of it except for her

1    little trips to the bathroom.
2 Q  Do you know if she was in bed for a longer
3    period of time or a shorter period of time than
4    you were?
5 A  I think she was in a longer period of time
6    than I.
7 Q  During that three or four-day period, were you
8    able to sleep at all?
9 A  I think I slept in between diarrhea episodes.
10 Q  Were you able to eat anything during that three
11    or four-day time period?
12 A  I specifically do not recall eating anything
13    during those days, no.
14 Q  Did you take any medication during that time
15    period?
16 A  I got Lomotil, an antidiarrhertic. Wasn't very
17    effective.
18 Q  Had you improved any by the end of the three or
19    four-day period?
20 A  I improved enough that I, after consulting with
21    the -- my infectious disease colleagues from
22    Huntington that I went and got stool cultures
23    on Friday because of the fact that if you wait

1    too long, all of the salmonella that are
2    recoverable by culture are gone, and I wanted
3    to prove that the stool cultures were positive.
4 Q  All right. Did you -- where did you go to get
5    the stool cultures?
6 A  Monmouth Hospital, Monmouth, New Jersey, about,
7    I don't know, maybe 10 miles away, 7 miles
8    away.
9 Q  How did you get to the hospital?
10 A  Drove in a car.
11 Q  Did anyone go with you?
12 A  Dolores Rose.
13         MR. GIBSON: Do you have these documents?
14    I'm sure we've given them to you before but
15    those are the two stool samples.
16         MR. MCGOVERN: Yes.
17 Q  Okay. Let me show you these two documents and
18    ask if you can identify those.
19 A  These are referral cultures from Mammoth to the
20    New Jersey State Department of Health.
21         MR. MCGOVERN: Okay. Let me have those
22    marked for identification.
23         (Documents marked as Exhibits No. 3 and

| | | |
|---|---|---|
| 1 | | No. 4 for identification.) |
| 2 | Q | The document that's been marked as Exhibit |
| 3 | | No. 3, does that refer to the culture you have |
| 4 | | been speaking about? |
| 5 | A | Yes. |
| 6 | Q | Does that give the date on which that culture |
| 7 | | was given? |
| 8 | A | The collection date is dated as |
| 9 | | July 13th, 2001. |
| 10 | Q | Generally speaking, what is the purpose of a |
| 11 | | culture? |
| 12 | | MR. GIBSON: You mean a stool culture? |
| 13 | | MR. MCGOVERN: Yes. |
| 14 | A | To identify the cause of the agent that results |
| 15 | | in diarrhea and gastric -- and gastroenteritis. |
| 16 | Q | Does Exhibit 3 give a result of the culture? |
| 17 | A | Yes, it does. |
| 18 | Q | And what is the result? |
| 19 | A | Salmonella. |
| 20 | | MR. GIBSON: Do you want to give the |
| 21 | | serotype? |
| 22 | A | No. |
| 23 | Q | On Exhibit No. 4, can you identify that exhibit |

| | | |
|---|---|---|
| 1 | | for me, please? |
| 2 | A | It's a report from the New Jersey State |
| 3 | | Department of Health to Monmouth Medical |
| 4 | | Center. I'll correct myself: Long Branch, New |
| 5 | | Jersey, not Monmouth, New Jersey. It reflects |
| 6 | | the causative agent as being salmonella from |
| 7 | | the stool. |
| 8 | Q | Exhibit 4 is for your wife, is that correct? |
| 9 | A | It's Dolores Rose Gmelich, yes. |
| 10 | Q | There's a -- strike that. |
| 11 | | What's the collection date on Exhibit |
| 12 | | No. 4? |
| 13 | A | The collection date is labeled 7/14 but it was |
| 14 | | done on, to my knowledge, because we had it |
| 15 | | done together, on 7/13. |
| 16 | Q | Other than having the culture done, did you |
| 17 | | receive any treatment at Monmouth Hospital? |
| 18 | A | No. |
| 19 | Q | Did your wife receive any treatment? |
| 20 | A | No. |
| 21 | Q | Before the 13th, had you received any medical |
| 22 | | treatment for the -- |
| 23 | A | We took Lomotil and physiological solutions to |

| | | |
|---|---|---|
| 1 | | replace the fluid being expelled in our -- in |
| 2 | | our diarrhea episodes. |
| 3 | Q | What do you mean by physiological solutions? |
| 4 | A | Usually salt solutions with potassium. |
| 5 | Q | Had you left the house for any reason before |
| 6 | | going to the hospital on the 13th? |
| 7 | A | I don't think so. |
| 8 | Q | As of the 13th, were you still experiencing |
| 9 | | diarrhea symptoms? |
| 10 | A | Yes, but not as frequently. The first several |
| 11 | | days it was impossible to go anywhere except in |
| 12 | | a close proximity to the bathroom because it |
| 13 | | was uncertain of when an episode of explosive |
| 14 | | diarrhea would occur. And I didn't want to |
| 15 | | embarrass myself any more than the |
| 16 | | embarrassment that I had suffered already. |
| 17 | Q | What was the frequency as of the 13th? |
| 18 | A | I don't recall. Probably had two -- at least |
| 19 | | two-hour periods of freedom. |
| 20 | Q | So roughly every two hours you were still |
| 21 | | experiencing diarrhea at that time? |
| 22 | A | I don't know the answer to that. |
| 23 | Q | Do you recall how long you were at the hospital |

