COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS.        SUPERIOR COURT DEPARTMENT
                       C.A. NO. 04-384

JOHN T. GMELICH AND DOLORES ROSE,

               Plaintiffs

vs.

PLEASANT BAY GROUP, INC., D/B/A THE WEQUASSETT
INN RESORT AND GOLF CLUB,

               Defendant

DEPOSITION OF DOLORES ROSE, taken pursuant to Notice under the applicable provisions of the Massachusetts Rules of Civil Procedure, on behalf of the Defendant, before Alice M.S. DesVergnes, R.P.R., a Notary Public in and for the Commonwealth of Massachusetts, at the office of Tucker, Heifetz & Saltzman, LLP, Three School Street, Boston, MA 02108, commencing on Wednesday, December 8, 2004, at 1:30 p.m.

NEAL A. SALLOWAY - COURT REPORTERS
FIVE CARDIGAN ROAD
WEST PEABODY, MA 01960
(781) 581-3993  (978) 535-0313  FAX  (978) 535-1142

APPEARANCES:

DONALD L. GIBSON, ESQ.
DRISCOLL & GIBSON
1000 PLAIN STREET
MARSHFIELD, MA 02050
  Counsel for the Plaintiffs

WILLIAM P. MCGOVERN, JR., ESQ.
TUCKER, HEIFETZ & SALTZMAN, LLP
THREE SCHOOL STREET
BOSTON, MA 02108
  Counsel for the Defendants

ALSO PRESENT: John Gmelich

NEAL A. SALLOWAY - COURT REPORTERS
FIVE CARDIGAN ROAD
WEST PEABODY, MA 01960
(781) 581-3993  (978) 535-0313  FAX  (978) 535-1142

---

           I N D E X

DEPONENT                           DIRECT
DOLORES ROSE
    By Mr. McGovern              4

          E X H I B I T S
EXHIBIT NO.   DESCRIPTION        PAGE NO.
1             Form filled out by Ms. Rose    22

---

       S T I P U L A T I O N S

It is hereby stipulated and agreed by and between counsel for the respective parties that all objections, except as to form, are reserved until the time of trial, including motions to strike.

It is further stipulated and agreed that the reading and signing of the deposition are not waived. Notarization is waived.

DOLORES ROSE, having duly affirmed that her testimony will be the truth, the whole truth, and nothing but the truth and having produced a valid Passport for identification purposes, testified as follows in answer to direct interrogatories by Mr. McGovern:

18 Q  Good afternoon. Please state your name for the
19    record.
20 A  Dolores Rose. D-O-L-O-R-E-S.
21 Q  What is your date of birth?
22 A  3/13/33.
23 Q  What is your Social Security number?

Vol. 1 - 5

| | | |
|---|---|---|
| 1 | A | 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. |
| 2 | Q | Mrs. Rose, you were present for your husband's |
| 3 | | deposition so I'm just going to inform you that |
| 4 | | the same rules will apply. And if you want to |
| 5 | | take a break for any reason, just speak up and |
| 6 | | I'll be happy to let you do that. |
| 7 | | You are married to Dr. Gmelich, correct? |
| 8 | A | Right. |
| 9 | Q | When did you get married? |
| 10 | A | June 6th in '99. |
| 11 | Q | Is this your first marriage? |
| 12 | A | No. |
| 13 | Q | Is this your second marriage? |
| 14 | A | No. |
| 15 | Q | When were you first married? |
| 16 | A | First married in, let's see, June 4th, 1955. |
| 17 | Q | To whom? |
| 18 | A | To Dale Hultgren, H-U-L-T-G-R-E-N. |
| 19 | Q | Okay. Did you -- |
| 20 | A | That ended in divorce. |
| 21 | Q | When did you get divorced? |
| 22 | A | In 1972. |
| 23 | Q | Then you remarried? |

