1   Q   How did you get from the beach house to the
2       place of the wedding?
3   A   We drove.
4   Q   Who drove?
5   A   John drove.
6   Q   Did he drive the car that you had rented?
7   A   Yes.
8   Q   Who else was in the car?
9   A   Victoria.
10  Q   Anybody else?
11  A   That's all I remember.
12  Q   What, if anything, did you drink once you got
13      to the wedding?
14  A   After the wedding, let's see. I probably had
15      some wine.
16  Q   Do you recall drinking anything other than wine
17      at the wedding?
18  A   No.
19  Q   Do you recall what you ate at the wedding?
20  A   Well, I don't. I know I have that -- that I
21      made a list of it, but I don't recall. And I
22      know I ate quite a few hors d'oeuvres.
23  Q   I'm going to show you this. It has been handed

1       to me. First let me ask you this: Did you --
2       you indicated you made a list of the things
3       that you ate. Is that a list that you wrote up
4       yourself or were you filling out a form that
5       was presented to you?
6   A   I was filling out a form.
7   Q   Okay. I'm going to show you this. And let me
8       ask you if you are able to identify that.
9   A   Um-hum. I ate a lot more than I thought I did.
10      That's probably pretty accurate.
11  Q   Let me ask you first, are you able to identify
12      that document?
13  A   I -- the way I identify it is that's my
14      printing and I think that that's probably the
15      reason I might be able to do that.
16  Q   Do you recall filling this form out?
17  A   I remember filling a form out, yes. I just
18      don't remember what all I had eaten that day.
19      MR. MCGOVERN:   Let me -- before we get
20      much further, let me have this marked as an
21      exhibit.
22      (Document marked as Exhibit No. 1 for
23          identification.)

1   Q   The printing that you recognize is for the
2       information that gives your name and mailing
3       address, is that correct?
4   A   Yes.
5   Q   There are items in the left-hand column that
6       have been circled.
7   A   Um-hum.
8   Q   Does that reflect the items that you ate at the
9       wedding?
10  A   Yes, I am pretty sure this is -- I ate more
11      hors d'oeuvres than I did at the meal. I know
12      that. I probably just had one of each. I
13      didn't eat the whole thing.
14  Q   Do you recall when you filled this form out?
15  A   I don't remember when I filled it out. It
16      wasn't that long after, it was quite a while
17      ago from here, but -- I mean from now. Quite
18      some time ago, but I mean it was closer to the
19      date of the wedding.
20  Q   Do you know if you filled this out at the same
21      time that your husband filled a similar form
22      out?
23  A   I think we did.

1   Q   Filled it out around the same time?
2   A   Around the same time, yes.
3   Q   Did you complete this form after you had
4       returned to California?
5   A   You know, I can't remember, but I think we did.
6       I think I did anyway. I'm not sure.
7   Q   What time did you leave the wedding or
8       reception?
9   A   After dinner we probably stayed around for
10      about an hour or more. One to two hours.
11  Q   Where did you go from the place of the
12      reception?
13  A   We went back to the beach house.
14  Q   You said we, is that you and your husband?
15  A   Yes.
16  Q   Did anyone else return to the beach house with
17      you?
18  A   No.
19  Q   Who drove?
20  A   John.
21  Q   Did you make any stops between the place of the
22      wedding and the beach house?
23  A   I can't remember stopping anywhere.

| | |
|---|---|
| 1 Q | After you got back to the beach house -- strike |
| 2 | that. |
| 3 | After you left the reception until the |
| 4 | time you went to sleep that night, did you eat |
| 5 | anything? |
| 6 A | No. |
| 7 Q | Did you drink anything in that time period? |
| 8 A | No. |
| 9 Q | When did you first experience any symptoms that |
| 10 | you relate to the salmonella? |
| 11 A | I think it was Sunday morning. |
| 12 Q | The wedding took place on Friday, correct? |
| 13 A | On Friday, um-hum.  The 6th -- the 8th is when |
| 14 | the -- |
| 15 Q | Describe for me what it was that you first |
| 16 | felt. |
| 17 A | Well, the first thing I felt like I was coming |
| 18 | down with something.  I had stomach cramps, but |
| 19 | my skin was real tender to the touch.  And I |
| 20 | may have had a fever.  I'm not real sure |
| 21 | because I didn't take a temperature, but -- and |
| 22 | then the diarrhea started. |
| 23 Q | Did the diarrhea start Sunday morning? |

