# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GASCOIGNE and
KELLY GASCOIGNE INDIVIDUALLY,
and as Mother and Next Friend of
AD.G and AB.G., Both minors,
                Plaintiffs,

v.                                  C.A. NO. 04 CV 11168 - JLA

WEQUASSETT INN LLP d/b/a
THE WEQUASSETT INN RESORT
AND GOLF CLUB,
                Defendant.

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT - ASSENTED TO

NOW COMES the Defendant and requests an extension of time up to and including February 24, 2006 in which to file an Opposition to the Motion for Partial Summary Judgment. Counsel for the plaintiff has assented to this motion. A hearing is set for this matter on March 30, 2006.

                                        The Defendant,
                                        By its Attorneys,

                                        /s/ Scott J. Tucker
                                        Scott J. Tucker, BBO# 503940
                                        Tucker, Heifetz & Saltzman, LLP
                                        Three School Street
                                        Boston, MA 02108
                                        Tel. (617) 557-9696
                                        Fax. (617) 227-9191

Assented to:

_[signature]_

Donald L. Gibson, BBO# 191030
Driscoll & Gibson
1000 Plainfield Street
Marshfield, MA 02050
Tel. (781) 837-6115
Fax. (781) 837-6939

I hereby certify that I made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5.
2-14-06  _Scott Tucker_