UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GASCOIGNE and
KELLY GASCOIGNE INDIVIDUALLY,
and as Mother and Next Friend of
AD.G and AB.G., Both minors,
      Plaintiffs,

v.             C.A. NO. 04 CV 11168 - JLA

WEQUASSETT INN LLP d/b/a
THE WEQUASSETT INN RESORT
AND GOLF CLUB,
      Defendant.

### DEFENDANT'S RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS AND RECORDED REFERENCES

The Defendant denies the following numbered "Facts" are undisputed.

Fact 28 – This lengthy "Fact" which purports to be a paraphrase of the contents of the memorandum prepared by three employees of the Department of Public Health includes several misstatements and mischaracterizations. The authors did not "conclude that the béarnaise sauce … was made wholly or in part with unpasteurized eggs contaminated with Salmonella enteritidis." Rather they ignored all evidence to the contrary and stated, "with this in mind, it is possible that the batch served on July 6, 2001 was made wholly or in part with un-pasteurized eggs." They reached this conclusion despite the fact their own analysis concluded that numbers of guests who did not eat the béarnaise sauce became ill. With respect to the theory of cross-contamination by one or more employees – the authors concluded, again the evidence to the contrary, that "it is possible that they contaminated the food that was served."

Fact 29 – To the extent the contents of the memoranda dated December 5, 2001 is an admissible opinion, it merely piggybacks the previously discussed "findings" contained in Fact 28.

Fact 40 - The characterization of the deposition testimony of William Brodsky is inaccurate as a reading of the actual transcript will make clear.

Fact 42 – The characterization of the deposition testimony of William Brodsky is inaccurate as a reading of the actual transcript will make clear.

Fact 52 - There is no Answer No. 12 in Exhibit 15.

The Defendant,
By its Attorneys,

*/s/ Scott J. Tucker*
Scott J. Tucker -BBO# 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

## CERTIFICATE OF SERVICE

I, Scott J. Tucker, hereby certify that I have on February 24, 2006 served the within:

DEFENDANT'S RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS AND RECORDED REFERENCES

by mailing a copy of same, postage pre-paid to the following counsel of record:

Donald L. Gibson, Esquire
Driscoll & Gibson
1000 Plain Street
Marshfield, MA 02050

*/s/ Scott J. Tucker*
Scott J. Tucker

2