**Dana C. Hewins, Ph.D.**
*Economic Consultant*
1 Tamett Brook Road
Lakeville, Massachusetts  02347
508-946-1116   Fax: 508-947-5151

# AN EVALUATION OF THE FUTURE MEDICATION EXPENSES OF STEPHEN GASCOIGNE

Report prepared
for
Donald L. Gibson, Esquire

March 21, 2006

In response to your request, I have evaluated the present value of the future costs of Stephen Gascoigne's arthritis medication. My analysis employed the standard methodology used by economists to measure the present values of future medication expenses, and was based on data from both public and private sources.

## BACKGROUND

Stephen Gascoigne was born on December 29, 1968, and is currently 37 years old. His arthritis medication (currently Humira) now costs from $1,200.00 to $2,400.00 per month. On an annual basis, this implies current costs ranging from $14,400 to $28,800, assuming the medication is taken for 12 months per year. Because Mr. Gascoigne cannot take his medication during times of illness, however, he may not incur these expenses for 12 months every year. For purposes of this evaluation, therefore, present values were calculated for 9, 10, 11, and 12 months per year.

## THE CONCEPT OF PRESENT VALUE

Expressed nontechnically, the present value of one's future medication expenses is equal to the lump-sum amount one would need to invest, at an appropriate interest rate, in order exactly to finance, on a year-by-year basis, the money that will have to be expended. Mathematically speaking, this present value is calculated by "discounting" all relevant future dollar amounts by an appropriate interest rate. For purposes of this analysis, all projected future medication expenses were reduced to present value by using a nontaxable discount rate of 2.0 percent, a rate approximately equal to the average annual "real" (i.e., inflation-adjusted) yield on high-grade municipal bonds for the past 30 years.

Using a real discount rate in tandem with real expenditure growth rates eliminates the need to forecast inflation rates and is the standard methodology employed by economists to determine the present values of future economic losses. Please note also that the 2.0 percent real discount rate used here is well within the 1 to 3 percent range which the U.S. Supreme Court found to be reasonable in *Jones & Laughlin Steel Corporation v. Pfeiffer*, 103 S.Ct., 2541 (1983).

## ECONOMIC ANALYSIS

In calculating the present values of Stephen Gascoigne's future medication expenses, it was necessary first to select a reasonable future growth rate. This growth rate was determined on the basis of extensive research into the historical rates of increase in the costs of prescription medications, as well as an examination of the best available forecasts of future cost increases. Among the many sources consulted were the following:

> Feldstein, Paul J., *Health Policy Issues: An Economic Perspective*, third edition, Chicago: Health Administration Press, 2003

> U.S. Department of Commerce, *Statistical Abstract of the United States, 2004-05*, U.S. Government Printing Office, 2004

> U.S. Department of Health and Human Services, *Health, United States: 2005*, U.S. Government Printing Office, 2005

> Assorted articles from various issues of the *Health Care Financing Review*, *Health Affairs*, *Medical Economics*, and *Medical Benefits*

The real (inflation-adjusted) growth rate ultimately selected was 2.5 percent per year.

Having established an appropriate growth rate, Stephen Gascoigne's future medication expenses were projected from July 1, 2006, to the end of his statistically-expected lifetime. According to the most recent life expectancy tables published by the U.S. Department of Health and Human Services, National Center for Health Statistics, a 37-year-old white male has 40.1 years of expected lifetime remaining.

Given this methodology and these parameters, and employing a real nontaxable discount rate of 2 percent, the present values of Stephen Gascoigne's future medication expenses were determined to be as follows:

|  | Present values @ $1,200 per month | Present Values @ $2,400 per month |
|---|---|---|
| If 9 months per year: | $445,554 | $ 891,107 |
| If 10 months per year: | 495,060 | 990,119 |
| If 11 months per year: | 544,566 | 1,089,131 |
| If 12 months per year: | 594,072 | 1,188,143 |

All of these present values were calculated as of June 2, 2004, the date of filing of the complaint. The date of filing was used for all present value purposes in accordance with *Griffin v. General Motors*, 380 Mass.362 (1980).

Please note also that these present values do **not** include any medication expenses incurred prior to July 1, 2006. If I can be of any further service to you in this matter, please do not hesitate to contact me.

Sincerely yours,

*Dana Hewins*

Dana C. Hewins, Ph.D.

## Selected References

Feldstein, Paul J., *Health Care Economics*, sixth edition, New York: Thompson Delmar Learning, 2005

Feldstein, Paul J., *Health Policy Issues*, third edition, Chicago: Health Administration Press, 2003

Henderson, James, *Health Economics and Policy*, second edition, Cincinnati: South-Western, 2002

Phelps, Charles, *Health Economics*, third edition, Boston: Addison-Wesley, 2003

President's Council of Economic Advisers, *Economic Report of the President, 2006*, U.S. Government Printing Office, 2006

U.S. Department of Commerce, *Statistical Abstract of the United States, 2004-05*, U.S. Government Printing Office, 2004

U.S. Department of Health and Human Services, *Health, United States: 2005*, U.S. Government Printing Office, 2005

U.S. Department of Labor, *Occupational Outlook Handbook*, 2004-2005 edition, U.S. Government Printing Office, 2004

**Dana C. Hewins, Ph.D.**
*Economic Consultant*
1 Tamett Brook Road
Lakeville, Massachusetts 02347
508-946-1116   Fax: 508-947-5151

March 22, 2006

Donald Gibson, Esquire
Driscoll & Gibson
1000 Plain Street
Marshfield, Massachusetts 02050

Re: **Stephen Gascoigne**

Dear Attorney Gibson:

This letter is being written in response to your request for information concerning my hourly rates, publications, and appearances at trial and deposition. To begin, please be advised that my current hourly rate for professional services is $250.00. Appearances at trial or deposition are billed at the fixed rate of $1,500.00.

With respect to publications in the past decade or so, I wrote an article entitled "Measuring Damages in Personal Injury Cases" in *Proving Damages in Personal Injury Cases* (Massachusetts Bar Association, 1993); "Measuring Damages in Cases Involving Head Injuries" in *Preparation and Trial of the Traumatic Brain Injury Case* (Lorman Education Services, 1997); and a case study on measuring economic loss in a case involving catastrophic burns in *Proving or Disputing Damages* (Suffolk University Law School, 1998).