-2-

Finally, I am also sending you a complete listing of the depositions and trials at which I have appeared in the past four years. Should you require any additional information, please do not hesitate to contact me.

Sincerely yours,

*Dana Hewins*

Dana C. Hewins, Ph.D.

**Dana C. Hewins, Ph.D.**
*Economic Consultant*
1 Tamett Brook Road
Lakeville, Massachusetts 02347
508-946-1116   Fax: 508-947-5151

## APPEARANCES AT TRIAL, 2002-2006

| ATTORNEY | PLAINTIFF | COURT | MONTH/YEAR |
|---|---|---|---|
| Peter Antell | Kim Gordon | MA Superior (Boston) | 5/02 |
| Peter Eleey | Mary Cooper | MA Superior (Boston) | 8/02 |
| Mark Dolan | Judith Oliveira | RI Superior (Providence) | 8/02 |
| David Ward | John Grondalski | Federal (Boston) | 8/02 |
| Kimberly Winter | Nicholas Vanelli | MA Superior (Plymouth) | 9/02 |
| Steven Ferrarone | Joseph Weiss | MA Superior (Cambridge) | 10/02 |
| Jennifer Rosen | Michael Morin | MA Superior (Pittsfield) | 10/02 |
| Michael Heineman | Joseph Moutinho | MA Superior (Worcester) | 10/02 |
| Henry Owens | Joseph Simon | MA Superior (Cambridge) | 1/03 |
| Chris O'Connor | Katherine Marek | MA Superior (Fall River) | 1/03 |
| Geoffrey Domenico | Dominic La Greca | MA Superior (Brockton) | 2/03 |
| Paul Leavis | Mark Stymest | MA Superior (Lowell) | 3/03 |
| Kevin Phelan | Rebekha Abreu | Federal (Boston) | 3/03 |
| Steven Coren | Kelly Shanahan | MA Superior (Dedham) | 3/03 |
| Leonard Simon | Kelly Sipe | MA Superior (Boston) | 4/03 |
| Frederic Halstrom | Magan Sliney | Federal (Boston) | 5/03 |
| Marie Mercier | Samuel Natowicz | MA Superior (Cambridge) | 5/03 |
| Kevin Peters | Benjamin Schwartz | Federal (Boston) | 6/03 |
| Richard Brody | Odin Anderson | MA Superior (Cambridge) | 6/03 |
| Andrew Fischer | Curtis Evans | MA Superior (Boston) | 9/03 |
| Larri Parker | Mark Davio | MA Superior (Worcester) | 9/03 |
| David Dwork | John Stevenson | MA Superior (Cambridge) | 10/03 |
| Charles Capace | Zewdew Lakew | MA Superior (Cambridge) | 12/03 |
| Lisa Arrowood | Richard Gladu | MA Superior (Cambridge) | 1/04 |
| Carolyn Latti | Steven Reeves | Federal (Boston) | 3/04 |

**Dana C. Hewins, Ph.D.**
*Economic Consultant*
1 Tamett Brook Road
Lakeville, Massachusetts 02347
508-946-1116   Fax: 508-947-5151

## APPEARANCES AT DEPOSITION, 2002-2006

| ATTORNEY | PLAINTIFF | LOCATION | MONTH/YEAR |
|---|---|---|---|
| Henry Owens, III | Joseph Simon | Boston | 5/02 |
| David Kaplan | Philip Ashworth | Boston | 1/03 |
| Gerard Mahaney | Kevin Johnson | Natick | 1/03 |
| David Anderson | Steven Reeves | Boston | 6/03 |
| Maureen Counihan | Philip Pallone | Wellesley | 11/03 |
| Garry Lane | Sherry Tasker | Boston | 12/03 |
| Richard Corbett | Henry DuLaurence | Boston | 3/04 |
| James Ackerman | Magi Swenson | Boston | 3/04 |
| David Heinlein | Vincent Spencer | Boston | 6/04 |
| Gerald Cook | Lisa Campbell | Melrose | 6/04 |
| Frederic Halstrom | Brian Longley | Boston | 9/04 |
| Martin Cosgrove | Ruth Michler | Boston | 9/04 |
| Kevin Phelan | Robert Motta | Boston | 9/04 |
| David Suchecki | Timothy Johnson, Jr. | Boston | 10/04 |
| Alan Cantor | Brian Manning | Boston | 1/05 |
| Steven Lewis | Samantha Bohlin | Boston | 6/05 |
| James Riley | Cody Unser | Boston | 6/05 |
| Kevin Richardson | Alex. & Matt. Albert | Middleboro | 12/05 |
| Aaaron Levine | Christian Maitre | Boston | 1/06 |
| Sara Trezise | Frederick Laracy | Boston | 3/06 |

