UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GASCOIGNE and
KELLY GASCOIGNE INDIVIDUALLY,
and as Mother and Next Friend of
AD.G and AB.G., Both minors,
           Plaintiffs,

v.                                    C.A. NO. 04 CV 11168 - JLA

WEQUASSETT INN LLP d/b/a
THE WEQUASSETT INN RESORT
AND GOLF CLUB,
           Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:    THE CLERK OF THE ABOVE-NAMED COURT:

Effective May 1, 2006, please note the firm's change of address, on behalf of counsel for the Defendant in the above-captioned matter for Tucker, Heifetz & Saltzman, LLP from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, Massachusetts 02110
Tel: (617) 557-9696
Fax: (617) 227-9191

The Defendant,
By its Attorneys,

_____
Scott J. Tucker - BBO# 503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.
4-25-06