UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS,<br><br> Plaintiffs,<br><br>vs.<br><br>WEQUASSETT INN LLP (a registered limited liability partnership, by and through its individual partners), d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br> Defendant. | C.A. NO. 04 CV 11168 JLA |

**PLAINTIFFS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)**

In accordance with Fed. R. Civ. P. 26(a)(3), the Plaintiffs hereby make the pre-trial disclosures required by said rule. At the time these pre-trial disclosures are being made, the Plaintiffs are awaiting the ruling of the Court with respect to Plaintiffs' Motion For Partial Summary Judgment On The Plaintiffs' First And Second Causes Of Action And On The Issue Of Causation, which was argued to the Court on March 20, 2006. In the event that the Court grants said motion, the Plaintiffs will dismiss their negligence count and will proceed to trial on the issue of damages only, thereby reducing the number of witnesses that will have to be called, the number of documents that will have to be introduced into evidence, and the number of exhibits that will have to be utilized. However, since the Court's ruling with respect to the Plaintiffs' dispositive motion has not yet been entered, the Plaintiffs' pre-trial disclosures herein are made as if the entire case will have to be tried to a conclusion.

A. <u>WITNESSES</u>

1. Scott Dien                                              [Intend to Call]
   4352 Vista Place
   La Canada, CA 91011
   (818)248-8890

2. Rebecca Dupont                                          [Intend to Call]
   4352 Vista Place
   La Canada, CA 91011
   (818)248-8890

3. Mark J. Novota                                          [Intend to Call]
   Managing Partner
   Wequassett Inn
   Route 28 Pleasant Bay
   Chatham, MA 02633
   (508)432-5400

   Residential Address:
   16 Harcourt Street
   Apartment 9F
   Boston, MA

4. Robert Messersmith                                      [May call depending upon the
   Assistant Food and Beverage Manager                     evidence]
   Wequassett Inn
   Route 28 Pleasant Bay
   Chatham, MA 02633
   (508)432-5400

   Residential Address:
   P.O. Box 157
   South Chatham, MA

5. Amy McGorry Farrell                                     [May call depending upon the
   Director of Catering                                    evidence]
   Wequassett Inn
   Route 28 Pleasant Bay
   Chatham, MA 02633
   (508)432-5400

   Residential Address:
   27 White Oak Trail
   Brewster, MA

2

      6.     Gillian J. Richmond     [May call depending upon the evidence]
Assistant Catering Sales Manager
Wequassett Inn
Route 28 Pleasant Bay
Chatham, MA 02633
(508)432-5400

Residential Address:
P.O. Box 411
Harwich, MA

(ii) The Corporate Organization, Ownership, and Management of The Wequassett Inn as of July 2001 and All Other Times Material To This Action

      1.     Mark J. Novota     [Intend to Call]
Managing Partner
Wequassett Inn
[for business and home address, see Section A(i)(3)]

      2.     James C.A. McClennan     [May call depending on the evidence]
35 Sears Road
Chatham, MA

(iii) The Food Preparation and Food Handling Practices of The Wequassett Inn as of July 6-7, 2001

      1.     William Brodsky     [Intend to Call]
61 Atwood Circle
Brewster, MA 02631
(Executive Chef)

Residential Address:
61 Atwood Circle
Brewster, MA

      2.     Mark J. Novota     [Intend to Call]
Managing Partner
Wequassett Inn
Route 28 Pleasant Bay
Chatham, MA 02633
[for business and home address, see Section A(1)(3)]

      3.     L. James Levine     [May call depending upon the evidence]
83 Alder Drive
Brewster, MA 02631
(Subsequent HACCP Safety Manager)
(508) 896-4948

and

3

        900 NE Spanish River Boulevard, 1-G
        Boca Raton, FL 33431
        (561) 338-0590

    4.    Anthony "Tony" Guthrie     [May call depending upon the
        Director of Operations     evidence]
        Wequassett Inn
        Route 28
        Pleasant Bay
        Chatham, MA 02633

(iv)    The Salmonella Outbreak of July 6-7, 2001 Involving The Members of the Dien/Dupont Wedding Party, Their Invited Guests, and Family Members

