UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GASCOIGNE AND KELLY GASCOIGNE, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF AD.G. AND AB.G., BOTH MINORS,<br><br>Plaintiffs,<br><br>vs.<br><br>WEQUASSETT INN LLP (a registered limited liability partnership, by and through its individual partners), d/b/a THE WEQUASSETT INN RESORT AND GOLF CLUB<br><br>Defendant. | C.A. NO. 04 CV 11168 JLA |

### STIPULATION OF DISMISSAL OF MINORS CLAIMS WITH PREJUDICE

The parties in the above-entitled action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that the claims of Ad.G and Ab.G, both minors, are hereby dismissed with prejudice and without costs and waiving all rights of appeal.

Respectfully submitted,

_____
Donald L. Gibson, Esquire
BBO No. 191030
DRISCOLL & GIBSON
1000 Plain Street
Marshfield, MA 02050
781-837-6115
Attorney for the Plaintiffs,
Stephen Gascoigne And Kelly Gascoigne,
Individually, And As Mother And Next Friend
Of Ad.G. and Ab.G., Both Minors

Dated:

_____
Scott J. Tucker, Esquire
BBO No. 503940
TUCKER, HEIFETZ & SALTZMAN
Three School Street
Boston, MA 02108
617-557-9696
Attorney for the Defendant,
Wequassett Inn LLP d/b/a The
Wequassett Inn Resort And
Golf Club

Dated: 6/21/06