| | | |
|---|---|---|
| 1 | | for? |
| 2 | A | I think I was there probably for, including the |
| 3 | | commute back and forth, maybe two to three |
| 4 | | hours. |
| 5 | Q | Did you make any other stops between the house |
| 6 | | and the hospital? |
| 7 | A | No, and we utilized the facilities at the |
| 8 | | hospital for the stool collection. |
| 9 | Q | Some of the documents that I've received from |
| 10 | | your lawyer indicate that there were occasions |
| 11 | | in which you soiled your pants during this time |
| 12 | | period. How many occasions did you soil your |
| 13 | | pants? |
| 14 | A | Are we talking about long pants or underwear? |
| 15 | Q | Well, why don't you tell me both? |
| 16 | A | I think I probably lost four or five or six |
| 17 | | pairs of shorts. Two to three long pairs of |
| 18 | | pants, including a good suit. |
| 19 | Q | Did all of those -- strike that. |
| 20 | | Did you also soil bed sheets? |
| 21 | A | Yes, I did. |
| 22 | Q | How many times did that happen, if you can |
| 23 | | recall? |

| | | |
|---|---|---|
| 1 | Q | Did you have anything to drink at the cocktail |
| 2 | | hour? |
| 3 | A | Glass of red wine, maybe two. |
| 4 | Q | All right. Then there was a sit-down dinner at |
| 5 | | the reception? |
| 6 | A | Yes. |
| 7 | Q | What did you have to eat at the dinner? |
| 8 | A | I believe there was shrimp, clams, like a |
| 9 | | turkey dish and a meat dish. And I -- |
| 10 | | honestly, I filled out a form and I don't |
| 11 | | remember anything else. |
| 12 | Q | Let me show you this. |
| 13 | | (Document handed to the witness.) |
| 14 | Q | I'm showing you a one-page document. If you |
| 15 | | could look at that and I'll ask you some |
| 16 | | questions based on that. |
| 17 | A | Okay. I'm ready. |
| 18 | Q | Can you identify that document? |
| 19 | A | Yes. |
| 20 | Q | What is that? |
| 21 | A | It's a form that was distributed by the Harwich |
| 22 | | Health Department. |
| 23 | Q | Before I get too much further, I'm going to |

| | | |
|---|---|---|
| 1 | | have that marked as an exhibit. |
| 2 | | (Document marked as Exhibit No. 1 for identification.) |
| 3 | | |
| 4 | Q | Is that the form that you recall filling out? |
| 5 | A | Yes. |
| 6 | Q | When did you fill that form out? |
| 7 | A | It's not dated. |
| 8 | Q | Do you recall when you filled that out? |
| 9 | A | Well, there is one date on it which is |
| 10 | | July 15th, 5:36 p.m. which is "effects." |
| 11 | Q | That's at the top of the page, correct? |
| 12 | A | Left-hand top of the page. |
| 13 | Q | Do you know whether or not that is the time and |
| 14 | | date on which you filled out this form? |
| 15 | A | I do not. |
| 16 | Q | Do you recall where you were when you filled |
| 17 | | out this form? |
| 18 | A | I was in La Quinta, California. |
| 19 | Q | You were back in California then? |
| 20 | A | Yes. |
| 21 | Q | Does this form indicate what you ate at the |
| 22 | | wedding reception? |
| 23 | A | It indicates what I remembered I ate. There's |

Vol. 1 - 43

Vol. 1 - 44

| | | |
|---|---|---|
| 1 | | a possibility that I didn't -- I had more. |
| 2 | Q | Okay. |
| 3 | | MR. GIBSON: Do you have this document? |
| 4 | | (Document shown to Attorney McGovern.) |
| 5 | | MR. MCGOVERN: Yes, I think I do have |
| 6 | | that. |
| 7 | | MR. GIBSON: It talks about the prompt |
| 8 | | return of the survey today. And it is dated |
| 9 | | July 16th. |
| 10 | Q | Let me show you this. Dr. Gmelich, do you |
| 11 | | recognize this page? |
| 12 | A | Yes. |
| 13 | Q | What do you recognize that to be? |
| 14 | A | It's a thank you note from Miss Paula |
| 15 | | Champagne, Harwich Health Department, thanking |
| 16 | | us for the prompt return of the surveys that |
| 17 | | she sent us. |
| 18 | | MR. MCGOVERN: Let me have that marked as |
| 19 | | an exhibit. |
| 20 | | (Document marked as Exhibit No. 2 for identification.) |
| 21 | | |
| 22 | Q | Do you remember receiving that thank you note? |
| 23 | A | Vaguely, yes. |

| | | |
|---|---|---|
| 1 | Q | Is that your fax number that's indicated in the |
| 2 | | left-hand column? |
| 3 | A | (760)564-4312 is my fax number. |
| 4 | Q | Do you understand the survey that is referenced |
| 5 | | on Exhibit No. 2 to be the form that's been |
| 6 | | marked as Exhibit No. 1? |
| 7 | A | That's correct. |
| 8 | Q | And is Exhibit No. 2 dated? |
| 9 | A | Dated July 16, 7/16. |
| 10 | Q | Is that date consistent with your memory as to |
| 11 | | when you may have sent the survey to |
| 12 | | Miss Champagne? |
| 13 | A | I have no independent recall, but there are two |
| 14 | | dates that would affirm that that's what |
| 15 | | happened. |
| 16 | Q | Do you have any reason to think that it wasn't |
| 17 | | around that time that you filled out the |
| 18 | | survey? |
| 19 | A | No, I do not have any reason to think that it's |
| 20 | | not around the time of the survey. |
| 21 | Q | Okay. Let me ask you some more questions about |
| 22 | | Exhibit No. 1. There are items in the |
| 23 | | left-hand column that are checked. Are those |