Vol. 1 - 6

| | | |
|---|---|---|
| 1 | A | Remarried. |
| 2 | Q | When did you get remarried? |
| 3 | A | 11/5/77. I have to think about these. I know |
| 4 | | it's '55, '77, '99. |
| 5 | Q | What was your second husband's name? |
| 6 | A | Leroy, it's all one word, L-E-R-O-Y, Rose. He |
| 7 | | had no middle name. |
| 8 | Q | When did that marriage end? |
| 9 | A | With his death in May 1st, '96. |
| 10 | Q | And you were married again between the time of |
| 11 | | your marriage to Mr. Rose and the time to |
| 12 | | Dr. Gmelich? |
| 13 | A | Yes. No. No. |
| 14 | Q | You were not married? |
| 15 | A | No. |
| 16 | Q | It's a poor way to ask the question because no |
| 17 | | matter what, the answer is -- it's confusing. |
| 18 | | My fault. |
| 19 | | Do you have any children? |
| 20 | A | I have three. |
| 21 | Q | Who are your children? |
| 22 | A | David Hultgren. |
| 23 | Q | How old is he? |

Vol. 1 - 7

| | | |
|---|---|---|
| 1 | A | He is 46. I have to think about these things. |
| 2 | Q | Do you have any other children? |
| 3 | A | Dawn, D-A-W-N, a girl, August 14th -- I mean |
| 4 | | August 18th, in '60. |
| 5 | Q | That's her date of birth? |
| 6 | A | Yes. |
| 7 | Q | What's her last name? |
| 8 | A | Hultgren. Well, now it's Thomas. She reverted |
| 9 | | back to my maiden name. |
| 10 | Q | Your maiden name is Thomas? |
| 11 | A | Right. |
| 12 | Q | And who is your third child? |
| 13 | A | Derek, D-E-R-E-K, and he will be 44. |
| 14 | Q | Is he Derek Hultgren? |
| 15 | A | Hultgren, um-hum. He is 43 right now, but just |
| 16 | | next Tuesday is his birthday. |
| 17 | Q | What's your current address? |
| 18 | A | 54725 Inverness Way, La Quinta, |
| 19 | | California, 92253. |
| 20 | Q | How long have you lived at that address? |
| 21 | A | It's going on five years. |
| 22 | Q | Are you presently employed? |
| 23 | A | No. |

Vol. 1 - 8

| | | |
|---|---|---|
| 1 | Q | Have you ever been employed? |
| 2 | A | I worked for my late husband and he was an |
| 3 | | architect in the architectural field. |
| 4 | Q | What sort of work did you do for -- |
| 5 | A | I did public relations and secretarial, kept |
| 6 | | his books for him. I was kind of a |
| 7 | | jack-of-all-trades. |
| 8 | Q | When was -- strike that. |
| 9 | | Did you get paid money for doing that? |
| 10 | A | No. Well, no. The money that he brought in |
| 11 | | was ours. |
| 12 | Q | It wasn't like you got a weekly paycheck? |
| 13 | A | No. |
| 14 | Q | Did he form a company? |
| 15 | A | Yes. He had a company. |
| 16 | Q | What was the name of the company? |
| 17 | A | It was Environmental Development Company. |
| 18 | Q | Was that a corporation? |
| 19 | A | No. |
| 20 | Q | Other than you and your husband, was there |
| 21 | | anyone else involved in that company? |
| 22 | A | No. He also was a contractor, and it was |
| 23 | | subcontractors that he designed and built. |

1  Q  When did you last work in that capacity?
2  A  When he passed away, I was no longer working,
3     but prior to that, he did have his
4     architectural firm and I got paid for that.
5  Q  Is the architectural firm different from the
6     Environmental Development Company?
7  A  No.
8  Q  So --
9  A  Well, he had architects employed or draftsmen
10    employed by them.
11 Q  Let me try to clarify this in my own mind.
12    When was the last time that you worked?
13 A  That I worked, in '79. Oh, no. Wait, wait,
14    wait. Up until -- I was thinking of when we
15    moved to Palm Springs, but it was '95, right
16    before he died.
17 Q  That was doing public relations and secretarial
18    work?
19 A  Right.
20 Q  For how long were you doing that work?
21 A  About five years.
22 Q  Do you claim to have lost any earnings as a
23    result of the salmonella incident?