| | |
|---|---|
| 1 A | Well, later that day, but the first feelings |
| 2 | were the cramping and the tenderness of the |
| 3 | skin and -- |
| 4 Q | That was during the morning and then diarrhea |
| 5 | started later that day? |
| 6 A | Yes. |
| 7 Q | Where were you at that time? |
| 8 A | We were at Justin and Victoria's house. |
| 9 Q | And we talked about it for a couple hours. |
| 10 | Where is their house located? |
| 11 A | In Rumson. |
| 12 Q | Did your diarrhea symptoms start before or |
| 13 | after those of your husband? |
| 14 A | I really can't remember if it was before or |
| 15 | after.  I know we were both sick at the same |
| 16 | time.  And we're running back and forth to the |
| 17 | bathroom at the same time so -- |
| 18 Q | On that day, who else was in the house other |
| 19 | than you and your husband? |
| 20 A | I can't remember, but it seems like we were |
| 21 | there alone.  I'm not really sure. |
| 22 Q | Do you know when Justin returned to the house? |
| 23 A | Let's see.  I remember he called and said |

| | |
|---|---|
| 1 | Victoria was in the hospital and he needed |
| 2 | somebody to come.  And I don't know who |
| 3 | answered the phone or anything, I just know -- |
| 4 | remember hearing about it. |
| 5 | He needed someone to come and get the |
| 6 | children, help him with the children because |
| 7 | Victoria was in the hospital. |
| 8 Q | And do you know when that phone call took |
| 9 | place? |
| 10 A | I don't.  I don't know the time. |
| 11 Q | Was it before you had started experiencing |
| 12 | symptoms or after? |
| 13 A | It was after. |
| 14 Q | And I think I might have asked you this.  Do |
| 15 | you know when Justin actually did return to the |
| 16 | house? |
| 17 A | I can't remember.  I don't know if he came back |
| 18 | that night or the next day. |
| 19 Q | That day, the 8th, what was the frequency of |
| 20 | your diarrhea at that time? |
| 21 A | It seemed like it was just going to the |
| 22 | bathroom, getting back in bed, and then getting |
| 23 | up immediately and going to the bathroom. |

| | |
|---|---|
| 1 | That's the way I felt about it the first couple |
| 2 | of days. |
| 3 Q | Anticipating my next question, how long did |
| 4 | that last?  A couple days with that frequency? |
| 5 A | Yes, yes. |
| 6 Q | Did you vomit at all as a result of this |
| 7 | salmonella incident? |
| 8 A | I don't remember vomiting. |
| 9 Q | Were you confined to bed for any period of |
| 10 | time? |
| 11 A | Yes. |
| 12 Q | How long were you in bed? |
| 13 A | Was about four days, I think, where I was just |
| 14 | down and just getting up to go to the bathroom. |
| 15 Q | Do you recall your husband being basically |
| 16 | confined to bed for roughly the same amount of |
| 17 | time? |
| 18 A | Yes. |
| 19 Q | Did you ever soil your pants as a result of the |
| 20 | salmonella? |
| 21 A | Yes. |
| 22 Q | How many times? |
| 23 A | I don't know.  I threw them away.  You know, |

1    it's just one of those things with women. They

2    don't like to wash them or use them again.

3  Q  Do you know how many pairs of pants that you

4    threw away?

5  A  I don't remember. Probably five or six pairs.

6  Q  And did you soil the bed sheets at all as

7    result of this?

8  A  Yes.

9  Q  How many times did that happen?

10  A  I don't remember that either. I just remember

11    washing them later or somebody washing them.

12  Q  Okay.

13  A  I think John did most of the washing.

14  Q  Did that occur within that roughly four days

15    from the 8th until whenever, that would be, I

16    guess, the 11th?