| | | | |
|---|---|---|---|
| Thomas Hoffman | David Daigle | MA Superior (Dedham) | 3/04 |
| James Ackerman | Isabella Swenson | Federal (Boston) | 5/04 |
| Peter Montgomery | Keith Leete | MA Superior (Worcester) | 5/04 |
| Elizabeth Mulvey | George Goodrich | MA Superior (Boston) | 6/04 |
| Andrew Rainer | John Zabilansky | MA Superior (Cambridge) | 6/04 |
| Sidney Gorovitz | Kimiyoshi Matsuyama | MA Superior (Dedham) | 7/04 |
| John Prescott | Jose Torres | MA Superior (Worcester) | 8/04 |
| Charles Alpert | Novella Earl | MA Superior (Dedham) | 8/04 |
| Richard Corbett | Henry Dulaurence | MA Superior (Boston) | 8/04 |
| Frederick Pritzker | Marcia Rhodes | MA Superior (Dedham) | 9/04 |
| Leonard Simon | Stephen Morgan | Federal (Boston) | 9/04 |
| Sidney Gorovitz | Joseph Flaucher | MA Superior (Dedham) | 10/04 |
| Elizabeth Mulvey | Bruce Daniels | MA Superior (Cambridge) | 11/04 |
| Russell Pollock | Jessica Fiasconaro | MA Superior (Barnstable) | 12/04 |
| Stephen Clapp | Jennifer Quigley | MA Superior (Boston) | 2/05 |
| Paul Leavis | Hae Hyon Choi | MA Superior (Boston) | 3/05 |
| Elizabeth Mulvey | Anthony Tarquinio | MA Superior (Lawrence) | 3/05 |
| Patrick Jones | Sara Boyle | RI Superior (Providence) | 4/05 |
| Michael Weisman | Jason McIntyre | MA Superior (Boston) | 4/05 |
| Daniel Treger | David Wright | Federal (Worcester) | 4/05 |
| Leonard Simon | Jeanette Pelletier | MA Superior (Plymouth) | 6/05 |
| David Pollack | Matthew Fadule | MA Superior (Boston) | 9/05 |
| Sidney Gorovitz | Michael Keniston | MA Superior (Cambridge) | 9/05 |
| Clyde Bergstresser | Laurie Hoke | MA Superior (Lawrence) | 9/05 |
| David Suchecki | Wayne Elliott | MA Superior (Salem) | 10/05 |
| David Anderson | Bruce Falconer | Federal (Bangor, ME) | 11/05 |
| Robert Roughsedge | Christopher Penrod | MA Superior (Cambridge) | 11/05 |

**Dana C. Hewins, Ph.D.**
*Economic Consultant*
1 Tamett Brook Road
Lakeville, Massachusetts 02347
508-946-1116   Fax: 508-947-5151

## QUALIFICATIONS

Dr. Dana C. Hewins is an economist who has had more than thirty years of academic and consulting experience. Educated in economics at Tufts University (Bachelor of Arts), the University of Chicago (CIC Traveling Scholar), the University of Illinois (Master of Arts, Doctor of Philosophy in Economics), and Harvard University (postdoctoral study), Dr. Hewins specializes in the areas of labor economics, health care economics, and forensic economics.