    1.    Scott Dien     [Intend to Call]
        [for residential address, see Section A (i)(1)]

    2.    Rebecca Dupont     [Intend to Call]
        [for residential address, see Section A (i)(1)]

    3.    Rudolph S. Dien     [Intend to Call]
        1309 Wild Poppy Lane
        Montrose, CO 81401
        (818)790-6612

    4.    LouAnn Dien     [Intend to Call]
        1309 Wild Poppy Lane
        Montrose, CO 81401
        (818)790-6612

    5.    Stephen Dien     [Intend to Call]
        9930 France Avenue
        Tujunga, CA 91042
        (818)352-0167

    6.    Michelle Dien     [Intend to Call]
        9930 France Avenue
        Tujunga, CA 91042
        (818)352-0167

    7.    Stephen Gascoigne     [Intend to Call]
        450 Hanson Lane
        Whitefish, MT 59937

    8.    Kelly Gascoigne     [Intend to Call]
        450 Hanson Lane
        Whitefish, MT 59937

9.     Jeffrey Jerome Gish            [Intend to Call]
       4828 Vineta Avenue
       La Canada, CA 91011-2621
       (818)790-1175

10.    Justin Gmelich                [Intend to Call]
       166 Bingham Avenue
       Rumson, New Jersey 07760
       (732)936-9202

11.    Victoria Gmelich             [Intend to Call]
       166 Bingham Avenue
       Rumson, New Jersey 07760
       (732)936-9202

12.    Roberta O. Hallinan          [Intend to Call]
       531 Hollyburne Lane
       Thousand Oaks, CA 91360
       (805)495-3232

13.    Brett Hartin                  [Intend to Call]
       3147 West 134th Street
       Broomfield, CO 80020
       (303)635-0970

14.    Erin Hartin                   [Intend to Call]
       3147 West 134th Street
       Broomfield, CO 80020
       (303)635-0970

15.    Charles Merriam             [Intend to Call]
       612 Mary Street
       Carson City, NV 89703-4915
       (775)841-0401

16.    Trudi Merriam                [Intend to Call]
       612 Mary Street
       Carson City, NV 89703-4915
       (775)841-0401

17.    Christopher Meyer           [Intend to Call]
       2205 Brandywine Parkway
       Guilderland, NY 12084
       (518)452-5432

    18.    Dr. Andre Dupont    [Intend to Call]
           1 Haverstock Road
           Hampstead, Quebec, H3X1P1
           Canada
           (514)489-8924

    19.    Dr. Claire Dupont    [Intend to Call]
           1 Haverstock Road
           Hampstead, Quebec, H3X1P1
           Canada
           (514)489-8924

    20.    Griffin Gmelich    [Intend to Call]
           968 North Madison Avenue
           Pasadena, CA 91104
           (626)345-1855

    21.    Dr. John Gmelich    [Intend to Call]
           54856 Andover Drive
           Thermal, CA 92274
           (760)398-1956

    22.    Dolores Rose    [Intend to Call]
           54725 Inverness Way
           La Quinta, CA 92253
           (760)398-1956

(v)    The Investigation Conducted by the Harwich Board of Health and the Massachusetts Department of Public Health into the July 6-7, 2001, Salmonella Outbreak at The Wequassett Inn

    1.    Paula J. Champagne    [Intend to Call]
           Director of Harwich Board of Health
           732 Main Street
           Harwich, MA 02645
           (508)430-7509

    2.    Lisa Gordan    [Intend to Call]
           Senior Health Inspector
           Harwich Board of Health
           732 Main Street
           Harwich, MA 02645
           (508)430-7509

    3.    Alfred DeMaria, Jr., M.D.    [May call depending upon the evidence]
           Assistant Commissioner
           Director of Bureau of Communicable Disease Control
           Massachusetts State Epidemiologist

| | | |
|---|---|---|
| 4. | Ralph Timperi, M.P.H.<br>Assistant Commissioner<br>Director of Massachusetts State Public<br>Health Laboratories | [May call depending upon the evidence] |
| 5. | Harvey George, Ph.D.<br>Director of Massachusetts State<br>Clinical Laboratories | [May call depending upon the evidence] |
| 6. | Nancy Ridley, M.S.<br>Assistant Commissioner<br>Director of Massachusetts Bureau of<br>Health Quality Management | [May call depending upon the evidence] |
| 7. | Johnson Nsubuga, M.P.H.<br>Epidemilogist<br>Division of Epidemiology and Immunization | [Intend to Call] |
| 8. | Erica Berl, D.V.M., M.P.H.<br>Public Health Veterinarian<br>Division of Food and Drugs | [May call depending upon the evidence] |
| 9. | Patricia E. Kludt, M.P.H.<br>Epidemiology Program Coordinator<br>Division of Epidemiology and Immunization | [May call depending upon the evidence] |
| 10. | Keeper of Records or a<br>representative of the<br>Centers for Disease Control<br>Atlanta, GA | [May call depending upon the evidence] |
| 11. | Keeper of Records of a<br>representative of the<br>Massachusetts Department of Public Health | [May call depending upon the evidence] |