1  A  No.
2  Q  You were present for your husband's testimony
3     so I do not intend to go over all the details
4     with you over again. I will ask you some of
5     those questions just to find out what you can
6     recall that perhaps your husband didn't. So if
7     there's some repetition, please bear with me.
8     It's not intentional.
9     What was your original plan for traveling
10    to Massachusetts for these weddings?
11 A  For the weddings, our original plan?
12 Q  Yes.
13 A  We just -- we planned to go to the weddings and
14    then go on to the trip to -- south to Virginia,
15    and planned to visit my sister and my
16    brother-in-law. And the two doctors that he
17    mentioned, we were going to play golf.
18    And then just leisurely drive back, not
19    any date, especially just to get back in time
20    to go to the wedding in Tahoe.
21 Q  I believe your husband testified that you
22    arrived in Massachusetts on June 28th; is that
23    your memory as well?

1  A  Is that what?
2  Q  That you arrived in Massachusetts on June 28th,
3     2001, is that your memory?
4  A  Yes.
5  Q  And you went to the first wedding, if you will,
6     on that weekend, correct?
7  A  Yes.
8  Q  Who got married in that first wedding?
9  A  Mary Azzarto.
10 Q  Do you recall where that wedding was?
11 A  It was in Cape Cod.
12 Q  Do you recall what town it took place in?
13 A  Hyannis. At the Sheraton Hotel.
14 Q  And that's also where you stayed, correct?
15 A  Yes.
16 Q  How many nights did you stay at the Sheraton?
17 A  I think just one or two nights. Yeah.
18 Q  Did you go directly from, after you checked out
19    at the Sheraton, to the beach house that Justin
20    had rented?
21 A  Yes.
22 Q  Where was the beach house located?
23 A  You know, I don't know. I know it was on the

1     beach.
2  Q  It was on Cape Cod somewhere, correct?
3  A  Right. It wasn't -- I don't know. I can't
4     remember where it was.
5  Q  How far away was it from where the Dien/Dupont
6     wedding took place?
7  A  I don't know. It wasn't far though. That's
8     why they got the house there, I'm sure.
9  Q  Did you have any role in renting the house?
10 A  No.
11 Q  That's the way I like to do it, too. You just
12    show up, right?
13 A  Right.
14 Q  Do you know who he rented the house from?
15 A  No.
16 Q  Who paid for the rental?
17 A  Justin, I'm sure.
18 Q  Did you folks pay part of the rental for the
19    week?
20 A  No. I don't think so.
21 Q  Going back to your original plan, after you
22    attended the Dien/Dupont wedding, you had
23    planned to leave the beach house the following

| | | |
|---|---|---|
| 1 | | day, is that correct? |
| 2 | A | Yes. |
| 3 | Q | What was your plan from then until you went |
| 4 | | back to California? |
| 5 | A | From -- say that again, would you please. |
| 6 | Q | As I understand it, you had, as part of your |
| 7 | | original plan, you had planned to leave the |
| 8 | | beach house on the day after the Dien/Dupont |
| 9 | | wedding, is that correct? |
| 10 | A | That's correct. |
| 11 | Q | What was your original plan for what you would |
| 12 | | do from there? |
| 13 | A | From there we were going to drive south and |
| 14 | | extend our vacation, go on to Virginia. And |
| 15 | | then we were coming back to stay in Newark |
| 16 | | again because we were supposed to fly out of |
| 17 | | there. But on the way back, we had kind of |
| 18 | | planned to go through Pennsylvania. |
| 19 | | We didn't have any real definite -- we did |
| 20 | | know we were going to my sister's and to the |
| 21 | | doctors, but we didn't have real definite plans |
| 22 | | for the other. |
| 23 | Q | What's your sister's name? |