17  A  Yes.

18  Q  Were you feeling better by the time that you

19    were able to get out of bed?

20  A  I was not feeling good. I was feeling better

21    only to the fact that I didn't run to the

22    bathroom as much -- as often, but I was very

23    weak and that lasted quite awhile.

1  Q  Are you presently feeling any physical effects

2    from the salmonella incident?

3    Presently?

4  A  Yes.

5  A  I have a difference in my regulating bowel

6    movements which I used to be always very

7    regular. And now I have a problem with the

8    other way, just being constipated. And this is

9    since then, because before then I was regular

10    every morning. So I don't know if it's

11    attributed to that.

12  Q  Have you sought any medical treatment for

13    constipation?

14  A  I've talked to my doctor about it.

15  Q  Who is the doctor you've talked to about that?

16  A  Dr. Tibb, T-I-B-B.

17  Q  What is Dr. Tibb's first name?

18  A  Dalip, D-A-L-I-P.

19  Q  Where is Dr. Tibb's office?

20  A  In La Quinta.

21  Q  Do you know the address?

22  A  It's on Calle Tampico, C-A-L-L-E T-A-M-P-I-C-O.

23  Q  And is -- does he operate the office out of --

1    under his own name or is it under the name of a

2    facility?

3  A  He's with a -- he has a partner, but he's --

4    it's just under Dalip Tibb and his partner's in

5    the same office.

6  Q  Is Dr. Tibb your primary care doctor?

7  A  Yes.

8  Q  How long has Dr. Tibb been your primary care

9    doctor?

10  A  About two years.

11  Q  Did you have another primary care doctor in

12    July, 2001?

13  A  Dr. Greenburg.

14  Q  What is Dr. Greenburg's first name?

15  A  Conrad.

16  Q  Where is he located?

17  A  He's in the Eisenhower Medical Center.

18  Q  Where is that?

19  A  In Rancho Mirage.

20  Q  Did you ever discuss your constipation problem

21    with Dr. Greenburg?

22  A  No.

23  Q  Around when did the constipation problem begin?

1  A  I would say the last two, two and a half years.

2  Q  So would it be fair to say that it began

3    sometime in 2002?

4  A  The first I noticed it. I think it might have

5    been happening before that, but I --

6  Q  That's when you first noticed it?

7  A  That's when I first noticed it.

8  Q  When did you first report that to Dr. Tibb?

9  A  Dr. Tibb? Let's see, probably when I started

10    seeing him two years ago.

11  Q  Has he prescribed any medication for that

12    problem?

13  A  Yes, Metamucil.

14  Q  Are you presently on any medications?

15  A  Just Premarin, and I haven't started Metamucil

16    because I've been taking a fiber to get

17    adjusted, but I -- and then I take vitamins,

18    the fish oil and the multivitamins, vitamin C

19    and the Singulair.

20  Q  Do you fill those medications through the same

21    program that your husband does?

22  A  No.

23  Q  Where do you go to fill those medications?

1  A  Well, Premarin is the only one that is a
2     prescription right now, other than Singulair,
3     and I get those both at Costco.
4  Q  Which Costco do you go to?
5  A  In Palm Desert.
6  Q  Do you know the street address?
7  A  It's on Dinah Shore Boulevard.
8  Q  Other than the constipation that you have
9     described, are you presently experiencing any
10    physical effects from the salmonella incident?
11 A  No.
12 Q  With the exception of the constipation problem,
13    when was it that you got back to sort of where
14    you were before the wedding, in physical
15    condition?
16 A  In a physical, I think it took a couple of
17    weeks before we were able to really function
18    without getting tired and --
19 Q  Okay. Other than the visits to Dr. Tibb, have
20    you had any other medical treatment that you
21    relate to the salmonella incident?
22 A  No.
23 Q  And your husband testified about going to the