Dr. Hewins taught at Ohio University from 1973 to 1982. In 1981, he was named University Professor by Ohio University, the highest honor bestowed by that university for excellence in teaching. After serving as a visiting professor at Tufts University in 1983, he joined the staff of Regis College where he served as Chairman of the Department of Economics for many years prior to his decision to opt for early retirement in the Spring of 2002.

Since 1983, Dr. Hewins has provided economic analyses in a wide variety of legal proceedings. These proceedings have included personal injury, wrongful death, wrongful termination, lost profits, malpractice, divorce, discrimination, and antitrust actions. He has served both plaintiffs and defendants, and has testified in state and federal courts throughout Massachusetts.

Dr. Hewins has also served as an economic consultant to many organizations and institutions, including the Ohio Supreme Court, the Appalachian Regional Commission, and the Area Six Health Systems Agency. His research on a variety of topics has been published in periodicals such as the *American Bar Association Journal*, *Economic Inquiry*, the *Review of Social Economy*, the *I.C.C. Practitioner's Journal*, the *Quarterly Review of Economics and Business*, and the *Massachusetts Lawyer's Weekly*. He is a former Director and past Chairman of the Board of the Bridgewater Savings Bank, and a member of the American Economic Association, the American Academy of Economic and Financial Experts, and the National Association of Forensic Economics.

--VITA--

Dana C. Hewins, Ph.D.  
1 Tarnett Brook Road  
Lakeville, Massachusetts  02347

Telephone: 508-946-1116

## EDUCATION

B.A. in Economics, Tufts University, 1968  
M.A. in Economics, University of Illinois, 1970  
CIC Traveling Scholar, University of Chicago, 1970-71  
Ph.D. in Economics, University of Illinois, 1975  
Postdoctoral study, Harvard University, 1982-84

## ACADEMIC EXPERIENCE

University of Illinois, 1972-73  
Ohio University, 1973-82  
Tufts University, 1982-83  
Regis College, 1984 to 2002

## OTHER PROFESSIONAL EXPERIENCE

Research Assistant and Staff Writer, Bureau of Economic and Business Research, University of Illinois, 1969 to 1973

Member of the Board of Directors of the federal Area Six Health Systems Agency, 1977 to 1980

Vice President and Senior Economist, Commonwealth Research Group, Boston, Massachusetts, 1983 to 1990

Director and past Chairman of the Board of the Bridgewater Savings Bank, 1987 to 2005

## SELECTED PROFESSIONAL ACTIVITIES

Deputy Director of a project which resulted in the publication of the first comprehensive economic abstract for the state of Illinois, 1971 to 1974

Member of a research team selected by the Appalachian Regional Commission to evaluate the costs and benefits of emergency medical services in rural areas, 1975 to 1977

Member of a task force appointed by the Ohio Supreme Court to assess the efficiency of Ohio's municipal court system, 1977 to 1979

Member of a research team selected by the Ohio Nursing Home Association to evaluate the econometric methodology employed by the state of Ohio to set prospective reimbursement rates for Ohio nursing homes, 1979 to 1980

Member of a research team which performed a quantitative evaluation of the relationship between the usage of radar detectors and automobile accident rates, 1987 to 1988

Member of a research team chosen by the United States Air Force to determine which weapon systems should be funded on a multi-year procurement basis, 1988 to 1989

Author of articles, reviews, and comments on a variety of topics which have been published in periodicals such as the *American Bar Association Journal*, *Economic Inquiry*, the *Review of Social Economy*, the *I.C.C. Practitioner's Journal*, the *Quarterly Review of Economics and Business*, and the *Massachusetts Lawyer's Weekly*

Member of the American Economic Association and the National Association of Forensic Economics

## HONORS AND AWARDS

Designated Uniroyal Scholar at Tufts University, 1967 to 1968

Named CIC Traveling Scholar, University of Chicago, 1970 to 1971

Awarded honorary title of University Professor by Ohio University, 1981