(vi) Food Handlers at the Wequassett Inn Who Tested Positive For Salmonella Enteritidis (July 7-July 26, 2003)

| | | |
|---|---|---|
| 1. | Martin A. Jehle<br>Apart Garni Kardona 292<br>A-6561 Ischgl<br>Austria<br>(Cook) | [May call depending upon the evidence] |
| 2. | Jessica M. Miller<br>6601 Firestone Road<br>Spencer, OH 44275<br>(Pastry Cook) | [May call depending upon the evidence] |

7

|   |   |   |
|---|---|---|
| 3. | Robert S. Giannini<br>200 Route 137<br>Harwich, MA 02645<br>(Assistant Server) | [May call depending upon the evidence] |

(vii) Persons at Wequassett Inn Involved in the Purchase, Storage, Preparation, Washing, Cooking, Decoration, and Service of All Food Products and Food Served to the <u>Dien/Dupont Wedding Party and Guests</u>

|   |   |   |
|---|---|---|
| 1. | William Brodsky<br>61 Atwood Circle<br>Brewster, MA 02631<br>(Executive Chef) | [Intend to Call] |

(viii) Persons Who Contracted Salmonella and Became Ill at the Invest to Compete Alliance Conference at Wequassett Inn from July 5-7, 2001

|   |   |   |
|---|---|---|
| 1. | U.S. Congressman Michael Capuano<br>1010 Pennsylvania Avenue<br>Washington, DC 20003<br>(202) 225-5111 | [May call depending upon the evidence] |
| 2. | U.S. Congressman James Maloney<br><br>Residential Address:<br>15 Wooster Heights<br>Danbury, CT 06810 | [May call depending upon the evidence] |
| 3. | James Conzelman<br>2233 Rayburn<br>Washington, DC 20515<br>(202) 225-2676 | [May call depending upon the evidence] |
| 4. | Ms. Barbara Crapa<br>2000 Cool Spring Drive<br>Alexandria, VA 22308<br>(202) 224-6542 | [May call depending upon the evidence] |
| 5. | Kirk Fordham<br>2816 27th Street NW<br>Washington, DC 20008<br>(202) 225-5792 | [May call depending upon the evidence] |
| 6. | Marwan Burgan<br>(address presently unknown)<br>(703) 855-7805 | [May call depending upon the evidence] |

| | | |
|---|---|---|
| 7. | Sharon Judge<br>14011 I Street NW<br>Washington, DC 20005<br>(202) 296-9410 | [May call depending upon the evidence] |
| 8. | Anne Sullivan<br>391 Pedham Street<br>Newton, MA 02158<br>(617) 348-4300 | [May call depending upon the evidence] |
| 9. | Sandra Woleben<br>7901 Westpark Drive<br>McLean, VA 22102<br>(847) 803-4000 | [May call depending upon the evidence] |
| 10. | Michael Tovares<br>601 Pennsylvania Avenue<br>Washington, DC<br>(202) 638-4170 | [May call depending upon the evidence] |
| 11. | Edward Goldman<br>(address presently unknown)<br>(781) 684-4168 | [May call depending upon the evidence] |
| 12. | Benita Goldman<br>(address presently unknown)<br>(781) 684-4168 | [May call depending upon the evidence] |
| 13. | James Grasso<br>Providence Gas Co.<br>100 Weybosset Street<br>Providence, RI 02903<br>(401) 272-5040 | [May call depending upon the evidence] |
| 14. | Kim Grasso<br>Providence Gas Co.<br>100 Weybosset Street<br>Providence, RI 02903<br>(401) 272-5040 | [May call depending upon the evidence] |
| 15. | Robert Hanley<br>19 Colburn Street<br>Westwood, MA 02090<br>(617) 560-1573 | [May call depending upon the evidence] |
| 16. | Mari Lee Hanley<br>19 Colburn Street<br>Westwood, MA 02090<br>(617) 560-1573 | [May call depending upon the evidence] |