| | | |
|---|---|---|
| 1 | A | Nora Wargo, W-A-R-G-O. |
| 2 | Q | Where does she live? |
| 3 | A | She lives in Virginia. |
| 4 | Q | Do you know what town or city? |
| 5 | A | You know, I'm trying to think, it's a real odd |
| 6 | | name, and I've got it on my computer. So |
| 7 | | everything I do, I go to the computer and just |
| 8 | | hit it out, and I don't have the city. |
| 9 | Q | You had planned to drive there, though, |
| 10 | | correct? |
| 11 | A | Yes. |
| 12 | Q | Had you originally planned to stop first in New |
| 13 | | Jersey on your way to Virginia? |
| 14 | A | I don't think that we did. I really can't |
| 15 | | remember about that. I know that we had it on |
| 16 | | our agenda to come back to New Jersey. And |
| 17 | | then to fly home in time for the wedding. |
| 18 | Q | Where had you planned to stay in Virginia? |
| 19 | A | In Virginia? |
| 20 | Q | Yeah. |
| 21 | A | Well, we were going to stay with my sister, |
| 22 | | then we were going to stay at Dr. Feldman's. |
| 23 | Q | Do you know what town or city Dr. Feldman |

| | | |
|---|---|---|
| 1 | | lived in? |
| 2 | A | I don't know. |
| 3 | Q | Do you know how far away, roughly, his place |
| 4 | | was from your sister's place? |
| 5 | A | I have no idea because we didn't get there. |
| 6 | Q | How many nights did you plan to stay in |
| 7 | | Virginia, either at your sister's place or |
| 8 | | Dr. Feldman's place? |
| 9 | A | Just one. One probably at my sister's, maybe |
| 10 | | two at Dr. Feldman's. Because we planned to |
| 11 | | play golf with him. |
| 12 | Q | Do you play golf as well? |
| 13 | A | Yes. |
| 14 | Q | Had you brought golf clubs with you on the |
| 15 | | trip? |
| 16 | A | I don't think we did. I think we planned -- |
| 17 | | oh, maybe we did. I'm trying to think. I have |
| 18 | | no idea. I can't remember. |
| 19 | Q | All right. Your husband may have discussed |
| 20 | | this. I'm going to ask you again anyway. Did |
| 21 | | you have plans to visit anyone in particular in |
| 22 | | Pennsylvania? |
| 23 | A | Just my aunt. |

| | | |
|---|---|---|
| 1 | Q | Who is that? |
| 2 | A | That's Beatrice Heeter. |
| 3 | Q | What's her last name? Can you spell her last |
| 4 | | name for me? |
| 5 | A | H-E-E-T-E-R. |
| 6 | Q | Where did she live in Pennsylvania? |
| 7 | A | She lived in Windber, W-I-N-D-B-E-R. |
| 8 | Q | That's in Pennsylvania? |
| 9 | A | Pennsylvania, um-hum. |
| 10 | Q | Had you planned to stay overnight at your Aunt |
| 11 | | Beatrice Heeter's house? |
| 12 | A | We would have stayed one night, probably, |
| 13 | | there. |
| 14 | Q | Was it your original plan to return to |
| 15 | | California around July 17th? |
| 16 | A | July 17th. I think that was it. I'd have to |
| 17 | | look at the itinerary again, probably. |
| 18 | Q | Do you still have a copy of the itinerary |
| 19 | | somewhere? |
| 20 | A | We do somewhere, yeah. |
| 21 | Q | Do you know how much you paid for the original |
| 22 | | round trip tickets? |
| 23 | A | I don't. |