1     hospital around July 13th to have cultures
2     done. Do you recall going --
3  A  Yes.
4  Q  -- with him?
5  A  Um-hum.
6  Q  Did you have the culture done the same time as
7     your husband did?
8  A  Yes.
9  Q  Whose decision was it to return to California a
10    few days before you had planned originally?
11 A  I really don't remember. I think we probably
12    decided together. We were in no shape to go on
13    to any other place, so -- just wanted to get
14    home at that point.
15 Q  By that time, which I understand was around
16    July 13th, what symptoms were you
17    experiencing at that time?
18 A  We were -- still the constipation.
19 Q  Constipation or diarrhea?
20 A  I mean diarrhea. Oh, yeah. At that time we
21    were wishing for constipation. And still just
22    weakness, you know, just no energy whatsoever,
23    because it drains a lot from you.

1  Q  What was the frequency of the diarrhea as of
2     the day that you returned to California?
3  A  I really don't remember the frequency, but we
4     still had some. I still had some anyway, and
5     I'm sure John did, too. It did not return to
6     normal immediately after we got home, but --
7  Q  Do you know when the diarrhea finally stopped?
8  A  It was about three days later, I think.
9  Q  Three days after you got back to California?
10 A  Yes.
11 Q  When was it that you were able -- strike that.
12    I presume that for some period of time
13    after you first experienced some of these
14    symptoms that you were unable to eat, is that
15    correct?
16 A  Yes.
17 Q  When was it that you were able to resume
18    eating?
19 A  I don't think we -- I ate anything until we got
20    back to California and then it was soup and
21    broth.
22 Q  When was it that you were able to return to
23    what for you is a regular diet?

1  A  A regular diet, about three or four days later.
2  Q  All right. I understand that your vacation
3     plan for going to the East Coast was changed
4     and you went back to California early.
5        Did you have any other vacation plans for
6     the month of July, 2001? And specifically, I'm
7     talking about additional plans after you had
8     returned to California.
9  A  Well, we were to go to the wedding of Steve
10    Carol and I forget his wife's name. Steve
11    and -- I can't remember her name.
12 Q  That was the Lake Tahoe wedding?
13 A  Rebecca.
14 Q  Okay.
15 A  Or was that Rebecca Dupont? I just met them
16    through the children so I didn't know them.
17 Q  Fair enough. That was the wedding in Lake
18    Tahoe, correct?
19 A  Lake Tahoe, uh-huh.
20 Q  Had you had any other vacation plans for the
21    month of July, 2001?
22 A  I don't believe so.
23 Q  Had you made vacation plans to go to Utah?

```
 1   A   Oh, yeah, I think we did.  In -- after the
 2       wedding in Tahoe, we had planned to go to Utah,
 3       but I don't remember going.
 4   Q   What do you recall about those plans?  How long
 5       had that vacation to Utah been scheduled to go
 6       for?
 7   A   It was about a week, I think.
 8   Q   Had you actually made any kind of travel plans?
 9   A   No.  I can't remember.  I'd have to look at our
10       calendar.  And I am sure I have it in a
11       calendar somewhere, but --
12   Q   Was that Utah trip, if you will, was that
13       planned for after the Lake Tahoe wedding?
14   A   Yes.
15   Q   Were you planning to go directly from that
16       wedding to Utah?
17   A   I'm sure we were.
18   Q   Were you planning to fly or drive or --
19   A   I think we were going to drive.
20   Q   You flew to Lake Tahoe, correct?
21   A   No, we drove to Lake Tahoe.
22   Q   How long did it take you to drive to Lake
23       Tahoe?
```

```
 1   A   It takes about nine hours.
 2   Q   You went with your husband, correct?
 3   A   Yes.
 4   Q   Did anyone else go with you?
 5   A   No.
 6   Q   Where did you stay in Lake Tahoe?
 7   A   You know, I can't remember.
 8   Q   Did you stay at a hotel or at someone's house
 9       or --
10   A   It probably was a hotel because I don't know
11       who we would have stayed with there.
12   Q   How long were you there for?
13   A   I think just two days probably for the wedding
14       and --
15   Q   Other than wedding events out in Lake Tahoe,
16       did you do any other activities there?
17   A   I can't remember.
18   Q   Did you play any golf while you were there?
19   A   You know, if we did, we probably didn't do well
20       because we were still weak at that point.  I
21       remember that.
22   Q   So you were still experiencing some weakness
23       from the salmonella incident at the time of the
```

```
 1       Lake Tahoe wedding?
 2   A   Right, I can remember that.  Um-hum.
 3   Q   Other than weakness, were you experiencing any
 4       other symptoms at that time?
 5   A   No.
 6   Q   Did you stay overnight anywhere on the trip
 7       from La Quinta to Lake Tahoe?
 8   A   No.  We drove directly.
 9   Q   What about on the way back?  Did you stay
10       overnight anywhere other than --
11   A   I can't remember the trip back, so --
12   Q   Did you drive back?
13   A   Well, we had our car so we probably drove
14       wherever we went.
15   Q   Okay.  Why did you drive there as opposed to
16       fly?
17   A   Well, we're only 500 miles from Lake Tahoe.
18       And to fly you have to fly into Reno, and then
19       get a bus or a shuttle or something to Tahoe,
20       which is another hour.  And it's easier to just
21       drive and have your car there.
22   Q   Did your decision to drive there as opposed to
23       some other means have anything to do with the
```

```
 1       symptoms you were experiencing from the
 2       salmonella incident?
 3   A   Well, that's the nice thing about driving.  You
 4       can stop when you have to.
 5   Q   Is that part of the reason why you drove as
 6       opposed to flying?
 7   A   I'm not sure.  I think we would have driven
 8       anyway.
 9   Q   I'm going to show you this list which is
10       Exhibit A we referred to in your husband's
11       deposition.  It's not an exhibit to the
12       deposition and it's been attached to the
13       complaint and/or the civil action cover sheet.
14           I'm going to refer you to Page 3 of this
15       exhibit, and specifically to the bottom of that
16       page where there is a list under the heading,
17       specific monetary damages.
18   A   Um-hum.
19   Q   The second item in that list reads "First class
20       return airfare."  Do you see where that is
21       listed?
22   A   Yes.
23   Q   And the dollar amount that corresponds with
```