(ix) Persons at Wequassett Inn Involved in the Purchase, Storage, Preparation, Washing, Cooking, Decoration, and Service of All Food Products and Food Items Served to the <u>Persons Attending the Invest to Compete Alliance Conference</u>

    1.    William Brodsky    [Intend to Call]
          61 Atwood Circle
          Brewster, MA 02631
          (Executive Chef)

(x) <u>Coordinators of Invest to Compete Alliance Conference</u>

    1.    Jeanne M. Campbell and Daniel M. Crane or another representative of Campbell-Crane & Associates
          1010 Pennsylvania Avenue South East
          Washington, D.C. 20003
          (202) 546-4991    [May call depending upon the evidence]

    2.    Linnsey Workman
          Invest to Compete Alliance
          1010 Pennsylvania Avenue SE
          Washington, D.C. 20003
          (202) 546-4991    [May call depending upon the evidence]

(xi) Subsequent Remedial Measures Undertaken by Wequassett Inn in Wake of Salmonella <u>Outbreak of July, 2001</u>

    1.    L. James Levine    [Intend to Call]
          83 Alden Drive
          Brewster, MA 02631
          (HACCP Safety Manager)
          (508) 896-4948

          and

          900 NE Spanish River Boulevard, 1-G
          Boca Raton, FL 33431
          (561) 338-0590

    2.    William Brodsky    [Intend to Call]
          61 Atwood Circle
          Brewster, MA 02631
          (Executive Chef)

       3.      Mark J. Novota                                [Intend to Call]
           Managing Partner
           Wequassett Inn
           Route 28 Pleasant Bay
           Chatham, MA 02633
           (508)432-5400

           Residential Address:
           16 Harcourt Street
           Apartment 9F
           Boston, MA

(xii)   Media Persons and Organizations Who Contacted the Wequassett Inn for Public Comment Concerning The Salmonella Outbreak of July 2001

      1.      Allan Pollock                                  [May call depending upon the
           Cape Cod Chronicle                       evidence]
           60-C Munson Meeting Way
           Chatham, MA 02633
           (508) 945-2220

      2.      Noelle Barton                                  [May call depending upon the
           The Cape Cod Times                    evidence]
           319 Main Street
           Hyannis, MA
           (508) 775-1200

      3.      Glen Johnson                                  [May call depending upon the
           The Boston Globe                        evidence]
           P.O. Box 55819
           Boston, MA 02205-5819
           (617) 929-2000

      4.      Robin Lord                                      [May call depending upon the
           The Cape Cod Times                    evidence]
           319 Main Street
           Hyannis, MA
           (508) 775-1200

(xiii)   Plaintiff Steven Gascoigne's Salmonella Infection, His Development of Reactive Arthritis, Course of Medical Treatment, and Future Prognosis

      1.      Bernadette VanBelois, M.D.           [Intend to Call]
           Tamarack Medical Clinic
           1280 Burns Way
           Kalispell, MT  59901
           (406)752-2010

    2.    Robert Kowalewski, M.D.    [Records Only]
          2324 Eastlake Avenue East
          Seattle, WA 98102
          (206)543-8606

    3.    Michael Richardson, M.D.    [Records Only]
          2324 Eastlake Avenue East
          Seattle, WA 98102
          (206)543-8606

    4.    Elizabeth L. Hohmann, M.D.    [Intend to Call]
          Infectitious Disease Division
          Gray J504
          Massachusetts General Hospital
          55 Fruit Street
          Boston, MA 02119

    5.    Rodney Bluestone M.D.    [Intend to Call]
          436 N. Bedford Drive,
          Suite 303
          Beverly Hills, CA 90210
          (310)657-2222

    6.    Keeper of the Records of:

          (a)    Safeway Pharmacy    [Records only]
                    6580 Highway 93 South
                    Whitefish, MT 59937
                    (406)862-2526

          (b)    University of Washington    [Records only]
                    Medical Center
                    1959 N.E. Pacific Street
                    Seattle, WA 98195
                    (206)598-4344

          (c)    N.W. Andrology & Cryobank, Inc.    [Records only]
                    2831 Fort Missoula Road
                    Missoula, MT 59804
                    (800)786-5251