| | | |
|---|---|---|
| 1 | Q | Flying from California to Newark, did you fly |
| 2 | | first class or coach? |
| 3 | A | Coach. |
| 4 | Q | Do you have any food allergies? |
| 5 | A | No food allergies, no. |
| 6 | Q | Do you have any allergies of any other kind? |
| 7 | A | I have sinus allergies, but all I know is |
| 8 | | certain times of the year like when the ragweed |
| 9 | | is out, but -- |
| 10 | Q | Do you take any medication for that allergy? |
| 11 | A | When I have it, yes. I take Singulair. |
| 12 | Q | Is that a prescription medication? |
| 13 | A | Yes. |
| 14 | Q | Can you spell that for me? |
| 15 | A | S-I-N-G-U-L-A-R[sic]. |
| 16 | Q | Before this July, 2001 incident, had you ever |
| 17 | | experienced food poisoning before? |
| 18 | A | No. |
| 19 | Q | Had you ever had any gastrointestinal problems |
| 20 | | before this July, 2001 incident? |
| 21 | A | No. |
| 22 | Q | Have you ever undergone surgery for any reason? |
| 23 | A | I had a hysterectomy. |

| | | |
|---|---|---|
| 1 | Q | When was that? |
| 2 | A | In 1977. |
| 3 | Q | Have you undergone any other surgeries? |
| 4 | A | No. |
| 5 | Q | This is either before or after the July, 2001 |
| 6 | | incident. |
| 7 | A | No. |
| 8 | Q | Since 1990, have you been hospitalized for any |
| 9 | | reason? |
| 10 | A | Since 1990, no. |
| 11 | Q | Were you on any medication as of July, 2001? |
| 12 | A | The only medication is Premarin. |
| 13 | Q | What were you taking Premarin for? |
| 14 | A | For the hormone treatment. After the |
| 15 | | hysterectomy I started taking that. |
| 16 | Q | You also indicated that you had -- would |
| 17 | | occasionally take the -- |
| 18 | A | Singulair. |
| 19 | Q | -- allergy medication, yeah. Were you taking |
| 20 | | any of that as of July, 2001? |
| 21 | A | No. That's just recent that I'm taking that. |
| 22 | Q | I see. I understand the Dien/Dupont wedding |
| 23 | | took place on July 6th of 2001. I'm going to |

| | | |
|---|---|---|
| 1 | | ask you what you recall consuming a few days |
| 2 | | before and after that. |
| 3 | | On July 4th, 2001, what, if anything, |
| 4 | | did you eat? |
| 5 | A | I can't remember. I really can't. |
| 6 | Q | What, if anything, did you drink on July 4th? |
| 7 | A | Just -- I don't drink much other than water. I |
| 8 | | don't drink soft drinks, so I probably didn't |
| 9 | | drink much more than water. |
| 10 | Q | Do you recall going out to a restaurant on |
| 11 | | July 4th? |
| 12 | A | No. |
| 13 | Q | What about on July 5th, do you recall what, |
| 14 | | if anything, you ate on July 5th? |
| 15 | A | No. |
| 16 | Q | Do you recall what, if anything, you drank on |
| 17 | | July 5th? |
| 18 | A | I can't remember. Probably water again. |
| 19 | Q | Do you recall whether or not you went out to a |
| 20 | | restaurant on July 5th? |
| 21 | A | No, I don't remember. |
| 22 | Q | What did you do on July 4th? |
| 23 | A | July 4th, I -- everyone was there and played |

| | | |
|---|---|---|
| 1 | | games. And I can't remember if we had a |
| 2 | | barbecue or if we had picnic or what. It was |
| 3 | | just a day that -- I think what happened |
| 4 | | afterwards kind of wiped the memory of that |
| 5 | | whole trip away, I mean the good part of the |
| 6 | | trip. |
| 7 | Q | All right. |
| 8 | | On July 6th, do you know what time you |
| 9 | | woke up? |
| 10 | A | No, I don't remember. |
| 11 | Q | Do you remember eating anything before you -- |
| 12 | | strike that. |
| 13 | | Before going to the Wequassett Inn on that |
| 14 | | day for the wedding, did you leave the beach |
| 15 | | house for any other reason? |
| 16 | A | I don't think so. I don't remember if we did |
| 17 | | or not. |
| 18 | Q | Do you remember what, if anything, you ate |
| 19 | | before leaving for the wedding? |
| 20 | A | I don't remember. |
| 21 | Q | Do you remember what, if anything, you drank on |
| 22 | | that day before leaving for the wedding? |
| 23 | A | No. |