1    that entry is $3,800. Is that what that says?

2  A  You know, John takes care of all the money; I

3    really don't pay attention to that. So, I

4    can't tell you if that's correct or not.

5  Q  So do you know how that dollar amount was

6    arrived at?

7  A  I -- well, we had to upgrade and we had to

8    change the reservations. I know that and it

9    always costs to change a reservation,

10    especially if you're in coach. And so I don't

11    know what the cost was.

12  Q  The next entry reads, "Air flight to continue

13    interrupted vacation/Newark." Do you know what

14    that refers to?

15  A  To continue -- I'm not real sure how this is

16    worded, what it means, "Air flight to continue

17    interrupted."

18  Q  Okay. The bottom line there says,

19    "Charlottesville to Palm Springs." Do you know

20    what that refers to?

21  A  I don't know. I really don't know.

22  Q  When you flew from California to Newark, what

23    airport did you fly from?

---

1  A  I'm not real sure -- what airport did we fly

2    from?

3  Q  Yeah, what city did you fly from?

4  A  Oh, Los Angeles.

5  Q  LAX?

6  A  Um-hum.

7  Q  Do you recall what airline you flew on?

8  A  I don't. I would have to see the itinerary.

9  Q  All right. Let me see this.

10    Other than the trip to Lake Tahoe you told

11    me about, did you go on any other vacation

12    trips after the July, 2001 wedding?

13  A  Yes, yes.

14  Q  How many vacation trips have you been on since

15    that time?

16  A  I just remember the big ones. I don't remember

17    the little ones, but --

18  Q  Let me ask maybe a better question.

19  A  Okay..

20  Q  Did you go on any vacation trips from

21    July, 2001 until the end of that year?

22  A  Yes.

23  Q  How many trips did you go on in that time

---

1    period?

2  A  One.

3  Q  Where did you go?

4  A  We went to Thailand and China.

5  Q  When did you go?

6  A  Well, I know we were there on 9/11. That's the

7    big thing.