(xiv)    <u>Plaintiffs' Damages, Monetary Losses, and Loss of Choice of Occupation</u>

    1.    Stephen Gascoigne    [Intend to Call]
          450 Hanson Lane
          Whitefish, MT 59937

      2.    Kelly Gascoigne     [Intend to Call]
           450 Hanson Lane
           Whitefish, MT 59937

      3.    Jerry Brown     [May call depending upon the evidence]
           4310 Shepherds Lane
           La Canada, CA 91011
           (818)790-7230

      4.    Frances Barbeau     [May call depending upon the evidence]
           375 Spring Prairie Road
           Whitefish, MT 59937
           (406)756-0560

      5.    Phil Duty     [May call depending upon the evidence]
           Phil Duty Construction
           P.O. Box 1153
           Whitefish, MT 59937
           (406)862-3363

      6.    Robbie Shreve     [May call depending upon the evidence]
           Shreve Construction
           645 Northwoods Drive
           Whitefish, MT 59937
           (406)862-5761

      7.    Dana C. Hewins, Ph.D.     [Intend to Call]
           One Tamett Brook Road
           Lakeville, MA 02347
           (508)946-1116

(xv)    The Investigation Conducted by the Harwich Board of Health and the Massachusetts Department of Public Health into the June 14, 2002, Outbreak of Gastrointestinal Illness at The Wequassett Inn

      1.    Paula J. Champagne     [May call depending upon the evidence]
           Director of Harwich Board of Health
           732 Main Street
           Harwich, MA 02645
           (508)430-7509

      2.    Alfred DeMaria, Jr., M.D.     [May call depending upon the evidence]
           Assistant Commissioner
           Director of Bureau of Commonwealth Disease Control

      3.    Nancy Ridley, M.S.     [May call depending upon the evidence]
           Assistant Commissioner
           Director of Bureau of Health Quality Management

| | | |
|---|---|---|
| 4. | Ralph Timperi, M.P.H.<br>Assistant Commissioner<br>Director of Massachusetts State Public Health Laboratories | [May call depending upon the evidence] |
| 5. | Harvey George, Ph.D.<br>Director of Massachusetts State<br>Clinical Laboratories | [May call depending upon the evidence] |
| 6. | Gilliam Hamilton, M.P.H.<br>Report Coordinator<br>Epidemiology Program | [May call depending upon the evidence] |
| 7. | Patricia Kludt, M.P.H.<br>Epidemiology Program | [May call depending upon the evidence] |
| 8. | Frauke Argyros, M.S.<br>Foodborne Illness Epidemiologist<br>Division of Food and Drugs | [May call depending upon the evidence] |

B. **DESCRIPTION OF DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE EXHIBITS IN SUPPORT OF PLAINTIFFS' CLAIMS**

**(i)** **Medical records and x-rays of Plaintiff Stephen Gascoigne:**

| | Health Care Provider | Date(s) of Service |
|---|---|---|
| 1. | Bernadette Van Belois, M.D.<br>Tamarack Medical Clinic<br>1280 Burns Way<br>Kalispell, MT  59901 | 10/31/01; 01/08/02; 05/08/02;<br>11/08/02; 05/29/03; 08/28/03;<br>11/10/03; 01/02/04; 11/02/04;<br>01/25/05; 03/23/05; 05/09/05;<br>05/11/05; 06/14/05; 08/08/05<br>11/07/05; 12/22/05; 02/22/06;<br>04/26/06<br>Medical Status Report - 05/17/05<br>Narrative Report - 02/22/06 |
| 2. | Robert Kowalewski, M.D.<br>Department of Rheumatology<br>University of Washington<br> Medical Center<br>1959 N.E. Pacific Street<br>Seattle, WA  98195 | 12/17/02; 01/28/03; 04/01/03 |
| 3. | Rodney Bluestone M.D.<br>436 N. Bedford Drive, #303<br>Beverly Hills, CA  90210 | Office Visits - 05/20/03; 07/22/03;<br> 01/26/04; 10/26/05<br>I.M.E. #1 - 05/28/03<br>Supplement to I.M.E. #1 - 07/23/03<br>I.M.E. #2 - 02/02/04<br>I.M.E. #3 - 10/28/05 |