8  Q  How long was that trip?

9  A  That was two weeks, I believe.

10  Q  You've been saying we. I assume you went with

11    your husband?

12  A  Yes.

13  Q  Did anyone else go with you?

14  A  No.

15  Q  Was that the only other vacation that you were

16    on in the second half of 2001?

17  A  That's all I can remember. Um-hum.

18  Q  Let me see this one more time.

19    (Exhibit No. 1 handed to Attorney

20    McGovern.)

21  Q  On Exhibit 1, under the symptoms, it's in the

22    right-hand column, did you fill in something

23    under the "other"?

---

1  A  Yes.

2  Q  What does that say?

3  A  Oral and buccal mucosa cold sores.

4  Q  What does that refer to?

5  A  They were sores inside my mouth.

6  Q  A little further up on this form it says

7    "duration of symptoms."

8  A  Um-hum.

9  Q  Next to that it says six days. Did you fill

10    that out?

11  A  Yes.

12  Q  Does that indicate the total duration of your

13    symptoms?

14    MR. MCGOVERN: Object to the form of the

15    question. You may answer.

16  A  I -- they were longer than six days, but I'm

17    talking about just the diarrhea portion of it.

18    The weakness and the loss of weight and

19    everything was longer than that.

20  Q  All right. So is it fair to say the diarrhea

21    lasted for six days and some of the other

22    symptoms lasted longer?

23  A  Longer, yeah. I may have had diarrhea, too,

```
1    longer than six days, but not as frequent. By
2    then it was subsiding.
3         MR. MCGOVERN:  All right. I think those
4    are all the questions that I have.
5         MR. GIBSON:  I have no questions. I'd
6    just like copies of all the exhibits.
7         MR. MCGOVERN:  Sure.
8         MR. GIBSON:  You're all done.
9    (Whereupon this deposition concluded
10        at 2:52 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
1                    C E R T I F I C A T E
2    COMMONWEALTH OF MASSACHUSETTS
     BARNSTABLE, SS.
3
4         I, Alice M.S. DesVergnes, R.P.R., a
5    Notary Public within and for the Commonwealth
6    of Massachusetts, do hereby certify:
7         That DOLORES ROSES, the witness whose
8    deposition is hereinbefore set forth, was duly
9    sworn by me and that such deposition is a true
10   record of the testimony given by the witness.
11        IN WITNESS WHEREOF,  I have hereunto set
12   my hand and notarial seal this _____day
13   of_____, 2004.
14
15
16                    _____
                      Alice M.S. DesVergnes
                      REGISTERED PROFESSIONAL REPORTER
17
18   My Commission Expires: October 18, 2007
19        THE FOREGOING CERTIFICATION OF THIS
20   TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
21   OF THE SAME BY ANY MEANS UNLESS UNDER THE
22   DIRECT CONTROL AND/OR DIRECTION OF THE
23   CERTIFYING REPORTER.
```

```
1         I, DOLORES ROSES, do hereby certify that I
2    have read the foregoing transcript of my
3    testimony and further certify that said
4    transcript is a true and accurate record of
5    said testimony and signed under the pains and
6    penalties of perjury.
7
8              Dated at_____
9    this_____day of_____, 2004.
10
11
12
13        _____
14              DOLORES ROSES
15
16
17
18
19
20
21
22
23
```

```
1    ERRATA SHEET
2    Date of Deposition:  December 8, 2004
3    Case Name:  John T. Gmelich and Dolores Rose
4    vs. Pleasant Bay Group, Inc., d/b/a The
5    Wequassett Inn Resort and Golf Club
6    Deponent's Name:  DOLORES ROSES
7
8         I, the undersigned, do hereby
9    certify that I have read the foregoing
10   deposition transcript and that to the best of
11   my knowledge, said deposition transcript is
12   true and accurate (with the exceptions of the
13   following changes listed below):
14
15
16        _____
17              DOLORES ROSES
18
19   Dated_____
20
21   Page No.___Line No.___Correction_____
22   Page No.___Line No.___Correction_____
23   Page No.___Line No.___Correction_____
```