14

| | | | |
|---|---|---|---|
| 4. | Northwest Imaging @ Health<br>  Center Northwest<br>320 Sunnyview Lane<br>Kalispell, MT  59901 | 08/08/05; 02/27/06 | |
| 5. | Timothy M. Tracy, O.T.<br>Tracy Hand & Occupational<br>  Therapy<br>111 Sunnyview Lane, Suite C<br>Kalispell, MT  59901 | 08/09/04 - 09/02/04 | |

**(ii)  Medical Bills for Plaintiff Stephen Gascoigne:**

| | Health Care Provider | Date(s) of Service | Amount |
|---|---|---|---|
| 1. | Bernadette Van Belois, M.D.<br>Tamarack Medical Clinic<br>1280 Burns Way<br>Kalispell, MT  59901 | 10/31/01 - 02/22/06 | $   2,053.09 |
| 2. | Safeway Pharmacy<br>6580 Highway 93 South<br>Whitefish, MT  59937 | 11/01/01 - 01/30/06 | $   6,585.82 |
| 3. | University of Washington<br>  Medical Center<br>1959 N.E. Pacific Street<br>Seattle, WA  98195 | 12/17/02; 01/28/03;<br>04/01/03 | $   1,151.50 |
| 4. | U.W. Physicians<br>  Robert Kowalewski, M.D.<br>  Michael Richardson, M.D.<br>2324 Eastlake Avenue E.<br>Seattle, WA  98102 | 12/17/02; 01/28/03;<br>04/01/03 | $      489.00 |
| 5. | Rodney Bluestone M.D.<br>436 N. Bedford Drive, #303<br>Beverly Hills, CA  90210 | 05/20/03 - 10/26/05 | $   7,020.00 |
| 6. | N.W. Andrology & Cryobank, Inc.<br>2831 Fort Missoula Road<br>Missoula, MT  59804 | 10/17/03; 12/08/03;<br>12/15/03; storage | $      569.00 |
| 7. | Northwest Imaging<br>P.O. Box 9110<br>Kalispell, MT  59904 | 08/08/05; 02/27/06 | $      154.07 |

| | | | |
|---|---|---|---|
| 8. | Timothy M. Tracy, O.T.<br>Tracy Hand & Occupational<br>  Therapy<br>111 Sunnyview Lane, Suite C<br>Kalispell, MT  59901 | 08/09/04 - 09/02/04 | $     1,297.00 |
| | | TOTAL: | $   19,319.48 |

**(iii)   Related Expenses for Medical Treatment of Plaintiff Stephen Gascoigne:**

| Transaction Date | Description | Amount |
|---|---|---|
| 04/16/02; 04/17/02 | Alaska Air (transportation) | $       412.00 |
| 05/19/02 | Alaska Air (transportation) | $         70.00 |
| 07/16/02 | IL Fornaio (food) | $         29.43 |
| 07/16/02 | Restaurant Zoe (food) | $         64.65 |
| 07/16/02 | Bartell Drug (medication) | $         22.82 |
| 07/18/02 | HMSHOST-Airpt. (transportation) | $           6.00 |
| 07/18/02 | Alaska Air (transportation) | $         60.00 |
| 07/22/02 | Mstral Restaurant (food) | $       138.52 |
| 07/22/02 | Union 76 (food) | $         25.36 |
| 07/23/02 | Pepe's Mexican Rstr. (food) | $         25.00 |
| 08/13/02 | Medical Arts | $         11.52 |
| 08/28/02 | Medical Arts | $         73.62 |
| 09/24/02 | Kalispell Reg. Medical Center | $    1,807.08 |
| 09/30/02 | Alaska Air (transportation) | $       138.50 |
| 10/05/02 | Alaska Air (transportation) | $         21.00 |
| 10/17/02 | Alaska Air (transportation) | $         60.00 |
| 10/20/02 | Kalispell Reg. Medical Center | $       445.62 |
| 11/28/02 | Alaska Air (transportation) | $         50.00 |
| 12/12/02 | Tamarack Medical Center | $       437.83 |
| 12/17/02 | Ramada Inn (lodging) | $         65.30 |
| 12/17/02 | Berkshire Grill (food) | $         14.89 |
| 12/19/02 | Elliotts Pier 56 (food) | $         88.39 |
| 12/21/02 | The Pink Door | $       136.10 |
| 12/23/02 | W. Seattle Hotel (lodging) | $       328.53 |
| 01/18/03 | Alaska Air (transportation | $         70.00 |
| 01/23/03 | HMSHOST (transportation) | $         23.64 |
| 01/28/03 | Sam Malone's Pub (food) | $         27.50 |
| 01/28/03 | Holiday Inn (lodging) | $       152.49 |
| 01/28/03 | Ram Big Horn Brewery (food) | $         16.79 |
| 01/30/03 | Dollar Rent-A-Car (transportation) | $       127.54 |
| | TOTAL: | $    4,950.12 |

**(iv)   Formal Discovery Responses And Depositions**

1. Defendant's Responses To Plaintiff's Request For The Admission Of Facts And Genuineness of Documents

2. Defendant's Answers to Interrogatories of the Plaintiff <u>Scott Dien in Scott Dien and Rebecca Dupont vs. Pleasant Bay Group, Inc. d/b/a The Wequassett Inn Report and Golf Club</u>, Barnstable, (MA) Superior Court, Civil Action No. 04-352-A

3. Deposition Transcript of Mark Novota

4. Plaintiff's Answers To Defendant's First Set Of Interrogatories

5. Deposition Transcript of Stephen W. Gascoigne

6. Report of Massachusetts Department of Public Health dated October 1, 2001

7. December 5, 2001 Memorandum of Johnson G. Nsubuga

8. Report of Dr. Robert Kalish dated August 20, 2004

9. Defendant's Answer To Plaintiff's Second Amended Complaint and Jury Claim

10. Deposition Transcript of William Brodsky

11. Defendant's Answers To Interrogatories of the Plaintiff Rebecca Dupont in <u>Scott Dien and Rebecca Dupont vs. Pleasant Bay Group, Inc., d/b/a The Wequassett Inn Resort and Golf Club</u>, Barnstable (MA) Superior Court, Civil Action No. 04-352-A

12. Massachusetts Department of Public Health Report dated November 5, 2002

13. Mass. G.L. c.106, §2-314(1)

14. Picture of Stephen Gascoigne and Kelly Gascoigne at the Dien-Dupont wedding reception/dinner

15. California Highway Patrol Evaluations of Stephen Gascoigne

16. Letters of reference from California customers regarding finish carpentry projects completed by Stephen Gascoigne

17. Stephen and Kelly Gascoigne wedding and marriage documents

18. Photographs of Gascoigne home in Whitefish, Montana

19. January 3, 1997 statement signed by Stephen Gascoigne and Jerry Brown

20. Construction costs of Gascoigne Montana workshop - Phil Duty Construction Company

21. Itemized list of tools of Stephen Gascoigne

22. Photographs of finished Montana workshop

23. Photographs of various furniture items constructed by Stephen Gascoigne prior to Dien-Dupont wedding

24. Photographs of Ford Bronco restored by Stephen Gascoigne

25. September 1999 article in <u>4x4 Power</u> magazine about Ford Bronco

26. Catalogue re: hydraulic steering installed in the Ford Bronco for easier steering

27. Frances Barbeau documentation and cancelled checks

28. Future Life Expectancy Table

29. Calendar Chronology f Methotrexate Therapy Regimen (December 31, 2003-April 2, 2004)

30. Photographs of Stephen Gascoigne Self Administering Methotrexate Injections

31. Written Denials of Membership with Blue Cross and Blue Shield of Montana dated February 15, 2005, and February 24, 2005

32. Photographs of the Plaintiffs' children


    /s/ Donald L. Gibson, Esquire
Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorney for the Plaintiffs,
   Stephen Gascoigne And Kelly Gascoigne,
   Individually, And As Mother And Next
   Friend Of Ad.G. and Ab.G., Both Minors

Dated: May 5, 2006

<u>CERTIFICATE OF SERVICE</u>

I, Donald L. Gibson, Esquire, hereby certify that I have this 5th day of May, 2006, made service of the within Plaintiffs' Pre-Trial Disclosure Pursuant To Fed. R. Civ. P.26(a)(3) upon counsel of record, in accordance with the provisions of Fed. R. Civ. P. 5, by first class mail, postage pre-paid delivery, addressed as follows:

Scott J. Tucker, Esquire<br>
Tucker, Heifetz & Saltzman, LLP<br>
100 Franklin Street<br>
Suite 801<br>
Boston, MA 02110

                                                                      /s/ Donald L. Gibson, Esquire<br>
                                                                     Donald L. Gibson, Esquire